ORIGINAL

FILED
JUL 9 2008
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-492 C |
| The United States, | ) | |
| Defendant. | ) | |

**VERIFIED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**
**(Challenging Agency Override of Automatic Stay – 31 U.S.C. § 3553)**

Deloitte Consulting LLP ("Deloitte"), for its Complaint against the United States, avers as follows:

**INTRODUCTION**

1. This contract case arises during the pendency of a Bid Protest filed by Deloitte in the U.S. Government Accountability Office ("GAO") on June 30, 2008, protesting the U.S. Department of Labor's ("DOL") exclusion of Deloitte from the competitive range in a large Information Technology ("IT") acquisition. The acquisition seeks a "Financial Management Shared Service Provider" to plan, implement, manage, and host DOL's New Core Financial Management System ("NCFMS"). DOL's intent is to replace, over time, the Department's 1989-vintage COBOL-based financial management system. Deloitte's GAO Bid Protest also objects to DOL's nearly immediate award, after excluding Deloitte from the competition, of Contract No. DOLJ089427467 (the "Contract") to Global Computer Enterprises, Inc. ("GCE").

2. In this action Deloitte challenges DOL's "override" of the automatic stay under 31 U.S.C. § 3553, which took effect upon the filing of Deloitte's June 30, 2008 Bid

Protest. Pursuant to this override determination, unless this Court intervenes DOL will proceed with the Contract notwithstanding Deloitte's GAO Bid Protest. In a Findings and Determination document dated July 3, 2008, DOL has purportedly found that doing so is in the "best interests of the United States." A copy of DOL's Findings and Determination document is attached as Exhibit A to this Complaint.

3. Deloitte's object in this action is to preserve the status quo while GAO decides its Bid Protest. A GAO decision is expected by October 8, 2008 (100 days after the Protest was filed in the GAO). Deloitte does not at this time seek judicial review of the underlying evaluation or source selection decision leading to the award of the Contract.

4. Deloitte contends that DOL's Findings and Determination document and its decision to proceed with the Contract notwithstanding Deloitte's Bid Protest are arbitrary, capricious, and not in accordance with law. Specifically, DOL's claim that the NCFMS must "go live" on its NCFMS by October 1, 2009 is misleading and lacks substance. So far as Deloitte can determine, the October 1, 2009 date is not driven by any statutory time deadline or other legal mandate but rather, represents DOL management's desired date. Moreover, by DOL's own admission in its budget documents, both the NCFMS and the legacy system must continue to operate in parallel for at least six months beyond the implementation date for the NCFMS.

5. In addition to the defects in DOL's main argument, DOL has completely ignored all of the other factors that this Court's decisions have held that agencies must consider in taking the serious step of overriding the statutory automatic stay: (i) Reasonable alternatives to overriding the stay; (ii) the costs associated with the potential

might sustain Deloitte's protest compared to any benefits associated with proceeding with the contract; and (iii) the impact of the override on competition and the integrity of the procurement system. Because DOL has entirely failed to consider these several important aspects of the problem and because its main argument about an internal implementation deadline runs contrary to the evidence, DOL's override decision is arbitrary, capricious, and contrary to law.

## JURISDICTION

6. This Court has jurisdiction of the subject matter under 28 U.S.C. § 1491(b)(1), in that Deloitte challenges DOL's violation of statute in connection a Federal procurement, namely, the illegal override of the automatic stay required by 31 U.S.C. § 3553(d)(3) and (4) that Deloitte had triggered by filing a Bid Protest in the GAO. Review of DOL's override is pursuant to the standards of the Administrative Procedure Act, 5 U.S.C. § 706. The Court is empowered by 28 U.S.C. § 1491(b)(2) to award injunctive and declaratory relief.

## PARTIES

7. Deloitte is a government contractor with nationwide offices, including for purposes of this action its office at 12010 Sunset Hills Road, Suite 500, Reston, Virginia 20190. Deloitte is an "interested party" under 28 U.S.C. § 1491(b)(1) because it is an actual offeror whose direct economic interest is affected by having been excluded from the competitive range on June 20, 2008, by DOL's quickly ensuing award of the Contract under the Solicitation to GCE as of June 26, 2008, and by DOL's July 3, 2008 purported override of the automatic stay that Deloitte had invoked when, on June 30, 2008, Deloitte filed a Bid Protest in the GAO.

8. Defendant is the United States, acting through the DOL Office of the Assistant Secretary for Administration and Management, Office of Procurement Services (hereinafter "DOL" or the "Government") and through the DOL Procurement Executive.

## FACTUAL BACKGROUND

### DOL's Requirement for a New Core Financial Management System

9. In this large IT acquisition, DOL undertakes essentially the total replacement of a cabinet-level agency's entire computerized financial management system investment. It does so to replace what its Statement of Objectives ("SOO") describes as multiple "antiquated" legacy mainframe-based systems, dating to 1989, that "no longer [are] able to efficiently and effectively meet the DOL's financial management requirements." Those legacy systems are together known as the Department of Labor Accounting and Related Systems Mainframe Accounting System ("DOLAR$"). A copy of DOL's SOO is attached as Exhibit B to this Complaint.

10. DOL began efforts to replace DOLAR$ a long time ago. In a 1999 study, DOLAR$ was determined to be in need of updating. In its longstanding efforts to replace DOLAR$, DOL has already initiated and suspended one upgrade program, namely, the former "Labor Executive Accountability Program" ("LEAP"). DOL's Office of the Chief Financial Officer had planned to implement LEAP to replace DOLAR$, with LEAP becoming DOL's financial management system of record on October 1, 2008. Due to various problems including issues with project management, concerns regarding the "direction of the program," and lack of funding for Fiscal Year 2007, the LEAP investment was suspended.

11. DOL's SOO states that "[t]he New Core Financial Management System must be deployed as the financial system of record on October 1, 2009." SOO at 1, 4. The SOO further states, however, that "[t]he current timeline for the NCFMS investment calls for the implementation effort to begin in the fourth quarter of Fiscal Year (FY) 2008 and for the new financial system to achieve full operational capability in a hosted environment by October 1, 2009." SOO at 6, ¶ 2.3.1 (Emphasis added.) Deloitte is not aware of any statutory requirement or other legal mandate that the NCFMS must "go live" by October 1, 2009. Rather, so far as Deloitte can determine October 1, 2009 is only DOL management's "current" desired date.

12. Significantly, DOL's FY 2008 and 2009 budget justifications have each stated that whenever the next generation NCFMS does "go live," in order to ensure an appropriate transition and disposition of DOLAR$, the legacy system will continue for 18 months after the NCFMS implementation. DOL has determined that the two systems must run parallel for six months after the new system has successfully functioned prior to beginning the decommissioning of DOLAR$. Copies of the relevant budget documents are attached to this Complaint as Exhibit C. These documents were discovered on DOL's web site at the following links:

http://www.dol.gov/dol/budget/2009/PDF/E300-2009-028.pdf (See p. 1.)

http://www.dol.gov/dol/budget/2008/PDF/E300-2008-028.pdf (See p. 1)

**The Solicitation**

13. DOL issued Solicitation (RFP) No. DOL089RP20497 (the "RFP" or "Solicitation") on January 15, 2008. The RFP solicits proposals for an Indefinite Delivery, Indefinite Quantity ("IDIQ") contract for the services of a "Financial

Management Shared Service Provider" ("FM SSP") to plan, implement, manage, and host DOL's New Core Financial Management System ("NCFMS"). Relevant excerpts from the Solicitation are attached to this Complaint as Exhibit D.

14. Through the course of the competition DOL issued eleven (11) amendments to the RFP. Pursuant to Amendment No. A0009 dated February 22, 2008, initial proposals were due on March 7, 2008.

15. In alignment with the Evaluation Factors for Award (summarized below), Section L of the RFP ("Instructions, Conditions, and Notices to Offerors") required that offerors submit a comprehensive response consisting of an Executive Summary, Past Performance (Vol. I), Technical and Management (Vol. II), Cost/Price (Vol. III), and Contract Information (Vol. IV). DOL stated that "the Government intends to evaluate proposals and award a contract after conducting oral presentations (Orals), Operational Capability Demonstrations (OCDs) and discussions, if necessary, with offerors whose proposals have been determined to be within the competitive range."

16. The Solicitation prescribes a Best Value method of award using a "two step methodology." In the first step, proposals shall be evaluated based upon various technical factors and subfactors. The RFP states: "At the conclusion of Step 1, a Competitive Range (FAR Part 15) consisting of the most highly rated proposals will be established."

17. The three top-level Evaluation Criteria for Award included Past Performance (Factor 1), Technical and Management Approach (Factor 2), and Cost (Factor 3). The Non- cost factors (Factors 1 and 2) were "comparatively equal" and each non-cost factor individually was more important than Cost (Factor 3).

18. In addition to adjectival ratings of "Outstanding," "Excellent," "Acceptable," "Marginal," and "Unacceptable" for the Non-Cost factors, the evaluation scheme called for "Risk Assessment Ratings," including an assessment of "potential for disruption of schedule, degradation of performance, and the need for increased Government oversight as well as the likelihood of unsuccessful contract performance." Adjectival Risk Ratings of "High," "Medium," and "Low" would be assigned as part of the evaluation.

19. The Solicitation also provided for a cost realism evaluation with regard to the ability of the offeror to meet objectives and requirements in terms of skills required, complexity of disciplines, and job difficulty, which would be performed if the Government deemed such analysis necessary. The offeror's cost proposal would be compared to the technical proposals to determine the offeror's (a) understanding of work and (b) capability and capacity to provide the required services and accomplish the required objectives and requirements. Unrealistically low costs would potentially indicate a lack of complete understanding of the objectives and requirements, a high-risk approach to performance, and/or an inability to attract and maintain a high-quality workforce. The Government was to consider the findings of such analysis regarding an offeror's ability to perform and the risk of its approach.

**Deloitte's Exclusion from the Competitive Range**

20. Deloitte submitted timely Past Performance, Technical and Management, and Cost proposals in response to the Solicitation on March 7, 2008. DOL thereafter included Deloitte in the competitive range and conducted written and oral discussions with Deloitte. Deloitte responded to written discussion questions on May 23, 2008 and

attended a discussions meeting and Operational Capability Demonstration on May 27, 2008.

21. Deloitte received no further communication from DOL until being notified of its exclusion from the competitive range by letter dated June 16, 2008. Deloitte requested a debriefing, which DOL provided in a written form by letter dated June 20, 2008.

**Deloitte's GAO Bid Protest**

22. Surprised by the inaccurate content of DOL's written debriefing, on June 30, 2008 Deloitte filed a Bid Protest with the U.S. Government Accountability Office ("GAO") challenging its exclusion from the competition and the almost immediate award thereafter to GCE. Deloitte's Bid Protest has been docketed as B-400319.1. The Bid Protest is pending at this time. GAO is required to issue a decision not later than 100 days after the filing date, *i.e.*, by October 8, 2008.

23. In its Bid Protest, Deloitte alleges (i) that DOL failed to follow the evaluation criteria set forth in the Solicitation, instead applying undisclosed factors and subfactors that bear no reasonable relationship to those stated in the solicitation; (ii) that DOL ignored major sections of Deloitte's proposal and responses to discussion questions, assigning baseless "weaknesses" to Deloitte for matters allegedly not addressed in the proposal or the discussions when, in fact, the proposal and discussion responses addressed such matters in comprehensive detail; (iii) that DOL failed to conduct meaningful discussions with Deloitte in a several areas; and (iv) that DOL made award to the sole offeror remaining in the competitive range after excluding all others, without having conducted a price realism analysis.

**The Automatic Stay**

24. Because DOL awarded the Contract to GCE on June 26, 2008 and Deloitte filed its Bid Protest on June 30, 2008 – *i.e.* less than ten days after the date of Contract award – under 31 U.S.C. § 3553(d)(3) and (4) an "automatic stay" took effect. Under the automatic stay DOL was required to "immediately direct [GCE] to cease performance under the contract and to suspend any related activities that may result in additional obligations being incurred by the United States under that contract."

25. In response, on July 3, 2008 DOL's Procurement Executive and Head of Procuring Activity, Mr. Al Stewart, executed a "Findings and Determination" document, invoking 31 U.S.C. § 3553(d)(3)(C)(i)(I) and 48 C.F.R. § 33.104(c)(2), thus authorizing performance of the contract notwithstanding Deloitte's Bid Protest. The Findings and Determination document states that "continued and uninterrupted contract performance will be in the best interests of the United States."

26. After briefly discussing the background of DOLAR$ and the Solicitation, the Findings and Determination document focuses on DOL's "requirement" that the NCFMS be implemented by October 1, 2009:

> 2. . . . DOL planned to migrate from DOLAR$ to a new core financial management system hosted at either an Office of Management and Budget (OMB) designated Federal Financial Shared Service Provider (SSP) or an approved FM SSP. . .
>
> DOL requires that implementation of the new financial management system be completed by October 1, 2009, consistent with financial management best practices to implement core financial accounting systems at the beginning of a financial reporting year. Otherwise, transactional processing and reporting is the result of two systems, which increases the amount of work, complexity and the associated cost of preparing and auditing quarterly and annual financial statements.

**DETERMINATION**

1. It is in the best interests of the Government to permit work to continue under the contract awarded to GCE, since suspension of work would severely impede DOL's ability to implement the new core financial accounting system by October 2009 as described below:

    a. The NCFMS Financial Management program is a 15 month implementation, with a go-live production date of October 2009. The work is expected to begin in July 2008, and any delay will cause significant risk to meeting the October 2009 deadline. Missing this date would mean at least a one-year delay in implementing the system.

    b. Financial best practices indicate that a new Financial Management system must go into production at the beginning of a Fiscal Year. Otherwise, transactional processing and reporting is the result of two systems, which increases the amount of work, complexity and the associated cost of preparing and auditing quarterly and annual financial statements.

2. Further, DOL is at continued risk operating the current core accounting system, which is a 20-year old COBOL system. The system has been heavily customized over its years of operation and DOL believes it is in the Government's best interests not to delay the work developing, testing, and implementing the new system under the GFE contract, which would only delay the implementation of a new system beyond 2009.

3. Upon the basis of the above, I have made the determination, pursuant to 31 U.S.C. § 3553(c)(3)(C)(i)(I) and 48 C.F.R. § 33.104(c)(2), that continued and uninterrupted contract performance will be in the best interests of the United States.

(Emphasis added.)

27. The Findings and Determination document does not address or even acknowledge several factors that decisions of this Court have held must be considered before overriding an automatic stay under 31 U.S.C. § 3553. The factors that DOL did not consider include:

- Whether reasonable alternatives to the override exist that would adequately address the circumstances presented;

- How the potential cost of proceeding with the override, including the costs associated with the potential that the GAO might sustain the protest, compare to the benefits associated with the approach being considered for addressing the agency's needs; and

- The impact of the override on competition and the integrity of the procurement system, as reflected in the Competition in Contracting Act.

28. Rather, DOL has based its override determination upon a factor that decisions of this Court have determined to be irrelevant to the override analysis, namely, whether the override and continuation of the Contract is simply preferable to the agency.

29. By completely ignoring several of the factors that this Court has held to be essential considerations in stay override cases, DOL has entirely failed to consider several important aspects of the problem. Chief among the factors ignored is that Deloitte's Bid Protest before the GAO may very likely prevail. Moreover, DOL's analysis runs contrary to the evidence in the record, in particular, DOL's admission that it must keep DOLAR$ in operation and running in parallel for at least six months beyond the "go live" date for the NCFMS. See Exh. C, Bates p. 00001 ("The two systems must run parallel for six months after the new system has successfully functioned prior to beginning the decommissioning of DOLAR$.") Further, there is no actual legal necessity or inalterable requirement that the NCFMS be implemented by October 2009. The current system has been operating for nearly 20 years. In fact, according to DOL's budget documents DOL has received unqualified audit opinions for nine consecutive years using DOLAR$. *Id.* Also, the record cannot support DOL's assertion that missing DOL's October, 2009 "deadline" would delay implementation by a year. A new financial management system can be activated concurrently with the accounting close at the end of any quarter.

30. DOL's override Findings and Determination and its decision to proceed with the GCE Contract while Deloitte's Bid Protest is pending are arbitrary, capricious, and not in accordance with law.

31. Daniel J. Collins, who has verified this Complaint, does so based upon his own personal knowledge gained during the process of studying DOL's requirements and working on Deloitte's response to the Solicitation.

**COUNT I - INJUNCTION**

32. Deloitte restates and incorporates by reference, as though fully set forth herein, the allegations in paragraphs 1 through 31 above.

33. Deloitte is correct and must prevail on the merits.

34. The harm to Deloitte of DOL's actions and of denying injunctive relief outweighs the harm to defendant in awarding injunctive relief.

35. The public interest supports the award of injunctive relief to Deloitte.

36. Deloitte will suffer irreparable injury if defendant is not enjoined, including, but not limited to, the absence of an adequate remedy at law. Such irreparable harm includes, but is not limited to, the fact that if DOL's override stands and Contract proceeds, Deloitte will obtain no meaningful relief even if GAO sustains its Bid Protest.

WHEREFORE, Deloitte respectfully requests that the Court issue a Temporary Restraining Order, a Preliminary Injunction, and a Permanent Injunction:

A. Prohibiting DOL from taking any further action to implement, continue, or perform the work under the Contract awarded to GCE pending GAO's forthcoming decision;

B. Requiring that the automatic stay under 31 U.S.C. § 3553 be reinstated pending a final decision by GAO; and

C. Awarding Deloitte such other and further relief as the Court determines to be proper and just.

**COUNT II – DECLARATORY RELIEF**

37. Deloitte restates and incorporates by reference, as though fully set forth herein, the allegations in paragraphs 1 through 31 above.

38. Deloitte is correct and must prevail on the merits.

WHEREFORE, Deloitte respectfully requests that the Court issue a Final Judgment:

A. Declaring that DOL's actions in overriding the automatic stay and in continuing the Contract despite Deloitte's Bid Protest are arbitrary, capricious, not in accordance with law, and void;

B. Awarding Deloitte such other and further relief as the Court determines to be proper and just.

Respectfully submitted,

Dated: July 8, 2008

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6000
202.857.6395 (FAX)

**VERIFICATION**

I, Daniel J. Collins, a Principal of Deloitte Consulting LLP verify under penalty of perjury that the facts set forth in the foregoing Verified Complaint for Injunctive and Declaratory Relief are true and correct.

Executed on July 8, 2008.

Daniel J. Collins

Daniel J. Collins

# Exhibit A

# U.S. DEPARTMENT OF LABOR
# OFFICE OF THE ASSISTANT SECRETARY FOR ADMINISTRATION AND MANAGEMENT
# BUSINESS OPERATIONS CENTER

## FINDINGS

1. Currently, the U.S. Department of Labor's (DOL's) financial management functions, processes, and activities are distributed across multiple information systems and financial applications, all centered on the Department of Labor Accounting and Related Systems (DOLAR$) mainframe accounting system. DOLAR$ has been in service since 1989 and has been both enhanced and extended to meet Departmental and external requirements. While DOLAR$ has served DOL well over its history and continues to exceed its intended useful life, the DOLAR$ technology is antiquated and no longer able to efficiently and effectively meet DOL's financial management requirements.

2. As a result, DOL planned to migrate from DOLAR$ to a new core financial management system hosted at either an Office of Management and Budget (OMB) designated Federal Financial Management Shared Service Provider (FM SSP) or an approved commercial FM SSP. It was intended that this investment would be conducted in compliance with all applicable financial systems regulations and guidance. Of particular applicability is the OMB's Competition Framework for Financial Management Line of Business (FMLoB) Migrations, dated May 22, 2006, and the FSIO migration planning guidance. DOL requires that implementation of the new financial management system be completed by October 1, 2009, consistent with financial management best practices to implement core financial accounting systems at the beginning of a financial reporting year. Otherwise, transactional processing and reporting is the result of two systems, which increases the amount of work, complexity and the associated cost of preparing and auditing quarterly and annual financial statements.

3. On January 15, 2008, Request for Proposals (RFP) DOL089RP20497 was released on Federal Business Opportunities (FBO) for the purpose of obtaining the services of a Shared Service Provider (SSP) to modernize DOL's core financial functions to the New Core Financial Management System (NCFMS). In response to this RFP, DOL initially received nine proposals on the RFP closing date of March 07, 2008. One of these proposals was ultimately withdrawn, and two others were later eliminated due to DOL being notified of the inability of FSIO to certify Oracle Federal Financials Release version12 software within DOL's required timeframe to make an award, leaving the remaining six proposals in the competition.

4. DOL entered into discussions with each of the remaining six vendors (all of whom were determined to be within the competitive range) and required each of the six vendors to present to DOL, Operational Capabilities Demonstrations. At the end of discussions, each vendor was requested to submit its final proposal revisions, which

were evaluated by the Source Selection Evaluation Board (SSEB) evaluators. Upon conclusion of the evaluation, it was determined that all but one of the six vendors did not have a likelihood of receiving an award, and therefore, each such vendor was eliminated from the competitive range, with the exception of Global Computer Enterprises, Inc. (GCE).

5. DOL conducted minor discussions with GCE, and promptly awarded the firm a contract on June 26, 2008, with an effective date of July 01, 2008.

6. On June 30, 2008, Deloitte Consulting LLP filed a protest with the Government Accountability Office, B-400319.

**DETERMINATION**

1. It is in the best interests of the Government to permit work to continue under the contract awarded to GCE, since suspension of work would severely impede DOL's ability to implement the new core financial accounting system by October 2009, as described below:

    a. The NCFMS Financial Management program is a 15 month implementation, with a go-live production date of October 2009. The work is expected to begin in July 2008, and any delay will cause significant risks to meeting the October 2009 deadline. Missing this date would mean at least a one-year delay in implementing the system.
    b. Financial Management best practices indicate that a new Financial Management system must go into production at the beginning a Fiscal Year. Otherwise, transactional processing and reporting is the result of two systems, which increases the amount of work, complexity and the associated cost of preparing and auditing quarterly and annual financial statements.

2. Further, DOL is at continued risk operating the current core accounting system, which is a 20-year old COBOL system. The system has been heavily customized over its years of operation and DOL believes it is in the Government's best interest not to delay the work developing, testing, and implementing the new system under the GCE contract, which would only delay the implementation of a new system beyond October 2009.

3. Upon the basis of the above, I have made the determination, pursuant to 31 USC § 3553(c)(3)(C)(i)(I) and 48 C.F.R. § 33.103(c)(2), that continued and uninterrupted contract performance will be in the best interests of the United States.

Prepared: [signature] 7/3/08

Ronald Jordan
Contracting Officer

Date

Reviewed: ____________________ 7/3/08
Herman Narcho Date
Dennis Adelson
Office of the Solicitor

Approved: ____________________ 7/3/2008
M. Al Stewart Date
Procurement Executive
Head of Contracting Activity

# Exhibit B

# U.S. DEPARTMENT OF LABOR

## Office of the Chief Financial Officer

# New Core Financial Management System Statement of Objectives

Version 1.0

**January 15, 2008**

U.S. Department of Labor
Office of the Chief Financial Officer
200 Constitution Ave., NW, Washington, DC 20210

**Table of Contents**

1.0 Introduction ........ 1
1.1 Department of Labor Mission and Organization ........ 1
1.2 Background ........ 1
1.2.2 System Hosting and Application Management ........ 3
1.2.3 Objectives ........ 3
1.3 Constraints ........ 4
1.4 Assumptions ........ 4
2.0 Required Products and Services ........ 5
2.1 Financial Management Software ........ 5
2.2 Project Management ........ 5
2.3 Integration Services ........ 6
2.3.1 Implementation Approach ........ 6
2.3.2 Requirements Analysis and Definition ........ 6
2.3.3 System Configuration and Interface Development ........ 6
2.3.4 Testing ........ 7
2.3.5 Data Conversion ........ 7
2.3.6 System Training ........ 7
2.3.7 System Deployment ........ 7
2.3.8 Documentation ........ 8
2.3.9 Subject Matter Experts ........ 8
2.4 Hosting Services ........ 8
2.4.1 Hosting Services Approach ........ 9
3.0 Period of Performance ........ 10
4.0 Place of Performance ........ 10

## 1.0 Introduction

The Office of the Chief Financial Officer (OCFO) and the Office of the Chief Information Officer (OCIO) of the Department of Labor (DOL) are overseeing the acquisition of DOL's New Core Financial Management System (NCFMS) investment.

Currently, DOL's financial management functions, processes, and activities are distributed across multiple information systems and financial applications, all centered on the Department of Labor Accounting and Related Systems (DOLAR$) mainframe accounting system. DOLAR$ has been in service since 1989 and has been both enhanced and extended to meet departmental and external requirements. While DOLAR$ has served DOL well over its history and continues to exceed its intended useful life, the DOLAR$ technology is antiquated and no longer able to efficiently and effectively meet the DOL's financial management requirements.

The DOL plans to migrate from DOLAR$ to a new core financial management system hosted at an Office of Management and Budget (OMB) designated Federal Financial Management Shared Service Provider (FM SSP) or an approved commercial FM SSP. The DOL requires implementation of the new financial management system completed by October 1, 2009. This investment will be conducted in compliance with all applicable financial systems regulations and guidance. Of particular applicability is the OMB's Competition Framework for Financial Management Line of Business (FMLoB) Migrations, dated May 22, 2006, and the FSIO migration planning guidance.

### 1.1 Department of Labor Mission and Organization

The DOL fosters and promotes the welfare of the job seekers, wage earners, and retirees of the United States by improving their working conditions, advancing their opportunities for profitable employment, protecting their retirement and health care benefits, helping employers find workers, strengthening free collective bargaining, and tracking changes in employment, prices, and other national economic measurements. In carrying out this mission, the Department administers a variety of Federal labor laws including those that guarantee workers' rights to safe and healthful working conditions; a minimum hourly wage and overtime pay; freedom from employment discrimination; unemployment insurance; and other income support.

### 1.2 Background

In a 1999 study, the ability of DOLAR$ to meet both Federal and DOL performance and business requirements was determined to be significantly deficient and a performance gap existed between the increasing federal financial management requirements and DOLAR$ capabilities. Industry and Federal standards, including the use of commercial off-the-shelf (COTS) applications and standards-based/service oriented architecture, had significantly outpaced DOLAR$ capabilities in the years since its inception in 1989. Continuing to maintain sound financial management using DOLAR$ would become a challenge for DOL.

- Although the existing core financial management system (DOLAR$) complies with FSIO Federal Financial Management System Requirements (FFMSR), the processing could be much more efficient with an updated system.

- Core financial management functions, processes, and data are distributed and/or duplicated across multiple systems.

- Financial information is not distributed automatically between the core financial management system, feeder systems, and agency systems, increasing time delays and error rates due to batch processing, manual entry, and the absence of timely financial management information.

- The core financial management system is based on mainframe technology and customized applications, requiring specialized support operations and staff.

To address these financial management performance gaps, DOL OCFO invested in NCFMS, which is intended to acquire and implement a financial management SSP solution to replace DOLAR$.

The specific benefits of a modernized core financial management system and associated business processes include:

- Improved functional integration, which may require fewer feeder systems
- Improved usability of web-based user interfaces
- Improved access to up-to-date data and reports
- More powerful and flexible query and reporting capabilities
- Automated electronic workflow for routing and approvals
- Improved accountability and ability to audit transactions
- Improved process efficiency and effectiveness
- Increased internal controls
- Increased speed and transparency in external reporting
- Improved error messaging for issue resolution
- Compliant and vendor-supported commercial off-the-shelf software

### 1.2.1 DOL Core Financials

This investment will focus on the replacement of those processes and systems that are considered a consolidated core based on DOL financial operations and FSIO standards. Those processes that are included in this consolidated core, aligned with Oracle Federal Financials, are:

Federal Administrator – Includes configurations for budget execution and Federal Reports, including FACTS and SR224.

Federal General Ledger – Includes budgetary and proprietary financial transactions, posting of journals, funds control validation, and detailed financial reporting

Federal Purchasing - Includes commitments, obligations, receipts, and acceptances.

Federal Payables - Includes invoices for timely recording and payment based on Federal Prompt Pay Requirements, approval requirements, and vendor maintenance and payment processing rules.

Federal Receivables – Includes debts and collections from customers, grantees, and employees; customer maintenance; invoicing rules; collections rules; and interest and administrative charge calculations.

Projects – Includes project structures, project controls, accounting relationships, processing rules, and project reporting.

Fixed Assets – Includes asset inventory, depreciation, asset transactions, tax accounting, and capital spending, and fixed asset reporting.

There are other DOL systems that will interface with these financial system components because they currently send information to the financial system or because they receive information from the other DOL systems. While the other DOL systems will not be replaced as part of this investment, the interfaces to the new financial management system must be supported.

### 1.2.2 System Hosting and Application Management

DOL is seeking the services of a federal or commercial FM SSP in the following areas:

- **Technology Hosting and Administration Services** – involves providing the IT infrastructure (facilities and infrastructure software) that serve as the foundation for running business software applications and the services to maintain that infrastructure.

- **Application Management Services** – involves providing the software and services for running and managing access to business software applications, in this case, financial management software and the feeder systems that provide data to the financial management software.

- **System Implementation Services** – includes services to help an agency through a migration of their current financial management operations to the FM SSP environment.

### 1.2.3 Objectives

The work to be performed under this investment shall be executed with a performance-based approach in order to provide the most cost-effective and technically sound solution. The DOL shall rely on the FM SSP's expertise to streamline the process of completing the investment milestones. The FM SSP shall plan and develop a solution to implement a DOL-wide financial management system that meets the NCFMS investment's objectives and anticipated outcomes.

The FM SSP shall achieve the following objectives in the performance of the resultant contract:

- An integrated core financial management system that meets FSIO and DOL-specific requirements as well as the financial management system requirements set forth in Section 7 of OMB Circular A-127;
- Improved financial processes that complement financial management systems operational efficiency and effectiveness;

- Documentation that includes, but is not limited to, software configuration, technical specifications, system interface descriptions, and user manuals;
- Training and support for the users of the new system based on the level, responsibility and roles of individual users;
- System hosting, administration, and application management services;
- Improved customer information and relationship management capabilities;
- Enhanced tools to support financial reporting and quarterly financial statement presentation; and
- Enhanced tools to support executive and managerial decision-making responsibilities.

Completion of these items will support the DOL's goals of controlling or cutting costs, providing high quality service, and improving efficiency and effectiveness by:

- Reducing applicable audit deficiencies;
- Reducing duplicate processes;
- Reducing system response time;
- Increasing data accuracy;
- Reducing the number of system interfaces;
- Reducing total cost of ownership and increasing the adoption of evolving technologies through shared services and the use of COTS solutions; and
- Better aligning information technology activities with business management goals.

### 1.3 Constraints

- The DOL will continue its implementation of Oracle Federal Financials, with an Oracle database, to achieve the benefits already attained through DOL's initial investment.
- The FM SSP solution must be compliant with FSIO mandatory requirements and it must remain compliant with FSIO requirements as they are updated.
- The New Core Financial Management System must be deployed as the financial system of record on October 1, 2009.
- In line with the guidance provided by OMB for the FMLoB, DOL will conduct a federal – commercial competition in selecting its FM SSP.
- The FM SSP's facilities must be certified and accredited in accordance with National Institute of Standards and Technology (NIST) Special Publications (especially NIST 800-53) prior to the start of the contract.
- The FM SSP shall employ a management approach that is consistent with DOL's System Development Life Cycle Manual (SDLCM).

### 1.4 Assumptions

- The business requirements of DOL headquarters and its agencies will not change significantly before completion of the implementation.
- The DOL customization of the Oracle Federal Financials will be minimal. As necessary, DOL will reengineer its business processes to be consistent with Oracle Federal Financials.

- The existing OCIO – OCFO Program Management Office (PMO) will oversee the NCFMS investment. Some program documentation developed by the PMO will require input from the FM SSP.
- The PMO will develop and deploy a comprehensive change management plan, including a communications plan to facilitate the migration to the new FM SSP solution in a timely and cost-efficient manner. Some aspects of this plan will require input from the FM SSP.

## 2.0 Required Products and Services

This proposed solution shall permit the DOL to acquire the life cycle system integration activities, hardware, software and licenses necessary to deploy the new core financial management system in a hosted environment. The major components associated with this acquisition are:

- Financial management software
- Integration services
- Hosting hardware, software, and services, including ongoing operations and maintenance (O&M)

It is the DOL's objective to make full use of the FM SSP's expertise and experience in developing a Performance Work Statement (PWS) and delivering solutions of the scale and scope as described in this Statement of Objectives (SOO).

The following sections provide an overview of the work that will be required under this solicitation. These sections are neither complete nor all-inclusive, and are not intended to prescribe a set of tasks to be performed under this solicitation. FM SSPs are responsible for developing and preparing the PWS. The information is intended to highlight specific DOL expectations and constraints.

### 2.1 Financial Management Software

It is anticipated the NCFMS solution shall consist of one or more commercially available products with limited or no custom development. Therefore, instead of software development, the FM SSP shall be required to integrate one or more operational components and configure the integrated solution to operate within DOL's environment. The Department intends to implement FSIO-approved Oracle Federal Financials[1] with an Oracle database to build on the benefits already attained through DOL's initial investment.

### 2.2 Project Management

The FM SSP shall provide comprehensive and effective life cycle project management services throughout the investment's duration, including O&M and possible end-of-life disposition. The FM SSP shall employ a management approach that is consistent with DOL's System

[1] See also Section 2.4.1 regarding specific versions.

Development Life Cycle Manual (SDLCM). The SDLCM work breakdown structure (WBS) template is provided as Attachment 1.

### 2.3 Integration Services

The FM SSP shall provide all necessary services for the successful integration of a FSIO-compliant core financial system, which shall include, at a minimum, the services described in the following sections.

#### 2.3.1 Implementation Approach

- The current timeline for the NCFMS investment calls for the implementation effort to begin in the fourth quarter of Fiscal Year (FY) 2008 and for the new financial system to achieve full operational capability in a hosted environment by October 1, 2009. Full operational capability is defined as the NCFMS becoming DOL's financial system of record, with all core financial transactions, batch or on-line, being done in NCFMS.

The implementation approach provides a description of how the implementation strategy will be executed, as well as the timeline associated with the implementation schedule.

#### 2.3.2 Requirements Analysis and Definition

The DOL has defined an initial set of functional and technical requirements, which are included in Attachment 2, NCFMS Financial Functional Requirements. The FM SSP shall expand upon these requirements to develop data, operational, and interface requirements that are specific to NCFMS. At a minimum, this will entail gathering requirements that encompass the following areas: •

- Data formats (e.g., chart of accounts)
- User categories (e.g., roles, responsibilities and security profiles)
- Operational standards and procedures
- DOL security standards
- Standard Federal (e.g., OMB and Treasury) required financial reports
- Quarterly financial statements
- Year-end financial statements

#### 2.3.3 System Configuration and Interface Development

The DOL is comprised of various bureaus and offices, each of which has varying data and reporting needs. The configuration must reflect the requirements of these bureaus and offices, as well as clear mechanisms to either protect or share across organizations according to business needs and security guidelines. In addition, the DOL has a variety of interfaces from internal and external systems which must be carried forward with the new financial system. These interfaces are identified in Attachment 3.

It is anticipated that the FM SSP shall provide multiple configured environments to include, at a minimum, development, test, training, production, and disaster recovery. The FM SSP is

responsible for providing all software, hardware and infrastructure needed for these environments.

Both hardware and software configurations should be designed to accommodate the volume of DOL transactions, transactional data, and reference data, and the potential increases in all areas that will occur during the deployment and then operations of the new financial system. The existing financial management system currently processes 4.5 million transactions per year and holds 16 million transactions. NCFMS is expected to support 500 transactional users and 300 query users initially.

### 2.3.4 Testing

The system configuration and interfaces shall be subject to DOL approval. This approval shall be obtained through interim pilots and user acceptance testing by DOL stakeholders. The testing shall include all testing currently specified by FSIO, and as updated. Additional testing may be required by DOL, as specified in the SDLCM.

At interim points during the configuration process, DOL stakeholders will participate in pilots of subsets of the configured system to ensure the system is meeting the defined functional, technical, and interface requirements. The FM SSP shall complete the pilots within the timeframes and acceptance metrics proposed by the FM SSP and accepted by DOL.

The objective of user acceptance testing is to gain user acceptance of the fully configured system prior to deployment. The FM SSP shall complete the user acceptance testing within the timeframe and acceptance metrics proposed by the FM SSP and accepted by DOL.

### 2.3.5 Data Conversion

The FM SSP shall conduct all activities required to successfully convert and migrate the cleaned data from its current location(s) and format(s) to the new physical location(s) and format(s) defined by the NCFMS solution prior to deployment.

### 2.3.6 System Training

The FM SSP will be responsible for developing a role-based system training plan, developing system training materials, and delivering the system training. The FM SSP shall ensure that adequate training is provided to applicable DOL staff both prior to and after system deployment. The training provided by the FM SSP shall ensure that all affected DOL staff will be able to not just utilize the solution, but to understand how to perform the financial management duties applicable to their job positions. The DOL must review and approve all training materials before any training is conducted.

### 2.3.7 System Deployment

The deployment of the NCFMS solution shall be completed in accordance with the FM SSP's proposed deployment plans. The deployment activities shall include, but are not limited to, installation, testing, cut-over, customer acceptance, and post-deployment support of DOL users

for at least six (6) months. The FM SSP's proposed deployment approach and schedule should demonstrate coordination with the data conversion and training activities.

### 2.3.8 Documentation

The FM SSP shall clearly and thoroughly document the DOL financial management systems, interfaces and processing instructions associated with the NCFMS solution. This documentation shall include, but not be limited to, software design documents, user manuals, and operating procedures, and shall be provided in both hardcopy and electronic format. A documentation maintenance plan shall also be developed to ensure that these documents are kept up-to-date and readily available for examination.

### 2.3.9 Subject Matter Experts

The DOL has a lean financial management staff and may require the SSP to provide federal financial management subject matter experts to support the design and implementation efforts as well as for business process reengineering.

## 2.4 Hosting Services

The FM SSP shall provide all necessary services to support and host the NCFMS solution, consistent with the goals and objectives of the FMLoB initiative. This includes both infrastructure hosting and application functional and technical support. The FM SSP shall be expected to provide a complete hosting solution that includes all the services necessary to deliver their proposed approach from initiation through system cut-over and all post-deployment production operations. The FM SSP shall perform all O&M activities for the new financial system. The FM SSP shall provide ongoing support for the operations, maintenance and security of the deployed system infrastructure, which includes, but is not limited to:

- Facilities
- Network operations
- System administration
- Host-based intrusion detection
- Network-based intrusion detection
- Backup and recovery
- Monitoring of operating system, database, applications and network
- Support for installation of application patches and service packs
- Physical database support and management
- User ID and password initial setups and resets
- System software patches and upgrades
- Hardware life cycle replacement
- Maintaining FSIO certification

The FM SSP shall provide ongoing support for the operations, maintenance and security of the deployed application, which includes, but is not limited to:

- Application break-fix

- Patch research, testing, and application
- Application database support and management
- Instance management/change control
- Interface support
- Functional support
- Application end-user security
- Batch job management
- Application and database performance tuning and capacity planning

The FM SSP shall ensure that a proper Continuity of Operations plan is in place. This includes, but is not limited to, maintaining a mirrored image of the DOL's financial system at a specified disaster recovery site.

The FM SSP shall be responsible for providing all software, hardware and infrastructure needed to host the proposed financial management system. The system should be available to the DOL, between the hours of 6:00am Eastern Time to 8:00pm Eastern Time from Monday through Friday. The FM SSP could propose alternative hours that may better match their current operating hours, if both options are priced. The FM SSP shall be able to support requests for additional system availability outside of these hours with advanced notice from the DOL.

The FM SSP shall provide all tiers of help desk support for the NCFMS solution, from basic end user application support to resolution of complex software issues. The FM SSP shall provide help desk support, at a minimum, from 6:00 a.m. Eastern Time to 8:00 p.m. Eastern Time on all business days that are non-federal holidays. The FM SSP could propose alternative hours for Help Desk support that may better match their current Help Desk hours, if both options are priced. The FM SSP shall also be able to accommodate requests for help desk support outside of this timeframe, when provided with advanced notice from the DOL.

The FM SSP's support for hosting services shall be documented in a mutually-agreed-upon Service Level Agreement (SLA).

The FM SSP shall implement and report FSIO-approved metrics.

The FM SSP shall be responsible for providing a change control process that enforces consistent configuration management across all increments, instances, and upgrades of the new financial systems. The process shall include the DOL as an active participant in the review and resolution of configuration and technical issues.

### 2.4.1 Hosting Services Approach

The hosting services approach provides a description of how the hosting strategy will be executed. The FM SSP should describe how it intends to evaluate new FSIO requirements, new releases of software (patches, upgrades, etc.) and incorporate the most recent approved versions/releases/patches into the hosting environment over the duration of this effort.

Anticipating that Oracle Federal Financials Release 12 and the associated certification by FSIO is imminent, the FM SSP should specifically address: 1) implementing Oracle Federal

Financials version 11i, then upgrading to version 12 when it is FSIO-approved, and 2) bypassing Release 11i as the initial implementation and going directly to Oracle Federal Financials Release 12, if it is FSIO-approved.

### 3.0 Period of Performance

The Period of Performance is as follows: Base Period: Twelve (12) months from date of award, on or about July 1, 2008. If exercised: Option Periods 1 - 7: In sequential order, twelve (12) months from the end of the previous period.

### 4.0 Place of Performance

The services specified by this contract shall be performed at the following location(s):

FM SSP's Facility or Facilities (primary)

Department of Labor (as required)
Frances Perkins Building,
200 Constitution Ave., NW,
Washington, DC 20210

The successful FM SSP's facility will be subject to random and scheduled visits by DOL and DOL-approved contractors to ensure compliance with contract requirements.

Attachments

1. NCFMS Work Breakdown Structure
2. NCFMS Financial Functional Requirements
3. NCFMS Interface Requirements
4. DOL System Development Life Cycle Manual

# Exhibit C

## OCFO - DOLAR$ System Maintenance

**Exhibit 300: Capital Asset Plan and Business Case Summary**
**Part I: Summary Information and Justification (All Capital Assets)**

**Section A: Overview (All Capital Assets)**

| | |
|---|---|
| Date of Submission | 12/29/2006 |
| Agency | Department of Labor |
| Bureau | DM - OCFO |
| Name of this Capital Asset | OCFO - DOLAR$ System Maintenance |
| OMB Investment Type | 01 - Major Investment |
| What kind of investment will this be in this Budget Year? | Operations and Maintenance |

Provide a brief summary and justification for this investment, including a brief description of how this closes in part or in whole an identified agency performance gap:
The DOL Accounting and Related System (DOLAR$) is the DOL centralized accounting system of record and general ledger. It's based on FEDERAL SUCCESS, a COTS package which DOL customized and implemented in 1989. The source code is written in COBOL and it resides on a mainframe based central processor at the SunGard Data Services in Voorhees, New Jersey. Users gain access via the DOL Employee Computer Network (ECN) which is owned and operated by the Office of the Asst. Secretary for Admin. and Mgt. (OASAM), IT Center, Office of Technical Services.
DOLAR$ has since been enhanced to meet subsequent Federal financial management statues, policies and regulations. It provides centralized and standardized financial management information-a key to enabling DOL and its agencies to comply with federally mandated requirements for core accounting and financial management functions and to meet their business information needs. With DOLAR$, DOL has received unqualified audit opinions for nine consecutive years.

The OCFO was planning to implement the Labor Executive Accountability Program (LEAP) to replace DOLAR$ and agency ancillary systems in order to provide consistent, timelier data and better financial services to DOL. LEAP was to become the system of record on 10/1/2008; however, due to a lack of funding for FY2007, the LEAP investment has been suspended. Thus, DOLAR$ will continue as the system of record until a replacement system is identified and implemented. To ensure an appropriate transition and disposition of DOLAR$, it will continue for 18 months after the new system implementation. The two systems must run parallel for six months after the new system has successfully functioned prior to beginning the decommissioning of DOLAR$. Then it will take six to twelve months to fully decommission DOLAR$ and achieve disposition.

FY2008 activities consist of on-going system operations and maintenance to operate DOLAR$ and mainframe host services. As it will be the system of record longer than anticipated, additional funds are needed to ensure DOLAR$ continues to perform at the current service level. Thus, the O&M funding request for 2008 is greater than 2007. Additional activities include upgrading the network as well as necessary software upgrades to the application. This also includes $58,000 to implement NIST 800-53 and OMB M-06-16 security control.

| | |
|---|---|
| Did the Agency's Executive/Investment Committee approve this request? | Yes |
| If "yes," what was the date of this approval? | 6/29/2006 |
| Did the Project Manager review this Exhibit? | Yes |

| | |
|---|---|
| Has the agency developed and/or promoted cost effective, energy efficient and environmentally sustainable techniques or practices for this project. | Yes |
| Will this investment include electronic assets (including computers)? | Yes |
| Is this investment for new construction or major retrofit of a Federal building or facility? (answer applicable to non-IT assets only) | No |
| If "yes," is an ESPC or UESC being used to help fund this investment? | |
| If "yes," will this investment meet sustainable design principles? | |
| If "yes," is it designed to be 30% more energy efficient than relevant code? | |
| Does this investment directly support one of the PMA initiatives? | Yes |
| If "yes," check all of the PMA initiatives that apply: | Budget Performance Integration, Financial Performance |

| | |
|---|---|
| For information technology investments only: | |
| is this investment for information technology? | Yes |
| Briefly describe how this asset directly supports the identified initiative(s)? | The ongoing maintenance of DOLAR$ is critical to comply with internal operating requirements and other federal agency requirements. In FY 2004, the OCFO implemented the Cost Analysis Manager (CAM). CAM represents a set of processes for accumulating, measuring, analyzing, interpreting, and reporting information about the cost to perform a DOL activity. |

If the answer to Question, "Is this investment for information technology?" was "Yes," complete this sub-section. If the answer is "No," do not answer this sub-section.

| | |
|---|---|
| What project management qualifications does the Project Manager have? (per CIO Council's PM Guidance): | (1) Project manager has been validated as qualified for this investment |
| If this project produces information dissemination products for the public, are these products published to the Internet in conformance with OMB Memorandum 05-04 and included in your agency inventory, schedules and priorities? | N/A |
| Are the records produced by this investment appropriately scheduled with the National Archives and Records Administration's approval? | Yes |

**Section B: Summary of Spending (All Capital Assets)**

Provide the total estimated life-cycle cost for this investment by completing the following table. All amounts represent budget authority in millions, and are rounded to three decimal places. Federal personnel costs should be included only in the row designated "Government FTE Cost," and should be excluded from the amounts shown for "Planning," "Full Acquisition," and "Operation/Maintenance." The

"TOTAL" estimated annual cost of the investment is the sum of costs for "Planning," "Full Acquisition," and "Operation/Maintenance." For Federal buildings and facilities, life-cycle costs should include long term energy, environmental, decommissioning, and/or restoration costs. The costs associated with the entire life-cycle of the investment should be included in this report.

**Table 1: SUMMARY OF SPENDING FOR PROJECT PHASES (REPORTED IN MILLIONS)**
**(Estimates for BY+1 and beyond are for planning purposes only and do not represent budget decisions)**

| | PY - 1 and Earlier | PY 2006 | CY 2007 | BY 2008 |
|---|---|---|---|---|
| Total Budgetary Resources | 20.01 | 4.592 | 3.5 | 4.5 |

**Note: For the cross-agency investments, this table should include all funding (both managing partner and partner agencies). Government FTE Costs should not be included as part of the TOTAL represented.**

## Section C: Acquisition/Contract Strategy (All Capital Assets)

*Sensitive Data*
* * * SENSITIVE DATA: This information was omitted completely * * *

## Section D: Performance Information (All Capital Assets)

*Sensitive Data*
* * * SENSITIVE DATA: This information was omitted completely * * *

## Section E: Security and Privacy (IT Capital Assets Only)

*Sensitive Data*
* * * SENSITIVE DATA: This information was omitted completely * * *

## Section F: Enterprise Architecture (EA) (IT Capital Assets Only)

In order to successfully address this area of the business case and capital asset plan you must ensure the investment is included in the agency's EA and Capital Planning and Investment Control (CPIC) process, and is mapped to and supports the FEA. You must also ensure the business case demonstrates the relationship between the investment and the business, performance, data, services, application, and technology layers of the agency's EA.

Is this investment included in your agency's target enterprise architecture? Yes

If "no," please explain why this investment is not included in your agency's target enterprise architecture?
This initiative is identified in the Departmental Enterprise Architecture. This initiative will continue to sustain DOLAR$ as the IT solution to meet its financial business processes, external requirements, and user needs until implementation of a new replacement financial management system. In addition, the DOLAR$ investment was developed, reviewed, and approved by OCFO's internal governance process which includes reviews for EA, Security, and Capital Planning. The current OCFO Baseline and Target

EAs were developed in November 1999. Because of the older technology of DOLAR$, it is not practical to re-engineer the system to provide the needed functionality of a fully FSIO-compliant system that offers all of the features of the newer COTS packages. A New Core Financial Management System (NCFMS) is needed to bring the DOL accounting system into compliance with the FSIO requirements. In accordance with the OCFO's "to be" plan to modernize DOL's central accounting system, the OCFO incorporated modern interface technology to improve the utility of DOLAR$, and in FY 2003, the OCFO began efforts to replace DOLAR$ with an EA-compliant core financial management system.

Is this investment included in the agency's EA Transition Strategy? Yes

Will the application leverage existing components and/or applications across the Government (i.e., FirstGov, Pay.Gov, etc)?

No.

If "yes," please describe.

Does this investment provide the public with access to a government automated information system? No

If "yes," does customer access require specific software (e.g., a specific web browser version)?

If "yes," provide the specific product name(s) and version number(s) of the required software and the date when the public will be able to access this investment by any software (i.e. to ensure equitable and timely access of government information and services).

## Part III: For "Operation and Maintenance" Investments Only (Steady State)

***Part III should be completed only for investments identified as "Operation and Maintenance" (Steady State) in response to Part I, Section A above.***

### Section A: Risk Management (All Capital Assets)

You should have performed a risk assessment during the early planning and initial concept phase of this investment's life-cycle, developed a risk-adjusted life-cycle cost estimate and a plan to eliminate, mitigate or manage risk, and be actively managing risk throughout the investment's life-cycle.

Does the investment have a Risk Management Plan? Yes

What is the date of the risk management plan? 8/16/2006

### Section B: Cost and Schedule Performance (All Capital Assets)

*Sensitive Data*

* * * SENSITIVE DATA: This information was omitted completely * * *

## I.A.: OVERVIEW BY09

### Descriptive Information BY09

| | |
|---|---|
| Template Name | BY2009 |
| Investment Name | OCFO - DOLAR$ System Maintenance |
| Investment Revision Number | 7 |
| Is this investment a consolidated business case? | No |
| Point of Contact | Clark, Patricia |
| Revision Comment | |
| Date of Submission | 9/10/2007 |
| Agency | Department of Labor |
| Bureau | DM - OCFO |
| Name of this Capital Asset | OCFO - DOLAR$ System Maintenance |
| Exhibit 53 Part | IT Investments by Mission Area |
| OMB Investment Type | 01 - Major Investment |
| OMB Exhibit 53 Major Mission Area | Financial Management |
| What kind of investment will this be in this Budget Year? | Operations and Maintenance |
| OMB Short Description | DOLAR$ is the DOL central accounting system of record. It is based on a COTS package purchased in 1989. |

### Screening Questions BY09

Provide a brief summary and justification for this investment, including a brief description of how this closes in part or in whole an identified agency performance gap:

This investment will continue to sustain the DOL legacy Department of Labor Accounting and Related Systems (DOLAR$) as the IT solution to account for DOL financial business processes, to comply with internal and external requirements, and to provide financial management information to stakeholders until implementation of a new replacement financial management system. The proposed strategy is to reduce unnecessary investments in this legacy system. The OCFO governance, which oversees the request for enhancements, will have the responsibility to ensure that the budget for software maintenance is adhered to and that enhancements are kept to a minimum.

The New Core Financial Management System (NCFMS) investment, formally known as Labor Executive Accountability Program (LEAP), is the DOL's new financial management system that will replace its DOLAR$ legacy accounting system since it is over 18 years old, antiquated, and no longer able to efficiently and effectively meet the Department's financial management needs and growing federal financial management requirements.

NCFMS activities began in FY 2003 after several studies had been conducted by the Logistics Management Institute (LMI) recommending the replacement of DOLAR$. As a result, the DOL OCFO conducted planning and acquisition activities associated with the NCFMS investment. In December 2006, the NCFMS activities were suspended due to issues with project management and concerns about the then-current direction of the investment. Thus, DOLAR$ will continue as the system of record until a replacement system is identified and implemented. To ensure an appropriate transition and disposition of DOLAR$, it will continue for 18 months after the new system implementation.

FY2009 activities consist of on-going system operations and maintenance to operate DOLAR$ and mainframe host services. As it will be the system of record longer than anticipated, in FY 2007 and FY 2008 the OCFO will procure IT software and hardware to store and secure archived financial data, and administer OCFO LAN architecture / communications needed to ensure DOLAR$ continues to perform at the current service level. In FY 2009, the OCFO will execute DOL IT capital planning investment and security requirements to recertify the use of DOLAR$ Centralized Core Accounting System.

| | |
|---|---|
| Did the Agency's Executive/Investment Committee approve this request? | Yes |
| If "yes," what was the date of this approval? | 8/27/2007 |
| Did the Project Manager review this Exhibit? | Yes |
| Has the agency developed and/or promoted cost effective, energy efficient and environmentally sustainable techniques or practices for this project. | Yes |
| Will this investment include electronic assets (including computers)? | Yes |
| Is this investment for new construction or major retrofit of a Federal building or facility? (answer applicable to non-IT assets only) | No |

| | |
|---|---|
| If "yes," is an ESPC or UESC being used to help fund this investment? | |
| If "yes," will this investment meet sustainable design principles? | |
| If "yes," is it designed to be 30% more energy efficient than relevant code? | |
| Does this investment directly support one of the PMA initiatives? | Yes |
| If "yes," check all of the PMA initiatives that apply: | Financial Performance |
| Is this investment for information technology? | Yes |
| Briefly describe how this asset directly supports the identified initiative(s)? | The ongoing maintenance of DOLAR$ is critical to comply with internal operating requirements and other federal agency requirements.<br>In FY 2004, the OCFO implemented the Cost Analysis Manager (CAM). CAM, a component of DOLAR$, is DOL's mangerial cost accounting solution. CAM represents a set of processes for accumulating, measuring, analyzing, interpreting, and reporting information about the cost to perform a DOL activity. |

### *IT Screening Questions BY09*

If the answer to Question, "Is this investment for information technology?" was "Yes," complete this sub-section. If the answer is "No," do not answer this sub-section.

| | |
|---|---|
| What project management qualifications does the Project Manager have? (per CIO Council's PM Guidance): | (1) Project manager has been validated as qualified for this investment |
| If this project produces information dissemination products for the public, are these products published to the Internet in conformance with OMB Memorandum 05-04 and included in your agency inventory, schedules and priorities? | N/A |
| Are the records produced by this investment appropriately scheduled with the National Archives and Records Administration's approval? | Yes |

## *I.B.: SUMMARY OF SPENDING BY09*

### *Summary of Spending BY09*

Provide the total estimated life-cycle cost for this investment by completing the following table. All amounts represent budget authority in thousands, and are rounded to three decimal places. Federal personnel costs should be included only in the row designated "Government FTE Cost," and should be excluded from the amounts shown for "Planning," "Full Acquisition," and "Operation/Maintenance." The "TOTAL" estimated annual cost of the investment is the sum of costs for "Planning," "Full Acquisition," and "Operation/Maintenance." For Federal buildings and facilities, life-cycle costs should include long term energy, environmental, decommissioning, and/or restoration costs. The costs associated with the entire life-cycle of the investment should be included in this report.

REDACTED EXHIBIT 300 O&M BY09: OCFO - DOLAR$ System Maintenance (Revision 7...

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | PY 2007 | CY 2008 | BY 2009 |
|---|---|---|---|---|---|---|---|---|---|
| Planning | | | | | | | | | |
| Budgetary Resources | 0 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 0 |
| Acquisition | | | | | | | | | |
| Budgetary Resources | 0 | 2700 | 0 | 490 | 0 | 0 | 0 | 0 | 0 |
| Subtotal Planning & Acquisition | | | | | | | | | |
| Budgetary Resources | 0 | 2700 | 0 | 550 | 0 | 0 | 0 | 0 | 0 |
| Operations & Maintenance | | | | | | | | | |
| Budgetary Resources | 0 | 2900 | 4500 | 4600 | 4760 | 4592 | 4786 | 5544 | 5079 |
| TOTAL | | | | | | | | | |
| Budgetary Resources | 0 | 5600 | 4500 | 5150 | 4760 | 4592 | 4786 | 5544 | 5079 |
| Government FTE Costs | | | | | | | | | |
| Budgetary Resources | 0 | 1042 | 1214 | 1129 | 1198 | 3291 | 1346 | 1500 | 1545 |
| Planning | | | | | | | | | |
| Budgetary Resources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition | | | | | | | | | |
| Budgetary Resources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance | | | | | | | | | |
| Budgetary Resources | 0 | 1042 | 1214 | 1129 | 1198 | 3291 | 1346 | 1500 | 1545 |

*Full Time Equivalents BY09*

Use the following table to provide the number of Government Full Time Equivalents (FTE) represented by the Government FTE Costs in the Summary of Spending Table. Numbers should be entered in decimal format for each of the categories listed.

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | PY 2007 | CY 2008 | BY 2009 |
|---|---|---|---|---|---|---|---|---|---|
| Security | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| IT | 0 | 11 | 11 | 11 | 11 | 9 | 10 | 10 | 10 |
| Financial Management | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Program Management | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total* | 0 | 14 | 14 | 14 | 14 | 12 | 13 | 13 | 13 |

## I.C.: ACQUISITION/CONTRACT STRATEGY BY09

*Sensitive Data*

* * * SENSITIVE DATA: This information was omitted completely * * *

## I.D.: PERFORMANCE INFORMATION BY09

*Sensitive Data*

* * * SENSITIVE DATA: This information was omitted completely * * *

## I.E.: SECURITY AND PRIVACY BY09

*Sensitive Data*

* * * SENSITIVE DATA: This information was omitted completely * * *

## I.F.: ENTERPRISE ARCHITECTURE (EA) BY09

*General EA Questions BY09*

In order to successfully address this area of the capital asset plan and business case, the investment must be included in the agency's EA and Capital Planning and Investment Control (CPIC) process and mapped to and supporting the FEA. The business case must demonstrate the relationship between the investment and the business, performance, data, services, application, and technology layers of the agency's EA.

| | |
|---|---|
| Is this investment included in your agency's target enterprise architecture? | Yes |

If "no," please explain why this investment is not included in your agency's target enterprise architecture?

| | |
|---|---|
| Is this investment included in the agency's EA Transition Strategy? | Yes |
| Will the application leverage existing components and/or applications across the Government (i.e., FirstGov, Pay.Gov, etc)? | No |

If "yes," please describe how the application will leverage existing components and/or applications across the Government.

## III.A.: RISK MANAGEMENT BY09

*Risk Management Plan BY09*

Part III is completed only for investments identified as "Operation and Maintenance" (Steady State) in response to Part I above.

You should have performed a risk assessment during the early planning and initial concept phase of this investment's life-cycle, developed a risk-adjusted life-cycle cost estimate and a plan to eliminate, mitigate or manage risk, and be actively managing risk throughout the investment's life-cycle.

| | |
|---|---|
| Does the investment have a Risk Management Plan? | Yes |
| What is the date of the risk management plan? | 8/20/2007 |

## III.B.: COST AND SCHEDULE PERFORMANCE BY09

*Sensitive Data*

* * * SENSITIVE DATA: This information was omitted completely * * *

# Exhibit D

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING: N/A | PAGE OF PAGES: 1

2. CONTRACT NUMBER

3. SOLICITATION NUMBER: DOL089RP20497

4. TYPE OF SOLICITATION: [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)

5. DATE ISSUED: 01-15-2008

6. REQUISITION/PURCHASE NUMBER

7. ISSUED BY — CODE

OASAM Office of Procurement Services
U. S. Department of Labor
Room S-4307
200 Constitution Ave., NW
Washington DC 20210

8. ADDRESS OFFER TO (If other than Item 7)

U.S. Department of Labor, OASAM
Office of Procurement Services
200 Constitution Avenue, NW, Room S-4307
ATTN: RONALD J. JORDAN
Washington DC 20210

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and see Section L copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in See Item 8, above until 1:00 p.m. (Hour) local time 03-31-2008 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All Offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME: RONALD J. JORDAN | B. TELEPHONE (NO COLLECT CALLS) AREA CODE / NUMBER / EXT.: 202-693-4595 | C. E-MAIL ADDRESS: jordan.ronald@dol.gov

11. TABLE OF CONTENTS — See Attached Table of Contents

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTR., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NUMBER — AREA CODE / NUMBER / EXT.

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c) ( ) [ ] 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) — CODE

OASAM Office of Procurement Services
U. S. Department of Labor
Room S-4307
200 Constitution Ave., NW
Washington DC 20210

25. PAYMENT WILL BE MADE BY — CODE

OASAM BRANCH OF INVOICE PAYMENTS
RM: S-5526
US DEPARTMENT OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON DC 20210

26. NAME OF CONTRACTING OFFICER (Type or print)

CAROL JENKINS
Contracting Officer

27. UNITED STATES OF AMERICA

(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

## Table of Contents

**PART I - THE SCHEDULE** .......... **4**

**SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS** .......... **4**

**SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK** .......... **5**

C.1 SCOPE OF CONTRACT (FIP RESOURCES) .......... 5
C.2 COMPLIANCE WITH FIPS PUB AND FEDERAL STANDARDS .......... 5
C.2 STATEMENT OF OBJECTIVES (SOO) .......... 6

**SECTION D - PACKAGING AND MARKING** .......... **7**

**SECTION E - INSPECTION AND ACCEPTANCE** .......... **8**

E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... 8

**SECTION F - DELIVERIES OR PERFORMANCE** .......... **9**

F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... 9
F.2 REPORTS .......... 9
F.3 MALFUNCTION/CORRECTIVE ACTION REPORT .......... 9
F.4 PERIOD OF PERFORMANCE .......... 10
F.5 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999) .......... 10
F.6 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) .......... 10

**SECTION G - CONTRACT ADMINISTRATION DATA** .......... **11**

G.1 INVOICE REQUIREMENTS .......... 11
G.2 METHOD OF PAYMENT .......... 12
G.3 DOLAR 2952.201-70 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR) (MAY 2004) .......... 13

**SECTION H - SPECIAL CONTRACT REQUIREMENTS** .......... **14**

H.1 WAIVER OF DELIVERY SCHEDULE .......... 14
H.2 INTERRUPTION OF SERVICE .......... 14
H.3 CONTRACT PHASE OUT PLAN .......... 14
H.4 COMPUTER PROGRAMMERS AND SYSTEM ANALYSTS .......... 14
H.5 SUBMITTAL DATA ON PERSONNEL .......... 15
H.6 DISSEMINATION OF INFORMATION .......... 15
H.7 RELEASE OF REPORTS .......... 15
H.8 RELEASE OF NEWS INFORMATION .......... 15
H.9 SOFTWARE RIGHTS .......... 15
H.10 ROYALTY FREE LICENSE .......... 16
H.11 TYPE OF SERVICE .......... 16
H.12 CITIZENSHIP .......... 16
H.13 EMPLOYEE RELATIONSHIP .......... 17
H.14 INAPPLICABILITY OF EMPLOYEE BENEFITS .......... 17
H.15 CONTRACTOR SUPERVISION .......... 117
H.16 ALL ITEMS TO BECOME PROPERTY OF THE GOVERNMENT .......... 17
H.17 CONTRACTOR EMPLOYEE SUITABILITY AND SECURITY REQUIREMENTS .......... 18

**PART II - CONTRACT CLAUSES** .......... **21**

**SECTION I - CONTRACT CLAUSES** .......... **21**

I.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE .......... 21

I.2 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004) ..... 23
I.3 52.222-41 SERVICE CONTRACT ACT OF 1965, AS AMENDED (JUL 2005) ..... 24
I.4 52.222-43 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT - PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (MAY 1989) ..... 29
I.5 52.222-49 SERVICE CONTRACT ACT - PLACE OF PERFORMANCE UNKNOWN (MAY 1989) ..... 30
I.6 52.232-25 PROMPT PAYMENT (OCT 2003) ..... 30
I.7 52.246-20 WARRANTY OF SERVICES (MAY 2001) ..... 34
I.8 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) ..... 34
I.9 52.234-4 EARNED VALUE MANAGEMENT SYSTEM (JUL 2006) ..... 35
I.10 KEY PERSONNEL ..... 36

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS ..... 37**

**SECTION J - LIST OF ATTACHMENTS ..... 37**

J.1 STATEMENT OF OBJECTIVES (SOO)
J.2 PRICE PROPOSAL TABLE
J.3 NCFMS INVESTMENT WORK BREAKDOWN STRUCTURE (WBS) DICTIONARY
J.4 NCFMS WBS
J.5 FM DUE DILIGENCE COVER LETTER
J.6 FM DUE DILIGENCE CHECKLIST
J.7 NCFMS INTEGRATED MASTER SCHEDULE
J.8 WAGE DETERMINATIONS 2005-2103 REV 4
J.9 PAST PERFORMANCE SURVEY
J.10 BRAND NAME JUSTIFICATION
J.11 SYSTEM INTERFACES
J.12 FINANCIAL FUNCTIONAL REQUIREMENTS

**PART IV - REPRESENTATIONS AND INSTRUCTIONS ..... 38**

**SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS ..... 38**

K.1 52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) ..... 38
K.2 SIGNATURE BLOCK ..... 39

**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS ..... 40**

L.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE ..... 40
L.2 52.216-1 TYPE OF CONTRACT (APR 1984) ..... 40
L.3 52.233-2 SERVICE OF PROTEST (SEP 2006) ..... 40
L.4 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) ..... 41
L.5 SPECIAL NOTICE TO OFFERORS ..... 41
L.6 INSTRUCTIONS FOR THE PREPARATION OF PROPOSALS ..... 42
L.7 NUMBER OF AWARDS ..... 59
L.8 ALL OR NOTHING PROPOSALS ..... 59
L.9 QUESTIONS REGARDING THIS SOLICITATION ..... 59

**SECTION M - EVALUATION FACTORS FOR AWARD ..... 61**

M.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE ..... 61
M.2 METHOD OF AWARD (BEST VALUE) ..... 61
M.3 EVALUATION FACTORS AND RATINGS ..... 62
M.4 DETERMINING THE BEST OVERALL VALUE ..... 62

# PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

See attachment J.2 for Price Proposal Table

# SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

## C.1 SCOPE OF CONTRACT (FIP RESOURCES)

The Contractor must furnish the following FIP resources:

[X] FIP equipment
[X] FIP software
[X] FIP services
[X] FIP support services
[X] FIP maintenance
[X] FIP related supplies

The above item(s) shall be supplied/performed in accordance with the Statement of Work and with the terms and conditions of the contract.

The term FIP resources include:

1. "FIP equipment" means any equipment or interconnected system or subsystems of equipment used in the automatic acquisition, storage, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information.

2. "FIP maintenance" means those examination, testing, repair, or part replacement functions performed on FIP equipment or software.

3. "FIP related supplies" means any consumable item designed specifically for use with FIP equipment, software, services, or support services.

4. "FIP services" means any service, other than FIP support services, performed or furnished by using FIP equipment or software.

5. "FIP software" means any software, including firmware, specifically designed to make use of and extend the capabilities of FIP equipment.

6. "FIP support services" means any commercial nonpersonal services, including FIP maintenance, used in support of FIP equipment, software, or services.

7. "FIP system" means any organized combination of FIP equipment, software, services, support services, or related supplies.

## C.2 COMPLIANCE WITH FIPS PUB AND FEDERAL STANDARDS

All equipment and/or software acquired under this acquisition must conform to specifications contained in the applicable Federal Information Processing Standards Publications (FIPS PUBS).

## C.3 STATEMENT OF OBJECTIVES (SOO)

This solicitation is presented as a "Statement of Objectives (SOO)" rather than a "Statement of Work". The SOO communicates the objectives and / or the required state of the proposed service verses identifying specific tasks. Essentially, DOL is requesting a total service that meets its Financial Management requirements from an IT perspective and offerors should propose a solution which meets the objectives outlined in the SOO. It is assumed the offeror will clearly define how their service will achieve these objectives for DOL.

See Attachment J.1 – Statement of Objectives

| | | |
|---|---|---|
| 52.219-16 | LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN | JAN 1999 |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES | FEB 1997 |
| 52.222-3 | CONVICT LABOR | JUN 2003 |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | FEB 1999 |
| 52.222-26 | EQUAL OPPORTUNITY | APR 2002 |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | SEP 2006 |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES | JUN 1998 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | SEP 2006 |
| 52.222-50 | COMBATING TRAFFICKING IN PERSONS | APR 2006 |
| 52.223-6 | DRUG-FREE WORKPLACE | MAY 2001 |
| 52.224-1 | PRIVACY ACT NOTIFICATION | APR 1984 |
| 52.224-2 | PRIVACY ACT | APR 1984 |
| 52.225-1 | BUY AMERICAN ACT--SUPPLIES | JUN 2003 |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | FEB 2006 |
| 52.227-1 | AUTHORIZATION AND CONSENT | JUL 1995 |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | AUG 1996 |
| 52.227-14 | RIGHTS IN DATA--GENERAL | JUN 1987 |
| 52.227-17 | RIGHTS IN DATA--SPECIAL WORKS | JUN 1987 |
| 52.227-19 | COMMERCIAL COMPUTER SOFTWARE--RESTRICTED RIGHTS | JUN 1987 |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | APR 2003 |
| 52.232-1 | PAYMENTS | APR 1984 |
| 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | FEB 2002 |
| 52.232-11 | EXTRAS | APR 1984 |
| 52.232-17 | INTEREST | JUN 1996 |
| 52.232-18 | AVAILABILITY OF FUNDS | APR 1984 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.232-33 | PAYMENT BY ELECTRONIC FUNDS--CENTRAL CONTRACTOR REGISTRATION | OCT 2003 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1996 |
| 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM | OCT 2004 |
| 52.237-3 | CONTINUITY OF SERVICES | JAN 1991 |
| 52.239-1 | PRIVACY OR SECURITY SAFEGUARDS | AUG 1996 |
| 52.242-15 | STOP WORK ORDER | AUG 1989 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-1 | CHANGES--FIXED PRICE ALTERNATE I (APR 1984) | AUG 1987 |
| 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS | SEP 2006 |
| 52.246-23 | LIMITATION OF LIABILITY | FEB 1997 |
| 52.248-1 | VALUE ENGINEERING ALTERNATE I (APR 1984) | APR 1984 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | MAY 2004 |

## SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

### L.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

The following solicitation provisions pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the FAR provision at FAR "52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE" in Section L of this solicitation. See FAR 52.252-1 for an internet address (if specified) for electronic access to the full text of a provision.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.215-1 | INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION ALTERNATE I (OCT 1997) | MAY 2001 |
| 52.222-24 | PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION | FEB 1999 |
| 52.214-34 | SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE | APR 1991 |
| 52.214-35 | SUBMISSION OF OFFERS IN US CURRENCY | APR 1991 |

### L.2 52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of an Indefinite Delivery / Indefinite Quantity (IDIQ) contract resulting from this solicitation. Task Orders issued under the resulting contract will be issued on either a Firm Fixed Price (FFP) or Time and Materials (T&M) basis.

### L.3 52.233-2 SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Mrs. Carol Jenkins
Contracting Officer

| HAND-CARRIED ADDRESS | MAILING ADDRESS |
|---|---|
| U.S. Department of Labor, OASAM | U.S. Department of Labor, OASAM |
| Office of Procurement Services | Division of Procurement Services |
| 200 Constitution Avenue, NW | 200 Constitution Avenue, NW |
| Room S-4307 | Room S-4307 |

Washington, DC 20210 Washington DC 20210

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

## L.4 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.acquisition.gov/comp/far/loadmainre.html

## L.5 SPECIAL NOTICE TO OFFERORS

### Consideration of Oracle Federal Financials v12

DOL is aware of the release of Oracle Federal Financials version 12 and the impending certification testing of this software by FSIO. Since Oracle Federal Financials v12 is not currently FSIO certified, but may become certified within the solicitation and/or period, and since DOL is aware of the significant differences in functionality and configuration of Oracle Federal Financials v12 and the currently certified v11i, offerors must including pricing for this major software release in accordance with their proposed approach in the Technical and Management Approach Volume(s). Alternatively, if offeror's wish to propose implementation of their FM SSP based solely on use of the presumption of Oracle Federal Financials v12 without first implementing v11i, DOL will entertain these as long as they are submitted as separate proposals (i.e., a wholly separate proposal, including all required volumes).

### Pre-Proposal Reading Room

DOL intends to leverage the investment from previous financial management efforts on this contract. However, given the sensitive nature and volume of information related to those previous efforts, that information is not included as attachments to this solicitation. Instead, DOL has set up a Reading Room at DOL Headquarters (200 Constitution Ave NW, Washington DC, 20017) with copies of relevant information available for review by potential offerors.

Appointments to use the Reading Room are available to each potential offeror by contacting the Contract Specialist by 12:00 p.m. Eastern Time, Friday, January 31, 2008. Each appointment is one business day, from 8:00 a.m. to 5:00 p.m., and appointments are available starting Monday, January 21, 2008 and ending Friday, February 8, 2008. Potential offerors may only sign up for one appointment initially to allow all potential offerors the opportunity to sign up for a Reading Room appointment. All appointment dates that remain open as of 12:00 p.m. Eastern Time, Friday, January 31, 2008, will then be made available to offerors who had a Reading Room appointment scheduled from January 21, 2008 through January 31, 2008.

Materials provided in the Reading Room may not be removed or copied in any manner conceivable, except that handwritten notes taken by potential offerors are allowed. The Reading Room will be monitored by federal or contractor personnel to help ensure no materials are removed; however, these monitoring personnel will not be able to provide information about the acquisition and should not be asked acquisition questions by potential offerors.

## L.6 INSTRUCTIONS FOR THE PREPARATION OF PROPOSALS

### Failure to Submit Requested Information

Failure to submit any of the information requested by this solicitation may be cause for unfavorable consideration and/or elimination from the competition.

### Use of Support Contractors

Offerors are advised that the Government will utilize support contractors to assist during the source selection. The exclusive responsibility for source selection will reside with the Government. Proprietary information submitted in response to this solicitation will be protected from unauthorized disclosure as required by Subsection 27 of the Office of Procurement Policy Act as amended (41 U.S.C. 423) (hereinafter referred to as "the Act") as implemented in the FAR. These support contractors are bound contractually by non-disclosure clauses and precluded from submitting an offer either as a prime or sub-contractor. Contractor personnel assisting in the proposal evaluation are procurement officials within the meaning of the Act, and will take all necessary action to preclude unauthorized use or disclosure of a competing offeror's proprietary data.

### Proposals Become Government Property

Upon receipt, all proposals become Government property. After contract ward, the unsuccessful offerors will be required to return to the Government all information, data, drawings, specifications, etc., provided to the offerors by the Government.

### Availability of Funds Contingency

The Government's obligation under this contract is contingent upon the availability of funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer. The Government reserves the right to phase the project based upon funds available. Any phases will be based on the successful offeror's price/cost proposal submitted in accordance with Section L herein.

### CONFIDENTIAL INFORMATION

The Freedom of Information Act (FOIA) and its amendments have resulted in an increasing number of requests from outside the Government for copies of contract qualifications and proposals submitted to federal agencies. If an Offeror's submissions contain information that the Offeror believes should be withheld from such requestors under FOIA on the grounds that they contain "trade secrets and commercial or financial information" [5 USC§552(b)(4)], the Offeror should mark its submissions in the following manner:

- The following notice should be placed on the title page:

> *"Some parts of this document, as identified on individual pages, are considered by the submitter to be privileged or confidential trade secrets or commercial or financial information not subject to mandatory disclosure under the Freedom of Information Act. Material considered privileged or confidential on such grounds is contained on page(s) ________."*

- Each individual item considered privileged or confidential under FOIA should be marked with the following notice:

> *"The data or information is considered confidential or privileged, and is not subject to mandatory disclosure under the Freedom of Information Act."*

# SOLICITATION RESPONSE REQUIREMENTS

## GENERAL

The Offeror shall submit documentation illustrating their approach for satisfying the requirements of this solicitation. Proposals must be clear, concise, coherent, and prepared in sufficient detail for effective evaluation of the offeror's proposal against the evaluation criteria. Also, this documentation shall cover all aspects of this solicitation and include the Offeror's approach for organizational change management and program management activities. Proposals must clearly demonstrate how the Offeror intends to accomplish the project and must include convincing rationale and substantiation of all claims. Unnecessarily elaborate brochures or other presentations beyond those sufficient to present a complete, effective response to the solicitation are not desired and shall not be evaluated.

The Offeror shall describe its proposal, through the use of graphs, charts, diagrams and narrative, in sufficient detail for the Government to understand and evaluate the nature of the approach. In its evaluation and risk assessment, the Government will consider the degree of substantiation of the proposed approaches in the proposal volumes and in response to any discussions.

All correspondence in conjunction with this solicitation should be directed to the Government's Point of Contact (POC) identified below:

POC: Ronald J. Jordan

Phone: 202-693-4595

Fax: 202-693-4579

E-mail: Jordan.ronald@dol.gov

## PROPOSAL VOLUMES REQUIREMENTS

The proposal shall be accompanied by a cover letter (letter of transmittal) prepared on the company's letterhead stationery. The cover letter (letter of transmittal) shall identify all enclosures being transmitted and shall be used only to transmit the proposal and shall include no other information. The first or title page shall be in accordance with FAR 52.215-1, paragraph (c)(2).

The following are further descriptions of the information that shall be provided with the proposal.

*Table 1: Proposal Organization, Copy, and Page Limit Requirements*

| Volume | Elec. Copies | Paper Copies | Page Limit |
|---|---|---|---|
| Executive Summary | 1 | Original plus 7 copies | 10 |
| Volume I: Past Performance | 1 | Original plus 7 copies | 20 |
| Volume II: Technical and Management | 1 | Original plus 7 copies | 50 |
| Volume III: Cost/Price | 1 | Original plus 7 copies | 10 |
| Volume IV: Contract Information | 1 | Original plus 7 copies | No limit |

The Offeror shall prepare their proposal using the following guidelines:

- The Offeror shall not include any pricing information in non-price volumes unless otherwise directed. Any pricing information in these volumes will be discarded.

- The Offeror shall provide a Title Page, Table of Contents, List of Figures, List of Tables, Glossary, and List of Abbreviations and Acronyms for each volume of the proposal and ensure that they reference all sections, indices, foldouts, figures, tables, charts, and diagrams. These elements shall not count towards the page limitations.
- The Offeror shall provide a Master Index at the beginning of each volume. The Master Index must provide a single integrated index for the entire proposal and must identify each major subsection by volume, number, title, and page number. This index must also cross-reference the appropriate proposal volume and paragraphs to specific RFP objectives and requirements. The intent of the Master Index is to assure that all requirements are addressed and easily accessible to evaluators. Copies of the Master Index must be identical for all volumes. The Master Index is not subject to page limitations.

The cover letter, Title Page, Table of Contents, List of Figures, List of Tables, Master Index, Glossary, and List of Abbreviations and Acronyms do not count against page count limitations. All other volumes and sections shall be limited to the number of pages stated in Table 1 above. Proposal contents that exceed the stated page limitations will be removed from the proposal by the Contracting Officer, prior to turning the proposal over to the Government evaluation teams, and will not be considered in the evaluation.

## Proposal Format

Text shall be single-spaced, on 8 1/2 x 11 inch paper (except as specifically noted), with a minimum one-inch margin all around. Pages shall be numbered consecutively within each volume. A page printed on both sides shall be counted as two pages. Submission as double-sided printing/copying on recycled paper is encouraged. 11" x 17" sized fold-out pages may be used for tables, charts, graphs, or pictures that cannot be legibly presented on 8 ½" x 11" paper. One side of an 11" x 17" is a two sheet equivalent (with regards to the page count limitations).

Print shall be of a minimum 12-point font size or a maximum 10 characters per inch (10-pitch, pica) spacing. Bolding, underlining, and italics may be used to identify topic demarcations or points of emphasis. Graphic presentations, including tables, while not subject to the same font size and spacing requirements, shall have spacing and text that is easily readable.

Each volume in the proposal shall include a copy of the cover letter (letter of transmittal), a title page and a table of contents. The table of contents shall list sections, subsections, and page numbers. Each volume shall contain a glossary of all abbreviations and acronyms used. Each acronym used shall be spelled out in the text the first time it appears in each proposal volume.

In addition to the paper copies identified above, the Offeror shall submit all proposal information in electronic format on a CD. Text and graphics portions of the electronic copies shall be in a format readable by Microsoft (MS) Word 2003. Data submitted in spreadsheet format shall be readable by MS Excel 2003. The required Project Schedule shall be readable in MS Project 2003. In case of conflict between the paper copy and the electronic copy of the proposals submitted, the original paper copy shall take precedence.

Each volume shall be bound separately in hard side three-ring binders. CDs shall be "read-only" CDs formatted for Microsoft Windows XP with files unlinked to any other files.

## Submission Address

The proposals all copies shall be sent or hand-carried to:

US DEPARTMENT OF LABOR
OFFICE OF PROCUREMENT
SERVICES
ATT: RONALD JORDAN
200 CONSTITUTION AVE NW
ROOM N-5416
WASHINGTON DC 20017

REF: DOL089RP20497

## Submission Due Date

All volumes referenced in Section L must be received prior to 1:00 pm Eastern Time, February 29, 2008. The Government POC will provide a receipt showing the time and date of delivery. Late submissions will not be accepted.

## Restriction Of Disclosure/Proprietary Information

If the Offeror wishes to restrict the disclosure or use of its proposal, use the legend permitted by FAR 52.215-1(e).

## Cross Referencing

Each volume, other than the price/Cost volume, shall be written to the greatest extent possible on a stand-alone basis so that its content may be evaluated with a minimum of cross-referencing to other volumes of the proposal. Cross-referencing within a proposal volume is permitted where its use would conserve space without impairing clarity. Hyperlinking of cross-references within the same MS Word 2003 file is permissible and encouraged. Information required for proposal evaluation, which is not found in its designated volume or cross-referenced, is assumed omitted from the proposal.

## Oral Presentations, Operational Capabilities Demonstrations, and Discussions

In accordance with FAR 52.15.306(c), the Government intends to evaluate proposals and award a contract after conducting oral presentations (Orals), Operational Capability Demonstrations (OCDs) and discussions, if necessary, with offerors whose proposals have been determined to be within the competitive range. DOL may conduct discussions with individual offerors during or after the Orals or OCDs. The offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

Only offerors who are determined to be in the competitive range based on the evaluation of written proposals will be invited by DOL to participate in Orals and OCDs. The purpose of the Orals and OCDs is for offerors selected for inclusion in the competitive range to demonstrate that they can provide well-qualified staff, Oracle Federal Financials software, and all applicable services to meet the objectives and requirements contained in the solicitation.

Each selected offeror must participate in Orals and an OCD in order to remain eligible for contract award. Offerors not selected to participate in Orals and OCDs will be notified in writing that they have been eliminated from the competition. Those offerors selected to participate will be provided rules, guidelines, content and materials requirements, and other instructions for the Orals and OCDs, as well as a set of scenarios that must be demonstrated to DOL during OCDs. OCD scenarios will focus on DOL's unique requirements and other functionality that represent current areas of challenge for DOL. Initial guidelines for the Orals and OCDs will be distributed at the time of establishment of the competitive range. The scenarios that must be demonstrated to DOL during the OCDs will also be included.

The order in which Offerors shall conduct their Orals and OCDs will be determined by random drawing by the CO. The CO will contact each offeror to establish a date and time for the offeror to present their Orals and OCD. Offerors must complete their Orals and OCDs within the scheduled dates and times. Requests from Offerors to reschedule their Orals and OCDs will not be entertained by the Government. DOL reserves the right to reschedule Orals and OCDs at the sole discretion of the CO. All offerors will have the same amount of time between notification from the CO and the scheduled first day of an Offeror's Orals and OCDs. OCD scenarios will be the same for all Offerors. The Offeror shall be responsible for any equipment required for the Orals and OCD to include all preconfigured hardware and software. The number of DOL participants will be provided when the Orals and OCDs are scheduled.

## Electronic Copy Of Proposal Volumes

(a) By submission of a proposal on electronic media, the Offeror must ensure that the submission is readable, in the format specified in the solicitation, and has been verified as free of computer viruses. Prior to any evaluation, the Government will check all files for viruses and ensure that all information is readable. In the event that any files are defective (unreadable), the Government may only evaluate the readable electronic files. However, if the defective (unreadable) media renders a significant deficiency in the Offeror's proposal, the government may consider the proposal incomplete and not consider such proposals further for evaluation.

(b) The Offeror must ensure that:

(1) The electronic and paper copies of its proposal submitted in response to the solicitation are identical;

(2) It has verified that its electronic proposal is readable on Microsoft windows XP and Microsoft Office Word 2003

(3) It has verified that the electronic proposals are free of computer viruses using standard commercial anti-virus software.

(c) A proposal that fails to conform to the requirements of paragraphs (a) and (b) above may be subject to interception or delay at Governmental electronic communications portals. This interception or delay may result in the proposal being lost, deleted, destroyed, or forwarded in such a manner that the proposal arrives at the target destination past the time and date of the deadline for submission established in the solicitation. In the event that a proposal is lost, deleted, or destroyed due to the Offeror's failure to conform to the requirements of paragraphs (a) and (b) above, such proposal will be considered to have never been delivered to the Government. In the event that a proposal is delayed due to the Offeror's failure to conform to the requirements of paragraphs (a) and (b) above, the proposal will be treated as late in accordance with the provision of this solicitation entitled Late Submissions, Modifications, and Withdrawals of Proposals.

## COMMUNICATION WITH THE CONTRACTING OFFICE

Solicitation information and amendments will be posted to the Federal Business Opportunities website at www.fedbizopps.gov. Offerors may e-mail written questions requesting clarification of the RFP to the Government via the Contract Specialist, Ronald J. Jordan, at: Jordan.ronald@dol.gov. The Government will answer questions received up to 1:00 p.m. Eastern Time on February 9, 2008. Questions received after this date may not be answered. Only proposals submitted in accordance with Section L of this solicitation will be accepted.

## PAST PERFORMANCE VOLUME REQUIREMENTS (VOLUME I)

Volume I shall consist of four Past Performance sections, one for each of the three required Past Performance References. To help Offerors determine relevant contracts to include in this volume, DOL provides the following Past Performance Relevance Profile for suggested Past Performance submissions:

*Table 2: Past Performance Relevance Profile*

| Relevant Past Performance References will generally include one or more of the following: |
|---|
| • The system was based on a FSIO-certified version of Oracle Federal Financials, particularly version 11i or higher<br>• The client had 350 or more total financial system users;<br>• The work performed included a system life cycle implementation activity, such as those included in DOL's SDLCM (e.g., requirements definition, system design, testing, data conversion, and training);<br>• The work performed included a hosting and IT administration activity, such as hardware monitoring and management, power backup redundancy, network monitoring and management, full system backups and restores, mirrored sites, Disaster Recovery and Continuity of Operations planning and testing, server systems administration, database administration, information security (including intrusion detection and security certifications and assessments),;<br>• The work performed included an application management activity, such as interface maintenance and execution, installation and testing of software patches and upgrades, application performance management, information security, application configuration management, release management, software bug fixes; user ID and password resets, and customer support services (Tier 1, Tier 2 and/or Tier 3)<br>• The work was performed (i.e., some portion of the engagement occurred) within the past three years. |

The Past Performance section shall include three current contracts or contracts completed within the last three years that are relevant to the objectives and requirements of this solicitation. The Offeror may also include current and completed contracts that are relevant to the objectives and requirements of this solicitation and that were performed for state

government, local government, and/or private sector clients. Each past performance entry shall contain the client's name, the project title, the period of performance, the contract number, the contract value, and two points of contact (including the telephone number and email address for each point of contact, if available). These entries should be included at the beginning of each section of Volume 1. The Offeror shall provide detailed references for each Past Performance entry. A detailed reference will consist of (1) an overview of the contract, and (2) a Past Performance Survey (see Section J) that is to be completed by the Offeror's client on that past performance. The overview for each detailed reference shall include the same information included on the first page of the Past Performance Survey, though this information does not have to be formatted identically to the format in the Questionnaire. This information will allow DOL to easily match the completed surveys from other clients to the correct proposal. The Offeror shall also include in each overview a description of the scope of work performed and the results achieved. Each overview shall not exceed three (3) pages. To facilitate DOL's understanding of past performance information, the Offeror shall discuss its past performance solutions in terms of the original software name (i.e., the name that the software vendor assigned to the software) and not names assigned to the solution by the client or the Offeror. The Offeror shall include the overviews of their detailed past performances in Volume I. Offerors are required to complete Section 1 of the Past Performance Survey for each detailed reference and to provide the survey to the respective clients. Completed surveys must be received at the proposal submission address contained herein by the proposal due date. Instructions for submitting the questionnaire to DOL are included in the Past Performance Survey attachment as part of Section J. Offerors may provide information on problems encountered and corrective actions taken, on any of the contracts identified in Volume I.

## TECHNICAL AND MANAGEMENT APPROACH VOLUME REQUIREMENTS (VOLUME II)

Volume II shall consist of the Offeror's Technical and Management Approach in response to the SOO. The Offeror shall provide a total solution that includes financial management software, implementation services, application management services, and hosting and IT Administration that addresses all of the objectives and requirements in the SOO. This volume shall consist, at minimum, of the following sections:

- Executive Summary. The Offeror shall provide a summary of their technical and management approach, highlighting any key or unique features and the Offeror's value proposition to DOL.
- Performance Work Statement (PWS). The Offeror shall provide a PWS in response to the SOO provided in this solicitation as part of Volume IV. The PWS shall incorporate all of the objectives and requirements set forth in the SOO, be submitted in the Offeror's format, and include the same performance metrics that are included in the Offeror's proposed Quality Assurance Surveillance Plan (QASP), Quality Assurance Plan (QAP), and proposed Service Level Agreement (SLA). The PWS will be incorporated into the contract at the time of award.
- Technical and Management Approach. In alignment with the proposed PWS, the Offeror shall describe its recommended approach for meeting all of the objectives of the FM SSP project. The Offeror shall describe its approach in each of the following areas and how it will meet the objectives in each area as presented in the SOO:

## TECHNICAL APPROACH

*Oracle Federal Financials Financial Management Software:*
The Offeror's response shall:

(a) Provide a description of the proposed financial system's overall functional and technical capabilities with particular emphasis on any pre-configured or custom functionality provided by the Offeror;

(b) Provide information on the specific core financial functionality and system features that support DOL's financial management processes;

(c) Particularly address the ability of the proposed solution to support those DOL processes that are not considered "core" by the Financial System Integration Office (FSIO), but that are provided to DOL as part of the proposed solution;

(d) Discuss the architecture and other technical elements that comprise the proposed solution's technical environment (e.g., Service Oriented Architecture (SOA) enablement, scalability, ability to integrate with other commercial-off-the-shelf (COTS) products and legacy systems, development tools, etc.);

(e) Provide a list of the reports, queries, and preconfigured workflows that are standard in the proposed solution. For standard reports, a one-page sample of each report shall be included in the proposal in Volume IV;

(f) Provide a summary of the Offeror's findings as a result of completing the Requirements Template included in Section J of this solicitation. The requirements included in the Requirements Template represent (1) the FSIO mandatory requirements, (2) FSIO value-added requirements, including those that DOL defines as mandatory, and (3) DOL-specific requirements that are beyond those defined by FSIO. Instructions for completing the template, which is a Microsoft (MS) Excel spreadsheet, are included on the first worksheet of the document. The Offeror's completed Requirements Template shall be included in Volume IV;

(g) Include a statement and any supporting information that demonstrates that all proposed software products will be supported for the term of the contract, to include option periods, if exercised. "Supported" is defined here as continued compliance with FSIO requirements and any legislative, OMB, Treasury or other federal mandates affecting financial management and reporting requirements that are enacted or promulgated after award of this contract. A letter certifying this support shall be included in Volume IV;

(h) Provide the estimated schedule for major release upgrades over the period of performance for this contract as part of the MS Project-based schedule required as part of the response;

(i) Identify any assumptions made in preparing this portion of the Offeror's response; and

(j) Describe the Offeror's approach for participating in the planned 2008 FSIO incremental software test.

*Implementation Services:*
The Offeror shall provide a description of the implementation services proposed, which shall include, at a minimum, a discussion of the following:

(a) An implementation strategy that addresses fulfillment of those DOL SDLCM deliverables identified as SSP responsibility in Section J, regardless of the Offeror's internal implementation strategy. The Offeror's implementation strategy shall also include a description of whether the Offeror is proposing a phased approach to the implementation. If so, the Offeror shall clearly describe the scope of each phase (e.g., system functionality, user groups, etc.);

(b) The Offeror's proposed implementation schedule, including all dependent and concurrent tasks. The schedule provided shall support full operational capability of the new financial system in a hosted environment by September 30, 2009. It must also comply with the WBS, WBS Dictionary, and Schedule template provided as attachments in Section J of the RFP;

(c) The Offeror's strategy for working with DOL to configure and fully implement (including Authority TO Operate) the FM SSP by October 1, 2009.

(d) The Offeror's requirements gap analysis approach, including a description of the Offeror's baseline system configuration and the manner in which gaps between the baseline software and DOL needs will be identified;

(e) The Offeror's system configuration and interface development approach;

(f) The Offeror's testing approach;

(g) The Offeror's data conversion approach, to include the levels at which data should be converted for all open documents, grants (entire history), and the last fiscal year's transactions;

(h) The Offeror's training development and delivery approach, including post go-live training and the ongoing measurement of DOL personnel's competency to apply targeted training to areas of deficiency;

(i) The Offeror's documentation processes and procedures and the specific documents that will be developed and delivered to DOL;

(j) Any assumptions made in preparing this portion of the Offeror's response.

*Hosting & IT Administration*

The Offeror shall provide a detailed description of the hosting and IT Administration services proposed to support and host the proposed solution, consistent with the goals and objectives of the FMLoB initiative. The description provided shall address, at a minimum:

(a) The Offeror's proposed hosting model, including identifying whether DOL will be provided with a shared or single instance of the proposed financial system;

(b) The Offeror's system change control management processes and procedures to include explanations of how hosted customers are included in the process and how it is determined what new functionality will be incorporated into future releases;

(c) The Offeror's user support approach, methodologies, tools, and reporting mechanisms that will satisfy the objectives described in the SOO;

(d) A summary of the Offeror's findings after completing the FMLoB Due Diligence Checklist for Shared Service Providers. The completed Due Diligence Checklist shall be included in Volume 4;

(e) The scope of the Offeror's operations and maintenance services and the methodologies and tools used to support those services;

(f) The Offeror's historic performance as a hosting provider, including discussion of the system availability rates for previous and current hosting and IT Administration customers;

(g) The Offeror's Continuity of Operations approach;

(h) The Offeror's Service Level Agreement (SLA), which shall be included in its entirety in Volume 4. The SLA shall describe the specific approach and methodology for hosting and IT administration performance measurement. The SLA proposed shall, at a minimum, adhere to the recommendations and general structure set forth in Sections 2.5 and 2.6 of the FMLoB Migration Planning Guidance. In addition, the Offeror shall describe its approach for proposing updates to the SLA and addressing performance deficiencies per the SLA. The Offeror shall ensure that the performance metrics listed in the proposed SLA align with the information metrics included in the PWS and QASP.

(i) Any assumptions made in preparing this portion of the Offeror's response.

*Application Management Services*

The offeror shall describe their approach to providing the software and services for running and managing access to the proposed FM SSP and the interfaces with feeder systems that exchange data with the FM SSP.

*Professional Services*

The offeror may be requested to provide SME(s) for financial management services or financial management information systems services throughout the NCFMS life cycle. The offeror shall describe their approach to providing SMEs who understand FSIO requirements and financial issues supported or potential supported by Oracle applications.

*Deliverables*

The Offeror shall provide a table that summarizes all proposed deliverables associated with their methodologies, approaches, processes and plans that are discussed in their technical and management proposal. Deliverables shall include, at a minimum, those DOL SDLCM deliverables identified as SSP responsibility in the attachment included Section J, regardless of the technical approach proposed. This table shall include proposed due dates for all deliverables that align with the proposed schedule included with the offeror's proposal (see Section J for attached template). In development of the deliverable table and deliverable due dates, the Offeror should consider that DOL intends for the Contractor to provide deliverable items to DOL's Contracting Officer (CO), the Contracting Officer's Technical Representative (COTR), and any Technical Point of Contact (TPOC). The COTR shall coordinate the review of each deliverable. The COTR will provide comments to the Contractor within ten (10) working days of the submission of each item. In the case of document deliverables, the Contractor shall incorporate DOL comments and return a revised final deliverable document to the COTR within five (5) working days of receipt. All deliverables shall become the property of DOL. Each document deliverable shall be submitted in three (3) hard copies and one (1) copy in an acceptable electronic format, using Microsoft Excel 2003, Microsoft Word 2003, Microsoft Project 2003, or any other format that is mutually agreed upon by the COTR and the Contractor. The time frames and format requirements apply to all written reports and documents to be delivered to DOL. Technical approaches shall be clearly defined and supported by deliverables, tasks, timeframes,

assumptions, and constraints. Technical approaches should not merely parrot the objectives set forth in the SOO or state that the "Offeror will perform the statement of objectives" or use similar verbiage.

## MANAGEMENT APPROACH

Volume II shall also describe the Offeror's planned approach for managing the execution of its solution. At a minimum, the Management Approach shall include the following sections:

*Organizational Structure*

The Offeror shall describe its proposed project organization structure, including the roles and responsibilities of each company or organization that is a member of the team. The Offeror shall also indicate the positions of key personnel and proposed interfaces with the DOL PMO. In the event teaming or subcontracting arrangements are proposed for accomplishing the required work, the Offeror shall describe how the prospective team subcontractors were chosen as part of the Offeror's proposed team and rationale for selection. The Offeror shall describe the prime contractor's management structure and internal controls to ensure efficient and quality performance of team subcontractors.

*Project Plan*

The Offeror shall describe the proposed tasks that the Offeror will perform to satisfy all of DOL's objectives. The Project Plan, which shall consist of a Work Breakdown Structure (WBS), WBS Dictionary, and a master schedule (all based on attachments provided in Section J of the RFP), should highlight the sequence of events that the Offeror will use to fulfill the proposed objectives and requirements, consistent with the Offeror's proposed pricing. This Plan should allow DOL to clearly identify and understand the proposed approach, tasks, and timeframes. The Offeror shall also clearly indicate which tasks the Offeror expects to be performed by DOL. The Offeror shall describe the roles, responsibilities, anticipated time commitment, and necessary skill set for each DOL resource that the Offeror includes in the Project Plan. It is important to note that the Project Plan in the proposal of the selected Offeror shall be used for the Pre-Award IBR (see Section 0). Significant changes should not be required to the Project Plan prior to the Pre-Award IBR. Any changes shall require justification by the Offeror and approval by DOL.

*Project Management Approach*

The Offeror shall provide a description of the proposed methodologies and tools that will be utilized by the Offeror for the management and execution of the Offeror's solution. This includes, at a minimum, the following:

- Project management methodologies, including any certifications that the Offeror's organization has and will apply to this work. Such methodologies should address, at a minimum, the following project management areas:
  - Schedule management
  - Scope management
  - Project financial management
  - Communications Management (e.g., status reporting)
- Project start-up approach.
- Approach for collaborating with the PMO and other DOL contractors, including an explanation of communication strategies and processes for identifying and resolving problems. The Offeror shall also propose how the relationship between the PMO and implementation organizations can operate most effectively and efficiently in support of a successful project completion. Additional contractor support is being provided to DOL in the area of PMO support and Independent Validation & Verification (IV&V).
- Exit strategy and transition plan that address situations such as transitioning to another SSP or hosting provider at the end of the contract period; and transitioning to another provider in the event that the Government elects not to exercise an option period or elects to terminate the contract for default or convenience.
- If the Offeror's proposed provider of implementation services is different than the provider of other services, the management approach should include processes and procedures for ensuring a seamless transition of the project management responsibilities from the implementation to the Operations & Maintenance (O&M) phases of the project.

*Risk Management Approach*

The Offeror shall describe its proposed approach to proactively managing and mitigating risks throughout the duration of the contract, from pre-implementation to operations and maintenance. The approach shall include the identification of major risks encountered on similar projects and how the proposed approach mitigates those risks.

*Quality Assurance Surveillance Plan (QASP)*

The objective of the QASP is to specify all work requiring surveillance by the Government and the method(s) of surveillance to ensure that the Contractor performs in accordance with the performance metrics and standards defined in the PWS. Since the Government will measure the Contractor's performance against standards in the PWS, the QASP is interdependent with the PWS, and must be coordinated with that document. The Offeror shall follow the FMLOB guidance on performance measures in the FM Migration Planning Guidance. The Offeror is strongly encouraged to propose additional metrics to demonstrate its commitment to project success and its level of expertise in financial systems software, implementation services, application management, and hosting and IT administration. Once the QASP has been mutually agreed upon by DOL and the successful Offeror prior to contract award, the Offeror and DOL will comply with the plan for the life of the contract. In accordance with the QASP, DOL will make quantitative and qualitative assessments of the Contractor's performance. DOL retains the right to initiate modifications to the surveillance process at any time. Any proposed modifications shall be reviewed with the Contractor and, once mutually agreed upon by DOL and the Contractor, shall be implemented for the remainder of the contract.Quality Assurance Plan (QAP)

The Offeror shall include a description of the methodology, processes, data collection systems, tools, techniques, and resources that the Offeror proposes to effectively manage the delivery of products and services that meet or exceed the objectives described in the SOO. The QAP shall describe the Offeror's systematic method for providing confidence that the Offeror's products and services are developed and delivered according to established processes and are of the highest quality. It shall define the policy for quality assurance activities, the organizational structure of the quality assurance group, roles and responsibilities of the quality assurance group, and a schedule for reviews and audits. The proposed approach shall provide DOL with complete visibility and unrestricted self-service access to quality control review and audit results.

*Earned Value Management Approach*

The Offeror shall describe its processes and tools for managing and reporting earned value in accordance with American National Standards Institute/Electronic Industries Association (ANSI/EIA) Standard 748. The approach shall also include a description of the Offeror's Earned Value Management System (EVMS) and clearly state that the EVMS requirements proposed will be applied to any subcontractors utilized, in accordance with FAR 34.201(d) and 52.234-3(c). If the Offeror has an EVMS that is compliant with ANSI/EIA Standard 748, then documentation of this compliance by a cognizant federal agency shall be included in Volume 4. If the Offeror's EVMS has not been certified as compliant with ANSI/EIA Standard 748 by a cognizant federal agency at the time of award, then the Offeror shall describe in its proposal its plan for obtaining compliance within 30 calendar days of contract award. Any costs associated with implementing an EVMS system that is compliant with ANSI/EIA Standard 748 will not be reimbursed by DOL. DOL will conduct a pre-award Integrated Baseline Review (IBR).

(a) The offeror shall provide documentation that a cognizant federal agency has determined that the proposed EVMS complies with the EVMS guidelines in ANSI/EIA Standard - 748 (current version at time of solicitation).

(1) Documentation must include the following information:

- Name of contracting activity
- Contract number
- Contract type
- Total contract value
- Contract work
- Name of contracting officer, telephone and fax number and email address
- Name of government program manager, telephone and fax number and email address

The Government reserves the right to contact customers that the offeror identifies and solicit further information about the offeror's EVMS. The accuracy of EVMS data, including phone numbers of the points of contact are the full responsibility of the offeror and inaccuracy may result in non-consideration of the reference. Other related EVMS information may be

sought and used for evaluating completeness and accuracy of the contractor's proposals. EVMS information may be obtained from a variety of sources including other government contracting project managers, and other government contracting activities reports.

Offerors shall identify the major subcontractors, or major subcontracted effort if major subcontractors have not been selected, planned for application of the guidelines. The prime Contractor and the Government shall agree to subcontractors selected for application of the EVMS guidelines.

The Government will conduct an Integrated Baseline Review (IBR), prior to contract award. The objective of the IBR is for the Government and the Contractor to jointly assess technical areas, such as the Contractor's planning, to ensure complete coverage of the contract requirements, logical scheduling of the work activities, adequate resources, methodologies for earned value (Budgeted Cost for Work Performed (BCWP)), and identification of inherent risks. This IBR will be scheduled with offeror(s) notified by the CO of inclusion in the competitive range and notified of DOL's desire for the IBR.

The Government will also conduct a Post Award IBR. The purpose of the Post Award IBR is to verify the technical content and the realism of the related performance budgets, resources, and schedules. It should provide a mutual understanding of the inherent risks in offeror's contracted performance plans and the underlying management control systems, and it should formulate a plan to handle these risks. The IBR is a joint assessment by the offeror and the Government, of the:

- Ability of the project's technical plan to achieve the objectives of the scope of work.
- Adequacy of the time allocated for performing the defined tasks to successfully achieve the project schedule objectives;
- Ability of the Performance Measurement Baseline (PMB) to successfully execute the project and attain cost objectives, recognizing the relationship between budget resources, funding, schedule, and scope of work;
- Availability of personnel, facilities, and equipment when required, to perform the defined tasks needed to execute the program successfully;
- The degree to which the management process provides effective and integrated technical/schedule/cost planning and baseline control.

The timing and conduct of the post-award IBR shall be held within 30 calendar days of award in accordance with agency procedures.

(b) If the offeror proposes to use a system that has not been determined to be in compliance, as identified in, the offeror shall submit a comprehensive plan for compliance with the EVMS guidelines.

The plan shall -

- Describe the EVMS the offeror intends to use in performance of the contracts;
- Distinguish between the offeror's existing management system and modifications proposed to meet the guidelines;
- Describe the management system and its application in terms of the EVMS guidelines;
- Describe the proposed procedure for administration of the guidelines, as applied to subcontractors; and
- Provide documentation describing the process and results of any third-party or self-evaluation of the system's compliance with the EVMS guidelines.

(1) The offeror shall provide information and assistance as required by the Contracting Officer to support review of the plan.

(2) The Government will review and approve the offeror's plan for an EVMS before contract award.

(3) The offeror's EVMS plan must provide milestones that indicate when the offeror anticipates that the EVMS will be compliant with the ANSI/EIA Standard -748 guidelines.

(4) Offerors shall identify the major subcontractors, or major subcontracted effort if major subcontractors have not been selected, planned for application of the guidelines. The prime Contractor and the Government shall agree to subcontractors selected for application of the EVMS guidelines.

(5) The Government will conduct an Integrated Baseline Review (IBR), prior to contract award. The objective of the IBR is for the Government and the Contractor to jointly assess technical areas, such as the Contractor's planning, to ensure complete coverage of the contract requirements, logical scheduling of the work activities, adequate resources, methodologies for earned value (Budgeted Cost for Work Performed (BCWP)), and identification of inherent risks.

(6) The Government will conduct a Post Award IBR. The purpose of the Post Award IBR is to verify the technical content and the realism of the related performance budgets, resources, and schedules. It should provide a mutual understanding of the inherent risks in offeror's performance plans and the underlying management control systems, and it should formulate a plan to handle these risks. The IBR is a joint assessment by the offeror and the Government, of the:

a. Ability of the project's technical plan to achieve the objectives of the scope of work.

b. Adequacy of the time allocated for performing the defined tasks to successfully achieve the project schedule objectives;

c. Ability of the Performance Measurement Baseline (PMB) to successfully execute the project and attain cost objectives, recognizing the relationship between budget resources, funding, schedule, and scope of work;

d. Availability of personnel, facilities, and equipment when required, to perform the defined tasks needed to execute the program successfully;

e. The degree to which the management process provides effective and integrated technical/schedule/cost planning and baseline control.

f. The timing and conduct of the IBR shall be in accordance with agency procedures.

(c) The Integrated Master Schedule (IMS) is an integrated schedule containing the networked, detailed tasks necessary to ensure successful program execution. The IMS is vertically traceable to the Project Management Plan (PMP), the Work Breakdown Structure (WBS) and the Statement of Objectives (SOO). The IMS is used to verify attainability of contract objectives, to evaluate progress toward meeting contract objectives, and to integrate the program schedule activities with all related components. The IMS shall indicate all contract events, significant accomplishments, and accomplishment criteria and be supported by detailed tasks, activities, and milestones and their dependencies such that it calculates an accurate critical path. That IMS shall be in a Microsoft Project 2003 compatible format and allow the presentation of Gantt and Network Diagram charting. The IMS shall be provided in hard and soft copy as part of Volume IV of the offeror's proposal and be priced as an individual item in the price proposal.

(1) The IMS is required to include significant external interfaces and critical items from suppliers, teammates, or other detailed schedules that depict significant and/or critical elements and Government furnished equipment or information dependencies for the entire contractual effort in a single integrated network. The determination of significant and critical shall be agreed to by the Government.

(2) The IMS shall be statused according to the offeror's management control system and shall be submitted no less frequently than monthly (unless requested otherwise by the Government). The IMS may reflect data either as of the end of the calendar month or as of the offeror's accounting period cutoff date, provided it is consistent and traceable to the CPR (if applicable).

(3) Format: The IMS shall be created using the Microsoft Project 2003 scheduling software application. Unless otherwise directed by the Government, the IMS shall be delivered electronically in the native digital format (i.e., an electronic file produced by the offeror's scheduling tool).

(4) Content: The schedule shall contain the contract milestones, accomplishments, and discrete tasks/activities (including planning packages where applicable) from contract award to the completion of the contract. The schedule shall be an integrated, logical network-based schedule that correlates to the WBS, and is vertically and horizontally traceable to the cost/schedule reporting instrument used to address variances. The schedule shall have a numbering system that provides traceability to the PMP and SOO. It shall contain contractual milestones and descriptions and display summary, intermediate, and detailed schedules, and periodic analysis of progress to date. It shall include fields and data that enable the user to access the information by product, process, or organizational lines.

(5) Contract Milestones and Definitions: Key programmatic events, which define progress and completion for each WBS element, along with the definition for successful completion of the milestone.

(6) Summary Master Schedule. A top-level schedule of key tasks/activities and milestones at the summary level of the WBS and PMP. It shall be an integrated roll up of the intermediate and detailed schedules (see (7) Intermediate Schedules and (8) Detailed Schedules below) (vertical integration).

(7) Intermediate Schedules. Mid-level contract schedules that include key tasks/activities and milestones and all associated accomplishments in the summary master schedule, traceable to the CWBS element or IMP event as necessary to display work effort at the intermediate level of summarization. There may be several intermediate schedules that depict varying levels of detail. They shall be integrated roll ups of the detailed schedules (see 2.4 below) (vertical integration).

(8) Detailed Schedules. The lowest level of contract tasks/activities that form the network. The detailed schedules shall contain horizontal and vertical integration, as a minimum, at the work package and planning package level. The detailed schedules shall include all tasks/activities, work packages, and planning packages identified in the contract Performance Measurement Baseline (PMB). Every discrete task/activity, work package, and planning package shall be clearly identified and directly related to a control account. Work packages and planning packages shall be individually represented and summarize to or reconcile with the total budget for that control account. If Level of Effort (LOE) control accounts, work packages, or planning packages are included as tasks in the IMS, they shall be clearly identified as such. The detailed tasks/activities, work packages, and planning packages shall be traceable to only one CWBS, IMP, and performing organizational element, as applicable. The level of detail in the IMS (including number and duration of tasks/activities) shall follow the offeror's EVM process as documented in the EVMS system description, program directives, etc. Shorter-term work packages (ideally equal in length to the statusing interval) are preferred because they provide more accurate and reliable measures of work accomplished.

(9) Key Elements of Detailed Schedules: The key elements of the detailed schedules include the following:

a. Task/Activity: An element of work with duration.

b. Milestone: A specific definable accomplishment in the contract network, recognizable at a particular point in time. Milestones have zero duration and do not consume resources.

c. Duration: The length of time estimated (or realized) to accomplish a task/activity.

d. Percent Complete (Schedule): The proportion of an activity or task that has been completed to time now. This usually involves updating or statusing the activity or task utilizing one of two methods: (1) update the remaining time to complete (remaining duration) and the scheduling software will then automatically update the schedule percent complete or (2) update the schedule percent complete and allow the scheduling software to calculate the time remaining (remaining duration) to complete. Either method will use the following formula: Percent of Duration Completed = (Actual Duration / Total Duration) X 100.

e. Task/Activity and Milestone Descriptions: These are descriptive titles that are concise, complete, and clearly identify the work effort being accomplished. Abbreviations may be used to shorten the descriptive titles.

f. Task/Activity Fields/Codes and Data Dictionary: A list of field/code definitions and field/code structures.

g. Relationship/Dependency: These identify how predecessor and successor tasks/activities and milestones are logically linked. Relationships, also called network logic or dependencies, are modeled in four ways:

**FS (Finish to Start):** A predecessor task/activity or milestone that must finish before a succeeding task/activity or milestone can start. FS relationships shall be used whenever possible.

**SS (Start to Start):** A predecessor task/activity or milestone that must start before a succeeding task/activity or milestone can start.

**FF (Finish to Finish):** A predecessor task/activity or milestone that must finish before a succeeding task/activity or milestone can finish.

**SF (Start to Finish):** A predecessor task/activity or milestone that must start before a succeeding task/activity or milestone can finish.

h. Total Float/Slack: The amount of time a task/activity or milestone can slip before it delays the contract or project finish date.

i. Free Float/Slack: The amount of time a task/activity or milestone can slip before it delays any of its successor tasks/activities or milestones.

j. Lag: An interval of time that must occur between a predecessor and successor task/activity or milestone. Since negative time is not demonstrable, negative lag is not encouraged. (Note: Lag shall not be used to manipulate float/slack or constrain schedule.)

k. Early Start (ES) or Start: The earliest start date a task/activity or milestone can begin the precedence relationships. A computer-calculated date.

l. Early Finish (EF) or Finish: The earliest finish date a task/activity or milestone can end. A computer-calculated date.

m. Late Start (LS): The latest start date a task/activity or milestone can start without delaying the contract or project target completion date. A computer-calculated date.

n. Late Finish (LF): The latest date a task/activity or milestone can finish without delaying the contract or project target completion date. A computer-calculated date.

o. Critical Path: A sequence of discrete tasks/activities in the network that has the longest total duration through the contract or project. Discrete tasks/activities along the critical path have the least amount of float/slack. The critical path and near-critical paths (reporting requirements for near-critical paths shall be specified in the CDRL) are calculated by the scheduling software application. The guidelines for critical path and near-critical path reporting are as follows:

**Methodology:** The IMS software application computes a critical path and near-critical paths based on precedence relationships, lag times, durations, constraints, and status. Artificial constraints and incorrect, incomplete, or overly constrained logic shall be avoided because they can skew the critical path and near-critical paths.

p. Identification: The critical path shall be easily identified.

q. Constraints: Limits applied to network start and finish dates (e.g., "finish no later than"). (Note: Certain types of constraints shall be used judiciously and shall not impact or distort the network critical path.)

r. Current Schedule: The IMS reflects the current status and forecast. It includes forecasted starts and finishes for all remaining tasks/activities and milestones. Significant variances to the baseline schedule shall be explained in the periodic analysis.

s. Baseline Schedule. Baseline dates in the IMS shall be consistent with the baseline dates in the PMB for all work packages, planning packages, and control accounts. The guidelines for maintaining the baseline schedule are as follows:

**Schedule Changes:** Changes to the schedule to incorporate a modification to the scope of work shall be baselined when incorporated into the schedule.

**Baseline Schedule Changes:** Changes to the baseline schedule shall be made in accordance with the offeror's EVM process. Any movement of contractual milestones in the baseline schedule shall be derived only from authorized contract changes.

t. Schedule Progress: The IMS shall reflect actual progress and maintain accurate start and finish dates for all tasks/activities and milestones. The guidelines for reflecting schedule progress are as follows:

**Actual Start and Finish Dates:** Actual start and actual finish dates shall be recorded in the IMS. Actual start and actual finish dates, as recorded, shall not be later than the status date.

**Progress Line:** The progress line depicted in a Gantt chart shall be applied to the current schedule.

u. Retention of Data for Completed Tasks/Activities: Historical performance on completed tasks/activities shall be maintained electronically for analytical use. Historical performance shall be maintained at the time of key program events (Integrated Baseline Review, Critical Design Review, etc.) for all critical tasks/activities. Data to be retained includes logic, actual and baseline durations, actual and baseline start and finish dates, and the three-point estimates that were used before the task/activity started.

v. External Dependencies: The IMS shall identify significant external dependencies that involve a relationship or interface with external organizations, including all Government furnished items (e.g., decisions, facilities, equipment,

information, data, etc.). The determination of significant shall be agreed to by the Government and offeror and shall be defined and documented in the CDRL. The required or expected delivery dates shall also be identified in the IMS.

w. Schedule Margin: A management method for accommodating schedule contingencies. It is a designated buffer and shall be identified separately and considered part of the baseline. Schedule margin is the difference between contractual milestone date(s) and the offeror's planned date(s) of accomplishment.

x. User Defined Fields: All user defined fields in the IMS shall be identified by providing a mapping of all fields used in the scheduling software application.

y. Reserved Fields: The Government will reserve some fields and/or require the offeror to use certain fields for specific information.

z. Calendar: The arrangement of normal working days, together with non-working days, such as holidays, as well as special work days (i.e., overtime periods) used to determine dates on which project work will be completed.

(10) Monthly Analysis: Monthly analysis is a monthly assessment of schedule progress to date and includes changes to schedule assumptions, variances to the baseline schedule, causes for the variances, potential impacts, and recommended corrective actions to minimize schedule delays. The analysis shall also identify potential problems and an assessment of the critical path and near-critical paths.

*Staffing Plan*

The Offeror shall assign sufficient experienced personnel who are qualified in the conduct of similar operations (including but not limited to implementation expertise, Organizational Change Management (OCM) expertise, technical and functional expertise, system training expertise, data conversion expertise, application management expertise, and financial management system hosting and IT administration expertise) and who have relevant backgrounds and experience. Therefore, offeror's shall include a Staffing Plan in their response. As part of the Staffing Plan, the Offeror shall identify key personnel. Key personnel are personnel the Offeror deems essential to contract performance. Key personnel include only those persons who will be assigned to this project and who will be the actual personnel responsible for management and/or performance in the event the proposal results in award. At a minimum, key personnel shall include:

- Prime Program Manager
- Prime Project Manager
- Functional/Process Lead
- Technical Lead
- System Training Lead
- Data Conversion Lead
- Interfaces Lead
- User Support Lead
- OCM Lead

The Prime Program Manager, Prime Project Manager, and Functional/Process Lead must have previous experience implementing the proposed core financial management system for a Federal government agency or component subject to the Chief Financial Officers Act or Accountability of Tax Dollars Act.

The Offeror may propose additional key personnel positions based on its past experience in the organization and execution of projects that are similar in size, scope and complexity as the FM SSP project. In such event, the Offeror shall include the rationale for this staffing approach in the Staffing Plan. The Offeror may propose one individual for multiple key personnel positions. In such event, the Offeror shall include the rationale for this staffing approach in the Staffing Plan. Each of the key personnel identified will be required to participate in discussions if the Offeror is selected. The Staffing Plan shall identify those key personnel that hold project management certifications, such as the Project Management Institute's Project Management Professional (PMP) certification. The Staffing Plan shall also identify for each of the key personnel those Past Performance references included in the Offeror's proposal that the individual supported. Substitution of key personnel during contract performance is subject to the terms of the "Key Personnel" clause of the contract.

The Staffing Plan shall include, at a minimum, the following information:

- A description of each role on the project team and the responsibilities of that role.
- An organizational chart that defines the relationships between the roles, identifies the assigned personnel for each role, and indicates which individuals are key personnel. Where personnel have not been named, indicate the role and the number of proposed personnel.
- A description of how the Offeror will ensure that staff identified as key personnel will remain on the project for at least fifteen (15) months after contract award.
- A staff continuity approach that addresses the method of ensuring project continuity during staff transition throughout the life of the contract.

A summary of key and other proposed personnel shall be included in the price proposal workbook (see the Price Volume response section)

*Resumes*

The Offeror shall provide the resumes of all key personnel and a representative resume for each SME labor category proposed. Resumes shall be no more than two (2) pages long. Resumes shall include the individual's specific experiences that are directly related to the objectives and requirements of this RFP and clearly demonstrate the relationship between each proposed individual's relevant professional certifications and qualifications, and the tasks or role to be performed by that individual. Past experience shall be listed in reverse chronological order, with the latest dates of employment first, and will identify the company or agency, period of employment, title and job description of the individual, and level of responsibility.

*Assumptions*

The Offeror must describe any assumptions made in preparing this portion of the Offeror's response. All assumptions will be evaluated for reasonableness.

*Organizational Conflict of Interest Certification.*

The Offeror shall state whether it is or is not aware of any information bearing on the existence of any potential organizational conflict of interest. If the Offeror is aware of information bearing on whether a potential conflict may exist, the Offeror shall provide a disclosure statement describing this information, and include it in Volume IV.

## COST VOLUME REQUIREMENTS (VOLUME III)

Volume III shall consist of the following: the Offeror's Cover Letter, the Offeror's price and cost proposal information, and a printed copy of the offeror's completed Price/Cost Proposal workbook (MS Excel File; see Section J for this attachment), and required information for SME Services described below. Please note that private sector Offerors must cite their Tax Identification Number (TIN), Dun & Bradstreet Number (DUNS), North American Industrial Classification System (NAICS), and other pertinent information. Volume III is considered a separate volume from the technical and management approach. No pricing information should be included elsewhere in the proposal.

The price proposal shall be submitted as a Firm Fixed Price offer for each deliverable proposed in the contract base period and each option period and align with the information submitted in the MS Project file submitted separately (See Section J for appropriate attachments and subsections below). Public sector Offerors' price proposals shall identify the full cost of performance to the Government. Also, public sector price proposals must include sufficient detail to allow DOL to understand the basis for proposed costs and evaluate price reasonableness. All offerors shall provide separate pricing for any Software, Hardware, IT Hosting and Administration, Implementation Services proposed and identify any proposed item above and beyond the objectives and requirements of the SOO as optional.

Offerors shall also provide labor categories, descriptions, and applicable hourly rates for Financial Management Subject Matter Expert (SME) and Financial Management Information Systems services in the Price/Cost Proposal Spreadsheet (see Section 0 below). These services may be used in future Time & Materials (T&M) task orders at the sole discretion of the Government. For these services, the offerors shall:

(1) Public sector offerors: Identify the labor categories proposed, a description of the skills and experience per category, the hourly cost proposed, and any other proposed associated costs, for calculating the proposed cost.

(2) Private sector Offerors: Provide a copy of the Offeror's GSA Schedule Contract(s) (including contract clauses) listing the applicable categories and fixed hourly rates. Fixed rates shall include all costs and fees, including overhead and fee, and shall identify any reduction in GSA Schedule rates offered. Offerors are encouraged to discount their rates.

## Price/Cost Summary

The Offeror shall provide a pricing/costing summary in their price/cost proposal to show the following:

*Table 3: Price/ Cost Proposal Summary Pricing Requirements*

| | |
|---|---|
| **Base Period:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 1:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 2:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 3:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 4:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 5:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 6:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Period 7:** | Total proposed firm fixed price for deliverables proposed in this period |
| **Option Periods Total:** | Total for Option Periods 1 through 7 |
| **Grand Total:** | Total for Base Period and all Option Periods |

## Price/Cost Proposal Workbook

The Offeror's proposed prices shall be clearly linked to the solution as proposed in the MS Excel workbook attached in Section J. For each base and option period, the Offeror shall identify the proposed price by the elements at the appropriate WBS level in the Offeror's proposed Project Plan. The Offeror shall clearly indicate at which WBS level they are providing the price details by providing the WBS code associated with the priced element. See Section L for additional, related guidance on completing the required WBS and associated price/cost elements.

In addition, the Offeror shall provide a time-phased invoicing schedule in the MS Excel workbook attached to this solicitation under Section J, showing the month and contract period in which individual deliverables are scheduled to be invoiced. The invoicing schedule must identify the WBS Element for each deliverable proposed. Offerors shall also provide labor categories, descriptions, and applicable hourly rates for Financial Management Subject Matter Expert (SME) and Financial Management Information Systems services in this Price/Cost Proposal Workbook.

## Other Price/Cost Proposal Details

The Offeror shall provide detailed pricing/costing in their price/cost proposal as follows:

(a) Software Licenses. The Offeror shall provide pricing for the acquisition and maintenance of all proposed software licenses. This pricing should include maintenance upgrades for all software. The Offeror shall clearly indicate in which base and/or option period(s) the price(s) will apply.

(b) Hardware. The Offeror shall provide pricing for any and all hardware and infrastructure proposed. Note that a secure data communications line from DOL's headquarters to the FM SSP site should not be included in the prices proposed. DOL will provide an appropriate data communications line from DOL headquarters to the FM SSP site.

(e) Major Software Releases. The Offeror shall provide pricing for all major Oracle Federal Financials releases that are proposed during the period of performance for this contract. The Offeror shall clearly indicate in which base and/or option period(s) the price(s) will apply in the price/cost spreadsheet attached in Section J of this solicitation. The pricing for major software releases should not be included in the pricing for the software licenses described in section (a) above.

(f) Any travel costs will be in accordance with the Federal Travel Regulations.

(g) For pricing and evaluation purposes, the Offeror shall assume a start-of-work date of July 1, 2008.

## CONTRACT INFORMATION VOLUME REQUIREMENTS (VOLUME IV)

This volume will include a completed SF33, and the information required to complete Section B, Section F, Section G, Section H, Section J, Section K not specified in this solicitation for inclusion elsewhere and any other information required to complete the contract. The Offeror shall include in Volume IV all supporting documentation requested in this solicitation. Specifically, the minimum supporting documentation to be included in this Volume is described in the sections that follow.

### Completed FSIO Due Diligence Checklist

Private offerors must submit Version 4.0 of the FSIO Due Diligence Checklist published on August 6, 2007 (see Section J for this attachment). For public FM SSPs, the latest completed Due Diligence Checklist provided to OMB must be submitted.

### Completed Requirements Compliance Workbook

All offerors must complete the Requirements Compliance MS Excel workbook attached in solicitation Section J.

### Samples of Reports

The Offeror shall provide samples of each report (standard or custom-developed) provided as part of its FM SSP offering.

### Key Personnel Resumes

Resumes of the Key Personnel proposed.

### Proposed Integrated Master Schedule

The completed MS Project file required under this solicitation.

### EVMS Compliance Documentation or Compliance Plan(s)

Information describing the offeror's processes and tools for managing and reporting earned value in accordance with American National Standards Institute/Electronic Industries Association (ANSI/EIA) Standard 748. For all offerors, the description of the Offeror's Earned Value Management System (EVMS) and a statement that the EVMS requirements proposed will be applied to any subcontractors utilized, in accordance with FAR 34.201(d) and 52.234-3(c), must be provided. For offeror's with a certified EVMS in place, documentation of compliance by a cognizant federal agency must be provided. If the Offeror's EVMS has not been certified as compliant with ANSI/EIA Standard 748 by a cognizant federal agency at the time of proposal submission, then the Offeror shall describe in its proposal its plan for obtaining compliance within 30 calendar days of contract award.

### Federal Enterprise Architecture Compliance

Offerors must demonstrate alignment of their FM SSP solution with the FEA via appropriate artifacts (e.g., reference models, FEA annual assessments). Offerors who have not achieved FEA alignment shall provide a timeline describing the offeror's commitment to align with the FEA prior to signing contracts with DOL if selected.

### FISMA Compliance Documentation

Offerors shall provide evidence of their solution's FISMA compliance, including evidence of a Security Certification & Accreditation (SC&A) and Authority To Operate (ATO) from a Designated Approving Authority (DAA).

### Sample Continuity of Operations (COOP) Plan

A sample Continuity of Operations (COOP) Plan shall be provided by the offeror and information on the last Disaster Recovery Test performed.

### Proposed Service Level Agreement

The offeror shall include its proposed SLA with proposed service levels corresponding to the proposed PWS, QAP, QASP, and the FM LOB Service Assessment Guide.

## Latest SAS 70 Audit Report Findings

Information on any SAS-70 findings shall be provided by the offeror with specific information on any finding that impacted the offeror's services to a Federal Agency customer.

## L.6 NUMBER OF AWARDS

The government does not anticipate making more than one award as a result of this solicitation. However, this does not preclude the Government from making more than one award.

## L.7 ALL OR NOTHING PROPOSALS

Proposals may not be submitted for the performance of less than all of the types/quantities/option years of services required by this solicitation.

## L.8 QUESTIONS REGARDING THIS SOLICITAION

If interested vendors are uncertain as to any requirements of the specification(s) detailed in this solicitation, questions may be directed to the Contract Specialist in charge of this procurement. Questions must be submitted in writing and should make reference to the solicitation page number and to the section paragraph number of this solicitation that is the subject of the question. Questions must be received in the Office of Procurement Services no later than 1:00 p.m., EST, February 09, 2008, in order to be addressed prior to the closing date. Should any questions be received after the date stated above, the Government reserves the right not to provide an answer. If, however, the Government determines that the questions raise an issue of significant importance, the government will respond electronically.

Offerors may submit questions to Ronald J. Jordan, Contract Specialist, via email to jordan.ronald@dol.gov. The Government will not consider any information concerning questions, comments, or requests for clarification in response to telephone calls from offerors.

Please be advised that it is the sole responsibility of the offeror to continually view the Federal Business Opportunities website for any amendments to this solicitation.

## SECTION M - EVALUATION FACTORS FOR AWARD

### M.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

The following solicitation provisions pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the FAR provision at FAR "52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE" in Section L of this solicitation. See FAR 52.252-1 for an internet address (if specified) for electronic access to the full text of a provision.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.217-5 | EVALUATION OF OPTIONS | JUL 1990 |

### M.2 METHOD OF AWARD (BEST VALUE)

Award will be made to the responsive responsible offeror whose proposal is most advantageous to the Government, price and other factors considered. The Government intends to evaluate proposals using a two-step methodology.

In the first step, proposals shall be evaluated based upon the technical factors and subfactors described below (Functional Requirements & Technical Requirements, Past Performance & Risks, Implementation Support, Pricing, Project Management), and for price reasonableness. Prior to being evaluated in terms of the technical factors and subfactors, proposals must meet the requirements set forth in section C, and be compliant with the terms and conditions of this solicitation. Offerors proposed price will be considered independently of the technical criteria and will not of themselves be accorded any specific numerical rating. Based on these evaluations, a Competitive Range (FAR Part 15) consisting of the most highly rated proposals will be established.

The second step will involve evaluation of a product demonstration against test cases. Vendors that meet the stated requirements and are determined to be in the Competitive Range will be included in the next phase of the evaluation and be asked to demonstrate their product against test cases. Scripts that define scenarios and processes to determine their operational capability in meeting technical and functional requirements will be provided to each Vendor in the Competitive Range.

The contract resulting from this solicitation will be awarded to the responsible offeror whose offer, conforming to the solicitation, is determined to provide the "best value" to the Government, which may not necessarily be the proposals offering the lowest cost nor receiving the highest technical rating. It should be noted that cost is not a numerically weighted factor. Although non-cost factors are significantly more important than cost, cost is an important factor and should be considered when preparing responsive offers (proposals). The importance of cost as an evaluation factor will increase with the degree of equality of the proposals in relation to the remaining evaluation factors.

When the offerors within the Competitive Range are considered essentially equal in terms of technical, past performance and other non-cost factors (if any), or when cost is so significantly high as to diminish the value of the technical superiority to the Government, cost may become the determining factor for award. In summary, cost/non-cost trade offs will be made, and the extent to which one may be sacrificed for the other is governed only by the tests of rationality and consistency with the established factors.

Prospective contractors are advised that the selection of a contractor for contract award is to be made, after a careful evaluation of the offers (proposals) received, by a panel of specialists chosen by DOL/OASAM. Each panelist will

evaluate the proposals for technical acceptability using the ratings described in Section M.3, below. The factors are presented in the order of emphasis that they will receive. The scores will then be averaged to select a contractor for award on the basis of their proposal being the most advantageous to the Government, price and other factors considered.

If there are no significant technical differences among offerors, price alone will be the determining factor for source selection.

## M.4 EVALUATION FACTORS AND RATINGS

*****Offers will be evaluated using a Cascading method of evaluation.**

(1) **Offers are being solicited from both small and large business under a two-tiered solicitation.**

(2) **Offers from all small business will be considered for award prior to any offers from large businesses.**

(3) **(a)If the Contracting Officer determines that sufficient competition exists between small businesses, an award will be made to a small business, under the first tier, without consideration of offers submitted by large businesses.**

**(b)If the Contracting Officer determines that insufficient competition exists between small businesses, offers from large businesses as well as small businesses will be considered for award.*****

### General

The Government will apply the following evaluation criteria to identify the best value proposal(s). The evaluation criteria represent key areas of importance to be considered in the source selection decision. The evaluation criteria (factors, subfactors, and elements) were chosen to support a meaningful discrimination between and among competing proposals. The proposals will be evaluated against the Government's objectives and requirements using these factors:

- Past Performance;
- Technical and Management Approach;
- Cost.

Note: for purposes of this acquisition, references to "Price" and "Cost" are considered interchangeable.

### Definitions

In order to provide insight into the Government's value of the evaluation criteria, the following terminology is used:

- More Important. The criterion is greater in value than another criterion.
- Comparatively Equal. The criterion is nearly the same in value as another criterion; any difference is very slight and unimportant.

### Relative Importance of Evaluation Criteria

Non–cost factors are comparatively equal. Each of the non–cost factors is divided into subfactors. Non–cost factors are divided into subfactors, which are further divided into elements. Subfactors are comparatively equal within each factor. All elements within a subfactor are comparatively equal. Each non–cost factor individually is more important than the Cost factor. When combined, non-cost factors are significantly more important than Cost.

## Non-Cost Factor Evaluation Ratings

*Table 4: Non-Cost Factor Evaluation Ratings*

| Adjectival Rating | Technical Capability | Strengths | Weaknesses | Past Performance |
|---|---|---|---|---|
| Outstanding | The proposal exceeds requirements and clearly demonstrates the offeror's capability to deliver exceptional performance. | There are numerous strengths that are of direct benefit to the Government. | Weaknesses are considered insignificant and have no apparent impact to the program. | Highly relevant/very recent past performance in all identified past performance efforts; excellent performance ratings. |
| Excellent | The proposal is satisfactory; the offeror is capable of meeting performance requirements. | Some strengths exist that are of benefit to the Government; the strengths clearly offset weaknesses. | A few weaknesses exist; they are correctable with minimal Government oversight or direction. | Relevant/somewhat recent past performance in all identified past performance efforts; acceptable performance ratings. |
| Acceptable | The proposal is minimally adequate; the offeror is most likely able to meet performance requirements. | Few strengths exist that are of benefit to the Government; the strengths do not offset the weaknesses. | Substantial weaknesses exist that may impact the program; they are correctable with some Government oversight and direction. | Somewhat relevant/not very recent past performance; mostly acceptable performance ratings. |
| Marginal | The proposal is inadequate; it is doubtful whether the offeror can meet performance requirements. | Little, if any, strengths exist that are of benefit to the Government; the weaknesses clearly offset the strengths. | Weaknesses exist that adversely impact the program; they are correctable with significant Government oversight and direction. | Little relevant past performance identified; mostly unacceptable performance ratings. |
| Unacceptable | The proposal is highly inadequate; the offeror cannot meet performance requirements. | There are no beneficial strengths. | Numerous weaknesses exist that are so significant that a proposal re–write is not feasible within a suitable timeframe. | Little relevant past performance identified; almost all unacceptable performance ratings. |
| Neutral | Not used | Not used | Not used | Completely lacks relevant performance history or past performance is unavailable, not due offeror's failure to provide information. |

## Risk Assessment Ratings

The Government performs a risk assessment of each offeror's proposal. The proposal risk assessment focuses on the risks and weaknesses associated with the offeror's proposed approach. Assessment of risk is done at the non-cost factor levels, and includes potential for disruption of schedule, degradation of performance, and the need for increased Government oversight as well as the likelihood of unsuccessful contract performance. For any risk identified, the evaluation addresses the offeror's proposal for mitigating those risks and why that approach is or is not feasible. The table below provides definitions to be used for risk assessment of non-cost factors.

*Table 5: Risk Assessment Ratings for Non-Cost Factors*

| Risk Rating | Description |
|---|---|
| High | Offeror's proposed approach is likely to cause significant disruption of schedule or degradation of performance, and will require a high level of contractor emphasis and Government monitoring to overcome difficulties |
| Medium | Offeror's proposed approach is likely to cause a moderate disruption of schedule or degradation of performance, and will require a medium level of contractor emphasis and Government monitoring to overcome difficulties |
| Low | Offeror's proposed approach is likely to cause minimal or no disruption of schedule or degradation of performance, and will require a low level of contractor emphasis and Government monitoring to overcome difficulties |

(1) Risks may occur as a result of a particular technical approach, business process, management approach, or as a result of the schedule and economic impacts associated with these approaches.

(2) A risk assessment rating will be used along with the ratings for each assessed factor. The statements within the rating definitions assess different evaluation aspects rather than the risk assessment ratings. The statements within the rating definitions reflect how well the Past Performance and Technical and Management volumes meet the solicitation requirements.

# Non–Cost Factor Evaluation Criteria

## Factor 1 – Past Performance

The Government assesses the offeror's capability to perform tasks under the solicitation by evaluating the offeror's past performance as a prime contractor on previous contracts. Only past performance data regarding FM SSP efforts completed within the last three years, or work that is ongoing, is evaluated. The lack of relevant past performance information will result in the assignment of a neutral rating (i.e., neither favorable nor unfavorable). Technically complex tasks managed and implemented across an enterprise will be rated higher than tasks of lesser size, scope, and complexity.

*Subfactor 1 – Previous Contracting Effort #1*

The Government evaluates the offeror's past performance as the prime contractor in management of large and complex FM SSP–related efforts. The evaluation focuses on the offeror's technical understanding and technical capability as demonstrated by the size, scope, complexity, and results achieved in fulfilling the objectives of actual contracts and task orders similar to those contained in Section C of the solicitation. Technically complex tasks managed and implemented across an enterprise similar to DOL rate higher than tasks of lesser size, scope, and complexity. The evaluation also focuses on the innovative solutions developed and implemented by the offeror to address complex efforts and technical challenges, along with the results achieved. Emphasis is placed on the application and use of performance metrics and quality assurance plans that demonstrate program objectives and customer expectations were met or exceeded.

**Element 1. Past Performance Information Data**

The Government evaluates the offeror's proposal to determine the degree to which the offeror demonstrated its past performance in hosting, maintaining, and operating financial management systems consistent with the objectives and complexity described in the SOO (Section C). At a minimum, offerors must provide evidence of experience (i.e., in at least three contract(s) or order(s)) covering all SOO task areas. Technically complex FM SSP performance across an enterprise rates higher than tasks of less size, scope, and complexity. Successful past performance of data migration and data cleansing will also warrant a higher rating.

**Element 2. Cost Control**

The Government evaluates the offeror's ability to deliver services at an agreed–to price/cost. Variances in the award amounts and the amounts at completion (or Estimate To Complete) are evaluated to determine the extent to which the

offeror controlled customer costs. Past Performance with lower cost variance relative to OMB thresholds will be evaluated higher than past performance with larger variances.

**Element 3. Schedule Control**

The Government evaluates the offeror's ability to deliver a service according to an agreed–to schedule. The cause of any schedule variances is evaluated to determine the extent to which the offeror was able to deliver services on time.

**Element 4. Organizational Change Management**

The Government evaluates the offeror's ability in Past Performance to provide integration and coordination of all activities needed to execute the contract to satisfy the customer's requirements and objectives, including transition management services (e.g., training, migration planning, change management, sequencing).

**Element 5. Quality**

The Government evaluates the offeror's ability to provide a service that met the customer's quality requirements. Examine the offeror's performance to determine if the quality of service necessary in providing conformance to contract requirements was met.

**Element 6. Socioeconomic Goals**

The Government evaluates the offeror's ability to meet subcontracting goals (large businesses and federal agencies proposing the use of contractors). Consider any circumstances that negatively impacted the offeror's ability to consistently meet or exceed small business subcontracting goals.

**Element 7. Subcontracting Management**

The Government evaluates the offeror's proposal to determine the extent that subcontracting management goals were met. This determination includes whether subcontracts were awarded in a timely manner, whether subcontractors were paid on time, and whether there were any significant problems with subcontracts that resulted in cost, schedule, or performance problems in the contract completion.

**Element 8. Business Relations**

The Government evaluates the offeror's ability to demonstrate a business–like concern for the customer's interests and the ability to demonstrate reasonable and cooperative behavior. The Government examines the assessment to determine the degree to which the offeror met the levels of cooperation needed to act as an effective business partner.

### *Subfactors 2–4 – Previous Contracting Efforts 2–4*

**Elements 1–8**

Same as Subfactor 1 above.

## Factor 2 – Technical & Management Approach

The Government assesses the offeror's capability to perform under the contract by evaluating the offeror's proposed technical approach and capabilities.

### *Subfactor 1 – Technical Approach*

In response to the solicitation, the Government will evaluate the offeror's proposed technical solutions to address tasks similar to those in the solicitation.

**Element 1. Viability of FM SSP Offering**

The Government evaluates the offeror's proposal on whether the solution being offered by the FM SSP includes an installed and operational FSIO-compliant core financial system (Oracle Federal Financials 11i); the minimum FSIO-required services (as defined in the FSIO Migration Planning Guidance): IT Hosting and Administration, Application Management, Implementation Services; a SAS-70 Type II audit within the past year that resulted in either an unqualified opinion or with findings that are not significant enough to impact the organization's ability to serve as an FM SSP; a financial audit within the past year that resulted in a clean opinion or a qualified opinion with findings that do not impact

the organization's ability to serve as an FM SSP; and standards and templates for systems implementation, interface configuration, operations, and ongoing support.

**Element 2. Implementation Services**

The Government evaluates the proposal on the extent that the offeror demonstrates a repeatable set of best practices for delivering standardized services for the implementation of their FM SSP solution. The offeror's proposal is also evaluated on the degree to which the offeror's response demonstrates flexibility to accommodate unique agency business processes and a formal governance model for configuration management that communicates changes and impacts to the customer.

**Element 3. IT Hosting & Administration**

The offeror's proposal is evaluated to determine the degree to which the offeror's response demonstrates an understanding of the scope and complexity of infrastructure necessary and the level of effort involved to effectively provide IT Hosting and Administration of the underlying infrastructure for an FM SSP under this task as well as an ability to support increasing transaction volumes consistent with expanding services to meet customer needs, without adversely impacting current support levels

**Element 4. Application Management Services**

The offeror's proposal is evaluated to determine the degree to which the offeror's response demonstrates an understanding of the scope, complexity, and level of effort involved in managing a financial management application; staffing a help desk with regular hours of operation and personnel trained in the use of the Oracle Federal Financials; and the provision and adequacy of formal procedures for communication, escalation, and resolution of issues, including critical issues, non-critical issues, incidents and problems.

**Element 5. Service Level Agreement**

The Government evaluates whether the offeror's FM SSP Service Level Agreement has a performance measurement methodology with metrics that address system availability, performance, and costs and meets the FM LOB Service Assessment Guide performance measures.

**Element 6. Security and Incident Response**

The offeror's proposal is evaluated to determine the existence and adequacy of (1) Continuity of Operations (COOP) Plans for each agency it services and for which successful Disaster Recovery Testing has been performed within the last 12 months; (2) the offered FM SSP is implemented with the appropriate security controls consistent with the Federal Information Security Management Act (FISMA) and NIST Special Publication 800-53; (3) processes for performing periodic testing and evaluation of information security controls in accordance with FISMA and NIST Special Publications 800-37 and 800-53A; (4) evidence that all environments and applications being used to provide FM SSP services have been FISMA Security Certified and Accredited (SC&A) within the last three years; (5) no indication of significant deficiencies from the most recent FISMA risk assessment review completed for the FM SSP; (6) documentation that a Federal Information Security Management Act (FISMA) risk assessment was completed within the last 36 months in accordance with NIST Special Publication 800-30; (7) an appointed information systems security officer as required under FISMA.

**Element 7. Federal Enterprise Architecture**

The Government evaluates the offeror's proposed Target Enterprise Architecture for its alignment with the Federal Enterprise Architecture (FEA) Business and Data Reference Models.

**Element 8. Requirements Compliance**

The Government evaluates the extent to which the offeror demonstrates its customer-relevant financial management systems are substantially compliant with FFMIA system requirements, including FSIO mandatory requirements, USSGL, CGAC structure, and accounting standards; and its ability to support DOL mandatory requirements.

**Element 9. Feeder System Interfaces**

The Government evaluates the extent to which the offeror demonstrates its ability to support an interface to the FM-related E-Gov Initiatives including E-Travel, Central Contractor Registration (CCR), and E-Payroll; its ability to use acceptable tools and processes to develop automated interfaces with feeder systems electronically as part of its solution .

Support is defined as being capable of interfacing or integrating with one or more of the solutions provided by these initiatives. The offeror's proposal is evaluated on the capability of the offeror's existing feeder system interfaces to accommodate data interchange for the type of transactions processed and interchange methods used by DOL's feeder systems to provide continued automation of DOL business functions and processes to support the objectives and requirements of the solicitation; and experience implementing agreements similar to the interconnection security agreement and Memoranda of Understanding outlined in NIST Special Publication 800-47 for agency feeder systems such as Federal ePayroll, eTravel, SmartPay credit card systems, etc.

**Element 10. Enhancement Development Approach**

The offeror's proposal will be evaluated on their demonstrated ability to provide software enhancements to address customer unique requirements in such a way that does not impact the core Oracle Federal Financials COTS product.

**Element 10. Financial Management Reporting**

The Government evaluates the extent to which the offeror demonstrates their FM SSP solution provides standard and ad hoc reporting capabilities that fulfill DOL's objectives and requirements for financial management reporting. The offeror's proposal is evaluated on the capability of reports provided to fulfill external reporting requirements; to convey information in a clear, concise, and easy to use manner; and to enable more efficient financial control and improved financial management decision making within DOL.

*Subfactor 1 – Management Approach*

The Government assesses the offeror's ability to successfully manage FM SSP implementations and operations by evaluating its structure, quality focus, business operations, Human Resource practices, and Subcontracting Plan.

**Element 1. Organizational Structure**

The Government evaluates the offeror's proposed organizational structure for the extent to which streamlined business operations, rapid decision making capability, and effective delivery of services is likely.

**Element 2. Quality Assurance Plan**

The Government evaluates the QA Plan presented by the offeror to ensure high quality in its FM SSP solutions. Consistency with the proposed Quality Assurance Surveillance Plan, Performance Work Statement, and Service Level Agreement is also evaluated.

**Element 4. Ability to Recruit, Train, and Maintain High–Quality Personnel**

Offerors shall provide a Compensation for Professional Employees Plan for evaluation and evidence that staff at each data center providing FM SSP services have the appropriate security clearances as required by NIST Federal Information Processing Standard 201, PIV Part1.

**Element 5. Subcontracting Plan (large businesses and federal agencies proposing the use of contractors)**

The offeror must identify key aspects of its Subcontracting Plan and how the offeror plans to meet or exceed the small business contracting goals set forth in the solicitation.

**Element 6. Key Personnel**

The offeror is evaluated on the suitability of proposed Key Personnel, the applicability and quality of their skill and experience. While no minimum experience is required, the Government will evaluate the extent to which proposed key personnel resumes demonstrate the full breadth of financial management and technical expertise necessary to implement, host, and manage a core financial management solution. Key personnel with financial personnel certifications (e.g., Certified Public Accountant - CPA; Certified Government Financial Manager - CGFM; Certified Internal Auditor - CIA; Certified Management Accountant - CMA; Certified Information Systems Auditor - CISA; and Certified Information Security Manager – CISM) are rated higher than Key personnel without a certification.

## Cost Factor

(1) The offeror is required to submit all cost data in the format indicated in the solicitation (See Sections B, J, and L). Offerors are required to submit their proposed costs for the entire period of performance, as set forth in the appropriate

attachment to Section J of the solicitation. The evaluation period commences with the start of work which shall be assumed to be July 1, 2008.

(2) The Government will evaluate the proposed costs for completeness and reasonableness. Reasonableness of the overall cost will be determined on the basis of adequate cost competition and by comparison with the Independent Government Cost Estimate (IGCE).

(3) The Government may evaluate cost realism with regard to the ability of the offeror to meet objectives and requirements in terms of skills required, complexity of disciplines, and job difficulty if the Government deems such analysis necessary. The offeror's cost proposal will be compared to the technical proposals to determine the offeror's (a) understanding of work to be performed and (b) capability and capacity to provide the required services and accomplish the required objectives and requirements. Unrealistically low costs may indicate a lack of complete understanding of the objectives and requirements, a high–risk approach to performance, and/or an inability to attract and maintain a high–quality workforce. The Government considers the findings of such analysis regarding an offeror's ability to perform and the risk of its approach.

(4) The Government bases the cost evaluation for all proposals on the total Discounted Life Cycle Cost (DLCC) for each proposal. The total DLCC for the contract is the total of the costs to DOL for each contract period (base and option periods) with appropriate discount rates applied. The Government will use the discount factors indicated below based upon the nominal discount rate specified in OMB Circular A–94.

*Table 6: OMB Circular A-94 Discount Rates*

| Contract Period | Base | Opt. 1 | Opt. 2 | Opt. 3 | Opt. 4 | Opt. 5 | Opt. 6 | Opt. 7 |
|---|---|---|---|---|---|---|---|---|
| Discount Factors (based on OMB Circular A–94) | 1.0000 | 0.9533 | 0.9088 | 0.8663 | 0.8258 | 0.7873 | 0.7505 | 0.7154 |

[THIS PAGE INTENTIONALLY LEFT BLANK]