ORIGINAL

RECEIVED
THE UNITED STATES COURT
OF FEDERAL CLAIMS
2008 JUL -9 AM 8:52

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Deloitte Consulting LLP

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William W. Goodrich, Jr.

Firm Name: Arent Fox LLP

08-492 C

Post Office Box:

Street Address: 1050 Connecticut Avenue, N.W.

City-State-Zip: Washington, DC 20036-5339

Telephone & Facsimile Numbers: Tel: 202-857-6094

Fax: 202-857-6395

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: | 1 | 4 | 0 |
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: | L | A | B |
See attached sheet for three-digit codes.

Amount Claimed: $________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $50,000,000 or more
Is plaintiff a small business? ☐ Yes ☑ No

Vaccine Case:
Date of Vaccination: ______________________

Related Cases:
Is this case directly related to any pending or previous case? ☐Yes **X** No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.