ORIGINAL

FILED
JUL 9 2008
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP, Plaintiff, | ) | |
| v. | ) | Case No. 08-492 C |
| The United States, Defendant. | ) | Judge ______________ |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, Deloitte Consulting LLP ("Deloitte"), respectfully applies to this Court for the issuance of a Temporary Restraining Order reinstating the "automatic stay" pursuant to 31 U.S.C. § 3553 and prohibiting the U.S. Department of Labor from proceeding with Contract No. DOLJ089427467 (the "Contract") with Global Computer Enterprises, Inc. ("GCE") pending the Court's disposition of Plaintiff's Motion for a Preliminary Injunction in this matter.

Immediate injunctive relief is required because, otherwise, the United States and GCE will continue performance of the Contract, thus depriving Deloitte of any meaningful prospect of relief even if it should win its Bid Protest in the U.S. Government Accountability Office ("GAO"). Neither the United States nor GCE will be harmed by such relief in that performance of work under the Contract is required to be stayed in accordance with 31 U.S.C. § 3553(d)(3) and 48 C.F.R. § 33.104(c)(1) pursuant to a Bid Protest previously filed with GAO on June 30, 2008, docketed as B- B-400319.1.

As set out in greater detail in Deloitte's Memorandum in Support of its Application for Temporary Restraining Order and Motion for Preliminary Injunction, filed concurrently, Deloitte has a substantial likelihood of success on the merits because DOL has acted arbitrarily and

capriciously, contrary to applicable law and regulation, and has abused its discretion in issuing a Findings and Determination document to proceed with the Contract notwithstanding Deloitte's GAO Bid Protest. Deloitte will suffer irreparable harm absent the requested injunctive relief because it will lose any meaningful prospect of relief if the Contract proceeds during the pendency of Deloitte's Bid Protest. Deloitte faces the prospect of irreparable harm and has no adequate remedy at law unless this Court intervenes. Lastly, issuance of the Temporary Restraining Order is in the public interest because the public benefits by fair competition for Government contracts and by ensuring the conduct of procurements in accordance with applicable procurement laws and regulations.

In accordance with RCFC 65(c), Deloitte requests that the Court either forego any bond, or alternatively, require only a nominal cash deposit.

WHEREFORE, Deloitte requests that the Court issue the requested Temporary Restraining Order requiring that DOL reinstate the automatic stay required by 31 U.S.C. § 3553 and cease performance of the Contract pending the Court's resolution of Deloitte's Motion for a Preliminary Injunction.

Respectfully submitted,

Dated: July 8, 2008

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6000
202.857.6395 (FAX)

**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP, Plaintiff, | ) | |
| v. | ) | Case No. ____________ |
| The United States, Defendant. | ) | Judge ____________ |

**CERTIFICATE OF SERVICE**

I, William W. Goodrich, Jr., hereby certify that this 8th day of July 2008, a true and correct copy of each of Plaintiff Deloitte Consulting LLP's: (i) Verified Complaint for Injunctive and Declaratory Relief; (ii) Application for Temporary Restraining Order; (iii) Motion for Preliminary Injunction; (iv) Memorandum in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction; and (v) RCFC 7.1 Disclosure Statement, was delivered by Federal Express to:

U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W. – 8th Floor
Washington, D.C. 20530 (for overnight deliveries 20005)

and

Jonathan J. Frankel, Esq.
Timothy R. Schnabel, Esq.
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Global Computer Enterprises, Inc.*

Respectfully submitted,

Dated: July 8, 2008

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6000
202.857.6395 (FAX)