FILED
JUL 9 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP,<br><br>Plaintiff, | ) | |
| v. | ) | Case No. 08-492 C |
| The United States,<br><br>Defendant. | ) | Judge ____________ |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Deloitte Consulting LLP, through undersigned counsel, hereby submits the required disclosure statement.

Deloitte Consulting LLP is a Delaware Limited Liability Partnership. Its parent is Deloitte LLP, also a Delaware Limited Liability Partnership. There are no intervening parent organizations. No publicly held corporation or entity owns 10% or more of Deloitte Consulting LLP's partnership interests.

Respectfully submitted,

Dated: July 8, 2008

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395