**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Bid Protest

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-492C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**GLOBAL COMPUTER ENTERPRISES, INC.'S MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of this Court, Global Computer Enterprises, Inc. ("GCE") hereby moves to intervene in this case as a Defendant. Intervention is proper because GCE is the awardee of the contract involved in this case and would be prevented from performing this contract if the Court finds for the plaintiff and enjoins performance. As required by Rule 24(a), and as discussed in the accompanying memorandum, GCE has "an interest relating to the property or transaction which is the subject of the action"; the disposition of the action will "impair or impede" GCE's ability to protect that interest; and GCE's interest is not "adequately represented by existing parties." In the alternative, permissive intervention is proper under Rule 24(b) because GCE's claims and defenses and the main action will have questions of law or fact in common. Counsel for Deloitte Consulting LLP and the Department of Labor have indicated that they do not oppose this motion.

Respectfully submitted,

s/ Jonathan J. Frankel

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)

Counsel of Record for
Global Computer Enterprises, Inc.

Of Counsel
John P. Janecek
Ariel B. Waldman
Timothy R. Schnabel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)

Dated: July 9, 2008