IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 08-492C<br>(Judge Wheeler) |

# DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of this Court, Global Computer Enterprises, Inc. hereby states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,
s/ Jonathan J. Frankel

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)

Counsel of Record for Plaintiff
Global Computer Enterprises, Inc.

Of Counsel
John P. Janecek
Ariel B. Waldman
Timothy R. Schnabel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)

Dated: July 9, 2008