# In the United States Court of Federal Claims

No. 08-492C

(Filed: July 9, 2008)

```
****************************************  *
                                          *
DELOITTE CONSULTING LLP,                  *
                                          *
                       Plaintiff,         *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                       Defendant.         *
                                          *
and                                       *
                                          *
GLOBAL COMPUTER ENTERPRISES, INC.,        *
                                          *
              Defendant-Intervenor.       *
                                          *
****************************************  *
```

**ORDER**

On July 9, 2008, counsel for Global Computer Enterprises, Inc. ("GCE") filed a Motion to Intervene in the above-captioned bid protest, pursuant to Rule 24(a) of the Court's Rules. For good cause shown, GCE's motion is GRANTED. Accordingly, GCE shall henceforth be identified as "Defendant-Intervenor" in this action. GCE's participation and filings in this matter shall be on the scheduled dates applicable to Defendant.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge