# In the United States Court of Federal Claims

No. 08-492C

(Filed: July 9, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| DELOITTE CONSULTING LLP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| and | * |
| | * |
| GLOBAL COMPUTER ENTERPRISES, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ****************************************** | * |

**SCHEDULING ORDER**

On July 9, 2008, the Court conducted a telephonic status conference with counsel for the parties to establish an expedited schedule in this bid protest. With the agreement of counsel, the Court will hear oral argument on Plaintiff's motion for a temporary restraining order at the National Courts Building, 717 Madison Place, NW in Washington, DC on Tuesday, July 15, 2008 at 2:00 PM. The parties may file briefs regarding this motion by not later than Monday, July 14, 2008 at 12:00 Noon. In particular, the parties are invited to address Plaintiff's interested party status for the subject action, and the factors that the agency considered, or should have considered, in reaching its July 3, 2008 determination to override the stay of contract performance. Plaintiff need not repeat arguments that it has already included in its initial July 9, 2008 filings.

In addition, with the agreement of counsel, the Court establishes the following schedule for this action:

1. Defendant shall file its administrative record relating to the stay override issue not later than Thursday, July 17, 2008.

2. Defendant and Defendant-Intervenor shall file their motions for judgment on the administrative record, or such other dispositive motions as they choose, not later than Tuesday, July 22, 2008.

3. Plaintiff shall file its response(s), and cross-motion for judgment on the administrative record, not later than Friday, July 25, 2008.

4. The Court will hear oral argument on Plaintiff's motion for preliminary and permanent injunction, Plaintiff's request for declaratory relief, and the motion(s) for judgment on the administrative record at the National Courts Building, 717 Madison Place, NW in Washington, DC on Tuesday, July 29, 2008 at 10:00 AM.

Any proposed adjustments to the above schedule may be addressed at the July 15, 2008 hearing on Plaintiff's motion for a temporary restraining order.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge