IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-492C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| and | ) | |
| GLOBAL COMPUTER ENTERPRISES, INC., | ) | |
| Defendant-Intervenor. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN B. McNAMARA as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SEAN B. McNAMARA
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Room 12006
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/ Sean B. McNamara

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7573
Facsimile: (202) 514-8624

Dated: July 10, 2008

CERTIFICATE OF FILING

I hereby certify that on July 10, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA