IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELOITTE CONSULTING, LLP, Plaintiff, | ) | |
| v. | ) | No. 08-492C (Judge Wheeler) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| GLOBAL COMPUTER ENTERPRISES, INC., Defendant-Intervenor. | ) | |

DEFENDANT'S NOTICE OF CORRECTIVE
ACTION AND MOTION TO AMEND SCHEDULING ORDER

Defendant, the United States, respectfully submits this notice of corrective action and motion to amend this Court's July 9, 2008 scheduling order. Following the status conference held in this matter on July 9, 2008, in which the Court expressed concern regarding the override decision issued in plaintiff's pending protest at the Government Accountability Office ("GAO") by the Department of Labor ("DOL"), DOL has determined that it should withdraw its current decision to override the automatic stay at GAO and render a new decision, if warranted. Accordingly, DOL intends to withdraw its decision on July 14, 2008. DOL will likely issue a new determination and findings immediately thereafter, also on July 14, 2008.

DOL filed its initial determination and findings at GAO on July 3, 2008, within three days of the filing of plaintiff's protest, on June 30, 2008. In reaching its override decision, DOL consulted the governing statute, 31 U.S.C. § 3553, which requires simply that "performance of the contract is in the best interests of the United States." See 31 U.S.C. § 3553(d)(3)(C)(i)(I).

The agency did not become familiar with the factors typically considered by this Court when reviewing override decisions until after plaintiff, Deloitte Consulting, LLP ("Deloitte"), filed suit here. After hearing the Court's concerns and reviewing the authority cited by Deloitte in its memorandum in support of its motion for a temporary restraining order, DOL determined that it should more thoroughly consider whether proceeding with this procurement would be in the best interests of the United States, with a specific focus upon those factors that this court has deemed relevant to the determination. See, e.g., Idea Intern., Inc. v. United States, 74 Fed. Cl. 129, 134 (2006) (agency issued new override decision after this Court "expressed concern that the override determination was inadequate . . ."); Maden Tech Consulting Inc. v. United States, 74 Fed. Cl. 786, 788-89 (2006) (agency issued new override decision following this Court's determination that prior decision was arbitrary and capricious). DOL is currently engaged in that consideration. DOL intends to finish its inquiry and issue a new decision, if necessary, by July 14, 2008.

DOL's withdrawal of its decision — and the consequent return of the stay at GAO, however briefly — will moot this case. For this reason, defendant anticipates that it may file a motion to dismiss this case for lack of subject matter jurisdiction. Because the current schedule, issued by the Court on July 9, 2008, requires defendant to file its response to plaintiff's motion for a temporary restraining order by 12 p.m. on July 14, 2008, defendant requests that the court amend the schedule to reflect DOL's planned action and defendant's anticipated motion. Specifically, defendant respectfully requests that the Court not require us to file a response to plaintiff's motion for a TRO, that the Court postpone the hearing currently scheduled for July 15, 2008, and instead convene a status conference on July 15, 2008, for the purpose of addressing our anticipated motion to dismiss and any other scheduling and docketing issues. We have

consulted with plaintiff's counsel concerning this motion, and plaintiff's counsel represents that plaintiff opposes this motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

HERMAN J. NARCHO
Attorney
Office of the Solicitor
Division of Management
& Administrative Legal Services
Department of Labor

July 11, 2008

CERTIFICATION OF FILING

I hereby certify that on July 11, 2008, a copy of the foregoing "NOTICE OF CORRECTIVE ACTION AND MOTION TO AMEND SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA