**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Bid Protest

| | |
|---|---|
| DELOITTE CONSULTING LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GLOBAL COMPUTER ENTERPRISES, INC.,<br><br>Defendant-Intervenor. | No. 08-492C<br>(Judge Wheeler) |

**JOINT STATEMENT REGARDING APPLICATIONS FOR ACCESS TO PROTECTED INFORMATION**

Pursuant to the Court's July 9, 2008 protective order, Dkt. No. 11, counsel for Defendant-Intervenor Global Computer Enterprises, Inc. ("GCE") and Plaintiff Deloitte Consulting LLP ("Deloitte") both filed applications for access to protected materials on July 10, 2008. *See* Dkt. Nos. 13-14. The Court's order provides that "applicant[s] will be granted access to protected information without further action by the court" if no objections to the applications are filed within two days. Given the compressed briefing schedule established in this case, counsel for GCE has consulted with counsel for Deloitte and the United States, and all parties agree that they have no objections to these applications. The parties request that the applications be granted prior to the expiration of the two-day period.

Respectfully submitted,

s/ William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6094 (tel.)
(202) 857-6395 (fax)

Counsel of Record for Plaintiff
Deloitte Consulting LLP

s/ Jonathan J. Frankel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)

Counsel of Record for Defendant-Intervenor
Global Computer Enterprises, Inc.

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr. by Jeanne E. Davidson
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Counsel of Record for Defendant
United States of America

Dated: July 11, 2008