**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | |
|---|---|
| DELOITTE CONSULTING, LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GLOBAL COMPUTER ENTERPRISES, INC.,<br><br>Defendant-Intervenor. | No. 08-492C<br>(Judge Wheeler) |

DEFENDANT'S NOTICE OF THE DEPARTMENT OF LABOR'S
FILING OF A REVISED DETERMINATION AND FINDINGS
DOCUMENT AT THE GOVERNMENT ACCOUNTABILITY OFFICE

Defendant, the United States, respectfully submits this notice concerning the Department of Labor's ("DOL's") filing of a revised determination and findings ("D&F") at the Government Accountability Office ("GAO") concerning the automatic stay imposed by 31 U.S.C. § 3553 in the protest filed at GAO by the plaintiff. For the convenience of the Court and the parties, we have attached the documents filed by DOL at GAO. They consist of (1) a memorandum withdrawing the original D&F and (2) the new D&F, which is accompanied by four supporting memoranda and attachments to the memoranda. We have not refiled the two documents contained in our appendix filed today, July 14, 2008, though these documents were also filed at GAO. The attachments to the fourth memoranda prepared by DOL were labeled only

electronically; for the sake of clarity, we have labeled the documents themselves as "Attachment A," etc.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

HERMAN J. NARCHO
Attorney
Office of the Solicitor
Division of Management
& Administrative Legal Services
Department of Labor

July 14, 2008

CERTIFICATION OF FILING

I hereby certify that on July 14, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF THE DEPARTMENT OF LABOR'S FILING OF A REVISED DETERMINATION AND FINDINGS DOCUMENT AT THE GOVERNMENT ACCOUNTABILITY OFFICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA