PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

**Withdrawal of Findings and Determinations made in the Protest of Deloitte Consulting LLP
Protest No. B-400319.1**

In light of the U.S. Department of Labor's conference call with Judge Thomas C. Wheeler last week in *Deloitte Consulting, LLP v. United States*, No. 08-492C, a proceeding related to the above-referenced protest, I am withdrawing the Findings and Determination filed with the U.S. Government Accountability Office in which I found, pursuant to 31 U.S.C. 2553(d)((3)(C)(i)(I) and 48 C.F.R. § 33.104(c)(2), that it is in the best interests of the Government to continue performance of the contract awarded by the Department of Labor to Global Computer Enterprises, Inc., which is the subject of Protest B-400319.1.

Prepared: [signature]
Ronald Jordan
Contracting Officer

7/14/08
Date

Reviewed: [signature]
Herman Narcho
Dennis Adelson
Office of the Solicitor

7/14/08
Date

Approved: [signature]
M. Al Stewart
Procurement Executive
Head of Contracting Activity

7/14/2008
Date