PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# U.S. DEPARTMENT OF LABOR
# OFFICE OF THE ASSISTANT SECRETARY FOR ADMINISTRATION AND MANAGEMENT
# BUSINESS OPERATIONS CENTER

## FINDINGS

1. Currently, the U.S. Department of Labor's (DOL's) financial management functions, processes, and activities are distributed across multiple information systems and financial applications, all centered on the Department of Labor Accounting and Related Systems (DOLAR$) mainframe accounting system. DOLAR$ has been in service since 1989 and has been both enhanced and extended to meet Departmental and external requirements. While DOLAR$ has served DOL well over its history and continues to exceed its intended useful life, the DOLAR$ technology is antiquated and no longer able to efficiently and effectively meet DOL's financial management requirements.

2. As a result, DOL planned to migrate from DOLAR$ to a new core financial management system hosted at either an Office of Management and Budget (OMB) designated Federal Financial Management Shared Service Provider (FM SSP) or an approved commercial FM SSP. It was intended that this investment would be conducted in compliance with all applicable financial systems regulations and guidance. Of particular applicability is the OMB's Competition Framework for Financial Management Line of Business (FMLoB) Migrations, dated May 22, 2006, and the FSIO migration planning guidance. DOL requires that implementation of the new financial management system be completed by October 1, 2009, consistent with financial management best practices to implement core financial accounting systems at the beginning of a financial reporting year. Otherwise, transactional processing and reporting is the result of two systems, which increases the amount of work, complexity and the associated cost of preparing and auditing quarterly and annual financial statements.

3. On January 15, 2008, Request for Proposals (RFP) DOL089RP20497 was released on Federal Business Opportunities (FBO) for the purpose of obtaining the services of a Shared Service Provider (SSP) to modernize DOL's core financial functions to the New Core Financial Management System (NCFMS). In response to this RFP, DOL initially received nine proposals on the RFP closing date of March 07, 2008. One of these proposals was ultimately withdrawn, and two others were later eliminated due to DOL being notified of the inability of FSIO to certify Oracle Federal Financials Release version12 software within DOL's required timeframe to make an award, leaving the remaining six proposals in the competition.

4. DOL entered into discussions with each of the remaining six vendors (all of whom were determined to be within the competitive range) and required each of the six vendors to present to DOL, Operational Capabilities Demonstrations. At the end of discussions, each vendor was requested to submit its final proposal revisions, which

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

were evaluated by the Source Selection Evaluation Board (SSEB) evaluators. Upon conclusion of the evaluation, it was determined that all but one of the six vendors did not have a likelihood of receiving an award, and therefore, each such vendor was eliminated from the competitive range, with the exception of Global Computer Enterprises, Inc. (GCE).

5. DOL conducted minor discussions with GCE, and promptly awarded the firm a contract on June 26, 2008, with an effective date of July 01, 2008.

6. On June 30, 2008, Deloitte Consulting LLP filed a protest with the Government Accountability Office, B-400319.

**DETERMINATION**

1. It is in the best interests of the Government to permit work to continue under the contract awarded to GCE, since suspension of work would severely impede DOL's ability to implement the new core financial accounting system by October 2009, as described in the attached four memoranda.

2. Upon the basis of the above, I have made the determination, pursuant to 31 USC § 3553(c)(3)(C)(i)(I) and 48 C.F.R. § 33.104(c)(2), that continued and uninterrupted contract performance will be in the best interests of the United States.

Prepared: [signature] 7/14/08
Ronald Jordan — Date
Contracting Officer

Reviewed: [signature] 7/14/08
Herman Narcho — Date
Dennis Adelson
Office of the Solicitor

Approved: [signature] 7/14/2008
M. Al Stewart — Date
Procurement Executive
Head of Contracting Activity