PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Attachment A

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

**Financial Management**
**Line of Business**

# Migration Planning Guidance (Version 1)

## Section 4.1 Project Schedule Overview

This section provides an overview for the migration Microsoft Project Schedule template in Section 4.2. It includes an explanation of the purpose and tasks within each phase and their dependencies. The tasks and timelines will vary for various phases depending on the complexity of business process changes and the extent of system customizations.

Table of Contents

Introduction to Project Scheduling 1
*Earned Value Management* 1
*Additional Resources* 2
Overview of the Project Schedule Template 2
*Scope of the Project Schedule Template* 2
*Assumptions of the Project Schedule Template* 2
*Additional Notes* 4
Notes regarding specific phases in the template 4
Notes regarding the overall template 4
*Organization of the Microsoft Project Schedule* 5
Description of the Phases 6

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

*Project Initiation Phase* 8

**Purpose** 8

**Assumptions** 8

**Tasks** 9

*Concept of Operations Phase* 9

**Define Current Environment Sub-Phase** 10
Purpose 10
Tasks and Dependencies 10

**Requirements Analysis Sub-Phase** 11
Purpose 11
Assumptions 11
Tasks and Dependencies 11

*Design Phase* 12

**Design/Change Specification Development Sub-Phase** 13
Purpose 13
Tasks and Dependencies 13

**Test Plan Development Sub-Phase** 13
Purpose 13
Tasks and Dependencies 13

**Configuration Approach Development Sub-Phase** 14
Purpose 14
Tasks and Dependencies 14

*Development Phase* 14

**Technical Setup Sub-Phase** 15

**Coding Sub-Phase** 15

**Unit Testing Sub-Phase** 15
Purpose 15
Tasks and Dependencies 15

*Testing Phase* 16

**Testing Environment Setup Sub-Phase** 17
Purpose 17
Tasks and Dependencies 17

**System Testing/Business Process Testing Sub-Phase** 18
Purpose 18
Tasks and Dependencies 18

**Integration/End-to-End Testing Sub-Phase** 18

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Purpose 18
Tasks and Dependencies 18

**System Performance Testing (Load Testing) Sub-Phase** **18**
Purpose 18
Tasks and Dependencies 19

**Regression Testing Sub-Phase** **19**
Purpose 19
Tasks and Dependencies 19

**Conversion Testing Sub-Phase** **20**
Purpose 20
Assumptions 20
Tasks and Dependencies 20

**User Acceptance Testing (UAT) Sub-Phase** **21**
Purpose 21
Tasks and Dependencies 21

***Develop User and Training Documents Phase*** ***21***
Purpose 21
Tasks and Dependencies 21

***End User Training Phase*** ***22***

**Training Plan Development Sub-Phase** **22**
Purpose 22
Tasks and Dependencies 22

**Training Logistics Sub-Phase** **22**
Purpose 22
Tasks and Dependencies 22

**Conduct Training Sub-Phase** **23**

***Implementation Phase*** ***23***

**Migration Planning Sub-Phase** **23**
Purpose 23
Tasks and Dependencies 23

**Migration Dry-Run Testing Sub-Phase** **23**
Purpose 23
Tasks and Dependencies 24

**Production Software Cutover Sub-Phase** **24**
Purpose 24
Tasks and Dependencies 24

**Production Data Conversion Sub-Phase** **24**
Purpose 24
Tasks and Dependencies 24

**Bring up New Financial System Sub-Phase** **25**

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

**Migration/Implementation Complete Sub-Phase** 25

***Independent Verification and Validation (IV&V) Phase*** 25

**Migration Checklists** 27

***1. Milestone Checklist*** 27

***2. Technical Migration Checklist*** 27

***3. Detailed Implementation Checklists*** 27

***4. Conversion Checklist*** 27

***5. Verification Checklist*** 28

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Section 4.1 Project Schedule Overview

This section provides an overview for the migration Microsoft Project Schedule template in Section 4.2. It includes an explanation of the purpose and tasks within each phase and their dependencies. The tasks and timelines will vary for various phases depending on the complexity of business process changes and the extent of system customizations.

## Introduction to Project Scheduling

Comprehensive project scheduling is critical to the success of a migration effort, regardless of the scale or complexity of the migration effort, agency, or the agency's business processes. A comprehensive project schedule provides the overall project timeline, tasks and deliverables, dependencies, resources, and milestones. Migrating agencies and shared service providers (SSPs) can use the project schedule to communicate with stakeholders, guide their work efforts, and to manage and control the project execution. The migrating agency and the SSP should have a disciplined process for managing the systems migration effort to focus their efforts and reduce risk. It is expected that project schedules be reasonable and integrated and that both the migrating agency and the SSP sign-off on the project schedules.

## Earned Value Management

Earned value management (EVM) should be used for implementation and migration projects to help evaluate and control project risk. EVM is a management methodology used to objectively measure a project's performance against schedule and budget (also referred to as cost) by evaluating variances in dollar value.[1] Resources for EVM include, but are not limited to, the Project Management Institute[2], the Office of the Under Secretary of Defense for Acquisition, Technology & Logistics[3], and the Defense Acquisition University[4], and the Office of Management and Budget[5].

---

[1] *A Guide to the Project Management Body of Knowledge (PMBOK® Guide) Third Edition © 2004 Project Management Institute (PMI).* Additional information on Earned Value Management (EVM) is available from the Project Management Institute (PMI).

[2] (http://www.pmi.org/info/default.asp)

[3] (http://www.acq.osd.mil/pm/)

[4] (https://acc.dau.mil/simplify/ev_en.php)

[5] ( http://www.whitehouse.gov/omb/)

Please also refer to *FAR Case 2004-019, Earned Value Management Systems - Final Rule*[1].

In addition, an extension to EVM has been emerging, called earned schedule (ES). ES can be used in conjunction with EVM and measures a project's performance against schedule and budget by evaluating variances in time.[2]

## Additional Resources

The content of this sample project schedule template is based upon best practice methodologies and lessons learned. Additional resources for project scheduling include the Financial Systems Integration Office (FSIO)[3], the U.S. General Accounting Office (GAO), the Institute of Electrical and Electronics Engineers (IEEE)[4], the Project Management Institute (PMI)[5], and the Software Engineering Institute (SEI)[6].

# Overview of the Project Schedule Template

## Scope of the Project Schedule Template

The scope of this project schedule template includes the activities *after* the migrating agency has completed its source selection process and signed a contract with their service provider to migrate their system to a SSP.

## Assumptions of the Project Schedule Template

The tasks and timelines provided in this migration project schedule template are based on the following assumptions:

- The requirements and business processes of the migrating agencies are relatively complex.

---

1 https://acc.dau.mil/CommunityBrowser.aspx?id=104842

2 http://www.earnedschedule.com/Home.shtml

3 Financial Systems Integration Office, formerly Joint Financial Information Management Program, is an office under the U.S. General Services Administration (GSA) promoting the improvement of financial management practices in the federal government. http://www.fsio.gov/fsio/

4 Institute of Electrical and Electronics Engineers, Inc. is a non-profit professional association promoting the advancement of technology. http://www.ieee.org/portal/site/iportals

5 Project Management Institute is a non-profit professional association promoting the advancement of the project management profession.

6 The Carnegie Mellon Software Engineering Institute (SEI) is a federally funded research and development center sponsored by the U.S. Department of Defense and operated by Carnegie Mellon University with the mandate to advance the state of the practice of software engineering and to serve as a national resource in software engineering and technology. http://www.sei.cmu.edu/sei-home.html

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- A single migration will occur. The migration will not be phased or require parallel operations[1]. There are numerous migration strategies that migrating agencies should consider when migrating to an SSP. These strategies include:

  - A single implementation strategy in which the entire organization is migrated at once;

  - The phased implementation strategy in which a subset of functions for an entire organization are migrated and evaluated before migrating the next subset;

  - The staggered implementation strategy in which a portion of the organization is migrated to the new system in full and acts as a pilot before migrating the entire organization.

  Each agency should assess the pros and cons associated with each implementation strategy, keeping in mind the specific requirements and needs of their agency, and adapt the project schedule template to meet the alternative that best meets their needs with the least amount of risk.

- The gap analysis identifies:

  - A need to modify business processes to the best practices identified by the SSP; or

  - A need to perform changes to software and/or develop new software. However, OMB does not encourage customization of the financial management software.

- The migration has a "go-live" date of October 1, with user training continuing to occur after the go-live date.

- Each written deliverable includes the delivery of a <u>single</u> draft document that is discussed in sufficient detail during a joint review by the service provider and the migrating agency such as not to require subsequent drafts, but will result in a final document.

- The SSP will obtain sign-off from the migrating agency for all final deliverables.

[1] Parallel operations is the process whereby the agency continues to operate their old financial system concurrently with the new financial management system for a specified period of time or until the agency has a level of confidence in the new financial system operations. Parallel operations require planning and coordination to minimize potential risks. Processing transactions in both systems is required and can be a burden on an organization's workforce, however it does provide a organization with a level of confidence that a restore to the old financial system can be made if necessary.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Additional Notes

The following notes should be taken into consideration as each agency customizes its project schedule to meet the specific needs of its migration:

### Notes regarding specific phases in the template

- The project schedule template places heavy emphasis on Requirements Analysis and Gap Analysis phases. Clear requirements are a necessary component to any successful system migration effort and are the foundation for business process (re-)engineering, system design, development, *and* implementation.

- The template assumes that a Development Phase is necessary. It is assumed that the SSP may perform new development, customizations, or extensions to the existing system to accommodate a mission critical requirement of the migrating agency that cannot be met by the SSP's system or a reengineering of the migrating agency's business processes, such as integration with agency-specific feeder systems. This phase will need to be removed or modified based on the specific requirements of the agency.

  - The proposed timelines for the software development life cycle (SDLC) will vary depending on the degree of system customizations and/or changes necessary, the size of the agency, and the complexity of the agencies current systems and processes. Furthermore, if the migrating agencies identify new or missing requirements during subsequent phases of the SDLC, the migrating agency and SSP must meet to determine cost and schedule impacts.

- The project schedule template places a heavy emphasis on testing throughout the SDLC. There is significant risk that defects or missing requirements will not be detected until after the migration if comprehensive testing is not conducted.

### Notes regarding the overall template

- The template does not indicate the resources that must be assigned in order to perform the work. Resource planning must accompany the development of the project schedule and should be based upon the complexity and scope of the migration.

- The template mentions a risk plan as a project management component, but does not detail specific project risk management activities. Project risk management includes risk planning, identification, analysis, response planning and monitoring and control. To be successful, each project must address the management of risk proactively and consistently throughout the project lifecycle.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- The template may require additional levels of detail beyond what is provided. For example, each sub-phase under the Concept of Operations might be further delineated by business function (i.e. Accounts Payable, Accounts Receivable, Funds Management, etc.); or phases within the systems development life cycle (SDLC) may be further delineated by software.

## Organization of the Microsoft Project Schedule

The columns shown in the Microsoft Project Schedule are as follows:

- **ID** – an automatically-assigned, unique number that indicates the order of a task relative to other tasks in the project schedule.
- ⓘ – small icons that represent information for a task or resource. The most common icon is the note icon (📄) which indicates that the task, resource, or assignment has a note attached to it.
- **WBS** – the work breakdown structure (WBS) is a hierarchical outline of a project schedule. A unique code exists for each task, and represents the task's position within the hierarchical outline. This particular plan includes six WBS levels.
  - Level 1 represents the overall FMLoB Migration
  - Level 2 represents a phase
  - Level 3 represents a sub-phase within a phase
  - Level 4 through 6 represent either task groupings or specific tasks
- **Task Name** – the name of the task
- **Duration** – the number of work days a task is anticipated to require for completion. Calculated as the number of work days between the start date and the finish date.
- **Start** – the date work is scheduled to begin
- **Finish** – the date work is scheduled to be completed
- **Predecessors** – the task ID number(s) upon which a task depends before it can be started or finished.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Description of the Phases

The following table identifies each of the phases, sub-phases and core deliverables included in the project schedule. A description is provided for each phase and sub-phase. The phases for the project schedule include:

| Phase | Sub-Phase | Core Deliverables / Activities |
|---|---|---|
| **Project Initiation Phase** | | ▪ Project Management Plan |
| **Concept of Operations Phase** | Define Current Environment Sub-Phase | ▪ "As-Is" Analysis and Documentation |
| | Requirements Analysis Sub-Phase (Includes requirements gathering and gap analysis activities) | ▪ "To-Be" Analysis and Documentation<br>– Requirements Definition<br>– Enterprise Architecture<br>▪ Gap Analysis<br>– Documented gaps between SSP systems and processes and current agency's existing operations<br>– Documented proposed configuration, software, and business processes changes to mitigate gaps<br>– Documented impact of changes to migrating agency |
| **Design Phase** | Design/Change Specification Development Sub-Phase | ▪ Functional Architecture<br>▪ System Architecture<br>▪ Data Structures<br>▪ Data conversion process documentation<br>▪ Data Conversion Jobs<br>▪ Data Cleansing Plan<br>▪ Application Software<br>▪ System Interfaces<br>▪ Job Streams |

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| Phase | Sub-Phase | Core Deliverables / Activities |
|---|---|---|
| | | ▪ Reports |
| | Test Plan Development Sub-Phase | ▪ High level test plans including:<br>– Unit<br>– System/business process<br>– Integration / end-to-end<br>– System performance (load)<br>– Regression<br>– Conversion<br>– User acceptance |
| | Configuration Approach Development Sub-Phase | ▪ Configuration Management Plan<br>▪ System/Data Configuration Document<br>▪ System Security Plan |
| **Development Phase** | Technical Setup Sub-Phase | ▪ Hardware/software procured, loaded, configured, tuned, and tested |
| | Coding Sub-Phase | ▪ Development of any custom interfaces, reports, etc |
| | Unit Testing Sub-Phase | ▪ Final Test Scripts and Results |
| **Testing Phase** | Testing Environment Setup Sub-Phase | ▪ Agency Test Data<br>▪ Testing Instance prepared |
| | System Testing/Business Process Testing Sub-Phase | ▪ Final System Performance Test Scripts and Results |
| | Integration End-to-End Testing Sub-Phase | ▪ Final Integration/End-to End Test Scripts and Results |
| | System Performance Testing (Load Testing)Sub-Phase | ▪ Final System Performance Test Scripts and Results |
| | Regression Testing Sub-Phase | ▪ Final Regression Test Scripts and Results |
| | Conversion Testing Sub-Phase | ▪ Mock Conversion Test Scripts, Checklist and Results |

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| Phase | Sub-Phase | Core Deliverables / Activities |
|---|---|---|
| | | ▪ Data Cleansing |
| | User Acceptance Testing (UAT) Sub-Phase | ▪ Final UAT Test scripts, results and resolved issues |
| **Develop User and Training Documents Phase** | Draft and Final Documentation Sub-Phase | ▪ User Documentation<br>▪ Training Materials<br>▪ Standard Operating Procedures |
| **End User Training Phase** | Training Plan Development Sub-Phase | ▪ Training Plan |
| | Training Logistics Sub-Phase | ▪ Training Schedule |
| | Conduct Training Sub-Phase | ▪ Training Curriculum |
| **Implementation Phase** | Migration Planning Sub-Phase | ▪ Migration Plan<br>▪ Migration Checklist |
| | Migration Dry-Run Testing Sub-Phase | ▪ Migration Dry-Run results |
| | Production Software Cutover Sub-Phase | ▪ Software Cutover Checklist |
| | Production Data Conversation Sub-Phase | ▪ Conversion Reconciliation Results |
| **Independent Verification and Validation Phase** | IV&V Audit Sub-Phase | ▪ IV&V Results |

## Project Initiation Phase

### Purpose

The purpose of this phase is to ensure that both parties, the migrating agency and the service provider, have clarity and alignment on the scope, approach, governance, project schedule, and risks of the project; and have agreed on a process for addressing risks, and any changes to scope and timeframe. The Project Initiation Phase is important in setting expectations for the entire migration.

### Assumptions

The template assumes that both the migrating agency and the service provider have prepared for the Project Initiation Phase by documenting their understanding and ensuring internal alignment within their own organizations on project scope, approach, governance, project schedules, and risks.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



### Tasks

The output of the Project Initiation Phase should be a documented project management plan. It is recommended that this plan include the following information:

- **Project Scope and Approach** – an understanding of the overall scope, level of effort/time estimate for the project, and methodologies to be used.
- **Project Governance** – a description of the structure of the teams that will manage the project both on the migrating agency side and the service provider side; definition of how decisions will be made and issues escalated, how changes to project cost and timeline will be controlled, how configuration management will be performed, and how performance will be measured.
- **Project Schedule** – a more detailed definition of the work to be performed, deliverables, timeframe, constraints and assumptions, and timelines are defined.
- **Resource Plan** – identification of the individual resources necessary to perform the work and timeframes outlined in the project schedule.
- **Risk Management Plan** – a categorization and description of each of the risks applicable to the project, including their probability, impact, triggers, and response or fall-back strategies (if the risk comes to fruition). For negative risks, the plan should also outline strategies for avoidance, transference, and mitigation. For positive risks, the plan should outline strategies for taking advantage of the risks.
- **Change Management Plan** – an approach for addressing how to help stakeholders understand and prepare for the changes associated with the migration. A change management plan will likely include a human capital plan and a communications plan.
- **IV&V Audit Plan** – an approach for conducting the IV&V audit including identification of the following: work products to be reviewed/assessed, processes requiring IV&V oversight, quality assurance standards, and audit/testing schedule.

Sign-off on the initiation documents ensures that both the SSP and migrating agency agree on the scope, direction, and outcomes of the project.

## Concept of Operations Phase

The purpose of the Concept of Operations Phase is to align on the specific system and business process requirements, and identify the specific

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



approaches that must be developed to meet those requirements. During this phase both parties must work closely together, typically through employing working sessions. If following an iterative approach, during this phase requirements are gathered, sorted and separated into releases or change efforts based on sorting or priority.

This migration project schedule assumes that a Concept of Operations has not been completed by the migrating agency prior to the start of its migration project. As such, it assumes that the Concept of Operations Phase will begin only after sign-off has been obtained on the initiation documentation. It is recommended however, that the migrating agency performs an "As Is" analysis and/or requirements analysis in house or issues a Request for Proposal or task order to have an SSP or other implementation services vendor assist in these tasks. If the "As Is" analysis and/or requirements are already documented, the SSP will need to validate the completeness of the documentation for the migration. This approach may help to compress the overall migration schedule.

As a best practice, it is recommended that the migrating agency, at least, begin to perform data collection in preparation for the Concept of Operations Phase, and if possible, begin performing the "As Is" and "To Be" analysis.

## Define Current Environment Sub-Phase

### *Purpose*

The purpose of the Define Current Environment Sub-Phase is to establish the starting point from which change must begin. The current environment is documented in an "As Is" document. The "As Is" document should not only include the "as-is" business processing workflow but also information about feeder systems, users/user roles, system enhancements, reports, technical configuration, etc. It is essential for agencies to understand their current business and technical architecture/environment in order to assess the impact of business process changes or system customizations on the migrating agency's operations. The "As Is" analysis can assist with human capital planning, training plan development, change management, and communications planning.

### *Tasks and Dependencies*

An agency can begin analyzing its own current environment and creating an "As Is" document as soon as it makes the decision to migrate. If the SSP defines the migrating agency environment and drafts the "As Is" documentation, the SSP can begin this analysis and documentation after receiving sign-off on the Initiation Phase. After a joint review of the draft "As Is" documentation, the SSP can create and deliver the final documentation and obtain sign-off.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Requirements Analysis Sub-Phase

### *Purpose*

The purpose of the Requirements Analysis Sub-Phase is to gather the migrating agency's various migration requirements, define and document the requirements, identify gaps between the migrating agency's requirements and the SSP's capabilities, and propose methods for mitigating the impact of the gaps. The Requirements Analysis Sub-Phase consists of Requirements Gathering and Gap Analysis.

- **Requirements Gathering:** During Requirements Gathering, migrating agency requirements for business process, application, feeder system/interface, reporting, data, technical (including disaster recovery, capacity planning, and performance requirements), security, training, and user documentation are gathered. These requirements will be documented in a "To Be" document consisting of the requirements definition and Enterprise Architecture Blueprint. Having a complete set of requirements is necessary in order to perform any type of gap analysis with the SSP. These requirements should be developed based on the agency's future business processes, not on the agency's current system functions. A complete set of requirements that maintain traceability throughout the Design, Development and Testing phases will contribute to the system's success.

- **Gap Analysis:** During Gap Analysis, gaps between the migrating agency's current operating environment, its requirements, and the capabilities of the SSP's financial system or SSP's current business processes are identified. The end result will be an identification of business processes and/or software that need to be re-engineered to align the migrating agency with the SSP, and to the FMLoB Standard Business Processes and Common Government-wide Accounting Code. During this phase, high level configuration, code, or business process changes may be proposed to mitigate the impact of the identified gaps.

### *Assumptions*

It is assumed that the Enterprise Architecture Blueprint will follow the guidelines of the agency's overall enterprise architecture plan.

### *Tasks and Dependencies*

If the migrating agency has drafted, or is in the process of drafting the "As Is" documentation, the SSP can begin developing the "To Be" documentation once the Project Initiation Phase is complete. The "To Be" documentation includes gathering requirements and drafting the "To Be" documentation, which includes the requirements analysis and enterprise architecture documents. Following a joint review of the draft, the SSP can develop and deliver the final "To Be" documentation and obtain sign-off. Before finalizing

the "To Be" documentation, the SSP should review the final "As Is" documentation provided by the migrating agency.

If the SSP is drafting the "As Is" documentation, the SSP can begin gathering requirements and creating draft documents after the joint draft "As Is" documentation review. The final requirements analysis and enterprise architecture documents cannot begin until the SSP obtains sign-off on the final "As Is" document and the SSP and migrating agency have conducted a joint review of the draft requirements analysis and enterprise architecture documents.

Once the "As Is" and "To Be" environments are known, the gaps between the two must be identified. During the Gap Analysis, the migrating agency and SSP will engage in several joint discussions to determine changes that will be needed to mitigate the documented gaps. Methods of mitigating gaps could include the following: new development, customizations, and/or extensions to the software; reports and/or interfaces to feeder systems; and business process workarounds or business process changes. The SSP will provide an estimate for any new development, customizations, or extensions proposed for the system, reports, or feeder system interfaces. For any workarounds or business process changes proposed, the SSP will document the impacts to the migrating agency's existing operations.

## Design Phase

The purpose of the Design Phase is to establish how the migrating agency will operate in its new environment by detailing any changes that must be made to the system and/or business processes to achieve the migrating agency's requirements and ensuring that changes are implemented correctly and are understandable to the users. Whenever possible, it is recommended that agencies realign their business processes to their SSP's system instead of customizing the SSP's system. This will reduce costs and inconsistencies for the migrating agency.

During the Design Phase, the SSP establishes its functional architecture and creates or updates draft and final software design/change specification documents, test plans, and configuration approach documentation for each change effort.

The types of test plans will vary depending on whether new development, customizations or extensions are needed to the system, reports, or feeder system interfaces. However, the configuration approach documentation should be a standard.

The proposed timelines in this section will vary depending on the degree of customizations and/or changes required, the size of the agency, and the complexity of the agencies current systems and processes. If the migrating agencies identify new or missing requirements during its review of design

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



documents, the migrating agency and SSP must meet to determine cost and schedule impacts. If the SSP and migrating agency agree to implement the new requirement, all affected system definition/analysis and design documentation must be updated and changes tracked according to the Configuration Management Plan (reference Configuration Approach Development Sub-Phase for description).

## Design/Change Specification Development Sub-Phase

### *Purpose*

The purpose of the Design/Change Specification Development Sub-Phase is to detail the software changes and/or new software needed to satisfy a requirement and to outline the new enterprise architecture, both functional and technical.

### *Tasks and Dependencies*

During the Design/Change Specification Development Sub-Phase, the following documents will be created or modified depending on whether the SSP allows and the migrating agency requires system customization or extensions. The following system design documents will need to be drafted or modified: functional architecture, system architecture, data structures, data conversion process documentation, data conversion jobs, data cleansing plan, application software, system interfaces, job streams, and reports. Beginning this Sub-Phase depends on completing the Concept of Operations Phase. Drafting one design/change specification is not dependent on drafting another. Several designers can draft the documents simultaneously, although communication is required to ensure that all requirements are met.

## Test Plan Development Sub-Phase

### *Purpose*

The purpose of the Test Plan Development Sub-Phase is to detail the testing objectives, tools, resources, methods, and evaluation criteria for the various testing Sub-Phases.

### *Tasks and Dependencies*

After the design/change specifications are complete, high level test plans can be drafted or updated. High level unit, system/business process, integration/end-to-end, system performance (load), regression, conversion, and user acceptance test plans will be drafted or modified and delivered to the migrating agency for approval. The SSP can begin drafting high level test plans as soon as the SSP and migrating agency have completed joint review of the draft design/change specifications. The SSP cannot begin drafting the final high level test plans until a joint review of the draft test plans has been conducted and the SSP has obtained sign-off on the final design/change specification documents.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Configuration Approach Development Sub-Phase

### *Purpose*

The purpose of the Configuration Approach Development Sub-Phase is to establish or update the following documents:

- **Configuration Management Plan** – outlines the procedures that will be used to make changes to the system throughout the course of the migration and post-implementation. Changes include not only software changes but also configuration changes.

- **System Security Plan** – details how security should be set up in the system for different users and user groups.

- **System/Data Configuration Document** – details how certain tables should be configured in the system.

### *Tasks and Dependencies*

The SSP can begin drafting/updating the Configuration Management Plan and the System Security Plan as soon as the SSP and migrating agency have completed joint review of the draft design/change specifications. The system/data configuration document, however, is dependent on items from the Configuration Management Plan and the System Security Plan, and therefore cannot be drafted/updated until these two documents are complete. These three configuration approach documents are then delivered to the migrating agency, and the migration agency and SSP should conduct a joint review of the documentation.

The SSP cannot begin drafting the final configuration approach documents until a joint review of the draft configuration approach documents has occurred, and the SSP has obtained sign-off on the final design/change specification documents.

## Development Phase

The purpose of the Development Phase is to develop or modify the necessary software to match the design specifications based on the complete, signed off requirements.

After the migrating agency has provided final sign-off on design documentation for the change effort, the Development Phase for the change effort can officially begin, although the Technical Setup Sub-Phase *should* begin earlier. The Development Phase consists of technical setup, coding, and unit testing. The tasks and durations in this section may vary depending on whether the SSP allows and the migrating agency requires customizations and/or extensions and the extent of these customizations/extensions. If the migrating agency identifies new or missing requirements during its review of

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



unit test results, the migrating agency and SSP will meet to determine cost and schedule impacts. If the SSP and migrating agency agree to implement the new requirement, all affected concept of operations, design, and/or development documentation must be updated and changes tracked according to the Configuration Management Plan.

The Development Phase is only necessary if new development, customizations, or extensions are needed to the system, reports, or feeder system interfaces.

### Technical Setup Sub-Phase

The purpose of the Technical Setup Sub-Phase is to procure the hardware and software, load and configure the hardware and software, tune the database, and test the baseline software. The SSP can procure the hardware and software required for system implementation (if necessary), configure servers, and load the baseline software on test and development servers, after a joint review of the draft design/change specifications has occurred (most importantly, the system architecture document). The SSP, however, cannot begin configuring the hardware and software, tuning the database, and testing the baseline software until receiving sign-off on the final System/Data Configuration document.

### Coding Sub-Phase

The purpose of the Coding Sub-Phase is to develop any custom interfaces, reports, tables, code, or extensions and to modify baseline software, if necessary. The Coding Sub-Phase also includes development or customization of conversion and conversion reconciliation scripts. This sub-phase can begin after technical setup is complete, and the SSP has obtained sign-off on the Design/Change Specifications and Configuration Approach documents.

### Unit Testing Sub-Phase

#### *Purpose*

The purpose of the Unit Testing Sub-Phase is to verify that the code functions as developed.

#### *Tasks and Dependencies*

Draft unit test preparation materials (drafting or updating unit test scripts, creating test data, and documenting expected results) can begin after sign-off has been obtained on the Design Phase. However, the execution of the unit test script cannot begin until after coding is complete and the SSP has conducted a joint review with the migrating agency on the draft unit test preparation materials. The developer will log any errors found during unit testing into a database, resolve the errors, and retest. The designers will update the designs/change specifications if necessary according to the configuration management plan. The Unit Testing Sub-Phase is complete

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



when the SSP delivers the final test scripts and test results to the migrating agency, conducts a joint review, and receives sign-off.

## Testing Phase

The purpose of the Testing Phase is to verify that the application software functions, as designed and developed, and that the software aligns with agency future business processes as identified in the Requirements Analysis and Gap Analysis.

After the Development Phase is complete for a software change effort, the Testing Phase for that change effort can officially begin, although some activities may begin earlier. The durations in the project schedule for drafting test scripts may vary depending on the extent of system customization and/or the complexity of the migrating agency's business processes.

If new development, customizations or extensions are needed to the system, reports, or feeder system interfaces, the Testing Phase will consist of the following seven testing cycles:

- **System Testing/Business Process Testing** – for implementations involving new development, customizations, or extensions, system testing/business process testing will include testing the system's compliance with the business process requirements and design/change specifications documentation. For implementations involving changes to the migrating agency's existing business process, system testing/business process testing will include testing the system's compliance with the new business processes.

- **Integration/End-to-end Testing** – end-to-end testing of the system and related interfaces and feeder systems, including security testing.

- **System Performance Testing (Load Testing)** – volume and stress testing the system.

- **Regression Testing** – for implementations involving new development, customizations, or extensions, regression testing includes high level re-testing of the system after all system fixes and modifications are complete. This high level retesting confirms that code or configuration changes made to the system to fix requirements, design, software, or configuration problems are accurate and that the fix has not introduced or reintroduced new or previously discovered problems.

- Regression testing is not necessary for implementations that do not include new development, customizations, or extensions.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- **Conversion Testing** – testing conversion of existing financial system data to the new financial system.
- **User Acceptance Testing (UAT)** – user directed testing of financial system compliance with requirements or new business processes.

In addition, the Implementation Phase includes one cycle of testing: the Migration Dry-Run Testing, which is described in that section of this document.

The testers will log any issues found during testing. For implementations involving new development, customizations, or extensions, the developers and/or designers will resolve the errors. For implementations that do not include new development, customizations, or extensions, developers will analyze the issue and resolve any system defects. After issues are resolved, the software will then be retested and the design documents will be updated if necessary according to the configuration management plan. If the migrating agency identifies new or missing requirements during its review of test results, the migrating agency and SSP will meet to determine cost and/or schedule impacts. If the SSP and migrating agency agree to implement the new requirement through new development, customizations, or extensions, all affected system definition/analysis, design, development, and/or test documentation must be updated and changes tracked according to the Configuration Management Plan. If the SSP and migrating agency decide to change the migrating agency's business process to resolve the new requirement, all affected system definition/analysis and test documentation must be updated and changes tracked according to the Configuration Management Plan.

## Testing Environment Setup Sub-Phase

### *Purpose*

The purpose of the Testing Environment Setup Sub-Phase is to set the testing environment up with the data from the migrating agency and the baseline development software in preparation for System/Business Process, Integration/End-to-End, System Performance (Load), Regression, Conversion, and User Acceptance Testing.

### *Tasks and Dependencies*

After the Design Phase is complete, the SSP can request test data from the migrating agency in accordance with the test plan. After the SSP obtains the test data and the Development Phase is complete (i.e. the SSP obtains sign-off on the unit test results), the developers can migrate the code from the development environment to the testing environment (following the Configuration Management procedures), load the migrating agency's test data, and configure the testing environment as specified in the System/Data Configuration Plan document.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## System Testing/Business Process Testing Sub-Phase

### *Purpose*

The purpose of the System Testing/Business Process Testing Sub-Phase is to test the system's compliance with design/change specifications and with the agency's business process requirements or new business processes. This Sub-Phase also consists of testing the functional operation of the application (e.g. ensuring that the application updates tables correctly).

### *Tasks and Dependencies*

Draft system test/business process test preparation (drafting or updating system test/business process test scripts, selecting test data, and documenting expected results) can begin after sign-off has been obtained on draft unit test preparation (drafting or updating unit test scripts, creating test data, and documenting expected results). The system test/business process test execution can begin only after the test environment is set up and sign-off has been obtained on the draft system test/business process test preparation materials. After system test/business process test is complete, the SSP delivers the results to the migrating agency, conducts a joint review, and obtains sign-off.

## Integration/End-to-End Testing Sub-Phase

### *Purpose*

The purpose of the Integration/End-to-end Testing Sub-Phase is to perform end-to-end testing of the entire system and all of its external feeder systems and interfaces. This Sub-Phase includes testing technical, configuration, and reporting requirements.

### *Tasks and Dependencies*

Draft integration/end-to-end test preparation (drafting or updating integration/end-to-end test scripts, selecting test data, and documenting expected results) can begin after sign-off has been obtained on the draft system test/business process test preparation materials (drafting or updating unit test scripts, selecting test data, and documenting expected results). The integration/end-to-end test execution can begin only after sign-off has been obtained on draft integration/end-to-end test preparation and final system test/business process test results. After Integration/End-to-End Testing is complete, the SSP delivers the results to the migrating agency, conducts a joint review, and obtains sign-off.

## System Performance Testing (Load Testing) Sub-Phase

### *Purpose*

The purpose of the System Performance Testing (Load Testing) Sub-Phase is to volume test and stress test the system to verify that the system meets agency defined performance requirements.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



### *Tasks and Dependencies*

During the System Performance Testing (Load Testing) Sub-Phase, volume and stress tests are executed. Volume testing verifies that the system can handle a set volume of data within a specified timeframe, as detailed in the requirements documentation and still meet agency performance requirements. Stress testing verifies that a set number of users and processes, as detailed in the requirements documentation, can access the system at any given time and still meet agency user response time requirements.

Draft system performance test (load test) preparation (drafting or updating system performance test (load test) scripts, selecting test data, and documenting expected results) can begin after sign-off has been obtained on the draft integration/end-to-end test preparation (drafting or updating unit test scripts, selecting data, and documenting expected results). System performance test (load test) and integration/end-to-end test execution can occur simultaneously. The system performance test (load test) execution can begin only after sign-off has been obtained on the draft system performance test (load test) preparation materials and the final system test/business process test results. After System Performance Testing (load testing) is complete, the SSP delivers the results to the migrating agency, conducts a joint review, and obtains sign-off.

## Regression Testing Sub-Phase

### *Purpose*

The purpose of the Regression Testing Sub-Phase is to conduct high level retesting of the entire system and interfaces to test the impact of any code or configuration changes made to the system during the previous testing sub-phases and to verify that new or previously corrected problems are not introduced or reintroduced. This phase is necessary only for implementations that involve new development, customizations, or extensions. If system defects are identified during Conversion or UAT testing, or through the Independent Validation and Verification (IV&V) audit, then some portion of the regression tests may need to be re-executed.

### *Tasks and Dependencies*

During the course of System, Integration/End-to-End, or System Performance (Load) Testing, code or configuration changes may be made to the system to correct identified problems or meet new requirements. To ensure that no code changes negatively impact any previously tested modules, a high level regression test should be conducted on the system and its related interfaces and feeder systems. Draft regression test preparation (drafting or updating regression test scripts, selecting test data, and documenting expected results) can begin after sign-off has been obtained on draft system performance (load) test preparation materials (drafting or updating system performance (load) test scripts, selecting data, and documenting expected results). The

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



regression test execution can begin only after sign-off has been obtained on draft regression test preparation materials and final system performance (load) test and integration/end-to-end test results. After Regression Testing is complete, the SSP delivers the results to the migrating agency, conducts a joint review, and obtains sign-off.

## Conversion Testing Sub-Phase

### *Purpose*

The purpose of the Conversion Testing Sub-Phase is to test the conversion of data from the agency's prior financial system to the SSP financial system. This phase consists of verifying that the converted data is accessible, accurate, and can be modified, added, or deleted as specified in the conversion design. During this time, data issues should be identified and a data cleansing process should be created and tested for the production conversion.

### *Assumptions*

This project schedule template assumes that any issues associated with conversion will be addressed after conducting two mock conversions. However, there is a risk that several additional mock conversions may be necessary. Each agency must assess the level of difficulty of its conversion when determining how many mock conversions to schedule. Each agency must also plan for the risk that additional mock conversions beyond those that have been scheduled may be necessary. Subsequent phases should not continue until a clean mock conversion is achieved.

### *Tasks and Dependencies*

Draft conversion test preparation (drafting or updating conversion test scripts, drafting a conversion checklist, selecting test data, and documenting expected results) can begin after sign-off has been obtained on the regression test preparation materials (drafting or updating integration/end-to-end test scripts, selecting test data, and documenting expected results). The conversion test execution can begin only after regression test sign-off and sign-off on the draft conversion test preparation materials. In the Conversion Testing Phase, testers perform two or more mock runs of the conversion. The testers reconcile the converted data with the original data and verify that the data is converted and accessible according to the conversion design document. For any data that the migrating agency agrees cannot or should not be converted to the new financial system, the conversion test should verify that the data is accessible in the manner detailed in the conversion design document (e.g. datamart). During the course of Conversion Testing, any data issues will be identified and the data will be cleansed in preparation for production conversion. After Conversion Testing is completed successfully, the SSP delivers the conversion test results to the migrating agency for sign-off. It is during the Conversion Testing that the conversion checklist is developed for use in the Migration Planning Phase.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## User Acceptance Testing (UAT) Sub-Phase

### *Purpose*

The purpose of the UAT Sub-Phase is for users to execute self-defined tests to verify system functionality.

### *Tasks and Dependencies*

UAT can begin after the migrating agency has provided sign-off on the following test cycles: System/Business Process testing, Integration/End-to-End testing, System Performance testing (Load testing), Regression testing, and Conversion testing. In this Sub-Phase, users from the migrating agencies will create their own test scripts to test the functionality of the system and verify that the system meets their business and system requirements and/or new business processes. A recommended best practice is to create test scripts using a combination of converted and newly entered data. At the end of UAT, users provide sign-off on the system functionality.

## Develop User and Training Documents Phase

### *Purpose*

Training is an essential element to any successful migration. The purpose of the Develop User and Training Documents Phase is to develop documentation user manuals, user documentation, and training methods and materials to support migration.

### *Tasks and Dependencies*

The development or update of draft user documentation cannot begin until after integration/end-to-end testing is complete because changes may be made to the system or existing agency business processes during system testing/business process and/or integration/end-to-end testing to correct defects or meet new agency requirements. The types of user documents that will be drafted or updated and delivered to the migrating agency will be based on the requirements agreed upon in the Requirements Phase, and may include: user documentation (including process documentation and FAQs), user training materials, and standard operating procedures. The final draft of the user documents usually cannot begin until the SSP has conducted a joint review with the migrating agency on the draft user documents and the Test Phase is complete (i.e. SSP has obtained sign-off on System/Business Process, Integration/End-to-End, Performance Stress (Load), Regression, Conversion, and UAT). However, during the interim, updates can continue to be made to the user documentation as system code, configuration, and/or business process changes are made.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## End User Training Phase

The purpose of the End User Training Phase is to plan for and conduct the training necessary to prepare users on the use of the system and any new business processes.

### Training Plan Development Sub-Phase

#### *Purpose*

The purpose of the Training Plan Development Sub-Phase is to outline a plan for meeting the training requirements. The Training Plan may include items such as training techniques; training tools such as simulations and learning management systems; training methods such as train-the-trainer, classroom training or computer-based training; course curriculum; required materials, groups of personnel requiring training; length of training sessions; and a preliminary training schedule.

#### *Tasks and Dependencies*

For implementations involving new development, customizations, or extensions, creating or updating the first draft of the Training Plan should begin after the SSP has conducted a joint review of all drafts with the migrating agency, but can begin concurrent with the draft designs so long as the training impacts of the designs are well-known. The training program will continue to evolve following the completion of design/change specification documents, configuration approach documents, draft user and training documentation, and all Testing phase activities. For implementations that do not involve new development, customizations, or extensions, the existing system training plan can be updated or modified as necessary.

### Training Logistics Sub-Phase

#### *Purpose*

The purpose of the Training Logistics Sub-Phase is to solidify the Training Plan with the logistical details necessary to execute training including a final list of trainees and trainers, the securing of training venues, length of training sessions, and a specific schedule for courses and attendees.

#### *Tasks and Dependencies*

Identifying and scheduling trainees and establishing the training courses can begin after the Develop User and Training Documents Phase and the Training Plan Phase are complete. Training sessions may need to be rescheduled if it is determined that the migration may not meet the scheduled deadline. The SSP can begin configuring the training database instance after the Testing Phase and Develop User and Training Documents Phase are complete.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



### Conduct Training Sub-Phase

After the Training Logistics Sub-Phase and the Develop User Training Documents Phase are complete, the SSP can begin conducting training sessions according to the final Training Plan. Migrating agencies should consider training users on basic changes within two weeks of the migration. The project schedule assumes that training such as advanced user training and refresher training can continue past the 'go-live' date for as long as necessary. It is recommended that agencies plan for ongoing training for new users and refresher courses for existing users.

## Implementation Phase

The purpose of the Implementation Phase is to migrate/implement the system into production. After obtaining sign-off on all of the testing results, the Implementation Phase can officially begin (although some activities may begin earlier). The Implementation Phase consists of system migration and data migration/conversion.

### Migration Planning Sub-Phase

#### *Purpose*

The purpose of the Migration Planning Sub-Phase is to begin to create or update plans and checklists for a smooth migration of operations and to establish a fallback strategy, should an issue arise with the migration. The number and type of checklists necessary may be dependent on the complexity of the migration. For information on the types of checklists that an agency may use in migration, see the Migration Checklist section at the end of this chapter.

#### *Tasks and Dependencies*

The Migration Plan and schedule should typically outline the dates/times of the migration, estimated timeframes for each step within the migration, roles and responsibilities during the migration, and the checklists that will be required. The number and type of checklists necessary may be dependent on the complexity of the migration. The development or updating of draft Migration Plans should begin during the Conversion Testing Sub-Phase to ensure that the migration planning is complete in time to begin the migration dry-run immediately following UAT sign-off. The final Migration Plan can begin after the joint draft Migration Plan review and the completion of the Testing Phase.

### Migration Dry-Run Testing Sub-Phase

#### *Purpose*

The purpose of the Migration Dry-Run Testing Sub-Phase is to test the processes and procedures (i.e. migration checklists) associated with the production migration.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



#### *Tasks and Dependencies*

Migration Dry-Run Testing cannot begin until after the Migration Planning Sub-Phase and the Testing Phase have been completed. The migration dry-run consists of verifying that all system related interfaces, objects, procedures, and packages are migrated successfully to the production environment. Depending on the integrity of the data in the existing financial system, data cleansing may need to occur throughout the entire length of this sub-phase in order to prepare the data for production migration.

### Production Software Cutover Sub-Phase

#### *Purpose*

The Production Software Cutover Sub-Phase involves moving all of the necessary technical components into the correct environment to bring the financial system into production operations.

#### *Tasks and Dependencies*

The Production Software Cutover Sub-Phase cannot begin until the Migration Dry-Run Testing Sub-Phase is complete and the migrating agency has provided signoff on the IV&V audit results. During this sub-phase, the software is migrated from the test environment to production. The technical team will then establish user access and verify the migration. The migration verification should be performed using the migration checklist to ensure that all objects, procedures, code, interfaces, and extensions are migrated to production. Furthermore, verification activities should include user verification that the software is working as expected. The SSP will deliver the migration checklist and verification to the migrating agency for sign-off.

### Production Data Conversion Sub-Phase

#### *Purpose*

The Production Conversion Sub-Phase involves accurately moving all necessary data into the new environment.

#### *Tasks and Dependencies*

After the Production Software Cutover Sub-Phase is complete and the migrating agency has provided signoff on the IV&V audit results, data migration/conversion can begin. In this phase, the current system is brought down and data conversion and conversion reconciliation are executed. During this sub-phase, a verification team, which usually consists of members from the migrating agency, typically establishes the "before conversion" verification of key financial data. This process is also known as the pre-conversion reconciliation.

Once the pre-conversion reconciliation is complete, the production database is then exported into the appropriate conversion environment, and the conversion scripts are then executed against the production database using a

detailed conversion checklist for quality assurance. The conversion results are analyzed by the verification team using a verification checklist. Furthermore, verification activities should include user verification that the software functions properly with the converted data.

The migrating agency should sign-off on both the conversion checklist and the verification checklist before the system can be brought up for processing.

### Bring up New Financial System Sub-Phase

The purpose of the Bring up New Financial System Sub-Phase is to make the new financial system available for users. A final Go/No Go checklist that incorporates elements from the checklists used in the previous Production Software Cutover Sub-Phase and the Production Data Conversion Sub-Phase can be used as a final sign off before the new system is brought up.

### Migration/Implementation Complete Sub-Phase

The migration/implementation is complete after the new system is brought up for users. To minimize risks associated with Annual Close, the new system should be brought up at the beginning of the new fiscal year on October 1 or shortly thereafter.

## Independent Verification and Validation (IV&V) Phase

#### *Purpose*

The purpose of the IV&V Phase is to provide third-party monitoring and oversight to the project management processes, quality assurance of deliverables and work products at various stages of the project. During the Independent Verification and Validation Audit Phase, verification and validation is performed by an individual or organization that is technically, managerially, and financially independent of the development organization.

The IV&V schedule can vary depending on the agreement between the IV&V provider and the client agency. IV&V auditing may consist of any or all of the following:

- Validating that work products meet quality and performance guidelines and that the end result satisfies business goals, project objectives and requirements.
- Support quality assurance activities including but not limited to requirements traceability, process/product/progress assessment, suitability assessment, performance metrics, alignment with vision and mission, requirements management, program management support and change management oversight.
- Regression testing the entire financial system (after the SSP has obtained sign-off on the entire Testing Sub-Phase).

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- Testing the system to verify compliance with any system changes or business process changes made during the course of the Testing Sub-Phase.
- Executing, on a smaller scale, all testing cycles executed by the SSP (usually these tests are executed after the SSP has obtained sign-off on a cycle).

***Tasks and Dependencies***

IV&V auditing typically occurs throughout the project lifecycle, typically beginning during the Concept of Operations Phase. During the IV&V phase, the IV&V vendor reviews work products, conducts IV&V audit testing, reviews test results with the client, and works with the SSP to resolve any identified defects. The IV&V vendor must provide signoff on all work products from design through migration dry-run before production software cutover can begin. Following the migration dry-run, IV&V activities can continue through and post cutover as necessary and required by the migrating agency.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Migration Checklists

Checklists are useful for the purposes of quickly identifying whether specific and detailed steps within a task or sub-phase have been completed. SSPs and agencies may have standard checklist templates for system implementation and migration projects. However, it is likely that each checklist will need to be customized to meet the specific needs of an individual migrating agency. Several examples of checklists are provided below.

### 1. Milestone Checklist

The Milestone Checklist contains important milestones and deliverables throughout the system implementation lifecycle such as design documentation delivery, testing result sign-off, system configuration completion, and system migration verification. This type of checklist will enable the SSP and the migrating agencies to track important phases of the migration, determine the impact of missed deadlines, prioritize tasks, and measure progress.

### 2. Technical Migration Checklist

The Technical Migration checklist lists all of the system tables, procedures, objects, and code that should be migrated to the production server. The technical team responsible for the cutover can follow this checklist when performing the migration. By requiring sign-off on this checklist, it can also be used to verify that all items were successfully migrated to production.

### 3. Detailed Implementation Checklists

Detailed Implementation Checklists specify tasks in the Migration Project Schedule to a lower level of detail. These types of checklists are useful in tracking small components of the migration without having all of this information in the Migration Project Schedule. For example, an alternative to adding detail by function to the Requirements Analysis Sub-Phase of the project schedule, is to use a Requirements Analysis Sub-Phase Checklist that lists the specific types of requirements analyses to be performed (i.e. system performance requirements, interface requirements, data accessibility requirements, data storage requirements, capacity requirements, etc.).

### 4. Conversion Checklist

A Conversion Checklist typically outlines, in the appropriate sequential order, the specific programs and jobs that need to be executed, manual data changes that must be made, and other steps that must be performed, for a

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



data conversion. By requiring sign-off on this checklist, it can also be used to verify that all steps were successfully executed for the data conversion.

## 5. Verification Checklist

The migrating agency may wish to maintain a checklist of items it desires to validate as part of the production software cutover and data conversion. By requiring sign-off on this checklist, it can also be used to verify that the software and data were successfully migrated to production.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Attachment B

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# U.S. DEPARTMENT OF LABOR

## Office of the Chief Financial Officer

# New Core Financial Management System Statement of Objectives

Version 1.0

**January 15, 2008**

U.S. Department of Labor
Office of the Chief Financial Officer
200 Constitution Ave., NW, Washington, DC 20210

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

## Table of Contents

1.0 Introduction ... 1
1.1 Department of Labor Mission and Organization ... 1
1.2 Background ... 1
1.2.2 System Hosting and Application Management ... 3
1.2.3 Objectives ... 3
1.3 Constraints ... 4
1.4 Assumptions ... 4
2.0 Required Products and Services ... 5
2.1 Financial Management Software ... 5
2.2 Project Management ... 5
2.3 Integration Services ... 6
2.3.1 Implementation Approach ... 6
2.3.2 Requirements Analysis and Definition ... 6
2.3.3 System Configuration and Interface Development ... 6
2.3.4 Testing ... 7
2.3.5 Data Conversion ... 7
2.3.6 System Training ... 7
2.3.7 System Deployment ... 7
2.3.8 Documentation ... 8
2.3.9 Subject Matter Experts ... 8
2.4 Hosting Services ... 8
2.4.1 Hosting Services Approach ... 9
3.0 Period of Performance ... 10
4.0 Place of Performance ... 10

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## 1.0 Introduction

The Office of the Chief Financial Officer (OCFO) and the Office of the Chief Information Officer (OCIO) of the Department of Labor (DOL) are overseeing the acquisition of DOL's New Core Financial Management System (NCFMS) investment.

Currently, DOL's financial management functions, processes, and activities are distributed across multiple information systems and financial applications, all centered on the Department of Labor Accounting and Related Systems (DOLAR$) mainframe accounting system. DOLAR$ has been in service since 1989 and has been both enhanced and extended to meet departmental and external requirements. While DOLAR$ has served DOL well over its history and continues to exceed its intended useful life, the DOLAR$ technology is antiquated and no longer able to efficiently and effectively meet the DOL's financial management requirements.

The DOL plans to migrate from DOLAR$ to a new core financial management system hosted at an Office of Management and Budget (OMB) designated Federal Financial Management Shared Service Provider (FM SSP) or an approved commercial FM SSP. The DOL requires implementation of the new financial management system completed by October 1, 2009. This investment will be conducted in compliance with all applicable financial systems regulations and guidance. Of particular applicability is the OMB's Competition Framework for Financial Management Line of Business (FMLoB) Migrations, dated May 22, 2006, and the FSIO migration planning guidance.

### 1.1 Department of Labor Mission and Organization

The DOL fosters and promotes the welfare of the job seekers, wage earners, and retirees of the United States by improving their working conditions, advancing their opportunities for profitable employment, protecting their retirement and health care benefits, helping employers find workers, strengthening free collective bargaining, and tracking changes in employment, prices, and other national economic measurements. In carrying out this mission, the Department administers a variety of Federal labor laws including those that guarantee workers' rights to safe and healthful working conditions; a minimum hourly wage and overtime pay; freedom from employment discrimination; unemployment insurance; and other income support.

### 1.2 Background

In a 1999 study, the ability of DOLAR$ to meet both Federal and DOL performance and business requirements was determined to be significantly deficient and a performance gap existed between the increasing federal financial management requirements and DOLAR$ capabilities. Industry and Federal standards, including the use of commercial off-the-shelf (COTS) applications and standards-based/service oriented architecture, had significantly outpaced DOLAR$ capabilities in the years since its inception in 1989. Continuing to maintain sound financial management using DOLAR$ would become a challenge for DOL.

- Although the existing core financial management system (DOLAR$) complies with FSIO Federal Financial Management System Requirements (FFMSR), the processing could be much more efficient with an updated system.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- Core financial management functions, processes, and data are distributed and/or duplicated across multiple systems.

- Financial information is not distributed automatically between the core financial management system, feeder systems, and agency systems, increasing time delays and error rates due to batch processing, manual entry, and the absence of timely financial management information.

- The core financial management system is based on mainframe technology and customized applications, requiring specialized support operations and staff.

To address these financial management performance gaps, DOL OCFO invested in NCFMS, which is intended to acquire and implement a financial management SSP solution to replace DOLAR$.

The specific benefits of a modernized core financial management system and associated business processes include:

- Improved functional integration, which may require fewer feeder systems
- Improved usability of web-based user interfaces
- Improved access to up-to-date data and reports
- More powerful and flexible query and reporting capabilities
- Automated electronic workflow for routing and approvals
- Improved accountability and ability to audit transactions
- Improved process efficiency and effectiveness
- Increased internal controls
- Increased speed and transparency in external reporting
- Improved error messaging for issue resolution
- Compliant and vendor-supported commercial off-the-shelf software

### 1.2.1 DOL Core Financials

This investment will focus on the replacement of those processes and systems that are considered a consolidated core based on DOL financial operations and FSIO standards. Those processes that are included in this consolidated core, aligned with Oracle Federal Financials, are:

Federal Administrator – Includes configurations for budget execution and Federal Reports, including FACTS and SR224.

Federal General Ledger – Includes budgetary and proprietary financial transactions, posting of journals, funds control validation, and detailed financial reporting

Federal Purchasing - Includes commitments, obligations, receipts, and acceptances.

Federal Payables - Includes invoices for timely recording and payment based on Federal Prompt Pay Requirements, approval requirements, and vendor maintenance and payment processing rules.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Federal Receivables – Includes debts and collections from customers, grantees, and employees; customer maintenance; invoicing rules; collections rules; and interest and administrative charge calculations.

Projects – Includes project structures, project controls, accounting relationships, processing rules, and project reporting.

Fixed Assets – Includes asset inventory, depreciation, asset transactions, tax accounting, and capital spending, and fixed asset reporting.

There are other DOL systems that will interface with these financial system components because they currently send information to the financial system or because they receive information from the other DOL systems. While the other DOL systems will not be replaced as part of this investment, the interfaces to the new financial management system must be supported.

### 1.2.2 System Hosting and Application Management

DOL is seeking the services of a federal or commercial FM SSP in the following areas:

- **Technology Hosting and Administration Services –** involves providing the IT infrastructure (facilities and infrastructure software) that serve as the foundation for running business software applications and the services to maintain that infrastructure.

- **Application Management Services –** involves providing the software and services for running and managing access to business software applications, in this case, financial management software and the feeder systems that provide data to the financial management software.

- **System Implementation Services** – includes services to help an agency through a migration of their current financial management operations to the FM SSP environment.

### 1.2.3 Objectives

The work to be performed under this investment shall be executed with a performance-based approach in order to provide the most cost-effective and technically sound solution. The DOL shall rely on the FM SSP's expertise to streamline the process of completing the investment milestones. The FM SSP shall plan and develop a solution to implement a DOL-wide financial management system that meets the NCFMS investment's objectives and anticipated outcomes.

The FM SSP shall achieve the following objectives in the performance of the resultant contract:

- An integrated core financial management system that meets FSIO and DOL-specific requirements as well as the financial management system requirements set forth in Section 7 of OMB Circular A-127;
- Improved financial processes that complement financial management systems operational efficiency and effectiveness;

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- Documentation that includes, but is not limited to, software configuration, technical specifications, system interface descriptions, and user manuals;
- Training and support for the users of the new system based on the level, responsibility and roles of individual users;
- System hosting, administration, and application management services;
- Improved customer information and relationship management capabilities;
- Enhanced tools to support financial reporting and quarterly financial statement presentation; and
- Enhanced tools to support executive and managerial decision-making responsibilities.

Completion of these items will support the DOL's goals of controlling or cutting costs, providing high quality service, and improving efficiency and effectiveness by:

- Reducing applicable audit deficiencies;
- Reducing duplicate processes;
- Reducing system response time;
- Increasing data accuracy;
- Reducing the number of system interfaces;
- Reducing total cost of ownership and increasing the adoption of evolving technologies through shared services and the use of COTS solutions; and
- Better aligning information technology activities with business management goals.

### 1.3 Constraints

- The DOL will continue its implementation of Oracle Federal Financials, with an Oracle database, to achieve the benefits already attained through DOL's initial investment.
- The FM SSP solution must be compliant with FSIO mandatory requirements and it must remain compliant with FSIO requirements as they are updated.
- The New Core Financial Management System must be deployed as the financial system of record on October 1, 2009.
- In line with the guidance provided by OMB for the FMLoB, DOL will conduct a federal – commercial competition in selecting its FM SSP.
- The FM SSP's facilities must be certified and accredited in accordance with National Institute of Standards and Technology (NIST) Special Publications (especially NIST 800-53) prior to the start of the contract.
- The FM SSP shall employ a management approach that is consistent with DOL's System Development Life Cycle Manual (SDLCM).

### 1.4 Assumptions

- The business requirements of DOL headquarters and its agencies will not change significantly before completion of the implementation.
- The DOL customization of the Oracle Federal Financials will be minimal. As necessary, DOL will reengineer its business processes to be consistent with Oracle Federal Financials.

- The existing OCIO – OCFO Program Management Office (PMO) will oversee the NCFMS investment. Some program documentation developed by the PMO will require input from the FM SSP.
- The PMO will develop and deploy a comprehensive change management plan, including a communications plan to facilitate the migration to the new FM SSP solution in a timely and cost-efficient manner. Some aspects of this plan will require input from the FM SSP.

## 2.0 Required Products and Services

This proposed solution shall permit the DOL to acquire the life cycle system integration activities, hardware, software and licenses necessary to deploy the new core financial management system in a hosted environment. The major components associated with this acquisition are:

- Financial management software
- Integration services
- Hosting hardware, software, and services, including ongoing operations and maintenance (O&M)

It is the DOL's objective to make full use of the FM SSP's expertise and experience in developing a Performance Work Statement (PWS) and delivering solutions of the scale and scope as described in this Statement of Objectives (SOO).

The following sections provide an overview of the work that will be required under this solicitation. These sections are neither complete nor all-inclusive, and are not intended to prescribe a set of tasks to be performed under this solicitation. FM SSPs are responsible for developing and preparing the PWS. The information is intended to highlight specific DOL expectations and constraints.

### 2.1 Financial Management Software

It is anticipated the NCFMS solution shall consist of one or more commercially available products with limited or no custom development. Therefore, instead of software development, the FM SSP shall be required to integrate one or more operational components and configure the integrated solution to operate within DOL's environment. The Department intends to implement FSIO-approved Oracle Federal Financials[1] with an Oracle database to build on the benefits already attained through DOL's initial investment.

### 2.2 Project Management

The FM SSP shall provide comprehensive and effective life cycle project management services throughout the investment's duration, including O&M and possible end-of-life disposition. The FM SSP shall employ a management approach that is consistent with DOL's System

[1] See also Section 2.4.1 regarding specific versions.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Development Life Cycle Manual (SDLCM). The SDLCM work breakdown structure (WBS) template is provided as Attachment 1.

### 2.3 Integration Services

The FM SSP shall provide all necessary services for the successful integration of a FSIO-compliant core financial system, which shall include, at a minimum, the services described in the following sections.

#### 2.3.1 Implementation Approach

- The current timeline for the NCFMS investment calls for the implementation effort to begin in the fourth quarter of Fiscal Year (FY) 2008 and for the new financial system to achieve full operational capability in a hosted environment by October 1, 2009. Full operational capability is defined as the NCFMS becoming DOL's financial system of record, with all core financial transactions, batch or on-line, being done in NCFMS.

The implementation approach provides a description of how the implementation strategy will be executed, as well as the timeline associated with the implementation schedule.

#### 2.3.2 Requirements Analysis and Definition

The DOL has defined an initial set of functional and technical requirements, which are included in Attachment 2, NCFMS Financial Functional Requirements. The FM SSP shall expand upon these requirements to develop data, operational, and interface requirements that are specific to NCFMS. At a minimum, this will entail gathering requirements that encompass the following areas;

- Data formats (e.g., chart of accounts)
- User categories (e.g., roles, responsibilities and security profiles)
- Operational standards and procedures
- DOL security standards
- Standard Federal (e.g., OMB and Treasury) required financial reports
- Quarterly financial statements
- Year-end financial statements

#### 2.3.3 System Configuration and Interface Development

The DOL is comprised of various bureaus and offices, each of which has varying data and reporting needs. The configuration must reflect the requirements of these bureaus and offices, as well as clear mechanisms to either protect or share across organizations according to business needs and security guidelines. In addition, the DOL has a variety of interfaces from internal and external systems which must be carried forward with the new financial system. These interfaces are identified in Attachment 3.

It is anticipated that the FM SSP shall provide multiple configured environments to include, at a minimum, development, test, training, production, and disaster recovery. The FM SSP is

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



responsible for providing all software, hardware and infrastructure needed for these environments.

Both hardware and software configurations should be designed to accommodate the volume of DOL transactions, transactional data, and reference data, and the potential increases in all areas that will occur during the deployment and then operations of the new financial system. The existing financial management system currently processes 4.5 million transactions per year and holds 16 million transactions. NCFMS is expected to support 500 transactional users and 300 query users initially.

### 2.3.4 Testing

The system configuration and interfaces shall be subject to DOL approval. This approval shall be obtained through interim pilots and user acceptance testing by DOL stakeholders. The testing shall include all testing currently specified by FSIO, and as updated. Additional testing may be required by DOL, as specified in the SDLCM.

At interim points during the configuration process, DOL stakeholders will participate in pilots of subsets of the configured system to ensure the system is meeting the defined functional, technical, and interface requirements. The FM SSP shall complete the pilots within the timeframes and acceptance metrics proposed by the FM SSP and accepted by DOL.

The objective of user acceptance testing is to gain user acceptance of the fully configured system prior to deployment. The FM SSP shall complete the user acceptance testing within the timeframe and acceptance metrics proposed by the FM SSP and accepted by DOL.

### 2.3.5 Data Conversion

The FM SSP shall conduct all activities required to successfully convert and migrate the cleaned data from its current location(s) and format(s) to the new physical location(s) and format(s) defined by the NCFMS solution prior to deployment.

### 2.3.6 System Training

The FM SSP will be responsible for developing a role-based system training plan, developing system training materials, and delivering the system training. The FM SSP shall ensure that adequate training is provided to applicable DOL staff both prior to and after system deployment. The training provided by the FM SSP shall ensure that all affected DOL staff will be able to not just utilize the solution, but to understand how to perform the financial management duties applicable to their job positions. The DOL must review and approve all training materials before any training is conducted.

### 2.3.7 System Deployment

The deployment of the NCFMS solution shall be completed in accordance with the FM SSP's proposed deployment plans. The deployment activities shall include, but are not limited to, installation, testing, cut-over, customer acceptance, and post-deployment support of DOL users

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



for at least six (6) months. The FM SSP's proposed deployment approach and schedule should demonstrate coordination with the data conversion and training activities.

### 2.3.8 Documentation

The FM SSP shall clearly and thoroughly document the DOL financial management systems, interfaces and processing instructions associated with the NCFMS solution. This documentation shall include, but not be limited to, software design documents, user manuals, and operating procedures, and shall be provided in both hardcopy and electronic format. A documentation maintenance plan shall also be developed to ensure that these documents are kept up-to-date and readily available for examination.

### 2.3.9 Subject Matter Experts

The DOL has a lean financial management staff and may require the SSP to provide federal financial management subject matter experts to support the design and implementation efforts as well as for business process reengineering.

### 2.4 Hosting Services

The FM SSP shall provide all necessary services to support and host the NCFMS solution, consistent with the goals and objectives of the FMLoB initiative. This includes both infrastructure hosting and application functional and technical support. The FM SSP shall be expected to provide a complete hosting solution that includes all the services necessary to deliver their proposed approach from initiation through system cut-over and all post-deployment production operations. The FM SSP shall perform all O&M activities for the new financial system. The FM SSP shall provide ongoing support for the operations, maintenance and security of the deployed system infrastructure, which includes, but is not limited to:

- Facilities
- Network operations
- System administration
- Host-based intrusion detection
- Network-based intrusion detection
- Backup and recovery
- Monitoring of operating system, database, applications and network
- Support for installation of application patches and service packs
- Physical database support and management
- User ID and password initial setups and resets
- System software patches and upgrades
- Hardware life cycle replacement
- Maintaining FSIO certification

The FM SSP shall provide ongoing support for the operations, maintenance and security of the deployed application, which includes, but is not limited to:

- Application break-fix

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- Patch research, testing, and application
- Application database support and management
- Instance management/change control
- Interface support
- Functional support
- Application end-user security
- Batch job management
- Application and database performance tuning and capacity planning

The FM SSP shall ensure that a proper Continuity of Operations plan is in place. This includes, but is not limited to, maintaining a mirrored image of the DOL's financial system at a specified disaster recovery site.

The FM SSP shall be responsible for providing all software, hardware and infrastructure needed to host the proposed financial management system. The system should be available to the DOL, between the hours of 6:00am Eastern Time to 8:00pm Eastern Time from Monday through Friday. The FM SSP could propose alternative hours that may better match their current operating hours, if both options are priced. The FM SSP shall be able to support requests for additional system availability outside of these hours with advanced notice from the DOL.

The FM SSP shall provide all tiers of help desk support for the NCFMS solution, from basic end user application support to resolution of complex software issues. The FM SSP shall provide help desk support, at a minimum, from 6:00 a.m. Eastern Time to 8:00 p.m. Eastern Time on all business days that are non-federal holidays. The FM SSP could propose alternative hours for Help Desk support that may better match their current Help Desk hours, if both options are priced. The FM SSP shall also be able to accommodate requests for help desk support outside of this timeframe, when provided with advanced notice from the DOL.

The FM SSP's support for hosting services shall be documented in a mutually-agreed-upon Service Level Agreement (SLA).

The FM SSP shall implement and report FSIO-approved metrics.

The FM SSP shall be responsible for providing a change control process that enforces consistent configuration management across all increments, instances, and upgrades of the new financial systems. The process shall include the DOL as an active participant in the review and resolution of configuration and technical issues.

### 2.4.1 Hosting Services Approach

The hosting services approach provides a description of how the hosting strategy will be executed. The FM SSP should describe how it intends to evaluate new FSIO requirements, new releases of software (patches, upgrades, etc.) and incorporate the most recent approved versions/releases/patches into the hosting environment over the duration of this effort.

Anticipating that Oracle Federal Financials Release 12 and the associated certification by FSIO is imminent, the FM SSP should specifically address: 1) implementing Oracle Federal

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Financials version 11i, then upgrading to version 12 when it is FSIO-approved, and 2) bypassing Release 11i as the initial implementation and going directly to Oracle Federal Financials Release 12, if it is FSIO-approved.

### 3.0 Period of Performance

The Period of Performance is as follows: Base Period: Twelve (12) months from date of award, on or about July 1, 2008. If exercised: Option Periods 1 - 7: In sequential order, twelve (12) months from the end of the previous period.

### 4.0 Place of Performance

The services specified by this contract shall be performed at the following location(s):

FM SSP's Facility or Facilities (primary)

Department of Labor (as required)
Frances Perkins Building,
200 Constitution Ave., NW,
Washington, DC 20210

The successful FM SSP's facility will be subject to random and scheduled visits by DOL and DOL-approved contractors to ensure compliance with contract requirements.

Attachments

1. NCFMS Work Breakdown Structure
2. NCFMS Financial Functional Requirements
3. NCFMS Interface Requirements
4. DOL System Development Life Cycle Manual