PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Attachment A

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Keep That Opinion!



BY: JOHN H. HUMMEL, CGFM, CPA, CFE,
and DIANE L. DUDLEY, CGFM, CPA

Since the inception of the statutory requirements for federal agencies to prepare financial statements and subject them to audit, much has been written about the steps that are necessary for an agency to obtain an unqualified audit opinion.[1] With two exceptions (the U.S. Departments of Defense and Homeland Security), all agencies that are significant to the Financial Report of the United States Government have successfully obtained an audit opinion (either qualified or unqualified) at least once.[2] However, history has shown that without sustained attention to developing an effective financial management infrastructure and maintaining strong financial management, an agency can lose the ability to prepare reliable financial statements (see *Figure 1*).

Very little has been written about the steps an agency should take to retain its financial management expertise and its clean audit opinion. Here are five "must-dos."

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Figure 1

| Agencies With Opinion Declines in the Last Five Years | | | | | | Primary Reason(s) for Decline in Opinion |
|---|---|---|---|---|---|---|
| Dept. of Energy | U | U | U | D | Q | Issues related to system conversion |
| Dept. of Homeland Security | N/A | Q | D | D | D | Numerous issues, including lack of CFO staffing, related to the creation of DHS |
| Dept. of Housing & Urban Devel. | U | U | D | U | U | Unable to complete all audit procedures by OMB due date |
| Dept. of Justice | U | U | D | U | U | Accounting for grants & related restatement not resolved timely |
| Dept. of State | U | U | U | Q | D | Accounting for property & related restatement not resolved timely |
| Dept. of Transportation | U | U | U | U | Q | Construction accounting issues & related restatement not resolved timely |
| General Services Administration | U | U | U | D | U | Budgetary accounting issues & related restatement not resolved timely |
| National Aeronautics & Space Administration | U | D | D | D | D | Issues related to system conversion |
| Small Business Administration | D | D | Q | U | U | Credit reform issues not resolved timely |
| Federal Communications Commission | U | U | D | D | U | Issues with new cost system & other issues affecting comparability |

Type of Opinion Rendered on OMB Due Date:

U - Unqualified (Clean) Opinion
D - Disclaimer of Opinion on one or more statements
Q - Qualified Opinion on one or more statements
N/A - Not applicable

Indicates the year an opinion was downgraded

## Recruit, Develop & Retain Strong Employees

As everyone knows, having the right people—with the appropriate skills and abilities—is a major factor in successfully maintaining an unqualified audit opinion.

Agencies need to honestly assess how many people and what skills are needed in the financial reporting and financial management areas. They then need to evaluate their current personnel to determine where the organization comes up short. A useful criterion in assessing the quality of your personnel includes determining how many of them have professional certifications, such as the Certified Government Financial Manager (CGFM) or the Certified Public Accountant (CPA). While these certifications do not guarantee competence, they are good indicators of your staff's commitment to improving their professional skill set.

Most agencies will find they need more skilled professionals. The two primary ways to augment your financial staff is to recruit and employ them or to hire contractors. In compiling *Figure 1*, we learned that more than 65 percent of the largest 35 federal agencies use contractors for financial management and reporting assistance. While contractors can provide immediate relief, long-term use of contractors can be risky, resulting in:

- Dependence on a work force that the agency does not directly control (in terms of salaries, promotions, assignments, performance reviews, etc.).
- Loss of institutional knowledge.
- Loss of agency initiative.
- Chaos if the agency appoints a replacement contractor without sufficient cross-training.

It is therefore important that the agency carefully consider its reliance on contractors. Agency employees should frequently interact with the contractors so that the agency employees are knowledgeable of the issues, work processes and plans for the future. Further, the agency must be in charge of the scope, timing and quality of all contractor work products.

An agency must make sure it has the right number of financial staff, with the correct skills, and these employees must never be taken for granted. They must continue to develop professionally and be involved in the federal financial community. The agency should encourage involvement in professional organizations like AGA.

Finally, your professional staff must know that you want them to stay. Retention of staff is an issue in the federal government, just as it is in the private sector. Professionals need to be recognized and rewarded for their efforts. Public recognition is a great way to acknowledge significant accomplishments and increase job satisfaction. As an example, one can see a great deal of pride in the eyes of the staff when their agency receives the annual AGA Certificate of Excellence in Accountability Reporting (CEAR) award. For some, this is their first public recognition for a job well done. Other examples include recognition in agency meetings, highlights in internal communications, external press coverage, speaking opportunities, etc.

## Implementing a New Core Financial System? Be careful.

Implementing a new core financial system presents a major challenge to maintaining an unqualified audit opinion. New systems can cause tremendous disruption to processes, controls and outputs. Consider the U.S. Department of Energy (DOE). In 2005, when DOE introduced its new core accounting system, not all of the user reports needed for management and for auditor support were yet developed, which contributed to DOE's inability to produce timely financial statements and to provide auditable data to the auditor, resulting in a disclaimer of opinion. NASA experienced similar issues in 2003. To anticipate and avoid new-systems issues, here are a few thoughts:

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- Communicate with your auditors early and often. Request that they attend your more significant systems-related status meetings. Seek their views on all matters discussed. Ask them for an action plan as to audit testing requirements of the new system, the new reports and the new related internal controls.
- Mid-year system implementations should generally be avoided as they create two different operating/control environments, which in turn roughly doubles the amount of control testing the auditors must do in the annual audit. Further, if issues arise after a mid-year implementation, little time remains to correct these issues prior to year-end.
- Pay careful attention to the migration of data from the old general and subsidiary ledgers to the new, to ensure that nothing is changed in the migration process. Your auditors will need to understand and test the new records and the new system controls.
- Be sure that the system will produce data that both users and auditors need. Involve financial staff and the auditors in reviews of the output reports to ensure completeness of the information. For example, if the original issue dates of obligating documents are important, be sure those dates are on the reports you will receive. Ask the auditors prior to implementation if any substantive testing audit trails are missing. The chief financial officer should consider hiring an expert in federal accounting and reporting to ensure that the chief information officer has addressed and resolved all of the implementation risks.
- Despite all of this eyeballing, some auditor or user needs will go unmet. Ensure that the system has a query capability to facilitate production of ad-hoc reports. Assign an expert on the new system to the auditors, to assist with new system data needs. Performing these procedures earlier—rather than later—will help mitigate the risk that the implementation will jeopardize your opinion.
- Finally, don't be afraid to delay the implementation if things are not going well. Once a target date is established, management is too often reluctant to slow down or even call off the planned implementation, despite the known problems. This reluctance may increase the probability of losing your unqualified audit opinion.



Are you prepared for AGA's CGFM Exams?

The CGFM Training Series

Consists of three courses, offered throughout the U.S.

★ Develop a broad base of knowledge in government auditing, accounting, financial management and budgeting

★ Get up-to-date information on the latest policies and procedures

★ Discover how to work more effectively in government environments and on related projects

Register Today!

For course dates and locations, call 703.790.9595 or visit www.managementconcepts.com/cgfm

Sponsored by AGA and Management Concepts

AGA CERTIFICATION

MANAGEMENTCONCEPTS

Booth 33

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

## Correct Your Internal Control Weaknesses & Effectively Implement OMB Circular A-123

Timely correction of internal control weaknesses identified by the agency's A-123 process will greatly reduce the odds of losing an opinion. Indeed, management should use its A-123 process to identify and fix problems, including systems shortcomings, before the auditors arrive.

Don't forget the auditors' management letter comments. Too many times management focuses on "material" weaknesses and pays little or no attention to reportable conditions or management letter comments. In this day of rapidly changing environments, a once-minor internal control weakness can quickly turn into a material internal control weakness that could jeopardize the audit opinion.

In addition, the U.S. Government Accountability Office's (GAO) 2007 *Yellow Book* incorporates the definitions of internal control categories in the American Institute of Certified Public Accountants' (AICPA) Statement on Auditing Standards (SAS) No. 112, *Communicating Internal Control Matters Identified in an Audit*, and the Public Company Accounting Oversight Board's definitions of "material weakness" and "significant deficiency." These new definitions will be applicable for audits of fiscal year 2007 financial statements. The term reportable condition has been eliminated. Here are some new definitions include.

- **Control Deficiency** exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis.
- **Significant Deficiency** is a control deficiency, or combination of control deficiencies, that adversely affects the entity's ability to initiate, authorize, record, process or report financial data reliably in accordance with generally accepted accounting principles such that there is more than a remote likelihood that a misstatement of the entity's financial statements that is more than inconsequential will not be prevented or detected.
- **Material Weakness** is a significant deficiency, or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the financial statements will not be prevented or detected.

It is anticipated that reported material weaknesses will increase, and many 2006 management letter comments will become significant deficiencies in 2007. As a result, agency auditors will, if controls remain the same as last year, contemplate more control deficiencies in 2007. This increase in control deficiencies may affect the amount of internal control testing that is deemed necessary, and ultimately the auditors' opinion decision.

## Address New Requirements and/or Issues Promptly

Many agencies anticipate issues, giving the agencies more time to handle problems. They consider A-123 results (discussed earlier); legal, regulatory, policy and program changes; exposure drafts of the Federal Accounting Standards Advisory Board (FASAB); and even internal shifts in responsibilities (for example, a new division for preparing the Performance and Accountability Report). Still, some issues surface during the year, and time is of the essence. If you ignore problems until the fourth quarter, you greatly jeopardize your ability to resolve them in a timely fashion. Conversely, the earlier that new requirements/issues are assessed, including discussing your proposed remediation with your auditors, you lower the probability of losing your unqualified opinion.

For example, although Statement of Federal Financial Accounting Standards (SFFAS) No. 27, *Identifying and Reporting Earmarked Funds*, was effective October 1, 2005, many agencies did not fully assess or implement the standard until late in fiscal year 2006. Although SFFAS 27 appeared to be relatively straightforward, it was not. Some agencies struggled to properly implement SFFAS 27 and significant confusion occurred, especially related to Treasury Appropriation Fund Symbols that contained a mixture of both general and earmarked funds. As a result, after a number of high-level, 11th-hour meetings, FASAB issued clarifying guidance, and many agencies made significant adjustments to their financial statements.

Another example concerns SFFAS 30, *Inter-entity Cost Implementation: Amending SFFAS 4, Managerial Cost Accounting Standards and Concepts*. This standard requires that each entity's full cost should incorporate the full cost of goods and services that it receives from other entities. The implementation date of this standard is for periods beginning after September 30, 2008. The standard says that, "entities may... use the time period between the issuance of this standard and the actual effective date to establish reimbursable agreements, seek implementation guidance on specific issues if necessary, and develop internal guidance on recognizing inter-entity costs." Yet the authors know of little planning to date at any federal agencies for implementation of this standard.

As to audit issues, certain agencies have formed "SWAT teams" that, during the most time-sensitive stages of the annual audit, stand ready to quickly address and resolve any audit issues. These SWAT teams have full authority from upper agency management to visit the site of the issue, investigate the problem and resolve the issue, working with in-house bureau management and communicating with agency leadership.

## Establish an Effective Relationship & Communicate Frequently With Your Auditors

A final key factor in retaining an opinion is to have an open relationship with your auditors. Involve them in all significant issues that affect the financial statements. Consider the following:

- Ask for the audit plan early, to learn of key milestones and the overall schedule.
- Get a commitment from the auditors that they will share concerns or bad news quickly, to enable quick correction when possible.
- Expect audit team management attendance at all audit status meetings.
- When auditors cite audit exceptions, press early for a full description of each one. Ask the auditors

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



to explain the opinion impact of these exceptions, both individually and in the aggregate.

- Request findings in writing throughout the audit, and agree on management response times, say five working days.
- Ask the auditors to review your corrective action plans.
- Ask the auditors to start the audit as early as possible so that they can shift some of the work away from the end of the fiscal year.
- Obtain the auditors' "Prepared by Client" list, review and gain an understanding of it, agree upon all due dates and provide the documents on time.
- Prepare a full-scope Performance and Accountability Report as of June 30 and ask your auditors, including the concurring review partners, to give it a thorough review.

## Summary

Past success, in the form of an unqualified audit opinion, is no guarantee that a federal agency will be successful in the future. Today's operating and audit environments will constantly change due to the evolution of new, higher standards and increased oversight requirements. Turnover of key personnel will never be eliminated, and resources will be subject to political necessity. Future success in financial stewardship requires constant vigilance and adaptation.

**End Notes**

1. The *Chief Financial Officers' Act of 1990* (Public Law 101-576), the *Government Management Reform Act of 1994* (Public Law 103-356), and the *Accountability of Tax Dollars Act of 2002* (Public Law 107-289).
2. The Department of Homeland Security obtained a qualified opinion on its first-year balance sheet.



*John H. Hummel, CGFM, CPA, CFE, a member of AGA's Northern Virginia Chapter, is a KPMG partner and Federal National Segment leader. He is chairman of AGA's Certificate of Excellence in Accountability Reporting (CEAR) Board.*



*Diane L. Dudley, CGFM, CPA, a member of AGA's Montgomery/Prince Georges County Chapter, is a KPMG partner and Federal Audit Sector leader. She is an AGA Past National Treasurer.*

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Attachment B

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

AUDITOR'S REPORT

# Memorandum from the Inspector General

**Department of Energy**
Washington, DC 20585
November 14, 2005

MEMORANDUM FOR THE SECRETARY

FROM: Gregory H. Friedman
Inspector General

SUBJECT: INFORMATION: Report on the Department of Energy's Fiscal Year 2005 Consolidated Financial Statements

In response to requirements established by the Government Management Reform Act of 1994, the Office of Inspector General engaged the independent public accounting firm of KPMG LLP to perform the annual audit of the Department of Energy's consolidated financial statements. Audit work performed by the contract auditor identified significant deficiencies in financial management and reporting controls related to the Department's Fiscal Year 2005 consolidated financial statements. The Department's ability to prepare accurate consolidated financial statements and supporting documentation was affected by issues such as accounting for and monitoring obligations and funds control, accounting for accruals, reconciling payment information with the U.S. Treasury, reconciling integrated contractor trial balances, resolving various posting errors, and reconciling accounting system modules to the general ledger.

These reporting and control deficiencies were caused, in large part, by problems associated with the reorganization of the Department's accounting operations and circumstances surrounding the implementation of a new Department accounting system, the Standard Accounting and Reporting System. As with any large Federal agency, the deployment of a new accounting system is a challenging and daunting task. In spite of a significant effort by personnel in the Office of the Chief Financial Officer, a number of implementation problems had not been resolved by year-end and accounting officials lacked reporting and analysis tools necessary to prevent, detect, or correct problems or errors in a timely manner. Specifically, the Department was unable to correct the previously described weaknesses and could not provide a number of supporting documents required for audit. Because of these issues, it was impracticable for our independent public accounting firm to extend audit procedures sufficiently to determine the extent to which the Department's consolidated financial statements may have been affected by these conditions. As a consequence, a disclaimer of opinion was issued on the Department's Fiscal Year 2005 consolidated financial statements.

In addition to the financial management and reporting control issues noted above, a reportable condition related to unclassified information system security continued to exist. As identified in previous financial statement audit reports, the Department had weaknesses involving the review and approval of user access privileges, password security and

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



monitoring of networks for questionable activity. The identified weaknesses and vulnerabilities increased the risk that malicious destruction or alteration of data or unauthorized processing could occur.

With regard to the findings related to financial management and reporting controls, and those concerning information security system weaknesses, the Department generally concurred and initiated or agreed to initiate specific corrective actions.

The preparation and audit of financial statements involve many parties. The Department is responsible for preparing its consolidated financial statements, and the Office of Inspector General is responsible for the audit. As previously stated, we contracted with the auditing firm of KPMG LLP to conduct the audit. KPMG is responsible for reporting on the Department's consolidated financial statements and reporting on applicable internal controls, and compliance with laws, regulations, contracts and grant agreements. The Office of Inspector General monitored the contractor's progress and reviewed the audit report and related documentation to ensure compliance with generally accepted Government auditing standards. Due to the problems disclosed previously, the Office of Inspector General substantially augmented the audit effort with Federal personnel. The Office of Inspector General, however, did not prepare an independent report on the Department's consolidated financial statements.

I would like to thank all elements of the Department for their courtesy and cooperation during the review.

Attachment

cc: Deputy Secretary
Under Secretary for Energy, Science and Environment
Administrator, National Nuclear Security Administration
Chief of Staff
Chief Financial Officer

Audit Report: DOE/OAS-FS-06-01

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Independent Auditors' Report

KPMG

KPMG LLP
2001 M Street, NW
Washington, DC 20036

## INDEPENDENT AUDITORS' REPORT

The Inspector General, United States Department of Energy and
The Secretary, United States Department of Energy:

We were engaged to audit the accompanying consolidated balance sheet of the United States Department of Energy (Department) as of September 30, 2005, and the related consolidated statements of net cost, changes in net position, financing, and custodial activities, and the related combined statement of budgetary resources (hereinafter referred to as "fiscal year 2005 consolidated financial statements"), for the year then ended. In connection with our fiscal year 2005 engagement, we were also engaged to consider the Department's internal control over financial reporting and to test the Department's compliance with certain provisions of applicable laws, regulations, contracts, and grant agreements that could have a direct and material effect on its consolidated financial statements.

We have audited the accompanying consolidated balance sheet of the United States Department of Energy as of September 30, 2004, and the related consolidated statements of net cost, changes in net position, financing, and custodial activities, and the related combined statement of budgetary resources (hereinafter referred to as "fiscal year 2004 consolidated financial statements"), for the year then ended. As discussed in this report, the Department's power administrations, whose Department-related financial data as of and for the year ended September 30, 2004 are included in the accompanying fiscal year 2004 consolidated financial statements, were audited by other auditors whose reports have been furnished to us and were considered in forming our overall opinion on the Department's fiscal year 2004 consolidated financial statements.

**Summary**

As stated in our report on the consolidated financial statements, the scope of our work was not sufficient to enable us to express an opinion on the Department's consolidated financial statements as of and for the year ended September 30, 2005. Regarding the fiscal year 2004 consolidated financial statements, we concluded, based upon our audit and the reports of other auditors, that the Department's consolidated financial statements as of and for the year ended September 30, 2004, are presented fairly, in all material respects, in conformity with accounting principles generally accepted in the United States of America.

Our report emphasizes that the cost estimates supporting the Department's environmental remediation liabilities are based upon assumptions regarding future actions and decisions, many of which are beyond the Department's control.

Our fiscal year 2005 consideration of internal control over financial reporting resulted in the identification of the following two matters as reportable conditions: (1) weaknesses in financial

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

management and reporting controls related to the fiscal year 2005 implementation of the Department's new accounting system, combined with the restructuring and consolidation of its finance and accounting services organization and adoption of a new chart of accounts; and (2) weaknesses in the Department's unclassified network and information systems security. We consider the first matter to be a material weakness.

The results of our fiscal year 2005 tests of compliance with certain provisions of laws, regulations, contracts, and grant agreements, exclusive of those referred to in the *Federal Financial Management Improvement Act of* 1996 (FFMIA), disclosed no instances of noncompliance or other matters that are required to be reported herein under *Government Auditing Standards*, issued by the Comptroller General of the United States, and Office of Management and Budget (OMB) Bulletin No. 01-02, *Audit Requirements for Federal Financial Statements*.

The results of our tests of FFMIA disclosed that the Department's financial management systems did not substantially comply with the federal financial management systems and accounting standards requirements, as a result of the Department's inability to prepare timely and accurate financial statements and supporting data for audit. This matter is related to the material weakness in internal controls, described above.

Had we been able to perform all of the procedures necessary to express an opinion on the Department's fiscal year 2005 consolidated financial statements, other internal control matters and other instances of noncompliance may have been identified and reported.

The following sections discuss:

- The reasons why we are unable to express an opinion on the Department's fiscal year 2005 consolidated financial statements;
- Our report on the Department's fiscal year 2004 consolidated financial statements;
- Our consideration of the Department's internal control over financial reporting;
- Our tests of the Department's compliance with certain provisions of applicable laws, regulations, contracts, and grant agreements;
- Management's responsibilities; and
- Our responsibilities.

**Report on the Consolidated Financial Statements**

We were engaged to audit the accompanying consolidated balance sheet of the United States Department of Energy as of September 30, 2005, and the related consolidated statements of net cost, changes in net position, financing, and custodial activities, and the related combined statement of budgetary resources, for the year then ended.

The Department implemented a new financial accounting system in April 2005, shortly after the October 2004 reorganization and consolidation of its finance and accounting services organization. The Department also adopted a new chart of accounts in conjunction with the new accounting system. As a result of these events, the Department encountered a significant number

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

of conversion, posting, reconciliation, and reporting issues that hindered its ability to assure the accuracy and completeness of consolidated financial statement balances and to provide data necessary for audit testing. We noted specific issues in accounting for obligations, monitoring budget execution and control, reconciling payment information with the U.S. Treasury, accounting for accruals, reconciling integrated contractor trial balances with the Department's records, reconciling accounting system modules to the general ledger, resolving various posting errors, and identifying and reporting intragovernmental transactions. We noted that many reports needed for management, internal control, and audit purposes were not available following system deployment. Finally, during fiscal year 2005, the Department restructured and consolidated its accounting operations, realigning its accounting functions across the Department and causing a negative impact on the financial accounting staffing levels and skills mix throughout the Department The Department did not complete corrective actions to address these conditions. Therefore, it was unable to provide accurate financial data and could not always provide supporting documents required for audit. It was impracticable to extend our procedures sufficiently to determine the extent to which the Department's consolidated financial statements as of and for the year ended September 30, 2005, may have been affected by these conditions.

Because of the matters discussed in the preceding paragraph, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on the accompanying consolidated financial statements of the United States Department of Energy as of and for the year ended September 30, 2005.

We have audited the accompanying consolidated balance sheet of the United States Department of Energy as of September 30, 2004, and the related consolidated statements of net cost, changes in net position, financing, and custodial activities, and the related combined statement of budgetary resources, for the year then ended.

We did not audit the fiscal year 2004 financial statements of Bonneville Power Administration, Western Area Power Administration, Southwestern Power Administration, or Southeastern Power Administration, whose Department-related financial data as of and for the year ended September 30, 2004 are included in the accompanying fiscal year 2004 consolidated financial statements. When combined and compared to the Department's consolidated financial statements, the financial data for these entities represent 17 percent of total assets; 54 percent of total earned revenues; and 13 percent of total program costs as of and for the year ended September 30, 2004. Those financial statements were audited by other auditors whose reports have been furnished to us, and our opinion on the fiscal year 2004 consolidated financial statements, insofar as it relates to the amounts included for Bonneville Power Administration, Western Area Power Administration, Southwestern Power Administration, and Southeastern Power Administration, is based solely upon the reports of the other auditors.

In our opinion, based upon our fiscal year 2004 audit and the reports of other auditors, the fiscal year 2004 consolidated financial statements referred to above present fairly, in all material respects, the financial position of the United States Department of Energy as of September 30, 2004, and its net costs, changes in net position, budgetary resources, reconciliation of net costs to

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

budgetary obligations, and custodial activities for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Notes 14 and 16 to the consolidated financial statements, the cost estimates supporting the Department's environmental remediation liabilities of $190 billion (unaudited) and $182 billion as of September 30, 2005 and 2004, are based upon assumptions regarding future actions and decisions, many of which are beyond the Department's control.

The information in the Management's Discussion and Analysis (MD&A), Required Supplementary Stewardship Information (RSSI), and Required Supplementary Information (RSI) sections of the Department's *Fiscal Year 2005 Performance and Accountability Report* is not a required part of the consolidated financial statements, but is supplementary information required by accounting principles generally accepted in the United States of America or OMB Circular A-136, *Financial Reporting Requirements*, Part A, *Form and Content of the Performance and Accountability Report*. We have applied certain limited procedures which consisted principally of inquiries of management regarding the methods of measurement and presentation of this information. Certain information presented in the MD&A, RSSI, and RSI is based on data from the fiscal year 2005 consolidated financial statements on which we express no opinion. The Department did not include a schedule of intragovernmental amounts by trading partner in the RSI section of its *Fiscal Year 2005 Performance and Accountability Report*, as required by OMB Circular A-136. We were not required to audit the MD&A, RSSI, and RSI information and, accordingly, we express no opinion on that information.

We were engaged to conduct our fiscal year 2005 audit, and we conducted our fiscal year 2004 audit, for the purpose of forming an opinion on the consolidated financial statements taken as a whole. The information in the Consolidating Schedules section of the Department's *Fiscal Year 2005 Performance and Accountability Report* is presented for purposes of additional analysis of the consolidated financial statements, rather than to present the financial position, net costs, changes in net position, budgetary resources, reconciliation of net costs to budgetary obligations, and custodial activities of the Department's components individually. The fiscal year 2005 information in the Consolidating Schedules section is based on the fiscal year 2005 consolidated financial statements on which we express no opinion, and accordingly, we express no opinion on such information. The fiscal year 2004 information in the Consolidating Schedules section has been subjected to the auditing procedures applied in the audit of the fiscal year 2004 consolidated financial statements and, in our opinion, based upon our audit and the reports of other auditors, is fairly stated in all material respects in relation to the fiscal year 2004 consolidated financial statements taken as a whole.

The information in the Performance Results section, the Other Accompanying Information section, the Appendices, and the information presented on pages i and ii of the Department's *Fiscal Year 2005 Performance and Accountability Report* is presented for purposes of additional analysis and is not a required part of the consolidated financial statements. This information has not been subjected to the auditing procedures, except for the testing of controls over selected performance measures, described in the Responsibilities section of this report, and, accordingly, we express no opinion on it.

KPMG

**Independent Auditors' Report, Continued**

**Internal Control over Financial Reporting**

Our consideration of internal control over financial reporting would not necessarily disclose all matters in the internal control over financial reporting that might be reportable conditions. Under standards issued by the American Institute of Certified Public Accountants, reportable conditions are matters coming to our attention relating to significant deficiencies in the design or operation of the internal control over financial reporting that, in our judgment, could adversely affect the Department's ability to record, process, summarize, and report financial data consistent with the assertions by management in the consolidated financial statements.

Material weaknesses are reportable conditions in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements, in amounts that would be material in relation to the financial statements being audited, may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions.

In our fiscal year 2005 engagement, we noted certain matters involving internal control over financial reporting and its operation that we consider to be reportable conditions. The following reportable condition, described in more detail in Exhibit I, is considered to be a material weakness.

> ***Financial Management and Reporting Controls*** – Our work identified significant deficiencies in the Department's financial management and reporting controls that precluded the Department from preparing its fiscal year 2005 consolidated financial statements and supporting documentation in a complete and timely manner. Due primarily to issues resulting from the implementation of its new accounting system and attrition associated with the reorganization and consolidation of its finance and accounting services organization, the Department was unable to develop adequate reporting and other internal controls essential to the deployment of the new system. In addition to impairing the Department's financial reporting, the lack of these critical controls detracted from the ability of the accounting staff to complete routine accounting reconciliations and impacted the ability of the Department's officials to manage their programs and monitor the status of obligations. Continued action to address these weaknesses is needed to correct the Department's financial management and reporting problems and to improve the ability of program officials to monitor and control obligations and expenditures.

The following reportable condition, which is not considered to be a material weakness, is described in more detail in Exhibit II.

> ***Unclassified Network and Information Systems Security*** – We noted network vulnerabilities and weaknesses in access and other security controls in the Department's unclassified computer information systems. The identified weaknesses and vulnerabilities increased the risk that malicious destruction or alteration of data or unauthorized processing could occur. The Department should fully implement policies and procedures to improve its network and information systems security.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

The current status of the prior year reportable condition is presented in Exhibit III.

We will report on other matters involving internal control over financial management systems and its operation, and internal control over financial reporting and its operation, in separate letters.

As discussed in our report on the consolidated financial statements, the scope of our work was not sufficient to enable us to express an opinion on the Department's consolidated financial statements as of and for the year ended September 30, 2005. Had we been able to perform all of the procedures necessary to express an opinion, other matters involving internal control over financial reporting may have been identified and reported.

**Compliance and Other Matters**

The results of our tests of compliance with certain provisions of laws, regulations, contracts, and grant agreements described in the Responsibilities section of this report, exclusive of those referred to in the FFMIA, disclosed no instances of noncompliance or other matters that are required to be reported herein under *Government Auditing Standards* and OMB Bulletin No. 01-02.

The results of our tests of FFMIA disclosed that the Department's financial management systems did not substantially comply with the federal financial management systems and accounting standards requirements, discussed in the Responsibilities section of this report, which prevented the Department from preparing timely and accurate financial statements and supporting data for audit. This matter is related to the material weakness in internal controls, described in the Internal Control over Financial Reporting section of this report, and our related recommendations and are presented in Exhibit I. The results of our tests of FFMIA disclosed no instances in which the Department's financial management systems did not substantially comply with requirements of applying the United States Government Standard General Ledger at the transaction level.

As discussed in our report on the consolidated financial statements, the scope of our work was not sufficient to enable us to express an opinion on the Department's consolidated financial statements as of and for the year ended September 30, 2005. Had we been able to perform all of the procedures necessary to express an opinion, other matters involving compliance with laws, regulations, contracts, and grant agreements may have been identified and reported.

**Responsibilities**

***Management's Responsibilities.*** The *Government Management Reform Act of 1994* (GMRA), *Accountability of Tax Dollars Act*, and *Government Corporation Control Act* require agencies to report annually to Congress on their financial status and any other information needed to fairly present their financial position and results of operations. To meet these reporting requirements, the Department prepares and submits consolidated financial statements in accordance with Part A of OMB Circular A-136.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

Management is responsible for the consolidated financial statements, including:

- Preparing the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America;
- Preparing MD&A (including the performance measures), RSSI, and RSI;
- Establishing and maintaining internal controls over financial reporting; and
- Complying with laws, regulations, contracts, and grant agreements, including FFMIA.

In fulfilling this responsibility, management is required to make estimates and judgments to assess the expected benefits and related costs of internal control policies. Because of inherent limitations in internal control, misstatements due to error or fraud may nevertheless occur and not be detected.

***Auditors' Responsibilities.*** As discussed in our report on the consolidated financial statements, the scope of our work was not sufficient to enable us to express, and we do not express, an opinion on the accompanying consolidated financial statements of the Department as of and for the year ended September 30, 2005.

Regarding the fiscal year 2004 consolidated financial statements presented herein, our responsibility is to express an opinion on the fiscal year 2004 consolidated financial statements of the Department based upon our audit and the reports of other auditors. We conducted our fiscal year 2004 audit in accordance with auditing standards generally accepted in the United States of America, the standards applicable to financial audits contained in *Government Auditing Standards,* and OMB Bulletin No. 01-02. Those standards and OMB Bulletin No. 01-02 require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate under the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Department's internal control over financial reporting. Accordingly, we express no such opinion.

An audit also includes:

- Examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements;
- Assessing the accounting principles used and significant estimates made by management; and
- Evaluating the overall consolidated financial statement presentation.

We believe that our fiscal year 2004 audit and the reports of other auditors provide a reasonable basis for our opinion on the Department's fiscal year 2004 consolidated financial statements.

In connection with our fiscal year 2005 engagement, we considered the Department's internal control over financial reporting by obtaining an understanding of the Department's internal

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

control, determining whether internal controls had been placed in operation, assessing control risk, and performing tests of controls to determine our procedures. We limited our internal control testing to those controls necessary to achieve the objectives described in *Government Auditing Standards* and OMB Bulletin No. 01-02. We did not test all internal controls relevant to operating objectives as broadly defined by the *Federal Managers' Financial Integrity Act of 1982*. Further, had we been able to perform all of the procedures necessary to express an opinion on the Department's fiscal year 2005 consolidated financial statements, other matters involving internal control over financial reporting may have been identified and reported. The objective of our engagement was not to provide assurance on internal control over financial reporting. Consequently, we do not provide an opinion thereon.

As required by OMB Bulletin No. 01-02, in fiscal year 2005, we considered the Department's internal control over the RSSI by obtaining an understanding of the Department's internal control, determining whether these internal controls had been placed in operation, assessing control risk, and performing tests of controls. Had we been able to perform all of the procedures necessary to express an opinion on the Department's fiscal year 2005 consolidated financial statements, other matters involving internal control over the RSSI may have been identified and reported. Our procedures were not designed to provide assurance on internal control over the RSSI and, accordingly, we do not provide an opinion thereon.

As further required by OMB Bulletin No. 01-02, with respect to internal control related to performance measures determined by management to be key and reported in MD&A, in fiscal year 2005, we obtained an understanding of the design of significant internal controls relating to the existence and completeness assertions. Had we been able to perform all of the procedures necessary to express an opinion on the Department's fiscal year 2005 consolidated financial statements, other matters involving internal control over performance measures may have been identified and reported. Our procedures were not designed to provide assurance on internal control over performance measures and, accordingly, we do not provide an opinion thereon.

In connection with our fiscal year 2005 engagement, we performed tests of the Department's compliance with certain provisions of laws, regulations, contracts, and grant agreements, noncompliance with which could have a direct and material effect on the determination of consolidated financial statement amounts, and certain provisions of other laws and regulations specified in OMB Bulletin No. 01-02, including certain provisions referred to in FFMIA. We limited our tests of compliance to the provisions described in the preceding sentence, and we did not test compliance with all laws, regulations, contracts, and grant agreements applicable to the Department. Had we been able to perform all of the procedures necessary to express an opinion on the Department's fiscal year 2005 consolidated financial statements, other matters involving compliance with laws, regulations, contracts, and grant agreements may have been identified and reported. Providing an opinion on compliance with laws, regulations, contracts, and grant agreements was not an objective of our engagement and, accordingly, we do not express such an opinion.

Under OMB Bulletin No. 01-02 and FFMIA, we are required to report whether the Department's financial management systems substantially comply with (1) Federal financial management

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

KPMG

**Independent Auditors' Report, Continued**

systems requirements, (2) applicable Federal accounting standards, and (3) the United States Government Standard General Ledger at the transaction level. To meet this requirement, we performed tests of compliance with FFMIA Section 803(a) requirements.

**Distribution**

This report is intended for the information and use of the Department's management, the Department's Office of Inspector General, OMB, the Government Accountability Office, and the United States Congress, and is not intended to be used and should not be used by anyone other than these specified parties.

KPMG LLP

November 9, 2005

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Financial Management and Reporting Controls

Our work identified significant deficiencies in the Department's financial management and reporting controls, collectively constituting a material weakness in internal control, that precluded the Department from preparing its fiscal year 2005 consolidated financial statements and supporting documentation in a complete and timely manner. Despite substantial effort by the Chief Financial Officer's staff, the Department was unable to correct these deficiencies in a timely manner and, as a consequence, we issued a disclaimer of opinion on the Department's fiscal year 2005 consolidated financial statements.

The Department has encountered a number of challenges resulting from the fiscal year 2005 implementation of its new accounting system, the Standard Accounting and Reporting System (STARS), consolidation and realignment of its financial and accounting services organization, and the adoption of a new chart of accounts. Specifically, in October 2004, the Department centralized certain operations previously performed by multiple field offices and accounting service centers and restructured its overall financial and accounting services organization. These changes, coupled with higher than normal attrition, had a negative impact on the financial accounting staffing levels and skills mix throughout the Department. Shortly thereafter, in April 2005, the Department implemented STARS and a new chart of accounts.

While the Department conducted extensive STARS pre-deployment testing, it encountered implementation issues related to converting data from its legacy accounting system, developing new accounting processes to effectively use the new system, and identifying related reporting requirements. The Department's new financial and accounting services organization was unable to fully address many of these implementation issues prior to September 30, 2005. Reports needed for management, control, and audit purposes were not available following STARS deployment, and a number of system reconciliations remained incomplete. Furthermore, new STARS-specific accounting processes had not been fully documented, and operational control procedures were not yet being performed routinely. Problems resulting from the lack of these critical controls significantly delayed preparation of the fiscal year 2005 consolidated financial statements and supporting data, and impacted the ability of management officials to monitor and control their budgets. The Department recognized these issues and classified financial control and reporting as a reportable problem in its *Federal Managers' Financial Integrity Act* assurance statement for fiscal year 2005, and as a non-compliance matter in its *Federal Financial Management Improvement Act* reporting.

Specifically, we noted the following issue areas:

***Obligations, budget execution and funds control*** – We found unreconciled differences between the general ledger, subsidiary modules, and various other information systems used to manage obligation and cost data. Some field organizations entered and controlled obligations using separate information systems (feeder systems) that interface with the STARS purchase order module, while others recorded obligation data directly in the purchase order module. Some sites summarized transactions for posting in a manner that prevented the obligation data in STARS

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



from being readily traced or reconciled to source documents. In addition, because the sites had not fully developed control procedures unique to their feeder systems and data entry methods, they could not ensure the accuracy of obligation data through timely reconciliation to the STARS general ledger totals. STARS data is needed for official funds control purposes. Without routine reconciliations, there is significant risk that the obligations reported in the Department's consolidated financial statements may be misstated and that field office and program managers may be using incomplete or inaccurate data for financial management decisions. Field offices also reported that they cannot identify and resolve some differences between STARS and contract file data. Because of the unexplained differences, several field offices expressed concerns regarding the accuracy of their uncosted and unpaid obligations balances, which adversely affected their ability to monitor and control their budgets. These and other program officials also expressed concerns regarding incorrect conversion of legacy system data, potential funds distribution errors, and inappropriate accrual of interest penalties. Finally, a number of program officials said that they needed additional training in using available reporting tools to monitor obligations and expenditures.

***Payments*** – The Department has had difficulty reconciling its disbursement and collection activity with the U.S. Treasury's records since April 2005. STARS permits processing of payment transactions in excess of recorded costs. While this feature provides flexibility by permitting the posting of transactions prior to final cost allocation decisions, it also imposes the burden of ensuring that differences are promptly investigated and resolved. We also noted that when steps in the voided payment process were performed out of sequence, the resulting payments may not be recorded in the general ledger. These payment reconciliation issues have significantly complicated and delayed efforts to verify the accuracy of the Fund Balance with Treasury account. Because of these difficulties, the Department's submissions to Treasury and OMB as of June 30, 2005, were based on estimated disbursement data. In September, corrected SF-224s, *Monthly Statement of Transactions*, were submitted to Treasury for the period April through June 2005. The Department was unable to complete its September 2005 Fund Balance with Treasury reconciliation until November 4, which was after submission of the draft fiscal year 2005 consolidated financial statements for audit purposes.

***Accruals*** – In fiscal year 2005, the Department implemented a revised process for field offices to submit accruals to Headquarters for costs incurred when invoices had not yet been received. We tested this process as of June 30, 2005, and determined that the recorded accrual data was unreliable. We identified accruals submitted by field offices that were either not entered or were duplicated in STARS, or were recorded inaccurately. We also noted accruals recorded prior to April 1, 2005, that had not been reversed, and a significant number of accruals that should have been recorded but were not identified by the field offices. These issues were not fully resolved by year-end. Additional issues arose during the year-end accrual process that required the CFO to request revised accruals from field offices in mid-October, which was too late to subject such accruals to audit testing. Finally, the year-end grant accrual validation process was not performed effectively.

***Integrated contractor trial balances*** – A number of unreconciled differences existed between STARS and the separate financial systems maintained by the Department's integrated

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



contractors. A task force formed to identify and resolve these differences found that they resulted from errors in data conversion and incomplete reconciliation and cross-walk instructions. While the Department believes that substantially all of the remaining differences resulted from misclassifications of data between contractors and field office reporting units - misclassifications that do not affect the accuracy of the consolidated financial statements - it had not completed most of the reconciliations for individual contractors, and the effect of the remaining corrections on the consolidated financial statements was not known. The Department plans to implement routine contractor trial balance reconciliations after these issues are resolved.

***Reconciliation of data*** – Data conversion and operational problems created out-of-balance conditions between the STARS purchase order, accounts payable, accounts receivable, and fixed assets modules and the general ledger. The Department identified a number of reconciling differences and adjustments, but had not completed reconciliations of all modules to the general ledger as of September 30, 2005. Once these are completed, the Department intends to implement procedures and controls to ensure that the module reconciliations are performed routinely. In addition, the Department reported that several hundred general ledger posting errors identified by STARS edit routines were unresolved as of the date of our report. Although the Department implemented system changes to prevent many of these errors from recurring, it had not completed review and correction of unresolved errors. The Department requires field offices to resolve many of these errors, but staffing levels were not adequate to complete the work prior to the date the Department prepared its consolidated financial statements. In addition, new procedures and user reports are needed in some areas to record valid accounting transactions, such as transferring internal use software from construction in process to completed property accounts, entries that were rejected by STARS during processing. Prompt resolution of data posting errors is an essential component of financial data integrity, and its absence could make the safeguards against misappropriation or unauthorized use of funds less effective.

***Identifying and reporting intragovernmental transactions*** – The Department developed new procedures to use with STARS to identify and code intragovernmental transactions by trading partner. OMB Circular A-136 requires Federal agencies to separately report intragovernmental balances in their financial statements and to report intragovernmental balances by trading partner as required supplementary information. Various coding and reporting issues were identified by the Department and through our testing, including issues with the program logic for extracting trading partner information and inaccuracies in the vendor and customer tables. Because of these issues, the Department did not prepare the required schedule of intragovernmental balances by trading partner for inclusion in its *Fiscal Year 2005 Performance and Accountability Report.*

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**Recommendations:**

We recommend that the CFO ensure that the Department:

1. Continues to improve accounting operations and controls related to STARS deployment, with an emphasis on:
   - Reconciling the general ledger to subsidiary ledgers and feeder systems;
   - Reconciling contractor trial balances to the general ledger;
   - Improving its controls for recording and accepting valid payment and obligations transactions;
   - Accounting for and recording accruals;
   - Classifying and reporting intragovernmental transactions;
   - Developing revised or additional reports for program officials to use to monitor and control budgets;
   - Performing data reconciliations routinely; and
   - Resolving error conditions;
2. Fully documents the business processes and controls required for the accurate and timely operation of the STARS system;
3. Implements routine controls; and
4. Provides additional training to its accounting staff and program officials.

**Management's Response:**

Management has prepared an official response presented as a separate attachment to this report. In summary, management agreed with our findings and its comments were responsive to our recommendations.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Unclassified Network and Information Systems Security

The Department maintains a series of interconnected unclassified networks and information systems. Federal and Departmental directives require the establishment and maintenance of security over unclassified information systems, including financial management systems. Past audits identified significant weaknesses in selected systems and devices attached to the computer networks at some Department sites. The Department has implemented corrective actions to improve network security at the sites we, and the Department's Office of Independent Oversight and Performance Assurance (OA), reviewed in prior years. However, we and the OA continued to identify network security weaknesses at sites reviewed in fiscal year 2005, and the frequency and severity of those weaknesses remained consistent with our prior year findings. The Department recognizes these weaknesses and has classified cyber security as a significant issue in its *Federal Managers' Financial Integrity Act* assurance statement for fiscal year 2005. Significant improvements are still needed in the areas of password management, configuration management, and restriction of network services.

Our fiscal year 2005 audit also disclosed weaknesses in access at several sites, similar to our prior year findings. Specifically, we noted weaknesses in the review and approval of user access privileges, password security, and monitoring of networks for questionable activity. Further, the Department's Office of Inspector General also reported deficiencies in the Department's network and information system risk management, configuration management, and access controls in its evaluation report on *The Department's Unclassified Cyber Security Program*, dated September 2005. Matters discussed in that report included an examination of non-financial systems.

The Department has acknowledged the need to improve its information systems security and other information technology controls. In fiscal year 2005, the Department's Chief Information Officer (CIO) continued the implementation of initiatives from the prior years to identify the root causes of the control weaknesses and to develop new policies and procedures to strengthen controls and reduce network vulnerabilities. The Department also recently initiated its Cyber Security Improvement Initiative. This is a collaborative effort between the Office of the CIO (OCIO), OA, and the various program offices to conduct joint site visits to identify and resolve cyber security problems, provide site assistance, and follow-up on corrective actions. Once fully implemented, these initiatives and new policies and procedures should strengthen the Department's overall cyber security program.

The identified weaknesses in network vulnerabilities and access controls increase the risk that malicious destruction or alteration of data or unauthorized processing could occur. Because of our concerns, we performed supplemental procedures and identified compensating controls that mitigate the potential effect of these security weaknesses on the integrity of the Department's financial systems.

**Recommendation:**

While progress has been achieved, continued focus is needed to resolve the vulnerability and access weaknesses described above. Therefore, we recommend that the program officials, in conjunction with the CIO, fully implement policies and procedures to ensure that the Federal

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



information security standards are met and that networks and information systems are adequately protected against unauthorized access.

Detailed recommendations to address the issues discussed above have been separately reported to the program offices and the OCIO.

**Management's Response:**

Management has prepared an official response presented as a separate attachment to this report. In summary, management agreed with our findings and its comments were responsive to our recommendation.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

**Independent Auditors' Report**
**Exhibit III – Status of the Prior Year Audit Finding**

| **Reportable Condition from Fiscal Year 2004** (with parenthetical disclosure of year first reported) | **Status at September 30, 2005** |
|---|---|
| Unclassified Information Systems Security (1999) | Still reported in Exhibit II as a reportable condition. |

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Management's Response to Auditors' Recommendations

**Department of Energy**
Washington, DC 20585

November 10, 2005

KPMG LLP
2001 M Street, NW
Washington, DC 20036

I am providing this letter in connection with your audit of the United States Department of Energy (Department) consolidated balance sheets as of September 30, 2005 and 2004, and the related consolidated statements of net costs, changes in net position, financing, and custodial activities, and the related combined statements of budgetary resources, for the years then ended. We have reviewed your Independent Auditors' Report and provide the following responses to your recommendations.

**Reportable Problem: Financial Management and Reporting Controls**

Auditors' Recommendations:

We recommend that the CFO ensure that the Department:

1. Continues to improve accounting operations and controls related to STARS deployment, with an emphasis on:
   - Reconciling the general ledger to subsidiary ledgers and feeder systems;
   - Reconciling contractor trial balances to the general ledger;
   - Improving its controls for recording and accepting valid payment and obligations transactions;
   - Accounting for and recording accruals;
   - Classifying and reporting intragovernmental transactions;
   - Developing revised or additional reports for program officials to use to monitor and control budgets;
   - Performing data reconciliations routinely; and
   - Resolving error conditions.
2. Fully documents the business processes and controls required for the accurate and timely operation of the STARS system;
3. Implements routine controls; and
4. Provides additional training to its accounting staff and program officials.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Management Response:

As Chief Financial Officer (CFO), I concur with your findings and recommendations. The reportable condition on Financial Management and Reporting Controls is considered to be a material weakness for financial statement audit purposes and the Department considers this a significant issue as a reportable condition under the Federal Managers' Financial Integrity Act.

I am in full agreement with the above-listed recommendations. While progress has been made in some of the issue areas; e.g., module to general ledger reconciliations, integrated contractor reconciliations, and correction of legacy system data conversion errors, considerable work remains to be done to fully resolve all outstanding substantive issue areas, including those specifically identified in your recommendations. The Department's leadership is fully committed to resolving these issue areas on an accelerated basis. On October 27th I established a cross-discipline, dedicated CFO Issues Resolution Tiger Team and designated a senior-level executive, in whom I have utmost confidence, to lead this effort. Team membership is comprised of top-quality employees from Headquarters and field offices that bring the expertise, perspective, and commitment prerequisite to achieving success on this highly time-sensitive project. The root causes for the outstanding issues and implementation of appropriate solution sets at the earliest possible point in time will ensure we move toward processing our FY 2006 transactions and related reporting.

This Team is specifically charged with developing an executable, integrated Plan of Action and Milestones (POA&M) for both short-term and long-range solutions. We will be implementing an issue tracking process, analyzing issues for root cause, formulating corrective action teams, and utilizing an integrated approach to problem resolution. The overall goal is to develop a clear path forward that will lead to short-term fixes to immediate operational problems as well as some fundamental changes in the way we do business in the long run.

You have my assurance that I will personally monitor actual progress against the POA&M and that the areas of emphasis on continuing to improve accounting operations and controls related to STARS deployment will be top priorities, as well as fully documenting business processes and controls, implementing routine controls, and providing additional training to the Department's accounting staff and program officials.

The Secretary and the Deputy Secretary share my commitment to resolving all of the issues and problems that contributed to this Reportable Problem on Financial Management and Reporting Controls.

**Reportable Condition: <u>Unclassified Network and Information Systems Security</u>**

Auditors' Recommendation:

While progress has been achieved, continued focus is needed to resolve the vulnerability and access weaknesses described above. Therefore, we recommend that the program officials, in conjunction with the CIO, fully implement policies and procedures to ensure that the Federal information security standards are met and that networks and information systems are adequately protected against unauthorized access.

PROTECTED MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Management Response:

The Chief Information Officer (CIO) concurs with the auditors' recommendation that full implementation of policies and procedures by the CIO and program officials is necessary to ensure that the Federal information security standards are met and that networks and information systems are adequately protected against unauthorized access. Toward that end, four basic program areas have been established.

1. Departmental Program Direction and Guidance

This area addresses the essential management processes that must be established or modified to provide for a strategic, integrated approach to DOE cyber security. The outcome is expected to be a common management and policy framework, based on national consensus standards, which must be adhered to by all organizational elements before considering any added controls that might be necessary to effectively protect information and information systems for which they have responsibility. It includes recommendations related to corporate-level planning, policy setting, and program governance.

2. Program Support Mechanisms

This area addresses programmatic elements that must be established or enhanced, primarily by the Office of the CIO, to enable and better assist line managers in implementing effective cyber security programs. It includes improvements in threat assessments, communications, identification and procurement of technical tools, incident response, training, and field assistance.

3. Line Management Implementation

This area addresses actions required of line managers to ensure cyber security program effectiveness and includes improved senior management involvement, staffing and budgeting, roles and responsibilities, and the flow down of cyber security requirements.

4. Performance Measurement and Accountability

This area addresses the management processes necessary to ensure that the DOE cyber security program is achieving the desired results and, if not, to strengthen or redirect efforts to improve performance, including performance metrics, progress reporting, and progress reporting of cyber security performance.

The leadership of the Department is committed to improving the cyber security posture of its information systems, including its financial systems. This management response leverages the corporate strength of the entire Department toward the end state of improved security.

Sincerely,

Susan J. Grant
Chief Financial Officer