PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Document 4- Attachment A

# SECTION M - EVALUATION FACTORS FOR AWARD

## M.1 NOTICE LISTING SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

The following solicitation provisions pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the FAR provision at FAR "52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE" in Section L of this solicitation. See FAR 52.252-1 for an internet address (if specified) for electronic access to the full text of a provision.

| NUMBER | TITLE | DATE |
| --- | --- | --- |
| 52.217-5 | EVALUATION OF OPTIONS | JUL 1990 |

## M.2 METHOD OF AWARD (BEST VALUE)

Award will be made to the responsive responsible offeror whose proposal is most advantageous to the Government, price and other factors considered. The Government intends to evaluate proposals using a two-step methodology.

In the first step, proposals shall be evaluated based upon the technical factors and subfactors described below (Functional Requirements & Technical Requirements, Past Performance & Risks, Implementation Support, Pricing, Project Management), and for price reasonableness. Prior to being evaluated in terms of the technical factors and subfactors, proposals must meet the requirements set forth in section C, and be compliant with the terms and conditions of this solicitation. Offerors proposed price will be considered independently of the technical criteria and will not of themselves be accorded any specific numerical rating. Based on these evaluations, a Competitive Range (FAR Part 15) consisting of the most highly rated proposals will be established.

The second step will involve evaluation of a product demonstration against test cases. Vendors that meet the stated requirements and are determined to be in the Competitive Range will be included in the next phase of the evaluation and be asked to demonstrate their product against test cases. Scripts that define scenarios and processes to determine their operational capability in meeting technical and functional requirements will be provided to each Vendor in the Competitive Range.

The contract resulting from this solicitation will be awarded to the responsible offeror whose offer, conforming to the solicitation, is determined to provide the "best value" to the Government, which may not necessarily be the proposals offering the lowest cost nor receiving the highest technical rating. It should be noted that cost is not a numerically weighted factor. Although non-cost factors are significantly more important than cost, cost is an important factor and should be considered when preparing responsive offers (proposals). The importance of cost as an evaluation factor will increase with the degree of equality of the proposals in relation to the remaining evaluation factors.

When the offerors within the Competitive Range are considered essentially equal in terms of technical, past performance and other non-cost factors (if any), or when cost is so significantly high as to diminish the value of the technical superiority to the Government, cost may become the determining factor for award. In summary, cost/non-cost trade offs will be made, and the extent to which one may be sacrificed for the other is governed only by the tests of rationality and consistency with the established factors.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Document 4- Attachment A

Prospective contractors are advised that the selection of a contractor for contract award is to be made, after a careful evaluation of the offers (proposals) received, by a panel of specialists chosen by DOL/OASAM. Each panelist will evaluate the proposals for technical acceptability using the ratings described in Section M.3, below. The factors are presented in the order of emphasis that they will receive. The scores will then be averaged to select a contractor for award on the basis of their proposal being the most advantageous to the Government, price and other factors considered.

If there are no significant technical differences among offerors, price alone will be the determining factor for source selection.

## M.4 EVALUATION FACTORS AND RATINGS

*****Offers will be evaluated using a Cascading method of evaluation.**

**(1) Offers are being solicited from both small and large business under a two-tiered solicitation.**

**(2) Offers from all small business will be considered for award prior to any offers from large businesses.**

**(3) (a)If the Contracting Officer determines that sufficient competition exists between small businesses, an award will be made to a small business, under the first tier, without consideration of offers submitted by large businesses.**

**(b)If the Contracting Officer determines that insufficient competition exists between small businesses, offers from large businesses as well as small businesses will be considered for award.*****

## General

The Government will apply the following evaluation criteria to identify the best value proposal(s). The evaluation criteria represent key areas of importance to be considered in the source selection decision. The evaluation criteria (factors, subfactors, and elements) were chosen to support a meaningful discrimination between and among competing proposals. The proposals will be evaluated against the Government's objectives and requirements using these factors:

- Past Performance;

Technical and Management Approach;
Cost.

Note: for purposes of this acquisition, references to "Price" and "Cost" are considered interchangeable.

## Definitions

In order to provide insight into the Government's value of the evaluation criteria, the following terminology is used:

- More Important. The criterion is greater in value than another criterion.

Comparatively Equal. The criterion is nearly the same in value as another criterion; any difference is very slight and unimportant.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



## Relative Importance of Evaluation Criteria

Non–cost factors are comparatively equal. Each of the non–cost factors is divided into subfactors. Non–cost factors are divided into subfactors, which are further divided into elements. Subfactors are comparatively equal within each factor. All elements within a subfactor are comparatively equal. Each non–cost factor individually is more important than the Cost factor. When combined, non-cost factors are significantly more important than Cost.

## Non-Cost Factor Evaluation Ratings

*Table 1: Non-Cost Factor Evaluation Ratings*

| Adjectival Rating | Technical Capability | Strengths | Weaknesses | Past Performance |
|---|---|---|---|---|
| Outstanding | posal exceeds require arly demonstrates the s capability to deliver onal performance. | re numerous strength irect benefit to the ment. | sses are considered icant and have no app to the program. | relevant/very recent past ance in all identified pas ance efforts; excellent ance ratings. |
| Excellent | posal is satisfactory; is capable of meeting ance requirements. | trengths exist that are to the Government; th s clearly offset weak | veaknesses exist; they ble with minimal ment oversight or dire | t/somewhat recent past ance in all identified pas ance efforts; acceptable ance ratings. |
| Acceptable | posal is minimally ad ror is most likely able rformance requireme | engths exist that are o to the Government; th s do not offset the sses. | tial weaknesses exist pact the program; the ble with some Gover nt and direction. | hat relevant/not very rece ance; mostly acceptable ance ratings. |
| Marginal | posal is inadequate; i l whether the offeror rformance requireme | f any, strengths exist fit to the Government sses clearly offset the s. | sses exist that advers he program; they are ble with significant ment oversight and n. | levant past performance ed; mostly unacceptable ance ratings. |
| Unacceptable | posal is highly inade ror cannot meet perfo nents. | re no beneficial stren | us weaknesses exist ficant that a proposal not feasible within a timeframe. | levant past performance ed; almost all unacceptab ance ratings. |
| Neutral | Not used | Not used | Not used | tely lacks relevant perfo or past performance is able, not due offeror's fa information. |

## Risk Assessment Ratings

The Government performs a risk assessment of each offeror's proposal. The proposal risk assessment focuses on the risks and weaknesses associated with the offeror's proposed approach. Assessment of risk is done at the non-cost factor levels, and includes potential for disruption of schedule, degradation of performance, and the need for increased Government oversight as well as the likelihood of unsuccessful contract performance. For any risk identified, the evaluation addresses the offeror's proposal for mitigating those risks and why that approach is or is not feasible. The table below provides definitions to be used for risk assessment of non-cost factors.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



*Table 2: Risk Assessment Ratings for Non-Cost Factors*

| Risk Rating | Description |
|---|---|
| | 's proposed approach is likely to cause significant disruption of schedule or degradation of perfo l require a high level of contractor emphasis and Government monitoring to overcome difficulties |
| h | 's proposed approach is likely to cause a moderate disruption of schedule or degradation of perfo l require a medium level of contractor emphasis and Government monitoring to overcome difficult |
| | 's proposed approach is likely to cause minimal or no disruption of schedule or degrada ance, and will require a low level of contractor emphasis and Government monitoring to ov ies |

(1) Risks may occur as a result of a particular technical approach, business process, management approach, or as a result of the schedule and economic impacts associated with these approaches.

(2) A risk assessment rating will be used along with the ratings for each assessed factor. The statements within the rating definitions assess different evaluation aspects rather than the risk assessment ratings. The statements within the rating definitions reflect how well the Past Performance and Technical and Management volumes meet the solicitation requirements.

## Non–Cost Factor Evaluation Criteria

## Factor 1 – Past Performance

The Government assesses the offeror's capability to perform tasks under the solicitation by evaluating the offeror's past performance as a prime contractor on previous contracts. Only past performance data regarding FM SSP efforts completed within the last three years, or work that is ongoing, is evaluated. The lack of relevant past performance information will result in the assignment of a neutral rating (i.e., neither favorable nor unfavorable). Technically complex tasks managed and implemented across an enterprise will be rated higher than tasks of lesser size, scope, and complexity.

*Subfactor 1 – Previous Contracting Effort #1*

The Government evaluates the offeror's past performance as the prime contractor in management of large and complex FM SSP–related efforts. The evaluation focuses on the offeror's technical understanding and technical capability as demonstrated by the size, scope, complexity, and results achieved in fulfilling the objectives of actual contracts and task orders similar to those contained in Section C of the solicitation. Technically complex tasks managed and implemented across an enterprise similar to DOL rate higher than tasks of lesser size, scope, and complexity. The evaluation also focuses on the innovative solutions developed and implemented by the offeror to address complex efforts and technical challenges, along with the results achieved. Emphasis is placed on the application and use of performance metrics and quality assurance plans that demonstrate program objectives and customer expectations were met or exceeded.

**Element 1. Past Performance Information Data**

The Government evaluates the offeror's proposal to determine the degree to which the offeror demonstrated its past performance in hosting, maintaining, and operating financial management systems consistent with the objectives and complexity described in the SOO (Section C). At a minimum, offerors must provide evidence of experience (i.e., in at least three contract(s) or order(s)) covering all SOO task areas. Technically complex FM SSP performance across an enterprise rates higher than tasks of less size, scope, and complexity. Successful past performance of data migration and data cleansing will also warrant a higher rating.

**Element 2. Cost Control**

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



The Government evaluates the offeror's ability to deliver services at an agreed–to price/cost. Variances in the award amounts and the amounts at completion (or Estimate To Complete) are evaluated to determine the extent to which the offeror controlled customer costs. Past Performance with lower cost variance relative to OMB thresholds will be evaluated higher than past performance with larger variances.

**Element 3. Schedule Control**

The Government evaluates the offeror's ability to deliver a service according to an agreed–to schedule. The cause of any schedule variances is evaluated to determine the extent to which the offeror was able to deliver services on time.

**Element 4. Organizational Change Management**

The Government evaluates the offeror's ability in Past Performance to provide integration and coordination of all activities needed to execute the contract to satisfy the customer's requirements and objectives, including transition management services (e.g., training, migration planning, change management, sequencing).

**Element 5. Quality**

The Government evaluates the offeror's ability to provide a service that met the customer's quality requirements. Examine the offeror's performance to determine if the quality of service necessary in providing conformance to contract requirements was met.

**Element 6. Socioeconomic Goals**

The Government evaluates the offeror's ability to meet subcontracting goals (large businesses and federal agencies proposing the use of contractors). Consider any circumstances that negatively impacted the offeror's ability to consistently meet or exceed small business subcontracting goals.

**Element 7. Subcontracting Management**

The Government evaluates the offeror's proposal to determine the extent that subcontracting management goals were met. This determination includes whether subcontracts were awarded in a timely manner, whether subcontractors were paid on time, and whether there were any significant problems with subcontracts that resulted in cost, schedule, or performance problems in the contract completion.

**Element 8. Business Relations**

The Government evaluates the offeror's ability to demonstrate a business–like concern for the customer's interests and the ability to demonstrate reasonable and cooperative behavior. The Government examines the assessment to determine the degree to which the offeror met the levels of cooperation needed to act as an effective business partner.

### *Subfactors 2–4 – Previous Contracting Efforts 2–4*

**Elements 1–8**

Same as Subfactor 1 above.

## Factor 2 – Technical & Management Approach

The Government assesses the offeror's capability to perform under the contract by evaluating the offeror's proposed technical approach and capabilities.

### *Subfactor 1 – Technical Approach*

In response to the solicitation, the Government will evaluate the offeror's proposed technical solutions to address tasks similar to those in the solicitation.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Document 4- Attachment A

**Element 1. Viability of FM SSP Offering**

The Government evaluates the offeror's proposal on whether the solution being offered by the FM SSP includes an installed and operational FSIO-compliant core financial system (Oracle Federal Financials 11i); the minimum FSIO-required services (as defined in the FSIO Migration Planning Guidance): IT Hosting and Administration, Application Management, Implementation Services; a SAS-70 Type II audit within the past year that resulted in either an unqualified opinion or with findings that are not significant enough to impact the organization's ability to serve as an FM SSP; a financial audit within the past year that resulted in a clean opinion or a qualified opinion with findings that do not impact the organization's ability to serve as an FM SSP; and standards and templates for systems implementation, interface configuration, operations, and ongoing support.

**Element 2. Implementation Services**

The Government evaluates the proposal on the extent that the offeror demonstrates a repeatable set of best practices for delivering standardized services for the implementation of their FM SSP solution. The offeror's proposal is also evaluated on the degree to which the offeror's response demonstrates flexibility to accommodate unique agency business processes and a formal governance model for configuration management that communicates changes and impacts to the customer.

**Element 3. IT Hosting & Administration**

The offeror's proposal is evaluated to determine the degree to which the offeror's response demonstrates an understanding of the scope and complexity of infrastructure necessary and the level of effort involved to effectively provide IT Hosting and Administration of the underlying infrastructure for an FM SSP under this task as well as an ability to support increasing transaction volumes consistent with expanding services to meet customer needs, without adversely impacting current support levels

**Element 4. Application Management Services**

The offeror's proposal is evaluated to determine the degree to which the offeror's response demonstrates an understanding of the scope, complexity, and level of effort involved in managing a financial management application; staffing a help desk with regular hours of operation and personnel trained in the use of the Oracle Federal Financials; and the provision and adequacy of formal procedures for communication, escalation, and resolution of issues, including critical issues, non-critical issues, incidents and problems.

**Element 5. Service Level Agreement**

The Government evaluates whether the offeror's FM SSP Service Level Agreement has a performance measurement methodology with metrics that address system availability, performance, and costs and meets the FM LOB Service Assessment Guide performance measures.

**Element 6. Security and Incident Response**

The offeror's proposal is evaluated to determine the existence and adequacy of (1) Continuity of Operations (COOP) Plans for each agency it services and for which successful Disaster Recovery Testing has been performed within the last 12 months; (2) the offered FM SSP is implemented with the appropriate security controls consistent with the Federal Information Security Management Act (FISMA) and NIST Special Publication 800-53; (3) processes for performing periodic testing and evaluation of information security controls in accordance with FISMA and NIST Special Publications 800-37 and 800-53A; (4) evidence that all environments and applications being used to provide FM SSP services have been FISMA Security Certified and Accredited (SC&A) within the last three years; (5) no indication of significant deficiencies from the most recent FISMA risk assessment review completed for the FM SSP; (6) documentation that a Federal Information Security Management Act (FISMA) risk assessment was completed within the last 36 months in accordance with NIST Special Publication 800-30; (7) an appointed information systems security officer as required under FISMA.

**Element 7. Federal Enterprise Architecture**

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



The Government evaluates the offeror's proposed Target Enterprise Architecture for its alignment with the Federal Enterprise Architecture (FEA) Business and Data Reference Models.

**Element 8. Requirements Compliance**

The Government evaluates the extent to which the offeror demonstrates its customer-relevant financial management systems are substantially compliant with FFMIA system requirements, including FSIO mandatory requirements, USSGL, CGAC structure, and accounting standards; and its ability to support DOL mandatory requirements.

**Element 9. Feeder System Interfaces**

The Government evaluates the extent to which the offeror demonstrates its ability to support an interface to the FM-related E-Gov Initiatives including E-Travel, Central Contractor Registration (CCR), and E-Payroll; its ability to use acceptable tools and processes to develop automated interfaces with feeder systems electronically as part of its solution . Support is defined as being capable of interfacing or integrating with one or more of the solutions provided by these initiatives. The offeror's proposal is evaluated on the capability of the offeror's existing feeder system interfaces to accommodate data interchange for the type of transactions processed and interchange methods used by DOL's feeder systems to provide continued automation of DOL business functions and processes to support the objectives and requirements of the solicitation; and experience implementing agreements similar to the interconnection security agreement and Memoranda of Understanding outlined in NIST Special Publication 800-47 for agency feeder systems such as Federal ePayroll, eTravel, SmartPay credit card systems, etc.

**Element 10. Enhancement Development Approach**

The offeror's proposal will be evaluated on their demonstrated ability to provide software enhancements to address customer unique requirements in such a way that does not impact the core Oracle Federal Financials COTS product.

**Element 10. Financial Management Reporting**

The Government evaluates the extent to which the offeror demonstrates their FM SSP solution provides standard and ad hoc reporting capabilities that fulfill DOL's objectives and requirements for financial management reporting. The offeror's proposal is evaluated on the capability of reports provided to fulfill external reporting requirements; to convey information in a clear, concise, and easy to use manner; and to enable more efficient financial control and improved financial management decision making within DOL.

*Subfactor 1 – Management Approach*

The Government assesses the offeror's ability to successfully manage FM SSP implementations and operations by evaluating its structure, quality focus, business operations, Human Resource practices, and Subcontracting Plan.

**Element 1. Organizational Structure**

The Government evaluates the offeror's proposed organizational structure for the extent to which streamlined business operations, rapid decision making capability, and effective delivery of services is likely.

**Element 2. Quality Assurance Plan**

The Government evaluates the QA Plan presented by the offeror to ensure high quality in its FM SSP solutions. Consistency with the proposed Quality Assurance Surveillance Plan, Performance Work Statement, and Service Level Agreement is also evaluated.

**Element 4. Ability to Recruit, Train, and Maintain High–Quality Personnel**

Offerors shall provide a Compensation for Professional Employees Plan for evaluation and evidence that staff at each data center providing FM SSP services have the appropriate security clearances as required by NIST Federal Information Processing Standard 201, PIV Part1.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**Element 5. Subcontracting Plan (large businesses and federal agencies proposing the use of contractors)**

The offeror must identify key aspects of its Subcontracting Plan and how the offeror plans to meet or exceed the small business contracting goals set forth in the solicitation.

**Element 6. Key Personnel**

The offeror is evaluated on the suitability of proposed Key Personnel, the applicability and quality of their skill and experience. While no minimum experience is required, the Government will evaluate the extent to which proposed key personnel resumes demonstrate the full breadth of financial management and technical expertise necessary to implement, host, and manage a core financial management solution. Key personnel with financial personnel certifications (e.g., Certified Public Accountant - CPA; Certified Government Financial Manager - CGFM; Certified Internal Auditor - CIA; Certified Management Accountant - CMA; Certified Information Systems Auditor - CISA; and Certified Information Security Manager – CISM) are rated higher than Key personnel without a certification.

## Cost Factor

(1) The offeror is required to submit all cost data in the format indicated in the solicitation (See Sections B, J, and L). Offerors are required to submit their proposed costs for the entire period of performance, as set forth in the appropriate attachment to Section J of the solicitation. The evaluation period commences with the start of work which shall be assumed to be July 1, 2008.

(2) The Government will evaluate the proposed costs for completeness and reasonableness. Reasonableness of the overall cost will be determined on the basis of adequate cost competition and by comparison with the Independent Government Cost Estimate (IGCE).

(3) The Government may evaluate cost realism with regard to the ability of the offeror to meet objectives and requirements in terms of skills required, complexity of disciplines, and job difficulty if the Government deems such analysis necessary. The offeror's cost proposal will be compared to the technical proposals to determine the offeror's (a) understanding of work to be performed and (b) capability and capacity to provide the required services and accomplish the required objectives and requirements. Unrealistically low costs may indicate a lack of complete understanding of the objectives and requirements, a high–risk approach to performance, and/or an inability to attract and maintain a high–quality workforce. The Government considers the findings of such analysis regarding an offeror's ability to perform and the risk of its approach.

(4) The Government bases the cost evaluation for all proposals on the total Discounted Life Cycle Cost (DLCC) for each proposal. The total DLCC for the contract is the total of the costs to DOL for each contract period (base and option periods) with appropriate discount rates applied. The Government will use the discount factors indicated below based upon the nominal discount rate specified in OMB Circular A–94.

*Table 3: OMB Circular A-94 Discount Rates*

| Contract Period | Base | Opt. 1 | Opt. 2 | Opt. 3 | Opt. 4 | Opt. 5 | Opt. 6 | Opt. 7 |
|---|---|---|---|---|---|---|---|---|
| nt Factors<br>on OMB Circular A–9 | | | | | | | | |

**Comment [JGM1]:** Make Table header consistent with other tables.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**Factor 4 – Attachment B – Clarifications posted via Amendments to the Solicitation concerning the evaluation methodology**

*The following has been extracted from Amendment A0005 dated February 07, 2008*

9. **Reference:** At the top of page 62 of 69, reference is made to "…using the ratings described in Section M.3, below." We were unable to find section M.3. **Question:** Should the section labeled M.4 simply be labeled M.3? If not, please clarify.

   **Response:** Yes. Section "M.4. Evaluation Factors and Ratings" is revised to read "M.3 Evaluation Factors and Ratings"

10. **Reference:** Page 62, Section M4 "Cascading method of evaluation"; Page 67, Factor 2 Element 5 Subcontracting Plan, "the offeror must identify key aspects of its Subcontracting Plan and how the offeror plans to meet or exceed the small business contracting goals set forth in the solicitation."
    **Question:** DOL is soliciting offerors from both small and large businesses under a "two tiered" solicitation. Additionally, DOL states that subcontracting plans will be evaluated with regard to how the "offeror plans to meet or exceed the small business contracting goals set forth in the solicitation". There is no reference to a subcontracting plan in Section L and we did not find any guidance regarding small business subcontracting for large business prime offerors.

    Additionally, with FMLoB, DOL can leverage Shared Service Centers (SSCs) to reduce risk and provide inherent economies of scale. Commercial leaders have established SSCs which, by definition, utilized shared resources across customers. A broad small business subcontracting goal for NCFMS can effectively raise the price of service because the new small business staff cannot be shared effectively across an existing SSC resource base. That leads to the development of a custom, dedicated, resource model for NCFMS that is counter to the goals of a SSC.

    (a) Is it the Governments intent for the contractors to provide a Subcontracting Plan?
    (b) If yes, we request that OPM confirm that an offeror's GSA Corporate Small Business Subcontracting Plan is acceptable. This model has been used recently on other FMLoB procurements (e.g., OPM FSM).
    (c) Please also clarify submittal instructions for subcontracting plans.

    **Response:** (A) See Amendment A0004; (B) An offeror's GSA Corporate Small Business Subcontracting Plan is acceptable as long as it meets the subcontracting plan requirements of this solicitation; (C) See Amendment A0004

12. **Question:** Section M.4, Evaluation Factors, p62 calls for evaluating small business offerors first to determine if there is "sufficient competition between small businesses." Will the determination of sufficient competition include an evaluation of price reasonableness?

**Response:** Yes. Price Reasonableness will be included in the determination of whether or not sufficient competition exists under tier 1.

17. **Question:** Please identify the preference provided to small business offerors in the evaluation of their technical and management proposals?

    **Response:** None.

18. **Question:** In the event of a finding of "sufficient competition" between small business offerors, will the Department of Labor award to a small business offeror at a "fair and reasonable price" independent of the technical and management scores of the small business offeror's proposal? If not, are there minimum technical and management scores that the small business offeror must achieve? Will the small business offeror be required to achieve "minimally acceptable" or "acceptable" technical and management evaluations?

    **Response:** Sufficient competition will be determined to exist if proposals are received from two or more responsible small business concerns that are competitive in terms of market prices, quality, and delivery, in accordance with FAR 19.502-2.

34. **Question:** Page 62 - Evaluation Factor M4 Question – In what order will federal SSPs be considered for contract award? The RFP indicates that "offers from a small business will be considered for award prior to any offers from large businesses". However; federal SSPs are not included in that statement.

    **Response:** The RFP statement you quoted is accurate. Beyond small business consideration, there is no other "order". Federal SSP's are considered "Other than small business".

41. **Reference:** On pages 46 of 69, under the heading Past Performance Volume Requirements (Volume 1), the following statement is found: "Volume 1 shall consist of four Past Performance sections, one for each of the three required Past Performance References." This is followed on page 47 by: "The Past Performance section shall include three current contracts or contracts completed within the last three years that are relevant to the objectives and requirements of this solicitation. The Offeror may also include current and completed contracts that are relevant to the objectives and requirements of this solicitation and that were performed for state government, local government, and/or private sector clients." Further on page 65 of 69, in Section M, under the subheader M.4 Evaluation Factors and Ratings – Factor 1 Past Performance – Subfactor 2-4, the following statement is found: "Previous Contracting Efforts 2 – 4"
    **Question:** Is it the Government intent to require the Offeror to provide three (3) or four (4) total past performance references?

    **Response:** The Past Performance Volume (Volume I) must include three (3) past performance sections, one for each of the Past Performance References submitted. All references to four (4) Past Performance References and four sections in Volume I are hereby modified to be only three references and sections.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



*The following has been extracted from Amendment A0006 dated February 12, 2008*

4. **Question:** Section L.6, Use of Support Contractors, p47, please identify the support contractor(s) assisting the government in its evaluation of offers.

   **Response:** No contractors are providing assistance in the evaluation of offers.

35. **Question: Reference:** On pages 46-47 of 69, under the heading Past Performance Volume Requirements (Volume 1), the following statements are found: "Volume 1 shall consist of four Past Performance sections, one for each of the three required Past Performance References…The Past Performance section shall include three current contracts or contracts completed within the last three years that are relevant to the objectives and requirements of this solicitation. The Offeror may also include current and completed contracts that are relevant to the objectives and requirements of this solicitation and that were performed for the state government, local government, and/or private sector clients…The Offeror shall provide detailed references for each Past Performance entry. A detailed reference will consist of (1) an overview of the contract, and (2) a Past Performance Survey…The Offeror shall also include in each overview a description of the scope of work performed and the results achieved. Each overview shall not exceed three pages.
    **Reference:** On page 64 of 69, under the heading Non-Cost Factor Evaluation Criteria, Factor 1 – Past Performance, Subfactor 1 – Previous Contracting Effort #1, and Element 1. Past Performance Information Data, the following statements are found: "The Government assesses the offeror's capability to perform tasks under the solicitation by evaluating the offeror's past performance as a prime contractor on previous contracts…The Government evaluates the offeror's past performance as the prime contractor in management of large and complex FM SSP-related efforts. The evaluation focuses on the offeror's technical understanding and technical capability as demonstrated by the size, scope, complexity, and results achieved in fulfilling the objectives of actual contracts and task orders similar to those contained in Section C of the solicitation…The Government evaluates the offeror's proposal to determine the degree to which the offeror demonstrated its past performance in hosting, maintaining, and operating financial management systems consistent with the objectives and complexity described in the SOO (Section C). At a minimum, offerors must provide evidence of experience (i.e. in at least three contract(s) or order(s)) covering all SOO task areas."
    **Reference:** On page 65 of 69, under the subheading Subfactors 2-4, the following statement is found: "Previous Contracting Efforts 2–4." **Question:** These sections appear to require 3 large and complex Federal FM SSP related references that the prime contractor has performed. This section also allows additional state, local, and commercial references. Write ups are limited to not more than three pages each. Can you confirm this interpretation? Are total references limited to four (i.e., three Federal and one state or local government, or commercial reference)? Can the fourth reference be a Federal engagement or is it limited only to state or local government or commercial?

    **Response:** The interpretation that the write-ups are limited to three responses is correct. While DOL prefers all references to be federal references, DOL will

accept relevant (e.g., Oracle-based financial implementations), state/local/commercial references, if offerors have no prior federal implementation experience.

*The following has been extracted from Amendment A0008 dated February 19, 2008*

1. **Reference:** Evaluation Criteria, Cost Factor, page 69. (4) The Government bases the cost evaluation for all proposals on the total Discounted Life Cycle Cost (DLCC) for each proposal. The total DLCC for the contract is the total of the costs to DOL for each contract period (base and option periods) with appropriate discount rates applied. The Government will use the discount factors indicated below based upon the nominal discount rate specified in OMB Circular A–94. **Question:** The current RFP applies A-94 to significantly discount out year prices for purposes of price evaluation. The effect is that the evaluated price differential between high and low bidders is discounted in out years. The compression in evaluated prices can be significant when accruing across 8 or 10 years, as is common in FMLOB procurements and in this RFP. For example, in the 7th option year, the evaluated price differential between high and low bid prices is discounted by 29% relative to the actual bid prices, providing advantage to higher prices in the O&M phase. These discounts become material when accrued for all years. We suggest that for purposes of price evaluation under the RFP that A-94 be removed from the RFP, consistent with the practice of previous FMLOB RFPs, and that price be evaluated based on total proposed prices.

   **Response:** DOL will not make the suggested change at this time.

17. **Page 62 – Evaluation Factor M4 – Question -** In what order will federal SSPs be considered for contract award? The RFP indicates that "offers from a small business will be considered for award prior to any offers from large businesses". However; federal SSPs are not included in that statement.

   **Response:** Offers from a small business will be considered for award prior to any offers from large businesses or federal FM SSPs.

38. **Question:** As part of the cascading evaluation, will the public competition be evaluated at the same time as small business? Or will it be evaluated with the large business proposals? Or will it be evaluated with both?

   **Response**: Offers from federal FM SSPs will not be evaluated with the initial evaluation of small business offers.

39. **Question: Section M.4 – Evaluation Factors and Ratings** Please clarify "cascading" or whatever contracting approach is being used for this solicitation. Is this in the sheltered market or potentially in a sheltered market?

   **Response:** Refer to section M.4 (3)(a) and (b) "Evaluation Factors and Ratings" on page 62 of 69 of the solicitation.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



40. **Question: Section M.4 – Evaluation Factors and Ratings** Can the same group of firms bid both sheltered and non-sheltered with different prime contractors on separate bids?

    **Response:** Yes.

*The following has been extracted from Amendment A0009 dated February 22, 2008*

28. **Question:** We suggest that the Department of Labor require or give higher value to Federal client references. Federal financial management practices are unique; hence, allowing the inclusion of non-Federal clients as references could make the evaluation of references challenging as the management and processes behind non-Federal implementations do not map to the Federal methods. Additionally, since Oracle Federal Financials is in use at over half of Cabinet level agencies as their financial system of record, and other Federal agencies, we believe that those agency references present a sufficient pool and would map best to DOL's requirements and needs for performance verification.

    **Response:** Noted.

35. **Question:** The Solicitation indicates that the Department has determined to implement Oracle Federal Financials as the core component of the NCFMS. In order to maximize value to the Department, ensure a fair and robust competition, and protect against actual or apparent conflicts of interest, has the Department considered the advantage to it of assuring a level playing field between all potential bidders (including affiliates of the software provider)? For example, by requiring a specific software package, has the Department considered the potential for unfair or uncompetitive pricing (inconsistent with the FAR) in the event that an affiliate of the software provider is an interested bidder? Has the Department considered the potential price disadvantage to the Government in such an event? With that consideration in mind, has the Department considered the following available solutions which protect the integrity of the competition and facilitate the availability of the best pricing for the solution: (a) We understand that the Department has the ability to procure the Oracle software and commercial support directly from Oracle pursuant to one or more Blanket Purchase Agreements or Federal Supply Schedules in place between the Government and Oracle. In order to maximize value to the Department and protect the integrity of this procurement, will the Department consider procuring the Oracle Federal Financials software and support directly and, thereby, amend this Solicitation to state that all required Oracle Federal Financials software and support will be furnished as Government Furnished Property? (b) In order to maximize value to the Department of Labor, can the software provider agree in writing or otherwise commit to the Department of Labor that it will provide the necessary software licenses and associated support for Oracle Federal Financials to all NCFMS prime contract bidders on a nondiscriminatory basis, i.e. at prices and on terms and conditions that eliminate price discrimination and other unfair treatment in favor of any subsidiary or affiliate? (c) In the alternative, will the Department consider amending the Solicitation to provide that the price evaluation will not consider the cost of software licenses and support for Oracle Federal Financials?

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**Response:** a. No b. DOL cannot respond for the "software provider." c. DOL cannot say we will not consider the cost of software licenses and support.

53. **Question**: Section M4, Evaluation Factors and Ratings, Factor 2, Technical & Management Approach - This section states that the government will evaluate whether the solution includes installed and operational FSIO-compliant core financial system (Oracle Federal Financials)." Similarly, Element 6 states that DOL will evaluate whether "the offered FM SSP is implemented with the appropriate security controls consistent. with NIST 800-53" Is it the government's intent to restrict competition to only SSPs with currently installed and accredited Oracle Federal Financials implementations (e.g., systems already in use by other agencies)? Further, is it the government's intent to combine their financial operations with such a system that is already in use by another agency?

    **Response:** No to both questions. It is the Government's intent that the offeror have a facility already accredited or able to be accredited before our operational date.

54. **Question:** Section M.4, Cascading Methodology - Under the Cascading method of evaluation, if the Government receives at least two qualified bids from small businesses, then the government will exclude public Shared Service Centers (FM Lines of Business) and large businesses from consideration. Since the solicitation is characterized as a limited private/public competition, was it the Government's intent to limit competition and not evaluate bids from public SSPs and large businesses?

    **Response:** No, and we encourage all small and large businesses, public and private, to submit competitive proposals.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4-Attachment C



**From:** Jordan, Ronald - OASAM
**Sent:** Tuesday, May 13, 2008 10:07 AM
**To:** 'Ficalora, Rosemary (US - Reston)'
**Subject:** RFP DOL089RP20497 - NCFMS - OCD/DISCUSSION DATE

Ms. Ficalora,

Reference my email, May 9th, same subject. This is your notification that your vendor presentation is scheduled on Tuesday, May 27, beginning at 8:00 a.m. at your designated location in the greater Washington, DC, area. Specifics relating to your presentation -- functionality to be demonstrated and clarifications to your proposal information in your proposal(s) -- will be provided five business days prior to presentation date.

Any questions should be referred to Ronnie Jordan at (202) 693-4595, or via email at jordan.ronald@dol.gov.

Sincerely,

Ronnie Jordan
Contracting Officer
202-693-4595
202-693-4579 (fax)

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4-Attachment D(1)



**From:** Jordan, Ronald - OASAM
**Sent:** Friday, May 16, 2008 3:48 PM
**To:** 'Ficalora, Rosemary (US - Reston)'
**Subject:** RFP DOL089RP20497 - NCFMS - OCD/DISCUSSION

**Attachments:** Attachment 1 - Proposal Review Questions.xls; Attach 2 - OCD.xls; Attachment 3 - Additional Questions.xls
Ms. Ficalora,

The following is Source Selection Sensitive for the NCFMS Solicitation. This information is for the exclusive use of appropriate members of the Source Selection Evaluation Board for the NCFMS Solicitation.

Per my email dated May 09, 2008, subject: RFP DOL089RP20497, this is to advise you that DOL has scheduled Deloitte's meeting for RFP DOL089RP20497, NCFMS Project, for Tuesday, May 27, beginning at 8:00 am, at the place of your designation. The agenda is attached below for your reference.

1) The specific questions we expect you to answer and be prepared to discuss during the "Proposal Review: Questions", are captured in Attachment 1. Please provide 20 printed copies of your responses to these questions to myself at the start of the meeting. Also provide an electronic version by email no later than COB May 23.

2) The specific functionality we expect you to demonstrate during the Operations Capability Demonstration (OCD) is captured in Attachment 2.

3) Additional questions we expect you to answer but not necessarily discuss are in Attachment 3. Also, provide 20 printed copies of your responses to these questions to myself at the start of the meeting and send an electronic version by email no later than COB May 23.

***All questions represent areas where the need for clarification is known at this writing; DOL reserves the right to ask any additional questions on any part of your proposal at the meeting or during any part of the rest of our evaluation process.***

| Times | Topic | Presenter/Attendees |
|---|---|---|
| 8:00 - 8:15 | Welcome | DOL CO and NCFMS PM / All |
| 8:15 - 8:45 | Proposal Highlights | Offeror Program Manager / All |
| 8:45 - 10:00 | Proposal Review: Questions (Attachment 1) | DOL CO and NCFMS PM / All |
| 10:00 - 10:15 | Break | |
| 10:15 – 11:45 | OCD (Attachment 2) | DOL NCFMS PM / All |
| 11:55 - 12:00 | Summary | DOL CO and NCFMS PM / All |
| 12:00 - 12:15 | Break | |
| 12:15 - 3:00 | DOL Session | NCFMS PM/DOL attendees only |

Subsequent to the meeting you will have two days to develop revisions to your proposal if necessary. You should make every effort to ensure that revisions to the Tech and Management and Cost Volumes are accomplished within the page limits of the original proposal, with all revisions being clearly marked. Revisions to Volume IV should be clearly marked.

Any questions should be referred to me at (202) 693-4595, or via email at jordan.ronald@dol.gov.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**Please confirm receipt**

Sincerely,

Ronnie Jordan
Contracting Officer
202-693-4595
202-693-4579 (fax)

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment D(2)

| Question | Reference |
| --- | --- |
| 192 - Phase one of the project has SW pricing of $4.8M, please explain the timing for this pricing. Can Deloitte charge for SW later in the development lifecycle? Why is it necessary to charge for it in phase one? | Volume: 3; Section: WBS Pricing; Page: NA |
| 132 - Please explain your rationale for setting up the accounting code classififcation. Discuss why you choose to use a single set of books instead of multiple sets of books and how you will manage the agencies that are on a program year that begins on July 1.Include pros and cons of each option. | Volume: 2; Section: 3.2.3 FM SSP Implementation Strategy; Page: 12 |
| 187 - How does the vendor support multiple ALCs under the same set of books? | Volume: NA; Section: NA; Page: NA |
| 189 - Provide details on your predefined Oracle account code structure including the number of characters in each segment and whether your solution meets DOL requirements. | Volume: NA; Section: NA; Page: NA |
| 128 - Please explain your rationale and approach for upgrading from Oracle Federal Financials Release 11i to Release 12 including how you determined the schedule to October 2012 upgrade. | Volume: 2; Section: Major Upgrade Schedule; Page: 8 |
| 141 - Explain your process for migrating data from DOLAR$ to NCFMS in preparation for making NCFMS the system of record at DOL on 10/1/2009. Include how you intend to support DOL agencies that operate on a program year where PY2010 begins on July 1, 2009. | Volume: 4; Section: 3.2.7 Data Conversion Approach; Page: 20 |
| 186 - Discuss how the Working Capital Fund (WCF) would be set up, allocated in accordance with agency agreements, monitored for spending and funds availability. | Volume: NA; Section: NA; Page: NA |
| 131 - Please explain your methodology for assessing and developing interfaces for NCFMS at DOL. How did you determine whether to build a real time interface vs. a batch interface? For the outputs from NCFMS how did you determine whether to build an output interface vs. building a flat file report? Finally, please provide the interface types planned for each of the interfaces you have identified building (as opposed to providing out of the box). | Volume: 2; Section: 3.1.9 Oracle Software-related Assumptions; Page: 9 |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment D(3)

## NCFMS - Vendor Selection
## Operational Capabilities Demonstration (OCD)

**Category: Invoice Processing**

| | Items to Demo or Review (Issue or Process) | Additional information to be gained from OCD session or question or discussion topics |
|---|---|---|
| 1 | Invoice Processing | Show a document in the system with available obligated funds found across multiple agencies. |
| 2 | Invoice Processing | Capture invoice data to include: vendor invoice number or account number; invoice date; invoice receipt date; vendor ID number; and additional invoice data that may be required (**PMC-01**). |
| 3 | Invoice Processing | Validate for duplicate vendor invoices (**PMC-05**). Demonstrate a valid and invalid invoice for duplicate vendor invoices. |
| 4 | Invoice Processing | Validate invoices from CCR vendors (**PMC-06**). Demonstrate a valid and invalid invoice from CCR vendors. |
| 5 | Invoice Processing | Match invoices to obligations, receiving reports and acceptance information by document line item and quantity (**PMC-08**) |
| 6 | Invoice Processing | Set-up recurring payments (**PMC-14**). |
| 7 | Invoice Processing | Record payment as a partial or final payment of the referenced obligation (**PMC-12**). |
| 8 | Invoice Processing - Edit Criteria | Define the criteria to be used in editing for duplicate vendor invoices (**PMC-04**). |
| 9 | Invoice Processing - Edit Criteria | Define reason codes for invoice processing errors (**PMC-17**). |
| 10 | Invoice Processing - Edit Criteria | Define reason codes for improper invoices (**PMC-19**). |
| 11 | Invoice Processing - Edit Criteria | Import CCR vendor updates (**PMC-23**). |
| 12 | Task | Associate documents with source documents (**SMC-03**). |
| 13 | Task | Re-open a closed document (**SMC-07**). |
| 14 | Task | Reference multiple prior documents (**SMC-08**). |
| 15 | Query | Perform a related documents query (**SMC-10**). |
| 16 | Query | Perform a standard document transactions query (**SMC-11**). |
| 17 | Query | Perform a standard document query (**SMC-12**). |
| 18 | Query | Perform outstanding receivable balance query (**RMB-25**). |
| 19 | Report | Generate the FMS 224 report (**FBC-10**). |
| 20 | Report | Allow agencies to independently run the FMS Form 224 report and related bulk files for the ALCs they are responsible for (**FBC-10.01**). |
| 21 | Report | Provide ability to selectively exclude certain ALCs from the FMS Form 224 bulk file for transmission to Treasury (**FBC-10.02**). |
| 22 | Report | Demonstrate how the system produces reports on elimination entries for receivables/payables and revenues/expenses between agencies at the Department level. |
| 23 | Financial Statement | Demonstrate the application's ability to produce required Department of the Treasury reporting for FACT I and FACT II by appropriation. (**GLG-07**) |
| 24 | Financial Statement | Demonstrate how the system produces the detail balance for the US Standard General Ledger and in particular for SGL accounts: 1010, Fund Balance with Treasury; 1312, accounts receivable; 2110, accounts payable; and 4800, obligations. (**GLG-04, GLG-05, GLG-06, GLF-07**) |
| | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment D(3)

**NCFMS - Vendor Selection**

**Operational Capabilities Demonstration (OCD)**

| Category: Invoice Processing | |
|---|---|
| **Items to Demo or Review (Issue or Process)** | **Additional information to be gained from OCD session or question or discussion topics** |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment D(4)

| Question | Reference |
| --- | --- |
| 179 - Provide information relative to meeting subcontracting goals for the previous contracting effort references provided. | Volume: 1; Section: NA; Page: NA |
| 178 - Describe how you worked with subcontractors for the references provided. | Volume: 1; Section: NA; Page: NA |
| 183 - Your proposed solution is dependent on significant redesign to DOL's processes. Please clarify your approach with respect to process re-engineering, change management, and managing customization. | Volume: 2; Section: NA; Page: NA |
| 134 - You have requested for DOL to provide the following resources: Internal, external and IG audit reports and personnel throughout the project. All requests for Government Furnished Information will be handled on a case by case basis. Allow time for this process in your schedule where necessary. | Volume: 2; Section: 4.8 Management Approach Assumptions; Page: 48 |
| 182 - Your SLA showed you met the objective if 85% of the requirements were delivered. Please provide a rationale for a relatively low percentage. | Volume: 2; Section: NA; Page: NA |
| 184 - Provide evidence that processes in the QAP are used in your approach. | Volume: 2; Section: NA; Page: NA |
| 181 - You included an assumption that stated "enhancements over 40 hours are not in scope." Please clarify what you mean by that assumption. | Volume: 2; Section: NA; Page: NA |
| 185 - Your risk management process indicated risks were monitored quarterly; DOL expects risks to be monitored more frequently, especially during critical periods in development and implementation. Explain your rationale or adjust for more frequent monitoring. | Volume: 2; Section: NA; Page: NA |
| 180 - Describe any experience you may have providing this type of service for a large, federal organization. | Volume: 2; Section: NA; Page: NA |
| 191 - Will you provide WBS level 6 pricing for the following WBS elements: 01 02 02 02 01 Prepare Functional Requirements Document ($0.798M, a 2.5 month task); 01 03 02 03 01 Prepare Draft Detailed Design Document ($2.228M, a 4 month task); 01 04 02 06 01 Prepare Draft Acceptance Test Report and Approval ($1M, a 3.5 month task);01 05 02 01 01 Updated Implementation Plan and System Acceptance Letter ($.765M, a 2-month task). | Volume: 3; Section: WBS Pricing; Page: NA |
| 142 - Please explain your rationale for when and how often to apply major release upgrades (point upgrades) on Release 12. | Volume: 4; Section: 3.2 Assumptions; Page: 17 |
| 139 - Please explain your tranining rationale including how many users will be trained and in what capacity will they be trained. | Volume: 4; Section: 3.2 Assumptions; Page: 16 |
| 138 - You have requested for DOL to provide all required documentation including functional, technical, configuration and interface documents as well as other documents specified in DOL's RFQ during week 1 of the project.Please specify what specific documents you require during week 1. | Volume: 4; Section: 3.2 Assumptions; Page: 16 |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| 136 - Please provide an estimate for the DOL resources you will require during implementation by each phase. | Volume: 4; Section: 3.2 Assumptions; Page: 15 |
| 113 - What is the time window for NCFMS help desk support? | Volume: 4; Section: PWS; Page: NA |
| 176 - What is the latest start date we could have without impacting the October 1, 2009 operational date? | Volume: 4; Section: IMS; Page: NA |
| 143 - You have indicated that travel authorized by the COTR to DOL field locations will be conducted under government travel orders to allow Deloitte Consulting team members to obtain government rates. This is not a valid assumption. | Volume: 4; Section: 3.2 Assumptions; Page: 17 |
| 169 - IMS numbering should follow the template provided in the RFP. Items can be added, but none should be subtracted. Adjust IMS. | Volume: 4; Section: IMS; Page: NA |
| 171 - Assume that all basic program documents -- the Cost-Benefit Analysis (CBA), Program Management Plan (PMP), Programmatic Work Breakdown Structure (WBS), Risk Management Plan (RMP), budget documents (e.g., Exhibit 300), Enterprise Architecture – will be accomplished by the PMO, with updates from the FMLoB SSP. DOL anticipates that the End-of-Phase Review is a 1-2 day meeting where all the phase deliverables, previously approved individually, are verified as being complete and approval is granted to pr | Volume: 4; Section: IMS; Page: NA |
| 172 - The IMS will now require a detailed post-award IBR. Incorporate a one-week of activities supporting the IBR and eliminate tasks, if any, associated with a “kick-off.” | Volume: 4; Section: IMS; Page: NA |
| 174 - IMS should include IV&V activities for Test Plan, Testing Results, Draft Design Document, at a minimum. Is there sufficient time in your schedule for independent validation to occur concurrently or consecutively? | Volume: 4; Section: IMS; Page: NA |
| 175 - DOL anticipates all program documentation updates would occur just prior to the end-of-phase review to incorporate decisions throughout the phase and set the stage for the subsequent phase’s activities. Please provide a rationale for your approach or adjust your IMS. | Volume: 4; Section: IMS; Page: NA |
| 144 - You have indicated that the response and resolution time clock will stop if Deloitte Consulting is waiting for further information or clarification of an issue from any third party. Please provide an example for clarification on an instance where 3rd party response is required in regards to SLA calcuations. | Volume: 4; Section: 18.3.1 Helpdesk Assumptions; Page: 12 |
| 129 - What are your anticipated DOL work-space requirements for the life of this project? Additionally provide your reasoning for your space requirements. | Volume: NA; Section: NA; Page: NA |
| 190 - How much of your pricing is attributable to Interface work? Please provide WBS element(s) and dollar amounts. | Volume: 3; Section: WBS Pricing; Page: NA |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(1)

Deloitte.

May 23, 2008

Deloitte Consulting LLP

Proposal to Support

# U.S. Department of Labor

New Core Financial Management System
Oracle R11i Baseline with Upgrade to Oracle R12 Solution

RFP Number: DOL089RP20497

Source Selection Evaluation Board for the NCFMS Solicitation—Answers to Attachment 1 Questions



PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(1)

# U.S. Department of Labor

## New Core Financial Management System
## Oracle R11i Baseline with Upgrade to Oracle R12 Solution

**RFP Number: DOL089RP20497**

**Source Selection Evaluation Board for the NCFMS Solicitation—Answers to Attachment 1 Questions**

---

**May 23, 2008**

**Presented by**

Deloitte.

**Deloitte Consulting LLP**

12010 Sunset Hills Road, Suite 500
Reston, VA 20190

**Technical POC and Authorized Negotiator:**
Mr. Daniel J. Collins
Principal
Tel.: 202-220-2740
Email: djcollins@deloitte.com

**Contracts POC:**
Ms. Rosemary Ficalora
Contracts Manager
Tel.: 703-885-6320
Fax: 703-885-6661
Email: rficalora@deloitte.com

**Submitted To:**
Mr. Ronald J. Jordan
Contracting Officer
U.S. Department of Labor/OASAM
Office of Procurement Services
200 Constitution Avenue, NW, Room N-5416
Washington, D.C. 20210

This proposal or quotation includes data that shall not be disclosed outside of the Government and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this Offeror or Quoter as a result of or in connection with the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from other sources without restriction. The data subject to this restriction are contained in this entire proposal.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(1)

Deloitte.

Deloitte Consulting LLP
12010 Sunset Hills Road
Suite 500
Reston, VA 20190
USA

Tel: +1 703 885 6000
www.deloitte.com

May 23, 2008

Mr. Ronald J. Jordan
Contracting Officer
U.S. Department of Labor/OASAM
Office of Procurement Services
200 Constitution Avenue, NW, Room N-5416
Washington, D.C. 20210

RE: RFP DOL089RP20497 - NCFMS - Answers to Attachment 1 Questions

Dear Mr. Jordan:

The Deloitte Consulting LLP (Deloitte[1]) team is pleased to submit our response to questions received in Attachment 1 of your email dated May 16, 2008, pertaining to our above referenced proposal submitted on March 7, 2008. We believe our answers will further clarify our submittal; and, should it be necessary, we are prepared to provide a revised proposal on May 29, 2008 reflecting these clarifications.

We look forward to discussing our response to these questions, our Operations Capability Demonstration (OCD), any questions contained in Attachment 3 of the email, or any other areas DOL may wish to discuss on Tuesday, May 27, 2008 at our offices located at 555 12th Street, N.W., Suite 500, Washington, D.C.

If you have any questions or require additional information, please contact me at 202-220-2740, or by email at djcollins@deloitte.com. Should you have any contractual questions, please contact Ms. Rosemary Ficalora, Contracts Manager, at 703-885-6320, or by email at rficalora@deloitte.com.

Very truly yours,

Daniel J. Collins

Daniel J. Collins, Principal
Deloitte Consulting LLP

---

As used in this document, "Deloitte" means Deloitte Consulting LLP, a subsidiary of Deloitte LLP. Please see www.deloitte.com/us/about for a detailed description of the legal structure of Deloitte LLP and its subsidiaries.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



# Table of Contents

**Answers to Attachment 1 Questions .......... 1**
Question 192 .......... 1
Question 132 .......... 1
Question 187 .......... 2
Question 189 .......... 3
Question 128 .......... 5
Question 141 .......... 5
Question 186 .......... 6
Question 131 .......... 7

Note: All questions have been responded to in the order provided by the government in email dated May 16, 2008.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



# Answers to Attachment 1 Questions

**192** - Phase One of the project has SW pricing of $4.8M, please explain the timing for this pricing. Can Deloitte charge for SW later in the development lifecycle? Why is it necessary to charge for it in Phase One?

## Response:

The Deloitte Consulting team's proposal includes Software pricing of $4.8M in Phase III of the NCFMS implementation. The technical environment is scheduled to be available in Phase II of the project. The environment must be available to the team in order to conduct Fit-Gap analysis and configuration design.

The Deloitte Consulting team will invoice DOL for Oracle Software in Phase III, Month 1 (October 2008, FY09).

**132** - Please explain your rationale for setting up the accounting code classification. Discuss why you choose to use a single set of books instead of multiple sets of books and how you will manage the agencies that are on a program year that begins on July 1. Include pros and cons of each option.

## Response:

***Accounting Code Classification Rationale.*** Our proposed accounting code classification (ACS) is designed to help DOL track the information necessary to meet statutory reporting requirements, facilitate decision support and allow for future growth. We propose leveraging DOL's prior investment by utilizing the existing NCFMS ACS, also referred to as Accounting Flexfield (AFF), as the baseline. The baseline will be enhanced by utilizing one of the future-designated segments as Revenue Source to facilitate compliance with the FMLoB/CGAC guidelines. The segments included in our proposed ACS/AFF are needed to help DOL perform funds checking, provide program cost reporting, track intra-governmental transactions and meet Agency-specific business needs.

***Set of Books Approach.*** Our proposed single set of books structure will help DOL financial managers consolidate and standardize key financial information in a consistent way across the Department. This will also help the Financial Management function control the timing of period-end close across the Department and support the vision of government-wide accounting standardization as mandated by FMLoB.

***Understanding of DOL program year***. We understand program year is defined by the language of the Appropriation and it stipulates the timeframe in which an obligation can be entered. The typical program year runs from 7/1 to 6/30 and therefore crosses two budget fiscal years. Employment and Training Administration (ETA) will be a key user of the program year while there may be other Agencies in DOL that can use this segment to meet the program year reporting needs. It is our understanding Agencies do not conduct period end closing based on the program year (e.g., 6/30) however they do need to track obligations and report by program year. Our proposed Agency-specified segment will capture program year information and specify when funds can be used (example: 10011231 will indicate funds can be used from 10/1 to 12/31).

***Single vs. Multiple Sets of Books – Pros & Cons.*** We have carefully analyzed the pros and cons for DOL in proposing a single vs. multiple sets of books structure. We have also considered the higher


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



maintenance effort involved for DOL personnel in maintaining values and mapping rules across different sets of books (including the need for handling transactions from one set of books to another) in the case of a multiple sets of books structure. Set of Books in Oracle is a function of the Accounting Calendar, Functional Currency and Accounting Classification Structure. Since DOL has consistency along these three criteria across all of their Agencies, one set of books should suffice. Moreover, the Government as a whole is moving toward more consolidation and standardization through FMLoB by having a common ACS through CGAC. However, our proposed solution is scalable enough to accommodate additional sets of books if additional information indicates the same combination of the accounting calendar, functional currency and ACS/AFF will not suffice to meet DOL's evolving business needs. Below is an analysis of pros and cons for each option.

### *Single Set of Books Model*

| Pros | Cons |
|---|---|
| Provides more control over the timing of month end/quarter end/year end close for the Department | Requires some business process workarounds to incorporate reporting and operational requirements of all Agencies within one ACS/AFF |
| Facilitates standardized and uniform financial reporting across all Agencies | Security rules must be set up so financial data is segregated by Agency within the same set of books |
| Brings Agencies closer to the FMLoB vision of consolidated standardized accounting code classification structure | |
| Involves less design and maintenance effort for external interfaces | |
| Provides an easier path to R12 upgrade in the future involving less conversion effort | |

### *Multiple Set of Books Model*

| Pros | Cons |
|---|---|
| Provides maximum flexibility to Organizations where a single combination of ACS, accounting calendar and functional currency does not suffice | Higher maintenance to coordinate month end, quarter end and year end close at the Department level |
| Provides flexibility if the month end, quarter end or year end closing timeline is different across Agencies | Additional effort needed to design/develop consolidated reports at the Department level |
| | Consolidation set of books and mapping rules needed to handle transactions between one set of books to another |
| | Higher maintenance needed in terms of keeping segment values and mapping rules synchronized across multiple set of books |
| | Involves more effort to convert multiple sets of books and accompanying mapping rules at the time of R12 upgrade |

**187** - How does the vendor support multiple ALCs under the same set of books?

## Response:

The establishment of multiple ALCs under the same set of books is standard functionality within Oracle Federal Financials. ALCs are linked to bank accounts within either the Accounts Payable or Accounts Receivable modules. Payment and collection processing requires the selection of a bank account. Upon running the SF 224 process the bank accounts used on these disbursements and collections are pulled based upon the ALC parameter specified.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

The ability to support multiple ALCs under a single set of books provides scalability for future growth since DOL will not need to create a new Set of Books for new ALCs in the future. We are currently supporting this requirement at other Federal Agencies such as FDA, CDC and IHS.

| Key Points | Benefits |
|---|---|
| The ability to define multiple ALCs under the same Set of Books provides scalability as well as greatly reduces configuration and maintenance. | This will mitigate the need for DOL to add another Set of Books whenever a new ALC is established for DOL |

**189** - Provide details on your predefined Oracle account code structure including the number of characters in each segment and whether your solution meets DOL requirements.

## Response:

Our proposed accounting code structure solution meets DOL requirements *and* provides the flexibility for future growth. Listed below are details of each segment included in the pre-defined Oracle account code structure (ACS) which is also referred to as AFF:

| No. | Segment | Definition | No. of Characters | Details | Requirements addressed |
|---|---|---|---|---|---|
| 1 | Fund | DOL Fund information including treasury account, award period, apportionment category, and type of fund (i.e., 01050406AD00) | 12 | Balancing segment in the ACS and is a mandatory segment in Oracle Federal Financials so debits and credits are balanced at the Fund level | • Required for compliance<br>• Facilitates inter-fund accounting |
| 2 | Budget Year | DOL program funding year (i.e., 2008) | 4 | Budget fiscal year for the Agency | • Required for compliance |
| 3 | SGL Account | DOL USSGL account number and the subsidiary account | 8 | USSGL account number and the subsidiary account | • Required for compliance |
| 4 | Budget Activity | DOL Budget Activity per legislation (i.e., 00007-Job Corps) | 8 | Budget activity is based on the President's Budget Appendix for DOL. Funds to be distributed and controlled at this level | • Facilitates performance reporting at Budget activity level |
| 5 | Program Reporting Category | Treasury/OMB category used for DOL FACTS II reporting (i.e., 001-WCP Emergency Response) | 3 | Treasury/OMB category used for FACTS II reporting | • Required for compliance |
| 6 | Object Class | DOL OMB reporting (i.e., 1000-Personnel Compensation and Benefits) | 6 | Information necessary for OMB reporting (i.e., 1000-Personnel compensation and Benefits). Funds to be controlled and reported at this level | • Required for compliance |
| 7 | Cost Center | DOL Cost Center including the ability to capture geographic demarcation | 8 | Agency's cost center. Costs to be tracked and reporting to be managed at this level. Also identifies the region and geographic location | • Required for compliance and facilitates performance reporting at cost center level |


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| No. | Segment | Definition | No. of Characters | Details | Requirements addressed |
|---|---|---|---|---|---|
| 8 | Program | DOL Program information to facilitate Performance and Goals reporting | 7 | DOL Programs as defined by the President's Budget Appendix, however each Agency can also define their own programs. Funds to be distributed and progress to be reported at the Program level | • Facilitates performance reporting at Program level |
| 9 | DOL-wide Project | DOL Projects information. BLS is one of the key users of Projects Accounting and this segment will help track Projects information in detail | 6 | DOL needs funds control at a project level (especially Agencies such as BLS). In Oracle Federal Financials, if funds are to be distributed and controlled at this level, the segment is required | • Provides funds distribution and control at DOL Project level |
| 10 | Agency Specified Segment | ETA Program Year information (10011231). ETA Program Year is different than the Budget Year and this segment will provide information for ETA | 9 | Identifies when funds can be used (example: 10011231 indicates funds can be used from 10/1 to 12/31). Program period is currently called 'Program Year' by ETA. It is defined by the language of the Appropriation and it stipulates the timeframe in which an obligation can be entered. The typical program year runs from 7/1 to 6/30 and therefore crosses two budget fiscal years. ETA does not conduct period end closing based on the program periods (e.g., 6/30) however it needs to track obligations and reports by the program period. There may be other Agencies in DOL that can use this segment to meet the Program Year reporting needs. | • Provides ability to track obligations and funds by Program Year at the same time complying with the DOL-wide accounting close calendar |
| 11 | Trading Partner | This segment may not be used going forward as we can obtain the same information using Oracle sub-ledgers. However, this will also provide backward compatibility with any data residing in the legacy system | 11 | Trading partner information can be captured in sub ledgers, however this segment is provided for backward compatibility as it seems DOL has this segment in the AFF in the previous implementation of NCFMS. We'd like to leverage the previous investment as much as possible to avoid re-work and therefore we propose this segment. | • Facilitates intra-governmental reporting |
| 12 | Future 1 (GWA segment) | Reserved for future GWA identifier capability and CGAC compliance | 6 | Used for GWA compliance and to capture the revenue source | • Facilitates future compliance with FMLoB/CGAC guidelines |
| 13 | Future 2 | Reserved for future growth | 6 | This will be used for future growth | • Provides scalability and growth |


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**128** - Please explain your rationale and approach for upgrading from Oracle Federal Financials Release 11i to Release 12 including how you determined the schedule to October 2012 upgrade.

## Response:

The upgrade timeline in our proposal indicates Mar 2011 as a date for Release 12 upgrade and not Oct 2012.

***Our Rationale for Upgrading NCFMS from Release 11i to Release 12:*** Release 12 is significantly different from the Release 11 version of the software. It will be a significant risk to the NCFMS program to upgrade to Release 12 in the same year we go-live with Release 11. Risks include change management, end user training, maturity of the Oracle Release 12 software, availability of DOL subject matter experts and staff, and the amount of time typically required to stabilize federal financial implementations.

***Our Approach towards Release 12 Upgrade:*** Overall, the Deloitte Consulting team Release 12 upgrade assessment and execution approach is based on our Release 12 deployment experience with commercial clients. In addition, the Deloitte Consulting team intends to leverage its FMLOB Center of Excellence and OOD's upgrade experience with other public sector agencies while planning and executing the NCFMS upgrade. The Release 12 Upgrade project will start with a planning phase in Oct 2009 followed by our quick upgrade assessment. Our assessment approach is comprised of key high-level considerations, and an assessment questionnaire supported by our proprietary tools. We will use our R12 upgrade lessons learned from our large commercial projects to accelerate the process. We will conduct a detailed NCFMS Release 11 system review. We will then use these items to develop the Release 12 upgrade roadmap.

***Our Release 12 schedule determination approach:*** Our Release 12 schedule date of March 2011 will provide sufficient time to prepare and execute all of the activities required to upgrade a large program like NCFMS. The reasons for our approach are:

- Allow users to get comfortable with the new application for the first year
- Complete a successful year end close
- Average upgrade project takes 4-6 months.

**141** - Explain your process for migrating data from DOLAR$ to NCFMS in preparation for making NCFMS the system of record at DOL on 10/1/2009. Include how you intend to support DOL agencies that operate on a program year where PY2010 begins on July 1, 2009.

## Response:

The process for migrating DOLAR$ to NCFMS in preparation for making NCFMS the system of record at DOL on 10/01/2009 has both technical and logistical aspects as DOLAR$ ceases to be the system of record on 9/30/2009 and NCFMS assumes the responsibility the next day.

***Technical Aspect of Migration***. The technical aspect of the migration begins with the conversion of all open net balances regardless of program year from DOLAR$. DOLAR$ data will be extracted from its Integrated Database Management System (IDMS) database into flat ASCII-encoded text files via secure file transfer. This data will then be loaded into Oracle staging tables where it will be reviewed, cleansed, transformed and mapped into the Oracle interface tables. Oracle Financials will then import the data from the interface tables into the Oracle base tables, at which point the open net balances from DOLAR$


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

become available in NCFMS. It is important to note migration of open net balances applies to all documents that are open as of the cut-off date, regardless of the program year for those documents.

***Logistical Aspect of the Migration***. The logistical aspect of the migration addresses how DOLAR$ will cease to be the system of record on 9/30/2009 and how NCFMS will become the system of record on 10/01/2009. To facilitate the extraction, transformation and loading of DOLAR$ data into NCFMS, the Deloitte Consulting team recommends a DOLAR$ black-out period from Saturday, 09/26/2009, to Wednesday, 09/30/2009 where DOLAR$ will be unavailable for data entry to end users. This period allows the Deloitte Consulting team and DOL subject matter experts to perform the migration, review and validate the beginning balances in NCFMS, make any necessary corrections and re-run the migration after any corrections are made. DOLAR$ will then be brought back online on 10/01/2009 for end-of-year closing, which should be completed by 11/01/2009. NCFMS will be brought online and become the system of record on 10/01/2009. Any adjustments made to DOLAR$ to close fiscal year 2009 will also be entered in parallel to NCFMS on a daily basis to keep the two systems in synch during the year-end close period.

***Support for Agencies that Operate on a Program Year that Begins in July***. The migration process for an agency that operates on a program year which begins in July will be the same process for an agency whose program year begins in October. The migration process imports all open net balances regardless of program year, therefore the open net balances for an agency that operates on a program year which begins in July will also be available in NCFMS on 10/01/2009. NCFMS will be able to handle the different program periods since the fiscal periods will still be the same for all agencies.

**186 -** Discuss how the Working Capital Fund (WCF) would be set up, allocated in accordance with agency agreements, monitored for spending and funds availability.

## Response:

The Deloitte Consulting team understands the DOL WCF is authorized by law to finance a cycle of operations in which expenditures generate receipts that are available for continuing use without annual reauthorization by Congress.

The WCF will first be established within the Federal Administrator module through the creation of the FAST WCF Treasury Symbol, associating the appropriate attributes, and linking an internal fund code to the Treasury Symbol. The Federal Administrator module will be used to control the movement of WCF funding down to the allotment or lower budget levels.

Each revolving fund, including working capital fund, can be set up as a reimbursable project type in the Oracle Projects module where an agency agreement can be associated with one or more projects and tasks. DOL may choose to fund a portion of an agreement at different intervals of time or fund the whole agreement up front. Our solution provides the flexibility to allocate WCF funding in accordance with Federal mandates as well as DOL unique requirements. On-line inquiries and reports will give the user a view of the total amount of the agreement, the funded amount of the agreement, and the actual costs expended.

Oracle Federal Financials provides a wide range of functionality for monitoring the controlling funding. Multiple Status of Funds reports as well as online funds availability windows are available to monitor funding levels. Alerts can also be established to notify appropriate personnel via email when funds drop below a DOL specific threshold.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Also, robust and flexible summary templates can be established to prevent overspending and/or anti-deficiency. Summary templates can be established as Absolute, Advisory or None based on your requirements. Absolute funds control will not allow transactions to process and provides an error message prompt to users. An example of Advisory funds control would be for the processing of payroll, where payroll transactions would be allowed to process and None would be used for building summary balances for reporting purposes.

We have helped other Federal Agencies, such as Office of Personnel Management (OPM), address their complex revolving fund needs.

| Key Points | Benefits |
|---|---|
| **Flexibility in the allocation of agency agreements to meet both federal mandates and DOL specific requirements.** | DOL will meet both internal and federal requirements in WCF processing. |
| **Use on-line fund queries and reports to monitor funds availability with the option of being alerted when funding drops below specified funding levels.** | DOL staff is aware of funds availability in real time. |

**131** - Please explain your methodology for assessing and developing interfaces for NCFMS at DOL. How did you determine whether to build a real time interface vs. a batch interface? For the outputs from NCFMS how did you determine whether to build an output interface vs. building a flat file report? Finally, please provide the interface types planned for each of the interfaces you have identified building (as opposed to providing out of the box).

**Response:**

***Our Methodology for Assessing Interfaces:*** The Deloitte Consulting team will conduct an assessment of all applications that currently integrate with DOLAR$. This assessment will cover all automated and manual data processing. The end result of the assessment will be the interface strategy document which includes the inventory of the required interfaces and the following characteristics: source application, target application, data to be processed, automated vs. manual, real-time or batch processing, frequency and high level business process flow.

***Our Methodology for Developing Interfaces:*** Our proven approach to developing interfaces has five phases:

- **Requirements -** Conduct user workshops with both functional and technical subject matter experts to determine the interface requirements.
- **Design -** Develop a detailed functional and technical design document that meets all business requirements. The document will contain the functional requirements, functional design, detailed technical design and pseudo code for each interface.
- **Build -** Development of the programs, business rule forms, and other custom components.
- **Test -** Each component will be thoroughly tested during unit, systems integration and user acceptance testing.
- **Deploy -** Upon successful User Acceptance Testing the interface(s) will be deployed to production.

***Approach to Determining if a Real-Time or Batch Interface is required:*** The key factors that play a role in determining whether an interface is real-time or batch processing include business requirements, technical capabilities of both target and source systems, cost impacts/benefits, and performance. These factors will be the drivers in reaching a collaborative decision between DOL and the Deloitte Consulting team on whether an interface will be real-time or batch processed.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

***How to determine if an output file or flat file report is required:*** The business requirements and technical capabilities of the target application gathered during the interface assessment will determine if we will use an output file or flat file report. There is no cost impact whether developing an output file or flat file report.

***Describe interface types that are not considered out of box:*** The Deloitte Consulting team will be able to develop two types of interfaces: real-time and batch interfaces. Our assessment phase will result in a complete inventory of all the interfaces. An example of a batch interface would be the E-Gov Travel Service (ETS) application. Carlson-Wagonlit Government Travel sends travel authorizations and voucher information to DOL on a daily basis. The DOL E-Procurement Management System (EPMS) is currently a batch interface process. We believe this interface could be re-engineered to take advantage of the new integration capabilities not present in DOLAR$ and become a real-time interface.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(2)

Deloitte.

May 23, 2008

Deloitte Consulting LLP

Proposal to Support

# U.S. Department of Labor

New Core Financial Management System
Oracle R11i Baseline with Upgrade to Oracle R12 Solution

RFP Number: DOL089RP20497

Source Selection Evaluation Board for the NCFMS Solicitation—Answers to Attachment 3 Questions



Audit. Tax. Consulting. Financial Advisory.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(2)

# U.S. Department of Labor

**New Core Financial Management System**
**Oracle R11i Baseline with Upgrade to Oracle R12 Solution**

**RFP Number: DOL089RP20497**

**Source Selection Evaluation Board for the NCFMS Solicitation—Answers to Attachment 3 Questions**

---

**May 23, 2008**

**Presented by**

Deloitte.

**Deloitte Consulting LLP**

12010 Sunset Hills Road, Suite 500
Reston, VA 20190

**Technical POC and Authorized Negotiator:**
Mr. Daniel J. Collins
Principal
Tel.: 202-220-2740
Email: djcollins@deloitte.com

**Contracts POC:**
Ms. Rosemary Ficalora
Contracts Manager
Tel.: 703-885-6320
Fax: 703-885-6661
Email: rficalora@deloitte.com

**Submitted To:**
Mr. Ronald J. Jordan
Contracting Officer
U.S. Department of Labor/OASAM
Office of Procurement Services
200 Constitution Avenue, NW, Room N-5416
Washington, D.C. 20210

This proposal or quotation includes data that shall not be disclosed outside of the Government and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this Offeror or Quoter as a result of or in connection with the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from other sources without restriction. The data subject to this restriction are contained in this entire proposal.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment E(2)

Deloitte.

Deloitte Consulting LLP
12010 Sunset Hills Road
Suite 500
Reston, VA 20190
USA

Tel: +1 703 885 6000
www.deloitte.com

May 23, 2008

Mr. Ronald J. Jordan
Contracting Officer
U.S. Department of Labor/OASAM
Office of Procurement Services
200 Constitution Avenue, NW, Room N-5416
Washington, D.C. 20210

RE: RFP DOL089RP20497 - NCFMS - Answers to Attachment 3 Questions

Dear Mr. Jordan:

The Deloitte Consulting LLP (Deloitte[1]) team is pleased to submit our response to questions received in Attachment 3 of your email dated May 16, 2008, pertaining to our above referenced proposal submitted on March 7, 2008. We believe our answers will further clarify our submittal; and, should it be necessary, we are prepared to provide a revised proposal on May 29, 2008 reflecting these clarifications.

We look forward to discussing our response to these questions should DOL wish to discuss them; as well as the required answers to the eight questions submitted in Attachment 1 of your email, our Operations Capability Demonstration (OCD), and any other areas of our proposal you wish to discuss on Tuesday, May 27, 2008 at our offices located at 555 12th Street, N.W., Suite 500, Washington, D.C.

If you have any questions or require additional information, please contact me at 202-220-2740, or by email at djcollins@deloitte.com. Should you have any contractual questions, please contact Ms. Rosemary Ficalora, Contracts Manager, at 703-885-6320, or by email at rficalora@deloitte.com.

Very truly yours,

Daniel J. Collins

Daniel J. Collins, Principal
Deloitte Consulting LLP

---

[1] As used in this document, "Deloitte" means Deloitte Consulting LLP, a subsidiary of Deloitte LLP. Please see www.deloitte.com/us/about for a detailed description of the legal structure of Deloitte LLP and its subsidiaries.

# Table of Contents

**Response to Attachment 3 Questions ........ 1**
Question 179 ........ 1
Question 178 ........ 1
Question 183 ........ 1
Question 134 ........ 2
Question 182 ........ 2
Question 184 ........ 3
Question 181 ........ 3
Question 185 ........ 3
Question 180 ........ 3
Question 191 ........ 4
Question 142 ........ 6
Question 139 ........ 6
Question 138 ........ 7
Question 136 ........ 8
Question 113 ........ 8
Question 176 ........ 8
Question 143 ........ 8
Question 169 ........ 8
Question 171 ........ 8
Question 172 ........ 9
Question 174 ........ 9
Question 175 ........ 9
Question 144 ........ 9
Question 129 ........ 10
Question 190 ........ 10

Note: All questions have been responded to in the order provided by the government in email dated May 16, 2008.

**Appendix A: SF294 ........ A-1**


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

# Answers to Attachment 3 Questions

**179 -** Provide information relative to meeting subcontracting goals for the previous contracting effort references provided.

**Response:**

Deloitte Consulting significantly exceeded several of the required subcontractor goals for the PBGC CFS contract. The SF-294 for Contract No: PBGC01CT050746 is attached in Appendix A. Deloitte Consulting did not use any subcontractors on the United States Mint ARC Migration, nor the American Express Oracle Financials.

**178 -** Describe how you worked with subcontractors for the references provided.

**Response:**

The Deloitte Consulting team references included the Pension Benefit Guaranty Corporation Consolidated Financial System (PBGC CFS) contract, the United States Mint ARC Migration, and the American Express Oracle Financials. Deloitte Consulting provided all direction to, and management of, the PBGC CFS project subcontractors. PBGC CFS contractor roles included DBA services, Functional Support and Reports development. All subcontractors adhered to all Quality Assurance Plan (QAP) processes and Deloitte Consulting oversight procedures.

**183 -** Your proposed solution is dependent on significant redesign to DOL's processes. Please clarify your approach with respect to process re-engineering, change management, and managing customization.

**Response:**

The Deloitte Consulting team understands from the Statement of Objectives that DOL is open to considering business process workarounds and would like to minimize customizations to utilize a true FSIO-compliant commercial-off-the-shelf solution. Best practices indicate future upgrades are less cumbersome and less costly if there is minimal customization to the code and gaps are first addressed via business process workarounds. We understand business process changes require focused change management and training throughout the various phases of the project.

***Process re-engineering.*** Process re-engineering will be a result of joint efforts between the Deloitte Consulting team and DOL where as-is processes will be reviewed in detail and to-be processes will be proposed on a case by case basis to facilitate efficiencies, address gaps, accommodate DOL's future financial management needs and incorporate best practices. The Deloitte Consulting team also understands some DOL Agencies may have unique needs and one consolidated to-be process may not meet all of the business needs across the Department.

***Change Management.*** Whenever a process is changed, a detailed stakeholder impact analysis will be performed to evaluate the impact of the change on relevant users so adequate role-based training can be devised to mitigate the impact and prepare the users for the new processes. Each


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

process change will have an impact on the respective users based upon their respective role and business function requiring role-based training (covered in more detail in response to Q139). There may be situations where as-is processes do not need to be changed and can be mapped directly to the NCFMS configuration.

***Customization Management.*** Gaps will be addressed by exploring system configuration options and/or business process workarounds. If the gap is not resolved using these means, system customizations or extensions will be considered. The Deloitte Consulting team will follow the 'last-resort customization' approach where custom development will be undertaken only after other solution approaches have been exhausted. This approach is depicted below with 'Extension' representing custom development, the option of last resort.




**134 -** You have requested for DOL to provide the following resources: Internal, external and IG audit reports and personnel throughout the project. All requests for Government Furnished Information will be handled on a case by case basis. Allow time for this process in your schedule where necessary.

**Response:**

As DOL documents are needed during the project, the Deloitte Consulting team will submit a request in advance.

**182** - Your SLA showed you met the objective if 85% of the requirements were delivered. Please provide a rationale for a relatively low percentage.

**Response:**

This was an error. The Deloitte Consulting team has changed (corrected) the percentage of delivered requirements to 98.2%.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**184 -** Provide evidence that processes in the QAP are used in your approach.

**Response:**

The Deloitte Consulting team has detailed tasks in our IMS for each phase of the SDLC in which we conduct quality control activities. The Deloitte Consulting team will produce a monthly quality report that documents the tasks/activities completed for quality assurance.

The QA team will:

- Review the compliance of processes, SLAs and deliverables throughout the project
- Document exceptions/corrective actions in its monthly quality report
- Track the exceptions/corrective actions until they are resolved
- Update the Quality Assurance Plan as needed

**181 -** You included an assumption that stated "enhancements over 40 hours are not in scope." Please clarify what you mean by that assumption.

**Response:**

The assumption relates to the Operations and Maintenance phase of the project. An "enhancement over 40 hours" is one which requires more than 40 hours of development time. Such enhancements require significantly more development effort above and beyond the day-to-day work load slated to be handled by our current staffing model.

**185 -** Your risk management process indicated risks were monitored quarterly; DOL expects risks to be monitored more frequently, especially during critical periods in development and implementation. Explain your rationale or adjust for more frequent monitoring.

**Response:**

The Deloitte Consulting team's implementation approach constantly monitors risk. The Deloitte Consulting team has adjusted the IMS to provide Risk reports on a monthly basis.

**180 -** Describe any experience you may have providing this type of service for a large, federal organization.

**Response:**

Deloitte Consulting's Public Sector Practice has worked with all levels of government, all over the world. Our successful project history reaches nearly all of the 50 states in the U.S., the U.S. and Canadian federal governments, and many of the major cities, counties, school districts, and universities in North America. Specifically, Deloitte Consulting has delivered and supported a number of Federal Oracle Financials implementations. A few examples include:

- At ***Pension Benefit Guaranty Corporation***, Deloitte Consulting implemented Oracle R11.5.10 in a little over a year, including Federal General Ledger, Federal Administrator



*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

and document level funds control using Oracle Purchasing and Payables. The solution consolidated three legacy applications used to perform revolving fund, trust fund, and agency-wide consolidation into a single instance of Oracle R11.5.10, resulting in increased visibility into the agency's financial status and improved accuracy of the agency's financial reporting.

- ***The Department of Health and Human Services (HHS) Program Support Center (PSC)*** engaged Deloitte Consulting to provide operations and maintenance (O&M) services to provide post-deployment support for its Oracle Federal Financials Unified Financial Management System (UFMS). UFMS is the world's largest financial system implementation having processed nearly 1 million invoices totaling over $15 billion since its April 2005 go-live. The current UFMS production environment is comprised of the CDC, FDA, IHS and PSC, which is an internal service provider to other HHS agencies. To stabilize the O&M environment, Deloitte Consulting implemented the Information Technology Infrastructure Library (ITIL) service management approach to define a common methodology, set of processes, and work streams to support the complex and changing production environment. In addition to the operations and maintenance support provided, the Deloitte Consulting team coordinated the integration of the Indian Health Services into the UFMS platform in October 2007.

Other members of the Deloitte Consulting team also have deep experience in delivering hosted Oracle solutions to Federal agencies.

- ***Social Security Administration*** **-** Oracle On Demand is hosting three instances of Social Security Online Accounting and Reporting System (SSOARS) under Oracle's @Customer hosting model, including database administration. The system serves 200 end-users and has been in production since January 1, 2008. Phase I of the implementation included the core Federal Financials modules of GL, AP, PO, and AR using standard APIs to interface with the SSA legacy systems. Phase II included production support and enhancements, application upgrades, Travel Manager integration, feasibility studies on additional functionality, field office roll-out, and integration of a third-party payment system. In addition to administration support, Oracle is providing consulting support for database administration and performance and integration testing.

**191 -** Will you provide WBS level 6 pricing for the following WBS elements: 01 02 02 02 01 Prepare Functional Requirements Document ($0.798M, a 2.5 month task); 01 03 02 03 01 Prepare Draft Detailed Design Document ($2.228M, a 4 month task); 01 04 02 06 01 Prepare Draft Acceptance Test Report and Approval ($1M, a 3.5 month task);01 05 02 01 01 Updated Implementation Plan and System Acceptance Letter ($.765M, a 2-month task).


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**Response:**

In the following table, we provide WBS level 6 pricing for the requested WBS Elements.

| WBS # | WBS Description | Cost |
|---|---|---|
| 01.02.02.02.01 | Prepare Draft Functional Requirements Document | $790,000.00 |
| 01.02.02.02.01.01 | Create/Update Project Information | $39,500.00 |
| 01.02.02.02.01.02 | Create/Update Business Data Requirements | $237,000.00 |
| 01.02.02.02.01.03 | Create/Update Business Process Requirements | $237,000.00 |
| 01.02.02.02.01.04 | Create/Update Operational Requirements | $158,000.00 |
| 01.02.02.02.01.05 | Analyze Additional Requirements | $39,500.00 |
| 01.02.02.02.01.06 | Create Requirements Traceability | $79,000.00 |

| WBS# | WBS Description | Cost |
|---|---|---|
| 01.03.02.03.01 | Prepare Draft Detailed Design Document | $2,228,000.00 |
| 01.03.02.03.01.01 | Create Design Stage Hosting Environments | $111,400.00 |
| 01.03.02.03.01.02 | Conduct Fit / Gap | $222,800.00 |
| 01.03.02.03.01.03 | Conduct BPR Analysis | $222,800.00 |
| 01.03.02.03.01.04 | Design Business and System Process | $334,200.00 |
| 01.03.02.03.01.05 | Design Configuration | $557,000.00 |
| 01.03.02.03.01.06 | Design RICE | $222,800.00 |
| 01.03.02.03.01.07 | Conduct User Community Review Sessions | $222,800.00 |
| 01.03.02.03.01.08 | Create RICE DDD | $334,200.00 |

| WBS# | WBS Description | Cost |
|---|---|---|
| 01.04.02.06.01 | Prepare Draft Acceptance Test Report and Approval | $1,000,000.00 |
| 01.04.02.06.01.01 | Perform System and Integration Testing | $400,000.00 |
| 01.04.02.06.01.02 | Perform Other Testing | $300,000.00 |
| 01.04.02.06.01.03 | Support System Acceptance Testing | $200,000.00 |
| 01.04.02.06.01.04 | Document Acceptance Test Report and Approval | $100,000.00 |

| WBS# | WBS Description | Cost |
|---|---|---|
| 01.05.02.01.01 | Updated Implementation Plan and System Acceptance Letter | $765,000.00 |
| 01.05.02.01.01.01 | Conduct Final Testing | $191,250.00 |
| 01.05.02.01.01.02 | Incorporate Changes to the Plan | $38,250.00 |
| 01.05.02.01.01.03 | Conduct a Final System Review | $76,500.00 |
| 01.05.02.01.01.04 | Install Production System | $114,750.00 |
| 01.05.02.01.01.05 | Complete Data Conversion | $191,250.00 |
| 01.05.02.01.01.06 | Verify Production Readiness | $130,050.00 |
| 01.05.02.01.01.07 | Address Deficiencies | $15,300.00 |
| 01.05.02.01.01.08 | Obtain Signatures on the System Acceptance Letter | $7,650.00 |



*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**142 -** Please explain your rationale for when and how often to apply major release upgrades (point upgrades) on Release 12.

**Response:**

The Deloitte Consulting team has proposed one major release upgrade (March 2014) after the initial Oracle 12 upgrade. The proposed upgrade plan was developed taking into consideration two key factors: 1) impact of change to the business, and 2) Oracle release cycle of a stable and Federally approved product ready for Federal implementation. Upgrades can introduce significant changes to business processes including: retraining of end users; data conversion; interface changes; and impacts on year end processing. In Deloitte Consulting's view, major upgrades are best performed every 2-3 years mainly to minimize disruptions to the business. In addition, it is essential only stable and FSIO certified solutions are implemented.

**139 -** Please explain your training rationale including how many users will be trained and in what capacity will they be trained.

**Response:**

***What is our training rationale***? Much of the NCFMS implementation will be a minimal modification of Oracle, so our training will focus on business processes and how employee roles relate to new processes. The goal of our training initiative is to:

- Align business process development activities with training development
- Understand the employee roles within the processes
- Develop an approach to educate users through a variety of media.

To accomplish these goals, the Deloitte Consulting team will work with DOL to:

- Determine roles affected by NCFMS
- Understand functions and activities of roles under DOLAR$
- Identify processes, sub-processes, and activities within the broad scope of NCFMS
- Align existing roles with new processes
- Determine gaps between existing and new process knowledge
- Develop a curriculum of events representing a broad scope of NCFMS processes to educate users
- Specify training development processes, ownership, and standards
- Determine appropriate training medium for each course (classroom, checklist, one-on-one training, etc.)
- Determine development and delivery schedule for each training event
- Determine the training evaluation approach and potential remediation activities
- Align development and delivery with the Oracle implementation
- Complete the training plan and implement training activities.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

***How many users will be trained?*** We based our training assumptions upon the information provided by DOL: the initial user community consists of 500 transactional users and 300 query and reporting users, potentially growing over time to an audience of 2000.

***In what capacity will users be trained?*** Our experience suggests that for each major process area, there are three basic roles that require tailored training: super-users, transactional users, and query/reporting users.

For the super-users and transactional users, we recommend instructor led classroom training with classes ranging in size of 15-20 students. This approach includes:

- A combined delivery approach for classroom training that blends DOL subject matter experts, facilitators trained in adult education and Oracle SMEs
- Hands-on learning exercises and student classroom materials
- A ‘learning lab’ to reinforce concepts taught in the classroom, and to provide additional hands-on learning opportunities supported by the training team.

For query/reporting users we suggest their training needs be satisfied by concentrated computer based training. The computer based training approach includes:

- Web-accessible courses and course material, enabling DOL to reach a wide and geographically diverse user base
- Consistency in learning experience regardless of the time/date/location of the trainee
- Repeatable delivery of material with no decline in quality.

All trainees (super-users, transactional users and reporting/query users) will have access to training reinforcement materials that include:

- Job aids
- Quick reference guides
- FAQs.

**138 -** You have requested for DOL to provide all required documentation including functional, technical, configuration and interface documents as well as other documents specified in DOL’s RFQ during week 1 of the project. Please specify what specific documents you require during week 1.

**Response:**

During Week 1 we are requesting access to the documentation previously shared with bidders in the Reading Room.

**136 -** Please provide an estimate for the DOL resources you will require during implementation by each phase.

**Response:**

Deloitte Consulting estimates we will need 6.0-9.0 DOL FTE’s supporting Phases 1-5. The estimate for Phase 6 is 1.0-3.0 FTEs and 2.5-4.0 FTEs in phase 7.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**113 -** What is the time window for NCFMS help desk support?

**Response:**

The Deloitte Consulting team's NCFMS Help Desk will operate from 6 AM until 8 PM EST Monday through Friday, excluding Federal holidays. Support for Priority 1 issues is provided 24 hours a day, 7 days a week.

**176 -** What is the latest start date we could have without impacting the October 1, 2009 operational date?

**Response:**

August 1, 2008 is the latest date to start this program without impacting the October 1, 2009 operational date. Deloitte Consulting's past experience indicates the likelihood of failure increases as you compress the implementation timeline beyond this point.

**143 -** You have indicated that travel authorized by the COTR to DOL field locations will be conducted under government travel orders to allow Deloitte team members to obtain government rates. This is not a valid assumption.

**Response:**

The Deloitte Consulting team understands this is not a valid assumption.

**169 -** IMS numbering should follow the template provided in the RFP. Items can be added, but none should be subtracted. Adjust IMS.

**Response:**

The Deloitte Consulting team has updated the IMS to match the template provided in the RFP.

**171 -** Assume that all basic program documents -- the Cost-Benefit Analysis (CBA), Program Management Plan (PMP), Programmatic Work Breakdown Structure (WBS), Risk Management Plan (RMP), budget documents (e.g., Exhibit 300), Enterprise Architecture – will be accomplished by the PMO, with updates from the FMLoB SSP. DOL anticipates that the End-of-Phase Review is a 1-2 day meeting where all the phase deliverables, previously approved individually, are verified as being complete and approval is granted to proceed to the next phase. What, if anything, changes in your IMS and proposal(s)?

**Response:**

The Deloitte Consulting team has added a task in the IMS to review all phase deliverables during the End-of-Phase review process.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**172 -** The IMS will now require a detailed post-award IBR. Incorporate a one-week of activities supporting the IBR and eliminate tasks, if any, associated with a "kick-off."

**Response:**

The Deloitte Consulting team has updated the IMS to include one-week of activities in the Conceptual Planning Phase to support a detailed post-award IBR.

**174 -** IMS should include IV&V activities for Test Plan, Testing Results, Draft Design Document, at a minimum. Is there sufficient time in your schedule for independent validation to occur concurrently or consecutively?

**Response:**

Yes, we have sufficient time in our schedule for independent validation to occur consecutively and iteratively. The Deloitte Consulting team has added detailed tasks in the IMS during the Build Phase to support IV&V activities.

**175** - DOL anticipates all program documentation updates would occur just prior to the end-of-phase review to incorporate decisions throughout the phase and set the stage for the subsequent phase's activities. Please provide a rationale for your approach or adjust your IMS.

**Response:**

The Deloitte Consulting team has updated the IMS to reflect end-of-phase updates to all program documentation prior to the end-of-phase review.

**144 -** You have indicated that the response and resolution time clock will stop if Deloitte Consulting is waiting for further information or clarification of an issue from any third party. Please provide an example for clarification on an instance where 3rd party response is required in regards to SLA calculations.

**Response:**

There are a few situations where the Deloitte Consulting team will be dependent upon third parties to resolve end user issues. An example of this would be:

- End user logs an issue with the NCFMS Help Desk.
- The Deloitte Consulting team researches the issue and determines an Oracle patch is required to resolve the issue.
- The Deloitte Consulting team would then log a TAR with Oracle support.
- The SLA clock would then be stopped until Oracle provides the appropriate patch.
- Once the patch is provided, the SLA clock would start again.
- The Deloitte Consulting team would then apply the patch into the DOL environment following the Change Management process that ensures appropriate testing before release into the Production environment.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

**129 -** What are your anticipated DOL work-space requirements for the life of this project? Additionally provide your reasoning for your space requirements.

**Response:**

The Deloitte Consulting team estimates 31 work spaces will be required for the Base Year and 10 work spaces will be required for Option Years 1-7. The reason for the onsite space requirement is to collaborate with DOL SMEs during the Base year implementation, assist the DOL user community and provide operations support during the Option years.

**190 -** How much of your pricing is attributable to Interface work? Please provide WBS element(s) and dollar amounts.

**Response:**

The Deloitte Consulting team provides the following pricing for the Interface work.

| WBS No. | WBS Description | Total Cost | Cost Attributable to Interfaces |
|---|---|---|---|
| **01.02.02.02.01** | Functional Requirements Document | $790,000.00 | $237,000.00 |
| **01.03.02.03.01.06** | Design RICE | $222,800.00 | $89,120.00 |
| **01.03.02.03.01.08** | Create RICE DDD | $334,200.00 | $133,680.00 |
| **01.04.02.04.01** | Develop Draft Computer Program Report for RICE | $459,642.00 | $183,856.80 |
| **01.04.02.06.01** | Prepare Draft Acceptance Test Report and Approval | $1,000,000.00 | $300,000.00 |
| **01.05.02.01.01** | Updated Implementation Plan and System Acceptance Letter | $765,000.00 | $153,000.00 |
| **Total Cost:** | | | **$1,096,656.80** |


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



# Appendix A: SF294

The SF 294 contained in this appendix is provided as part of Deloitte's response to Question 179.


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**SUBCONTRACTING REPORT FOR INDIVIDUAL CONTRACTS**
*(See instructions on reverse)*

OMB No.: **9000-2006**
Expires: 04/30/04

Public reporting burden for this collection of information is estimated to average 8 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

1. CORPORATION, COMPANY OR SUBDIVISION COVERED
a. COMPANY NAME: Deloitte Consulting LLP
b. STREET ADDRESS: 12010 Sunset Hills Rd, Suite 500
c. CITY: Reston | d. STATE: VA | e. ZIP CODE: 20190

2. CONTRACTOR IDENTIFICATION NUMBER: DUNS# 01-912-1586

3. DATE SUBMITTED: 05/09/2008

4. REPORTING PERIOD FROM INCEPTION OF CONTRACT THRU:
☒ MAR 31 ☐ SEPT 30 — YEAR: 2008

5. TYPE OF REPORT: ☒ REGULAR ☐ FINAL ☐ REVISED

6. ADMINISTERING ACTIVITY *(Please check applicable box)*
☐ ARMY ☐ GSA ☐ NASA
☐ NAVY ☐ DOE ☒ OTHER FEDERAL AGENCY *(Specify)* *PBGC*
☐ AIR FORCE ☐ DEFENSE LOGISTICS AGENCY

7. REPORT SUBMITTED AS *(Check one and provide appropriate number)*
☒ PRIME CONTRACTOR — PRIME CONTRACT NUMBER: PBGC01-CT-05-0746
☐ SUBCONTRACTOR — SUBCONTRACT NUMBER:

8. AGENCY OR CONTRACTOR AWARDING CONTRACT
a. AGENCY'S OR CONTRACTOR'S NAME: Pension Benefit Guarantee Corporation
b. STREET ADDRESS: 1200 K Street NW, Rm 5523
c. CITY: Washington | d. STATE: DC | e. ZIP CODE: 20005-4026

9. DOLLARS AND PERCENTAGES IN THE FOLLOWING BLOCKS:
☒ DO INCLUDE INDIRECT COSTS ☐ DO NOT INCLUDE INDIRECT COSTS

**SUBCONTRACT AWARDS**

| TYPE | CURRENT GOAL | | ACTUAL CUMULATIVE | |
|---|---|---|---|---|
| | WHOLE DOLLARS | PERCENT | WHOLE DOLLARS | PERCENT |
| 10a. SMALL BUSINESS CONCERNS (include SDB, WOSB, HBCU/MI, HUBZone SB, VOSB and Service-Disabled VOSB ) *(Dollar Amount and Percent of 10c.)* | $375,628 | 25.00% | $4,247,131 | 100.00% |
| 10b. LARGE BUSINESS CONCERNS *(Dollar Amount and Percent of 10c.)* | $1,126,886 | | $0 | 0.00% |
| 10c. TOTAL *(Sum of 10a and 10b.)* | $1,502,514 | 100.0% | $4,247,131 | 100.0% |
| 11. SMALL DISADVANTAGED (SDB) CONCERNS *(Include HBCU/MI) (Dollar Amount and Percent of 10c.)* | $120,201 | 8.00% | $2,201,317 | 52.00% |
| 12. WOMEN-OWNED SMALL BUSINESS (WOSB) CONCERNS *(Dollar Amount and Percent of 10c.)* | $105,176 | 7.00% | $1,683,278 | 40.00% |
| 13. HISTORICALLY BLACK COLLEGES AND UNIVERSITIES (HBCU) AND MINORITY INSTITUTIONS (MI) *(If applicable) (Dollar Amount and Percent of 10c.)* | $0 | 0.00% | $0 | 0.00% |
| 14. HUBZONE SMALL BUSINESS (HUBZone SB) CONCERNS *(Dollar Amount and Percent of 10c.)* | $45,075 | 3.00% | $52,692 | 1.00% |
| 15. VETERAN-OWNED SMALL BUSINESS *(Include Service-Disabled Veteran-Owned SB) (Dollar Amount and Percent of 10c.)* | $45,075 | 3.00% | $0 | 0.00% |
| 16. SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS *(Dollar Amount and Percent of 10c.).* | $30,050 | 2.00% | $0 | 0.00% |

17. REMARKS

18a. NAME OF INDIVIDUAL ADMINISTERING SUBCONTRACTING PLAN: Joyce Harris
18b. TELEPHONE NUMBER: AREA CODE 202 | NUMBER 378-5448

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

**STANDARD FORM 294** (REV. 10-2001)
Prescribed by GSA-FAR (48 CFR) 53.219(a)


*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation.*
*© 2008 Deloitte Development LLC. All rights reserved..*