PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment F



**From:** Jordan, Ronald - OASAM
**Sent:** Thursday, May 29, 2008 2:38 PM
**To:** 'Ficalora, Rosemary (US - Reston)'
**Cc:** Jordan, Ronald - OASAM
**Subject:** DOL089RP20497 - Request for Final Proposal Revision

Ms. Ficalora,

DOL appreciates the opportunity to meet with you and to discuss various aspects of your proposal. The following additional questions came out of that meeting:

1. DOL has limited funding ($5.4M) for this project for FY08. All phases which begin in FY08 must be able to be accomplished within this funding. Please examine your costs, divert any activities that can be diverted to phases in FY09, and provide your best pricing for all phases, all activities.

2. DOL does not expect to pay for licenses before they need to be used. We understand that developmental licenses may be required (or, for example, you could use what you already have) and user licenses are required for Conference Room Pilots or acceptance testing, but think the bulk of the license should be purchased just prior to system activation, such that maintenance costs aren't also unnecessarily incurred prior to the go-live date. Please reconsider your pricing strategy relative to software licenses.

3. DOL is reiterating that our user requirement is 500 transactional users and 300 query users. Initial implementation may be significantly less than these estimates, and no significant growth beyond these numbers are expected for the life of the contract. Ensure all activities (e.g., training, licenses) and costs in your proposals support a user community of this size.

4. Your implementation discussion seemed to suggest that you work with Oracle out-of-the-box, without a Deloitte-standard configuration as your starting point. Please clarify.

5. Reference "Post Implementation Support," for DOL national offices and regional offices, please provide details with respect to staffing levels, pricing, and where this is reflected in your Integrated Master Schedule.

6. Please address questions already posed, both before and at the meeting; your answers to those questions, both before and during the meeting, and our discussion during our Proposal Review/OCD session when preparing final revisions to your proposals. In particular, please 1) consider the question on single set of books versus multiple sets of books and single organization versus multiple organizations, in light of our discussion, and provide and rationalize your best recommendation, including capabilities of your "standard configuration", if any, that may not be available with your final proposed option; and 2) provide your best recommendation on implementing R12 (assuming approved by FSIO) or R11i by our required completion date of October 1, 2009.

Please take these as well as the other questions we posed, which you have answered in writing or at the meeting or both, into consideration and submit your final proposal revision (all volumes) by 3:00 pm, Monday, June 02, 2008 (two business days).

**Instructions for the preparation of final proposals:**

1. Your final proposal revision may be submitted to me electronically, via email, to jordan.ronald@dol.gov.

2. In addition to your electronic submission of your final proposal revision, please also submit four (4) hard-copies of your proposal revision to the address shown below. Hard-copies should be post-marked no later than one (1) business day after the due date of your proposal revision. Please keep in mind that if any ambiguities exist between the two revisions (electronic and hard-copy), the version submitted by the due date shall take precedence.

U.S. Department of Labor
Office of Procurement Services
Attn: Ronald Jordan
200 Constitution Ave, NW
Room: S-4307
Washington, DC 20210

3. Please ensure that your final proposal revision includes a summary of changes in which DOL can use to easily locate all changes being made. The summary of changes pages are not page-count limited. As long as the summary of changes is complete and accurate, we have no further requirements as to how or if changes are marked in the proposal volumes. You may submit the new changes, additions, or deletions in track changes or highlights if you would like, however this is optional. The summary of changes is not optional and **must** be present. Any revisions not captured in your summary of changes will not be considered.

4. There are no page count restrictions for revised proposals, but please limit pages to the minimal required to address the questions posed.

5. DOL expects you to provide your final revisions at this time, although DOL reserves the right to request additional clarifications, if warranted.

Thank you again.

Ronnie Jordan
Contracting Officer
202-693-4595
202-693-4579 (fax)

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

**To:** Marissa Dela Cerna, Source Selection Authority, Office of Procurement Services

**From:** Lisa Fiely, NCFMS Source Selection Evaluation Board (SSEB) Chair

**Reference:** DOL RFP DOL089RP20497 – New Core Financial Management System (NCFMS)

**Date:** June 24, 2008

The following is the report and recommendation of the SSEB convened to evaluate proposals in the above-referenced procurement. The following report is the formal recommendation of the NCFMS SSEB to the Office of Procurement Services to move forward with a contact award to Global Computer Enterprises (GCE).

This report contains the following major sections and appendices:

1. Sections i-vii: Provides summary information of the SSEB, its evaluation processes, and its final evaluations of the NCFMS proposals.

2. Appendix A: Final Evaluation Reports, completed by the NCFMS evaluation teams.

3. Appendix B: Summary of Changes, provides changes in the evaluations from the Initial Evaluation Reports to the Final Evaluation Reports after hearing oral presentations and receiving revised proposals.

---

**i.** The members and roles of the SSEB are:

| Member Name | Role |
|---|---|
| Lisa Fiely | SSEB Chair |
| John (Jack) Blair | Technical Team Lead |
| Kenneth Bode | Technical and Management Evaluation Team Lead |
| Tom Wiesner | Advisor-at-Large |
| Edwin Winkler | Past Performance Team Lead |
| Gene Contee | Past Performance Team evaluator |
| Latonya Torrence | Past Performance Team evaluator |
| Mark Molesworth | Past Performance Team advisor |
| Shelia Alexander | Technical and Management Team evaluator |
| Joe Fox | Technical and Management Team evaluator |
| Pete Sullivan | Technical and Management Team evaluator |
| Peter Spolarich | Technical and Management Team evaluator |
| Patricia Pratuch | Technical and Management Team advisor |
| Ronald Jordan | Price Team Lead / Contracts Specialist |
| Colin Wood | Price Team advisor |
| Tina Hoellerer | NCFMS COTR |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**ii.** The following proposals were received in response to our Request for Proposal (RFP):

1. Deloitte Consulting (Oracle Release 11 (R11) proposal)
2. Deloitte Consulting (Oracle Release 12 (R12) proposal) – ***eliminated***[1]
3. Enterprise Service Center (ESC), Department of Transportation
4. Global Consulting Enterprises (GCE)
5. i360 Technologies - ***proposal withdrawn***
6. IBM
7. National Business Center (NBC), Department of the Interior
8. Oracle (Oracle R11 proposal)
9. Oracle (Oracle R12 proposal) – ***eliminated***[2]

**iii.** Offerors submitted the following proposal volumes:

1. Volume I: Past Performance
2. Volume II: Technical and Management
3. Volume III: Price
4. Volume IV: Additional/other

**iv.** Proposals were evaluated by the evaluation teams in accordance with the solicitation's evaluation factors.

1. The SSEB used the following guiding principle in its final recommendation: Volume I (Past Performance) is comparatively equal to Volume II (Technical and Management) and both volumes combined are significantly more important than Volume III (Price).

2. The evaluation ratings and descriptions for the Technical and Management team are described below:

| **Technical & Management** | |
|---|---|
| **Rating** | **Description** |
| Outstanding | The proposal exceeds requirements and clearly demonstrates the offeror's capability to deliver exceptional performance |
| Excellent | The proposal is satisfactory; the offeror is capable of meeting performance requirements. |
| Acceptable | The proposal is minimally adequate; the offeror is most likely able to meet performance requirements. |
| Marginal | The proposal is inadequate; it is doubtful whether the offeror can meet performance requirements. |
| Unacceptable | The proposal is highly inadequate; the offeror cannot meet performance requirements. |

[1] Proposals offering initial implementation of Oracle Federal Financials Release 12 (R12) were ultimately not evaluated due to lack of FSIO certification of R12 prior to the anticipated award date.
[2] ibid

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



3. The evaluation ratings and descriptions for the Past Performance team are described below:

| **Past Performance** | |
|---|---|
| **Rating** | **Description** |
| Outstanding | Highly relevant/very recent past performance in all identified past performance efforts; excellent performance ratings. |
| Excellent | Relevant/somewhat recent past performance in all identified past performance efforts; acceptable performance ratings. |
| Acceptable | Somewhat relevant/not very recent past performance; mostly acceptable performance ratings. |
| Marginal | Little relevant past performance identified; mostly unacceptable performance ratings. |
| Unacceptable | Little relevant past performance identified; almost all unacceptable performance ratings. |
| Neutral | Completely lacks relevant performance history or past performance is unavailable, not due to offeror's failure to provide information. |

4. The evaluation ratings and descriptions for Risk Assessments are described below:

| **Rating** | **Description** |
|---|---|
| High | Offeror's proposed approach is likely to cause significant disruption of schedule or degradation of performance, and will require a high level of contractor emphasis and Government monitoring to overcome difficulties |
| Medium | Offeror's proposed approach is likely to cause a moderate disruption of schedule or degradation of performance, and will require a medium level of contractor emphasis and Government monitoring to overcome difficulties |
| Low | Offeror's proposed approach is likely to cause minimal or no disruption of schedule or degradation of performance, and will require a low level of contractor emphasis and Government monitoring to overcome difficulties |

v. Of the nine proposals submitted, one was withdrawn by the offeror and the two R12 proposals were eliminated due to lack of FSIO certification of R12. The SSEB conducted vendor meetings with the offerers of the remaining six proposals between the dates of May 20 and May 28, 2008. After the May vendor meetings, the SSEB eliminated all offerors from the competition (see section vi below) and conducted a two day (June 17th & 18th) Integrated Baseline Review (IBR) with GCE.

**vi.** The SSEB met on June 10, 2008, and discussed the overall results of the teams' consensus evaluations and ratings. Consensus was reached on each evaluation and is presented in this report. This table stands as our final ranking of the proposals. GCE's price has changed a negligible amount (down $219K) since the June 10th meeting; the change is not reflected in this table. See the Appendix A for our Final Evaluation Reports. Additionally, see Appendix B for a summary of changes supporting any evaluation rating changes from the Initial Evaluation Reports to the Final Evaluation Reports. Overall, the proposals are ranked in the following order, starting with the best:

**Ranking Order of NCFMS Proposals[3]**

| | Technical Management | | Past Performance | | Price ($M) | | |
|---|---|---|---|---|---|---|---|
| Proposal | Rating | Risk | Rating | Risk | Total | Phases 1-5 | Phase 6 |
| Global Computer Enterprises (GCE) | Outstanding | Low | Excellent | Med | $50.4 | $6.2 | $44.2 |
| Enterprise Service Center (ESC) | Outstanding | Med | Excellent | Med | $65.5 | $22.9 | $42.6 |
| National Business Center (NBC) | Excellent | Med | Acceptable | Med | $70.6 | $18.9 | $51.7 |
| Oracle Consulting | Marginal | Med | Excellent | Med | $45.4 | $14.5 | $30.9 |
| IBM | Acceptable | Med | Marginal | High | $43.2 | $16.1 | $27.2 |
| Deloitte | Marginal | High | Excellent | Med | $85.2 | $24.2 | $61.1 |

**vii.** GCE's proposal will deliver the best value for the DOL. The following trade-off analysis explains the SSEB's rationale for selecting GCE over the lower-priced offers from IBM and Oracle Consulting.

**1.** GCE exceeds IBM's price by $7.2M over the contract period of eight years. The value GCE provides to the DOL, supporting this additional cost is:

**a)** GCE's established partnerships are superior to those established by IBM; DOL determined these partnerships are valuable and key to successful implementation of NCFMS. For example, the GCE team has extensive experience with DOL financial statements, processes and systems including Keane Federal Success (platform for DOLAR$, DOL's existing financial management system). Accordingly, these partners will help ensure continuity of operations as DOL migrates to NCFMS. Further, this experience will help ensure we can demonstrate to the auditors the successful migration of data from DOLAR$ to NCFMS that will help maintain DOL's track record of unqualified audit opinions.

- Grant Thornton: Project Management, key executive assigned had five years of experience as DOL's CFO.

[3] Prices here include all optional pricing (per the Vol. III pricing template); ESC and IBM are the only offerors with optional pricing.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



- RN Associates: Ramon Navarro and his associates have over fifty years of DOL experience and have in-depth understanding of the OCFO financial requirements.
- Aderas: Has broad familiarity with Oracle including R12 upgrades and will be valuable to DOL when we ultimately migrate to R12.
- Starry Associates: Has strong knowledge of Keane Federal Success, (platform for the DOLAR$) and would be responsible for the data conversion from DOLAR$ to NCFMS. Additionally, Starry Associates was the lead for the successful data conversion effort at Social Security Administration (SSA).
- Aquilent: Currently supporting DOL's eProcurement system that requires a critical interface with NCFMS. They have knowledge of OCIO requirements placed on DOL agencies.

**b)** The overall past performance rating for GCE is Excellent. The overall past performance rating for IBM is Marginal. All past performance references submitted for IBM were with federal clients; however, two out of three references rated IBM's performance as having some minor or serious problems. In addition, no past performance was offered by IBM for LEAP, the pre-cursor effort to NCFMS. IBM was the systems integrator for the LEAP investment, which resulted in total costs of $33M with substantially less residual value. IBM, as a trusted advisor to the DOL, did not facilitate a clear path for the success of the investment. The LEAP project, at one point, was ordered to stop work due to failure to comply with established federal IT governance and regulations.

**c)** GCE has offered:

- Markview imaging and workflow management software in their base price. GCE effectively demonstrated Markview during the OCD (Operational Capability Demonstration), and as a result the SSEB believes Markview is superior to the solution offered by IBM.
- Informatica reporting software in their core base price. GCE effectively demonstrated Informatica during the OCD (Operational Capability Demonstration), and as a result, the SSEB believes Informatica is superior to the solution offered by IBM.

**d)** GCE is offering to configure both R11 and R12 during implementation; accordingly the migration risk will be significantly reduced. The reduced risk is a result of GCE running both software versions parallel with actual DOL data. IBM's approach to the R12 upgrade does not provide this level of risk mitigation.

**2.** GCE exceeds Oracle Consulting's price by $5.1M over the contract period of eight years. The value GCE provides to the DOL, supporting this additional cost is:

**a)** GCE's established partnerships are superior to those established by Oracle; DOL believes these partnerships are valuable and key to successful implementation of NCFMS. For example, the GCE team has extensive

experience with DOL financial statements, processes and systems. Accordingly, these partners will help ensure continuity of operations as DOL migrates to NCFMS. Further, this experience will help ensure we can demonstrate to the auditors the successful migration of data from DOLAR$ to NCFMS that will help maintain DOL's track record of unqualified audit opinions.

- Grant Thornton: Project Management, key executive assigned had five years of experience as DOL's CFO.
- RN Associates: Ramon Navarro and his associates have over fifty years of DOL experience and have in-depth understanding of the OCFO financial requirements.
- Aquilent: Currently supporting DOL's eProcurement system that requires a critical interface with NCFMS. They have knowledge of OCIO requirements placed on DOL agencies.

**b)** GCE's proposal is superior in Change Management to Oracle's. Change Management is critical to the success of NCFMS considering that DOL is replacing a 20-year-old mainframe based system. Oracle has indicated that the bulk of change management will be provided to DOL on a Time and Materials (T&M) basis, which is not included in the baseline price. Oracle estimates that this additional change management would be an additional $1.3M over the first fifteen months of the implementation. Furthermore, as this additional effort would be on a T&M basis, DOL would bear the risk associated if this initial estimate is low. All of this Change Management support is included in the GCE proposal.

**c)** GCE's offering is much more complete in terms of supporting DOL's requirements as listed in their completed Financial Functional Requirements document. The Federal FMLoB SSPs (NBC & ESC) demonstrated that the standard Oracle "out of box" functionality does not meet the needs of most agencies and as such requires some level of customization. While Oracle's proposal included language that it will remain flexible on DOL-unique requirements, the proposal also indicates that any reports, extensions or workflows will only be done if it can be justified as true "needs". GCE has demonstrated their enhanced solution will meet DOL's needs without incurring additional risk or cost.

**d)** GCE is offering to configure both R11 and R12 during implementation and as such, when DOL chooses to migrate to R12, the migration risk will be significantly reduced. The reduced risk is a result of GCE running both software versions parallel with actual DOL data. Oracle's approach to the R12 upgrade does not provide this level of risk mitigation. Additionally, the full cost of upgrading from R11 to R12 is not included in the Oracle baseline proposal, unless accomplished as the initial implementation[4]. The baseline proposal only includes the licensing cost of the software and the cost for the Oracle on Demand (hosting facility) team to upgrade the software on their

[4] While the selection process (see section iv) is based on an initial implementation of Oracle R11 with an upgrade to R12 within the lifecycle of the investment, Oracle's proposal allows for a direct implementation of R12, at no additional cost, only if R12 is certified by FSIO within 105 days of contract award.

servers. If any of the custom-developed reports, interfaces, extensions, or workflows (RICEW) no longer function in the R12 environment, the updates/changes to RICEW by Oracle will incur an additional cost to DOL. Further, Oracle will not include any additional functionality in R12 if it was not included as part of the initial R11 implementation at DOL. Any required changes to DOL's business processes that come as a result of the R12 upgrade are not included as part of the baseline proposal. Oracle has not provided an estimate for the upgrade cost to move DOL R12 or for the interim releases (every 4-6 months). These costs are all included in the GCE proposal.

**e)** GCE has offered:

- Markview imaging and workflow management software in their base price. GCE effectively demonstrated Markview during the OCD (Operational Capability Demonstration), and as a result the SSEB believes Markview is superior to the solution offered by Oracle.
- Informatica reporting software in their core base price. GCE effectively demonstrated Informatica during the OCD (Operational Capability Demonstration), and as a result, the SSEB believes Informatica is superior to the solution offered by Oracle. .

**f)** GCE's proposal met DOL's requirement, as stated in the RFP, to convert the entire grants history from DOLAR$ into NCFMS. Oracle's proposal does not meet DOL's requirements, as they are only converting open balances. Including this additional conversion effort in Oracle's proposal will increase the price of their proposal.

Based on the foregoing, the SSEB recommends that the DOL award the NCFMS SSP contract to GCE.
.

If you have any questions or concerns with our evaluations and recommendations, please contact me directly at 202-693-6801.

Sincerely,

Lisa D. Fiely

Lisa Fiely
NCFMS SSEB Chair

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



# Appendix A

**Final Evaluation Reports (FERs):**

1) **GCE**

**Narrative:**
GCE's proposal has key strengths in the following areas: 1) possesses System Service Provider (SSP)-developed functionality that demonstrates its ability to respond to changes; 2) previous DOL experience; 3) meets 97% of DOL requirements preconfigured (via Oracle – 73.0%, SSP Developed 24.6%); 4) very high system availability; 5) established partnerships who bring additional knowledge of DOL's environment and provided assurance that strong matrix management of all partners would be performed through the project manager; and 6) extensive experience with DOL financial statements, processes and systems, including Keane Federal Success, the basis of DOLAR$, DOL's current financial management system.

No significant technical weaknesses were identified in the overall proposal.

The overall past performance rating is Excellent. All past performance references submitted were with Federal clients with large agencies.

GCE has offered valuable Markview, Informatica and iSupplier tools as part of their base price. Also, GCE shows great flexibility with upgrading to R12. Their recommendation is to develop R12 concurrently with R11 and be prepared to cutover as soon as FSIO certifies the software, a requirement for use by federal agencies. The unique parallel approach to implementing R11i and R12 gives DOL the flexibility to decide as late as the start of the user training to go live with R12 on October 1, 2009. Finally, GCE demonstrates extensive knowledge of DOL financial systems and provides the various options available to DOL regarding the set of books issue.

**Price Offered (with optional pricing): $50.4M**
**Base Price: $50.4M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Excellent |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (TSA/Coast Guard) Rating: Excellent, Risk Rating: Medium<br><br>1. Strong customer satisfaction – "did whatever it took to get the job done."<br>2. Customer felt GCE's technical expertise was excellent.<br>3. Project was on time and on budget.<br>4. Coast Guard was the first Oracle Federal Financials implementation by GCE as the system integrator, and as a result, the project encountered some challenges. GCE |

| | |
|---|---|
| | mitigated these challenges effectively.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (FAMS, DNDO)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Reference gave all blue ratings - strong customer satisfaction.<br>2. Utilized an automated suite of testing tools.<br>3. Demonstrated timely upgrade of the warranty module.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (HHS Program Support Center)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Demonstrated success in all system development life cycle (SDLC) phases.<br>2. Starry Associates provided quality support to the customer. |
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (TSA/Coast Guard)<br>Rating: Excellent, Risk Rating: Medium<br>1. Coast Guard was the first Oracle Federal Financials implementation by GCE as the System Integrator, and as a result the project encountered some challenges.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (FAMS, DNDO)<br>Rating: Excellent, Risk Rating: Medium<br>1. New to supporting Oracle Federal Financials in an operations and maintenance (O&M) environment.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (HHS Program Support Center)<br>Rating: Acceptable, Risk Rating: Medium<br>1. Subcontractor past performance was offered by GCE. Starry Associates was involved with the project and is proposed as one of their partners for the NCFMS project. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Outstanding |
| **Risk** | Low |
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Outstanding, Risk Assessment: Low<br>1. SSP developed functionality demonstrating ability to respond to changes |

2. Extensive DOL experience including financial systems.
3. Proposed solution claimed to meet 97% of DOL requirements preconfigured. GCE has developed nearly 25% of value-added functionality for Oracle Federal Financials.
4. Very high system availability
5. Currently provides service to large agencies
6. Clear depiction of implementation services
7. Ability to easily add additional system capacity.
8. Proposal addressed all financial functions.
9. Entire prior year transactions will be converted
10. Developing R12 in parallel with R11 implementation; the unique parallel approach to implementing R11i and R12 gives DOL the flexibility to decide as late as start of training to go live with R12 on October 1, 2009.
11. Very detailed migration and cut-over plan
12. Reporting tool (Informatica) is very powerful and user-friendly
13. Training plan approach is comprehensive and utilizes recognized training partner
14. Tools/Products such as Informatica, MarkView and iSupplier included with offering at no additional cost
15. GCE gave us two options regarding the set of books and will work with the DOL to resolve the issue.
16. Instructor-led training will be provided at the national office and at each regional location (Boston, Philadelphia, Atlanta, Dallas, Chicago and San Francisco). Additional computer-based training also will be provided.
17. GCE demonstrates a good understanding of the Oracle feature pertaining to fund control allotments.
18. GCE also demonstrates a good understanding of the Oracle feature pertaining to system functions under a Continuing Resolution (CR). The proposed solution allows significant flexibility for agencies to record multiple iterations of the CR and distribute the funding to as many levels in the organization and to the programs that may be required.
19. On-site post-implementation support will be provided at the national office and six regional offices for up to three months.

Sub Factor 2 – Management Approach
Rating: Outstanding, Risk Assessment: Low

1. Strong technical lead.
2. Extensive experience with DOL financial statements, processes and systems including Keane Federal Success.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| | |
|---|---|
| | 3. President of company actively involved with project.<br>4. Key individuals and advisors represent expertise in interfaces, conversion, and audit. |
| **Weaknesses** | Sub Factor 1 – Technical Approach<br>Rating: Outstanding, Risk Assessment: Low<br>none<br><br>Sub Factor 2 – Management Approach<br>Rating: Outstanding, Risk Assessment: Low<br><br>1. Key personnel have limited number of certifications (Note: several individuals are due to be certified by award date) |

**2) Enterprise Services Center (ESC), Department of Transportation**

**Narrative:**
ESC's proposal has key strengths in the following areas: 1) offers 94% of requirements met with their pre-configured solution(via Oracle – 65%, SSP Developed 29%); 2) offers one month of, *on-site*, post-implementation support; and 3) offers an extensive pre-configured set of federal financial reports.

A significant technical weakness is noted: DOL's full utilization of ESC's value-added functionality will only be accomplished by using multi-set of books. The existing suite of pre-configured reports (value-added functionality) is dependent on the establishment of multiple set of books within NCFMS. DOL is not comfortable with this constraint.

The overall past performance rating is Excellent. All past performance references submitted are with Federal clients. ESC has extensive federal implementation experience, and, although it hosts its own (DOT) financial management system, it does not provide these hosting services to another cabinet-level department.

**Price Offered (with optional pricing): $65.5M**
**Base Price: $63.4M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Excellent |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (DOT)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Strong Federal experience and mostly all "blue" ratings by reference.<br>2. Only cabinet-level agency with all bureaus on commercial, off-the-shelf (COTS) system.<br>3. The ESC team for this RFP included several contractors at the vendor meeting who have been supporting ESC since Oracle Federal Financials was implemented at ESC 7.5 years ago.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (DHS-TSA)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Strong Federal experience, and received unqualified audit opinion.<br>2. Achieved all agreed-upon quality metrics and met customer costs.<br>3. The ESC team for this RFP included several contractors at the vendor meeting who have been supporting ESC since Oracle Federal Financials was implemented at ESC 7.5 years ago. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| | Sub Factor 3 – Previous Contracting Effort #3 (CFTC)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Strong Federal experience and mostly all "blue" ratings by reference.<br>2. Upgraded successfully the COTS system six times and in production with the COTS system for 7.5 years.<br>3. ESC enabled CFTC to realize an unmet goal by converting many of their existing accounting staff from transaction entry to analytical roles.<br>4. The ESC team for this RFP included several contractors at the vendor meeting who have been supporting ESC since Oracle Federal Financials was implemented at ESC 7.5 years ago. |
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (DOT)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. No R12 experience mentioned and no specifics on management of subcontractors.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (DHS-TSA)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. No R12 experience mentioned and no specifics on management of subcontractors.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (CFTC)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. No R12 experience mentioned and no specifics on management of subcontractors. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Outstanding |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Outstanding, Risk Assessment: Medium<br><br>1. 94% of requirements met their preconfigured solution (via Oracle – 65%, SSP Developed 29%)<br>2. Extensive pre-configured set of federal financial reports if multiple set of books is used by NCFMS |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| | |
|---|---|
| | 3. Extensive federal implementation experience<br>4. Hosts an entire cabinet-level department<br>5. Solid understanding of FISMA, A-123 and other federal requirements and directives<br>6. Offers one month on-site post-implementation support<br>7. Extensive training<br>8. Help desk 24/7<br>9. Gap analysis well laid out – discussed from a government perspective and addressed unknown deficiencies<br>10. Turnkey certification and accreditation (computer security) approach<br>11. History of successful upgrades over the past eight years<br>12. 300 Delphi reports for federal use well-presented<br>13. Help desk staff demonstrated their knowledge of the system<br>14. Extensive experience as a user of the system in that they provide operational accounting services for 19 agencies<br>15. 22 successful federal deployments<br>16. DOT closes books at month end in six hours<br>17. The proposed accounting flex-field (AFF) configuration is simple, yet it still allows their clients to meet all external reporting requirements.<br>18. AFF gives the DOL the ability to add an agency specific field that may be needed in the future.<br>19. Data cleansing is the responsibility of the DOL team: "During data conversion testing, the DOL Team has a responsibility to reconcile all data elements to ensure completeness and accuracy".<br><br>Sub Factor 2 – Management Approach<br>Rating: Excellent, Risk Assessment: Low<br><br>1. Large pool of vendor (SRA) resources<br>2. SRA is a Certified Oracle Partner<br>3. Key personnel committed for 15 months<br>4. Clearly defined roles in organization chart<br>5. Previous experience with named subcontractors<br>6. Low turnover<br>7. Experience with federal environment<br>8. SRA is CMMI Level 3<br>9. More than half of Key Personnel are CPAs or PMPs<br>10. Extensive experience installing Delphi |
| **Weaknesses** | Sub Factor 1 – Technical Approach<br>Rating: Outstanding, Risk Assessment: Medium<br><br>1. DOL may not be able to accept all assumptions; |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| | particularly the assumption regarding one ALC per set of books<br>2. Some DOL-specific reports will need to be created<br>3. Full utilization of value-added functionality will only be accomplished by using multi-set of books and DOL is not yet convinced this best meets our needs<br>4. No experience with multiple ALCs within a set of books<br>5. Not adhering to the pre-configured solution may result in additional cost<br>6. ESC states they will spend the first four weeks trying to assist DOL in determining the appropriate set of books approach at no additional cost; yet, there is no guarantee of subsequently meeting the original project schedule if DOL chooses the single set of books option<br><br>Sub Factor 2 – Management Approach<br>Rating: Outstanding, Risk Assessment: Low<br><br>1. Only experience is with multiple sets of books<br>2. ESC requires space for 60 staff members in the first year. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**3) IBM**

**Narrative:**
IBM's proposal has key strengths in the following areas: 1) knowledge of and experience with DOL, 2) first to implement Oracle Financials at cabinet-level (Department of Education) with clean opinion; and 3) CEAR Award at the Department of Education.

Significant technical weaknesses are noted in the following areas: 1) Their Quality Assurance Surveillance Plan (QASP) has a low threshold for meeting requirements; 2) Financial Functional Requirements Compliance Workbook contains questionable "Functionality Status", through the use of software not called out in the proposal (i.e., Hyperion); and 3) limited detail provided regarding the various interface requirements.

The overall past performance rating is Marginal. The overall past performance rating for IBM is Marginal. All past performance references submitted for IBM were with federal clients; however, two out of three references rated IBM's performance as having some minor or serious problems. In addition, no past performance was offered by IBM for LEAP, the pre-cursor effort to NCFMS. IBM was the systems integrator for the LEAP investment, which resulted in total costs of $33M with substantially less residual value. IBM, as a trusted advisor to the DOL, did not facilitate a clear path for the success of the investment. The LEAP project, at one point, was ordered to stop work due to failure to comply with established federal IT governance and regulations. IBM's performance history under LEAP must be taken into consideration as advised by OPS. The past performance rating with LEAP taken into consideration is Marginal and the risk rating is raised to High (see table below).

Additionally, DOL does not see evidence of IBM's assertion that 96% of NCFMS requirements are met with their preconfigured solution,, nor has IBM presented a compelling demonstration of their value-added features to the Oracle product. Finally, IBM provided no clear recommendation towards the best approach to set-of-books configuration.

**Price Offered (with optional pricing): $43.2M**
**Base Price: $39.2M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Marginal* (after consideration of the DOL LEAP past performance) |
| **Risk** | High* (after consideration of the DOL LEAP past performance) |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (Dept of Education)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Reference received six unqualified opinions based on IBM's implementation approach.<br>2. IBM has met their Socio-economic goals for 55 consecutive months.<br>3. IBM has been providing full lifecycle support for Dept of Education's implementation of Oracle Federal Financials. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| | Sub Factor 2 – Previous Contracting Effort #2 (Dept of Energy)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Customer survey highlighted that their subcontracting goals were met and/or exceeded.<br>2. IBM accepted subcontractor responsibility.<br>3. IBM provided good information on cost and schedule control<br>4. Business relations were very good. IBM provided the right people at the right time.<br>5. Dept of Energy stated they would hire IBM again in the future.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (HHS/CMS)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Met schedule deadlines for past two years, and had good project management processes.<br>2. The system implemented by IBM is meeting the demanding requirements of the HHS payment system that disburses in excess of $400 billion in Medicaid/Medicare payments. |
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (Dept of Education)<br>Rating: Excellent, Risk Rating: Medium<br>1. None noted.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (Dept of Energy)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. A number of "yellow" ratings (Performance <u>meets</u> contractual requirements; some issues but were resolved) by the reference were documented.<br>2. Problems that occurred on the project were attributed to the integrated team and not solely to the IBM members.<br>3. Problems arose when a senior executive of IBM left the organization and the position was not filled. This left the on-site project manager "hanging" and questions/concerns were not circulated appropriately to other members of IBM's senior executive team.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (HHS/CMS)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. High number of "orange" (Performance <u>does not meet some</u> contractual requirements) ratings by reference.<br>2. IBM provided consulting personnel that did not always meet the development and operations needs.<br>3. HHS also noted some problems when the system changed from the development phase to the operational phase because the operational phase required a different skill-set. IBM did |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| | not adjust appropriately to these changing needs. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Acceptable |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Acceptable, Risk Assessment: Medium<br><br>1. Knowledge of and experience with DOL and LEAP resulting in reduced need for DOL subject matter experts (SMEs) during requirements phase<br>2. First to implement Oracle Financials at cabinet level (Dept of Ed) with clean opinion<br>3. Contributed to CEAR Award for the Dept of Education<br>4. Five federal modernizations in last three years<br>5. System available 24/7<br>6. 99.74% availability<br>7. CMMI Level 3<br>8. 24/7 help desk<br>9. SLA described incentive/penalty scenarios in detail including monitoring process<br>10. Referenced other reports from federal clients<br>11. Real time crisis status w/tier 1<br>12. Continuity of Operations Plan for each customer<br><br>Sub Factor 2 – Management Approach<br>Rating: Acceptable, Risk Assessment: Medium<br><br>1. CMMI Level 3 for the Public Group<br>2. Excellent benefits and ongoing training<br>3. Seven of 14 key personnel have prior experience with DOL<br>4. High-level IBM executive as Program Manager<br>5. IBM/DOL responsibilities well-defined |
| **Weaknesses** | Sub Factor 1 – Technical Approach<br>Rating: Acceptable, Risk Assessment: Medium<br><br>1. QASP has low threshold for meeting requirements (expected 100% of mandatory items and 95% or higher for value-added requirements for "satisfactory))<br>2. Unclear recommendation about the best approach to the set-of-books configuration.<br>3. Did not present a compelling demonstration of their value-added features to the Oracle product.<br>4. Limited federalized pre-configured reports.<br>5. Limited detail provided regarding the various interface |

| | |
|---|---|
| | requirements.<br><br>Sub Factor 2 – Management Approach<br>Rating: Acceptable, Risk Assessment: Medium<br><br>1. Only four of the 14 key personnel have PMP or CPA<br>2. PM attended Orals/OCD's but contributed only on occasion. |

**4) National Business Center (NBC), Department of the Interior**

**Narrative:**
NBC's proposal has key strengths in the following areas: 1) Experience as a federal SSP servicing a large number of federal agencies; 2) offers a good breakout of pre-configured components; 3) offers 99.9% availability; and 4) offers a very thorough and well-laid-out Quality Assurance Plan (QAP) and Quality Assurance Surveillance Plan (QASP).

Significant technical weaknesses are noted in the following areas: 1) agency customers are relatively small compared to DOL; 2) to fully utilize NBC's value-added functionality DOL will need to use the multi-set of books approach and DOL is not yet convinced this best meets our needs; and 3) NBC has offered their Discoverer tool for reporting and DOL has concluded that Informatica is a superior tool.

The overall past performance rating is Acceptable. All past performance references submitted are with small federal agencies.

**Price Offered (with optional pricing): $70.6M**
**Base Price: $70.6M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Acceptable |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (Fed Trade Comm)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Based on success of Phase 1, NBC was engaged in Phase 2 of the project.<br>2. Reference found NBC team knowledgeable.<br>3. Mostly blue and green ratings.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (Millennium Challenge Corp)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Met contract terms, cost and schedule.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (Fed Labor Relations Authority)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. All blue and green ratings and positive customer reference.<br>2. Obtained unqualified opinion for 2007. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (Fed Trade Comm)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. No metrics rating for cost, size and scope of project.<br>2. This reference is much smaller than DOL.<br>3. Lacked details in organizational change management.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (Millennium Challenge Corp)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Yellow and orange ratings by reference.<br>▪ Yellow ratings: Performance <u>meets</u> contractual requirements<br>▪ Orange ratings: Performance <u>does not meet some</u> contractual requirements<br><br>Sub Factor 3 – Previous Contracting Effort #3 (Fed Labor Relations Authority)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Size & scope of project is much smaller than DOL.<br>2. No description of subcontractors' metrics. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Excellent |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Excellent, Risk Assessment: Medium<br><br>1. Previous interfaces with federal agencies<br>2. Experience as a federal SSP servicing a large number of federal agencies<br>3. Good breakout of pre-configured components<br>4. 99.9% system availability<br>5. Keeps current with COOP, C&A, ATO, FISMA<br>6. Six years with FFS with nine agencies the past five years<br>7. Solid experience with federal financial management<br>8. Separate instance for DOL<br>9. Each tier supported by multiple and redundant servers<br>10. Training well-laid-out and varied delivery methods<br>11. Pre-configured solution meets 90% of DOL's requirements with Oracle out-of-the-box and SSP Existing Functionality.<br>12. Experienced team doing 12 conversions |

| | |
|---|---|
| | 13. Experience with automated interfaces and can handle flat files<br>14. Supports all e-Travel vendors and will have e-Payroll<br>15. Have some DOL specific reports and pre-configured solutions<br><br>Sub Factor 2 – Management Approach<br>Rating: Excellent, Risk Assessment: Medium<br><br>1. Very thorough and well-laid-out QAP and QASP<br>2. Good breakdown of roles and responsibilities<br>3. Key personnel have Oracle experience<br>4. NBC's vendor (APG) is an Oracle Advantage Partner |
| **Weaknesses** | Sub Factor 1 – Technical Approach<br>Rating: Excellent, Risk Assessment: Medium<br><br>1. Previous agency customers are small compared to DOL<br>2. NBC's value-added functionality can only be fully utilized if DOL chooses a multiple set of books approach and DOL is not yet convinced this best meets our needs.<br>3. NBC has offered their Discoverer tool for reporting as part of their base price<br>4. NBC will only clean 5% of the data for conversion at the provided price. They expect DOL to clean the rest.<br>5. Although NBC is willing to work with DOL and support DOL's final decision on a set of books approach, no specifics on timeline implications, if we decide to change from the proposed NBC configurations, was provided.<br>6. NBC claims to meet 100% of DOL requirements when they combine their offering, any RICE and or "bolt-ons." It is unclear if these solutions already exist or would have to be developed as part of the project.<br><br>Sub Factor 2 – Management Approach<br>Rating: Excellent, Risk Assessment: Medium<br><br>1. Lack of DOL experience<br>2. DOL is larger than most of their current Oracle customers<br>3. No specific responses to compensation and recruitment<br>4. No CMMI certification and none being sought |

**5) Oracle USA, Inc.**

**Narrative:**
Oracle's proposal has key strengths' in the following areas: 1) Product owner – knows system better and has access to developers and other parts of Oracle 2) possesses prior experience implementing Oracle from Keane Federal Success (the current basis for DOLAR$).

Significant technical weaknesses are noted in the following areas: 1) Oracle has indicated that the bulk of change management will be provided to DOL on a Time and Materials (T&M) basis, which is not included in the baseline price; 2) uncertainty exists regarding Oracle's willingness to accommodate DOL unique requirements; 3) Oracle's plan for upgrading to R12 will require additional investments from DOL beyond the submitted price; costs for integration, RICEW, training, change management, etc. will be incurred through the existing lifecycle of 2016; and 4) Oracle will only convert open transactions and does not plan to convert historical data, as required for grants history in our RFP.

Additionally, DOL did not see compelling demonstration of their value-added features to their offering. Also, Oracle did not make a clear case on the benefits of the next Oracle software version (R12).

The overall past performance rating is Excellent. 1) All past performance references submitted were with federal clients; and 2) prior experience implementing Oracle from Keane Federal Success.

**Price Offered (with optional pricing): $45.4M**
**Base Price: $45.4M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Excellent |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (SSA)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Successful implementation of a large federal agency, SSA.<br>2. Federal financial modules implemented across all of SSA.<br>3. SSA is currently testing R12 and plans to migrate to R12 in the spring of 2009.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (DOT)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Successful implementation with first federal cabinet level agency (DOT).<br>2. Strong change management with minimal customizations.<br>3. Reference reported excellent ratings. |

| | |
|---|---|
| | Sub Factor 3 – Previous Contracting Effort #3 (GPO)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Oracle On Demand was responsive to customer requests. |
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (SSA)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. None noted<br><br>Sub Factor 2 – Previous Contracting Effort #2 (DOT)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. No subcontracting information provided.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (GPO)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. None noted. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Marginal |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Marginal, Risk Assessment: Medium<br><br>1. Prior experience implementing Oracle from Keane Federal Success<br>2. Product owner – knows system better and has access to developers and other parts of Oracle<br>3. Experience with Treasury reporting requirements<br>4. E2 and payroll interfaces built<br>5. Performance Work Statement gave detailed description of interfaces<br>6. Will actively monitor daily, monthly and year end activity.<br>7. Inherent access to upcoming patches<br>8. Tier 4 facility with separate federal zone<br><br>Sub Factor 2 – Management Approach<br>Rating: Marginal, Risk Assessment: Medium<br><br>1. Dedicated IT organization<br>2. Separate IT organization chart for post implementation<br>3. Called for co-location with DOL counterparts |
| **Weaknesses** | Sub Factor 1 – Technical Approach |

| | |
|---|---|
| | Rating: Marginal, Risk Assessment: Medium<br><br>1. While Oracle's proposal included language that it will remain flexible on DOL-unique requirements, the proposal also indicates that any reports, extensions or workflows will only be done if they can be justified as true "needs".<br>2. No specific C&A language for a specific application, proposal addresses only Oracle GSS<br>3. Nothing explicit in SLA, QASP, or QAP regarding NCFMS requirements.<br>4. Oracle will only convert open transactions and does not include conversion of historical data, as required for all grants historical data.<br>5. Oracle's plan for upgrading to R12 (if not FSIO certified by Oct 15th) will require additional investments from DOL beyond the submitted price. Costs will be for RICEW, training, change management, etc. These costs will be incurred through the NCFMS lifecycle of 2016.<br>6. Oracle has not presented a compelling demonstration of their value-added features to their offering.<br>7. Oracle's price does not include costs for adequate Change Management activities and implementation costs for major upgrades. The Oracle proposal significantly understates their actual price of achieving the NCFMS RFP requirements.<br>8. Data cleansing: "While DOL is responsible for ensuring the data quality and cleaning the data, Oracle will work closely with DOL to identify the master data elements and transactions for programmatic conversion to assess the overall status of the data cleanup efforts".<br><br>Sub Factor 2 – Management Approach<br>Rating: Marginal, Risk Assessment: Medium<br><br>1. DOL not shown on organization chart<br>2. No CMMI level 3 certification and not going for it. (Referenced Global Services Delivery unit as having Level 3, but it was not included in list of organizations included in the proposal)<br>3. Three key personnel have been with their company for less than five months<br>4. Lack of a recruiting, training and maintaining plan<br>5. Only two key personnel are PMPs and one with a CPA |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**6) Deloitte Consulting**

**Narrative:**
Deloitte's key strengths are: 1) strong implementation experience; and 2) DOL knowledge based on their experience with the LEAP program.

Significant technical weaknesses were noted in the following areas: 1) Deloitte did not identify a large federal population; 2) additional effort will be required to satisfy DOL-specific reports; 3) SLA had low thresholds to meet requirements delivered (85%); and 4) offers a solution dependent on significant redesign of DOL processes to take place.

Past performance was rated Excellent overall. The rating was impacted by only two of three references being federal clients. US Mint and PBGC received, both federal clients received excellent rating assessments by evaluation team. The third reference was non-federal (American Express). Additionally, no past performance was offered by Deloitte for LEAP, the pre-cursor development effort to NCFMS,.

Deloitte did not demonstrate significant value-added assets to the Oracle product. Finally, Deloitte's proposal provides no clear recommendation about the best approach to set-of-books configuration.

**Price Offered (with optional pricing): $85.2M**
**Base Price: $85.2M**

**Factor 1: Past Performance**

| | |
|---|---|
| **Rating** | Excellent |
| **Risk** | Medium |
| **Strengths** | Sub Factor 1 – Previous Contracting Effort #1 (US Mint)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Strong customer satisfaction and "blue" ratings by reference.<br>2. Outstanding service provided to US Mint, very customer-centric.<br>3. Strong change management strategy and approach.<br>4. The Deloitte team for this RFP included several contractors at the vendor meeting who are currently working on-site at DOL within OCFO.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (American Express)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Excellent work in program support activities and functional expertise.<br>2. The Deloitte team for this RFP included several contractors at the vendor meeting who are currently |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



| | |
|---|---|
| | working on-site at DOL within OCFO.<br><br>Sub Factor 3 – Previous Contracting Effort #3 (PBGC)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Customer survey indicated contractor did above and beyond what was asked.<br>2. Strong project plan mentioned by the reference.<br>3. Per Deloitte Attachment 3, "Deloitte Consulting significantly exceeded several of the required subcontractor goals for the PBGC CFS contract."<br>4. Management of subcontractors was very good.<br>5. The Deloitte team for this RFP included several contractors at the vendor meeting who are currently working on-site at DOL within OCFO. |
| **Weaknesses** | Sub Factor 1 – Previous Contracting Effort #1 (US Mint)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Lack of certain metrics on socioeconomic goals and subcontracting management.<br>2. Per Deloitte Attachment 3, "Deloitte Consulting did not use any subcontractors on the United States Mint ARC Migration, nor the American Express Oracle Financials.<br><br>Sub Factor 2 – Previous Contracting Effort #2 (American Express)<br>Rating: Acceptable, Risk Rating: Medium<br><br>1. Lack of certain metrics on socioeconomic goals and subcontracting Management.<br>2. Per Deloitte Attachment 3, "Deloitte Consulting did not use any subcontractors on the United States Mint ARC Migration, nor the American Express Oracle Financials."<br><br>Sub Factor 3 – Previous Contracting Effort #3 (PBGC)<br>Rating: Excellent, Risk Rating: Medium<br><br>1. Lacking metrics on socioeconomic goals. |

**Factor 2: Technical and Management**

| | |
|---|---|
| **Rating** | Marginal |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| **Risk** | High |
|---|---|
| **Strengths** | Sub Factor 1 – Technical Approach<br>Rating: Marginal, Risk Assessment: High<br><br>1. 99.69% availability<br>2. Dedicated environment; scalable<br>3. Help desk availabilty<br>4. Strong implementation experience<br>5. Oracle on Demand backup site<br>6. SLA well-laid-out with discussion of approach to cure deficiencies<br>7. Demonstrated knowledge of DOL based on experience with the LEAP program<br><br>Sub Factor 2 – Management Approach<br>Rating: Marginal, Risk Assessment: High<br><br>1. Cited reports of low turnover and good place to work<br>2. Active replacement strategy<br>3. Identified various types of small businesses on their team<br>4. Relevant experience including DOL |
| **Weaknesses** | Sub Factor 1 – Technical Approach<br>Rating: Marginal, Risk Assessment: High<br><br>1. Didn't identify a large federal population<br>2. Additional effort needed to satisfy DOL specific reports<br>3. Solution dependent on significant process redesign to take place<br>4. Only met 75% of requirements preconfigured<br>5. Did not demonstrate significant value-added assets to the Oracle product<br>6. Data Cleansing: "The Deloitte Consulting team and DOL will be jointly responsible for data cleanup and cleansing prior to conversion".<br><br>Sub Factor 2 – Management Approach<br>Rating: Marginal, Risk Assessment: High<br><br>1. Didn't demonstrate processes used in QAP; only mentioned they were there<br>2. Project Manager attended but did not contribute in the Orals/OCDs. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

# Appendix B

**Summary of Changes**

Final Evaluation Reports compared to Initial Evaluation Report Evaluations – ONLY VENDORS THAT RECEIVED A RATING CHANGE (FROM IER TO FER) ARE IDENTIFIED IN THIS APPENDIX.

(see pages two and three for rating description tables.)

| Vendor | Past Performance | | | | |
|---|---|---|---|---|---|
| | Initial | | Final | | Additional Strengths & Weaknesses (S – strength; W – weakness) |
| | Rating | Risk | Rating | Risk | |
| GCE | A | M | E | M | S The major reason for the past performance change in evaluation rating was the conference call conducted with the federal PM regarding the Coast Guard implementation, some what she said is below: --- "Did whatever it took to get the job done."--- Customer felt GCE's technical expertise was excellent --- GCE mitigated challenges effectively --- Project on time and on budget.<br>S An additional call was made to the SSA federal PM regarding their implementation and we received positive feedback concerning Starry Associates' data conversion effort from SSA's legacy system (Keane Federal Financials) to Oracle. |
| IBM | A | M | M | H | W With guidance from OPS, the SSEB included IBM's performance as part of the LEAP investment:<br>– IBM was prime integrator on LEAP<br>– IBM offered no past performance on LEAP<br>– LEAP investment resulted in total costs of $33M with substantially less residual value<br>– IBM effort did not facilitate a clear path for the success of the investment<br>– LEAP program failed to comply with established federal IT governance and regulations |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| Vendor | Technical & Management | | | | |
|---|---|---|---|---|---|
| | Initial | | Final | | Additional Strengths & Weaknesses (S – strength; W – weakness) |
| | Rating | Risk | Rating | Risk | |
| Deloitte | E | M | M | H | W Although they had experience with DOL and LEAP, their DOL-specific knowledge was not demonstrated during the Operational Capability Demonstration.<br>W Their solution only met 75% of requirements<br>W Did not demonstrate significant value-added assets to the Oracle product<br>W Project manager attended but did not contribute in the Orals and OCD's. |
| ESC | O | L | O | M | W (Risk) If DOL chooses a single set of books, there will be an increased risk in meeting the October 1, 2009 deadline.<br>W (Risk ) Full utilization of value add functionality (i.e. reports, etc) will only be accomplished by using multiple set of books. A study would be required by ESC to determine what functionality would not be available.<br>W (Risk) ESC has no experience with multiple ALCs in a single set of books<br>W (Risk) Training assumes 100 power users for initial training which DOL deems insufficient |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| Vendor | Technical & Management | | | | |
|---|---|---|---|---|---|
| | Initial | | Final | | Additional Strengths & Weaknesses (S – strength; W – weakness) |
| | Rating | Risk | Rating | Risk | |
| GCE | E | L | O | L | S Entire prior year transactions will be converted<br>S Running R12 development in parallel with R11 implementation<br>S Very detailed migration and cut-over plan<br>S Reporting tool (Informatica) is very powerful and user-friendly<br>S Training plan approach is comprehensive and utilizes recognized training partner. Instructor led training will be provided at the national office and at each regional location (Boston, Philadelphia, Atlanta, Dallas, Chicago and S.F.). Additional computer based training will also be provided.<br>S Tools/Products such as Informatica, MarkView and iSupplier included with offering at no additional cost<br>S The unique parallel approach to implementing R11i and R12 gives DOL the flexibility to decide as late as start of training to go live with R12 on Oct. 1, 2009.<br>S GCE gave us two options regarding the set of books and will work with the DOL to resolve the issue.<br>S GCE also demonstrates a good understanding of the Oracle feature pertaining to system functions under a Continuing Resolution (CR). The proposed solution allows significant flexibility for agencies to record multiple iterations of the CR and distribute the funding to as many levels in the organization and to the programs that may be required.<br>S On-site Post Implementation support will be provided at the National Office and six Regional offices for up to three months.<br>S President of company actively involved with project. Key individuals and advisors represent expertise in interfaces, conversion, and audit. |
| IBM | E | L | A | M | W Did not provide evidence that 96% of NCFMS requirements are met with their preconfigured solution.<br>W Unclear recommendation about the best approach to the set-of-books configuration.<br>W Did not present a compelling demonstration of their value-added features to the Oracle product.<br>W Requirements Compliance Workbook contains questionable “Functionality Status” where another system meets the requirement (i.e., DEBS) instead of Oracle |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

| Vendor | Technical & Management | | | | |
|---|---|---|---|---|---|
| | Initial | | Final | | Additional Strengths & Weaknesses (S – strength; W – weakness) |
| | Rating | Risk | Rating | Risk | |
| NBC | E | L | E | M | W NBC's value-added functionality can only be fully utilized if DOL chooses a multiple set of books approach.<br>W Previous agency customers are small compared to DOL<br>W Although NBC is willing to work with DOL and support DOL's final decision on a set of books approach, no specifics on timeline implications, if we decide to change from the proposed NBC configurations, was provided.<br>W NBC claims to meet 100% of DOL requirements when they combine their offering, any RICE and or "bolt-ons." It is unclear if these solutions already exist or would have to be developed as part of the project. |
| Oracle | E | M | M | M | W Oracle's price does not include costs for adequate Change Management activities and implementation costs for major upgrades. The Oracle proposal significantly understates their actual price of achieving the NCFMS RFP requirements.<br>W Oracle will only convert open transaction and does not include conversion of historical Grants data as required by the RFP.<br>W Oracle did not include the full cost of upgrading from R11 to R12 in their baseline proposal. The baseline proposal only includes the licensing cost of the software and the cost for the Oracle on Demand team to upgrade the software on their servers. If any of the custom developed reports, interfaces, extensions, or workflows (RICEW) no longer function in the release 12 environments, Oracle will update these items at an additional cost to DOL. Further, Oracle will not include any additional functionality in R12 if it was not included as part of the initial R11 implementation at DOL<br>W Any required changes to DOL's business process that come as a result of the Release 12 upgrade are not included as part of the baseline proposal price. Oracle has not provided an estimate for these upgrade costs to using Release 12.<br>W Oracle has not presented a compelling demonstration of their value-added features to their offering. |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

Factor 4- Attachment G

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



**U.S. Department of Labor**

Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210

July 14, 2008

MEMORANDUM TO: LISA FIELY
Deputy Chief Financial Officer

FROM: Ronald J. Jordan
Contracting Officer

SUBJECT: Response to Deloitte Protest -- Integrity of the Procurement System

This memorandum addresses one of the various factors that the Court of Federal Claims has considered when reviewing an agency's decision to override an automatic stay of a federal procurement resulting from a bid protest. Specifically, this memorandum addresses factor number 4 articulated in *Superior Helicopter LLC v. United States*, 78 Fed. Cl. 181: the impact of the override on the competition and integrity of the procurement system.

Background

Currently, the DOL's financial management functions, processes, and activities are distributed across multiple information systems and financial applications, all centered on the Department of Labor Accounting and Related Systems (DOLAR$) mainframe accounting system. DOLAR$ has been in service since 1989 and has been both enhanced and extended to meet Departmental and external requirements. While DOLAR$ has served DOL well over its history and continues to exceed its intended useful life, the DOLAR$ technology is antiquated and no longer able to efficiently and effectively meet DOL's financial management requirements. DOLAR$ was implemented prior to all of the modern day laws and regulations that drive Federal accounting, financial management systems, financial management reporting and security, such as: the Chief Financial Officers Act of 1990, the Government Performance and Results Act of 1993, the Federal Financial Management Improvement Act of 1996, the Reports Consolidation Act of 2000, and the Federal Information Security Management Act (FISMA) of 2002.

DOL planned this acquisition, further, in compliance with all applicable financial systems regulations and guidance. DOL planned to migrate from DOLAR$ to a new core financial management system hosted at either an OMB-designated Federal Financial Management Shared Service Provider (FM SSP) or an approved commercial FM SSP, in accordance with OMB policy[1]. OMB is the Executive Sponsor of the Financial Management Line of Business (FMLOB), a Federal Government-wide initiative to improve federal financial management by leveraging common standards and shared solutions and fostering efficiencies in Federal financial management. OMB executes their Executive Sponsor role via the Financial Systems Integration Office (FSIO), which has direct responsibility for completing FMLOB priority projects. One FMLOB project is the migration of agency financial management systems from legacy

[1] OMB Memorandum, subject: Competition Framework for Financial Management Lines of Business Migrations, dated May 22, 2006.

Department systems (such as DOL's DOLAR$) to a federal or a commercial FM SSP. FSIO's Migration Planning Guidance, for that project, was the foundation of our acquisition activity for NCFMS.

DOL released on January 15, 2008, Request for Proposal (RFP) DOL089RP20497 on Federal Business Opportunities (FBO) for the purpose of obtaining the services of a FMLOB Shared Service Provider (SSP) to modernize DOL's core financial functions to the New Core Financial Management System (NCFMS). In response to this RFP, DOL initially received nine proposals on the RFP closing date of March 7, 2008. One of these proposals was ultimately withdrawn, and two others were later eliminated due to DOL being notified of the inability of FSIO to certify Oracle Federal Financials Release version 12 software within DOL's required timeframe to make an award, leaving six proposals in the competition. As explained further in this memorandum, after detailed evaluation, DOL selected and issued an award to GCE on June 26, 2008. Deloitte Consulting LLP filed a bid protest with the Government Accountability Office (GAO) (B-400319.1) on June 30, 2008.

DOL Adherence to the Procurement Process

When the RFP was released, prospective offerors were notified of the methodology to be used in conducting the evaluation of proposals received in response to the RFP. That methodology was clearly defined in Section M of the solicitation (Attachment A), and followed the guidance provided at FAR 15.304, and clarifications to the evaluation methodology were issued via amendment(s) to the solicitation (Attachment B), during the question and answer phase of the solicitation (prior to the date the solicitation was scheduled to close).

In order to conduct an efficient and effective evaluation, DOL established a well qualified team of evaluators and advisors which totaled 15 individuals. The Source Selection Evaluation Board (SSEB) was comprised of a Past Performance Team consisting of three evaluators and one advisor, a Technical and Management Team consisting of five evaluators and one advisor, and a Price Team, consisting of a warranted Contracting Officer and one advisor. In addition, and overall Technical Team Lead (Past Performance and Technical) was appointed as well as an overall advisor, and the SSEB Chair. Professional certifications held by the SSEB Chair, Team Leads, evaluators, and advisors include 3 Certified Public Accountants (CPA) and 3 Project Management Professionals (PMP).

Through coordination with both the Contracting Officer and the Office of the Solicitor (SOL), the evaluation of all offers was conducted independently and in strict accordance with the evaluation factors and methodology established in the Solicitation and the "proposal evaluation" guidelines set forth in FAR 15.305. The SSEB evaluators, independently evaluated the initial proposals received and the Contracting Officer, along with the NCFMS team members, entered into negotiations with those offerors found to be within the competitive range in accordance with FAR 15.306(d). The negotiations conducted with each of these offerors consisted of an Operational Capability Demonstration (OCD) which required offerors to demonstrate that they can provide well-qualified staff, Oracle Federal Financials software, and all applicable services to meet the objectives and requirements contained in the solicitation. Per the solicitation, DOL provided the following guidance:

> Those offerors selected to participate will be provided rules, guidelines, content and materials requirements, and other instructions for the Orals and OCDs, as well as a set of scenarios that must be demonstrated to DOL during OCDs. OCD scenarios will focus on DOL's unique requirements and other functionality that represent current areas of challenge for DOL. Initial guidelines for the Orals and OCDs will be distributed at the time of establishment of the competitive range. The scenarios that must be demonstrated to DOL during the OCDs will also be included.

Prior to Deloitte's OCD session with DOL, initial guidelines (Attachment C) were provided to Deloitte (as was with all offerors), which was then followed with the scenarios that were to be demonstrated, and questions that were required to be answered in writing and provided to DOL prior to the OCDs taking place (Attachment D). The offerors were instructed to be prepared to discuss the questions provided to them, during the discussion session (Attachment E).

Upon the conclusion of each offerors OCD/Discussion session, offerors were requested to submit their Final Proposal Revisions (Attachment F). The SSEB then convened again to reach consensus on the Final Proposal Revisions, which was presented to the Contracting Officer in their Final Evaluation Report (FER) (Attachment G). From the results of that evaluation, and after the Contracting Officer was able to make the determination that only one vendor (GCE) had a likelihood of receiving an award, and therefore, in accordance with FAR 15.306(c)(3) and 15.306(d)(5), all other offerors were excluded from the competitive range. As indicated in the Solicitation, DOL would conduct a pre-award Integrated Baseline Review (IBR).

The objective of the IBR, as stated in the solicitation, was for the Government and the Contractor to jointly assess technical areas, such as the Contractor's planning, to ensure complete coverage of the contract requirements, logical scheduling of the work activities, adequate resources, methodologies for earned value (Budgeted Cost for Work Performed (BCWP)), and identification of inherent risks. GCE, as the only offeror remaining in the competitive range, was notified that it was required to participate in the IBR. Upon conclusion of the IBR, and after GCE was requested to submit its Final Proposal Revision, incorporating any agreed upon aspects of the IBR, the SSEB made its recommendation to award a contract to GCE. The Contracting Officer agreed with the recommendation and a GCE was notified on that their offer had been accepted.

<u>Communication with Deloitte After the End of Discussion</u>

Deloitte has argued that it "[r]eceived no further communication from DOL until being notified of its exclusion from the competitive range by letter dated June 16, 2008." This statement is untrue as DOL, upon completion of the discussion session with Deloitte, requested on May 29, 2008 (see Attachment F), that Deloitte submit its Final Proposal Revision to include, in addition to other information:

> questions already posed, both before and at the meeting; your answers to those questions, both before and during the meeting, and our discussion during our

> Proposal Review/OCD session when preparing final revisions to your proposals. In particular, please 1) consider the question on single set of books versus multiple sets of books and single organization versus multiple organizations, in light of our discussion, and provide and rationalize your best recommendation, including capabilities of your "standard configuration", if any, that may not be available with your final proposed option; and 2) provide your best recommendation on implementing R12 (assuming approved by FSIO) or R11i by our required completion date of October 1, 2009.
>
> Please take these as well as the other questions we posed, which you have answered in writing or at the meeting or both, into consideration

Deloitte was also notified that "DOL expects you to provide your final revisions at this time, although DOL reserves the right to request additional clarifications, if warranted." This statement informed Deloitte that additional information would only be requested if DOL found that it was warranted.. [Herman comment: Last sentence looks like it is missing some words][Ronnie's comment: the last 4 words have been removed]

Price Realism Analysis

Deloitte has also accused DOL of making an "award to the sole offeror remaining in the competitive range after excluding all others, without having conducted a price realism analysis."

As stated in the Solicitation, "The Government may evaluate cost realism with regard to the ability of the offeror to meet objectives and requirements in terms of skills required, complexity of disciplines, and job difficulty if the Government deems such analysis necessary." Further, in accordance with FAR 15.404-1(d)(3), cost realism analyses may be used on competitive fixed-price incentive contracts or, in exceptional cases, on other competitive fixed-price-type contracts when new requirements may not be fully understood by competing offerors, there are quality concerns, or past experience indicates that contractors' proposed costs have resulted in quality or service shortfalls.

Both the Solicitation and FAR 15.404-1(d)(3), is very clear that there is absolutely no ***requirement*** for a price realism analysis to be performed under a firm-fixed price contract. A price realism analysis ***may*** have been conducted had DOL questioned GCE's proposal in terms of the factors stated in the solicitation and FAR 15.404-1(d)(3), however; the evaluation of GCE's proposal and discussions held with GCE gave DOL no indication of any of these factors, and therefore a price realism analysis was not conducted, which is fully in compliant with both the Solicitation and the FAR.

Deloitte is Not an Interested Party

Overriding the stay, and continuing with contract performance, will not harm the integrity of the procurement process. Only one of the 5 unsuccessful offerors has protested before GAO, although 5 offerors received debriefings in this matter. The only offeror to file a protest was

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER



Deloitte, whose technical proposal was the lowest-rated of all the proposals, and whose offered price was almost twice as high as the awardee's.

This puts Deloitte well out of range to be eligible for this award. Even if all of the evaluation errors it alleged were to be resolved in its favor, its proposal still would not be rated high enough, or priced low enough, to displace the awardee. In fact, if its challenge to the awardee's price were to be upheld, the effect would be to give the award to the second-ranked offeror, not to Deloitte.

It would do more harm to the procurement process for an offeror with little to no stake in this procurement to bring it to a halt, simply to obtain a resolution of issues that can have no consequence for the award decision. Put simply, Deloitte is not an "interested party" to bring this protest or to seek a halt to contract performance.

If contract work proceeds, the GAO will still be able to resolve the protest within its statutory 100 days, and if the GAO determines that GCE was improperly awarded the contract, it can recommend a course of remedial action. DOL can always order GCE to stop work while it takes that action.

Conclusion

DOL has taken great pride in the time its staff has dedicated to ensuring this procurement was conducted in accordance with regulation, and is very confident that, upon review by the Government Accountability Office, the protest submitted by Deloitte will be dismissed. DOL conducting this procurement in accordance with both the Solicitation and the FAR has preserved the integrity of the procurement system and its processes.