**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP, Plaintiff, | ) | |
| v. | ) | Case No. 08-492C |
| The United States, Defendant, | ) | Judge Wheeler |
| Global Computer Enterprises, Inc., Defendant-Intervenor | ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

In light of Defendant's withdrawal of the original Determination and Findings document and substitution of new Determination and Findings documents on July 14, 2008, Plaintiff Deloitte and Touche LLP hereby withdraws its Application for a Temporary Restraining Order dated July 8, 2008, as filed on July 9, 2008 (Document No. 2 in this Court's Docket).

Respectfully submitted,

Dated: July 15, 2008

/s/ William W. Goodrich, Jr.

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

**CERTIFICATE OF SERVICE**

I, William W. Goodrich, Jr., hereby certify that this 15th day of July 2008, a true and correct copy of the foregoing and its attachments was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William W. Goodrich, Jr.

William W. Goodrich, Jr.