# In the United States Court of Federal Claims

No. 08-492C

(Filed: July 16, 2008)

| | |
|---|---|
| **************************************** | * |
| | * |
| DELOITTE CONSULTING LLP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| and | * |
| | * |
| GLOBAL COMPUTER ENTERPRISES, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| **************************************** | * |

## AMENDED SCHEDULING ORDER

On July 15, 2008, the Court conducted a status conference with counsel for the parties to discuss the status of the case and any proposed adjustments to the existing schedule. With the agreement of counsel, the Court amends the existing schedule as follows:

1. Defendant shall file its administrative record on or before Thursday, July 17, 2008;

2. Plaintiff shall file its amended complaint, if any, on or before Thursday, July 17, 2008;

3. All parties shall file their motions for judgment on the administrative record, or such other dispositive motions as they choose, on or before Tuesday, July 22, 2008;

3. All parties shall file their responses on or before Friday, July 25, 2008;

4. The Court will hear oral argument on Plaintiff's motion for preliminary and permanent injunction, Plaintiff's request for declaratory relief, and the motion(s) for judgment on the administrative record at the National Courts Building, 717 Madison Place, NW in Washington, DC on Tuesday, July 29, 2008 at 10:00 AM.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge