**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| DELOITTE CONSULTING LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-492C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| GLOBAL COMPUTER ENTERPRISES, INC., | ) | |
| Defendant-Intervenor. | ) | |

## NOTICE OF FILING THE ADMINISTRATIVE RECORD

Pursuant to the Court's order of July 9, 2008, the United States respectfully submits documents upon CD-ROM as the administrative record for the above-captioned case. The record is being filed under seal and contains protected information that may be disclosed only in accordance with the protective order entered in this case. A copy of this record will be served upon plaintiff and intervenor by hand on July 18, 2008, as indicated on the attached proof of service.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
HERMAN J. NARCHO
Attorney
Office of the Solicitor
Department of Labor

July 17, 2008

**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 18, 2008, I will cause to be served by hand a copy of the "ADMINISTRATIVE RECORD" addressed as follows:

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Attorney representing Deloitte Consulting LLP

and

Jonathan J. Frankel
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Attorney representing Global Computer Enterprises

______________________________