**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| Deloitte Consulting LLP,<br>Plaintiff,<br>v.<br>The United States,<br>Defendant,<br><br>Global Computer Enterprises, Inc.,<br>Defendant-Intervenor | ) | Case No. 08-492C<br><br>Judge Wheeler |

**PLAINTIFF'S NOTICE OF DISMISSAL**

This case having been settled by agreement among the parties, pursuant to Rule 41(a)(1)(i) of the Rules of this Court Plaintiff Deloitte Consulting LLP hereby dismisses this action, with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: July 18, 2008

/s/ William W. Goodrich, Jr.

William W. Goodrich, Jr.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6094 (Direct)
202.857.6395 (FAX)
goodrich.bill@arentfox.com

Attorney of Record for Plaintiff
Deloitte Consulting LLP

Of Counsel:

Richard J. Webber
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

**CERTIFICATE OF SERVICE**

I, William W. Goodrich, Jr., hereby certify that this 18th day of July 2008, a true and correct copy of the foregoing and its attachments was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William W. Goodrich, Jr.

William W. Goodrich, Jr.